**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SEAN P. FAHEY AND DIETERICH GRAY,

               Plaintiff,

      v.

BREAKTHROUGH FILMS & TELEVISON,
INC., BREAKTHROUGH
ENTERTAINMENT, IRA LEVY, AND
LAUREN LEINBURD,

               Defendants.

**FIRST AMENDED COMPLAINT**

Civil Action No. 21 Civ.03208 (PAE)

---

      Plaintiffs Sean P. Fahey and Dieterich Gray ("Plaintiffs"), bring this complaint against Defendants Breakthrough Films & Television Inc. ("BFTV,") Breakthrough Entertainment ("BFTV,") Ira Levy, and Lauren Leinburd.

### NATURE OF THE CLAIM[1]

      1.      BFTV entered into an Option Agreement with Plaintiffs with the purpose to pitch studios and networks a TV Series created by Plaintiffs. BFTV subcontracted Angus Fraser ("Fraser") to perform a rewrite ("Fraser Materials") of Plaintiffs' original copyrighted materials (*see* **Exhibit 1**) (the "Bishop Sheen Project").

      2.      The Fraser Materials consist of two documents: The first document is a 16-page step outline of what will become the Fraser Script Rewrite (of the Plaintiffs' original work), and the second is the 64-page Fraser Script Rewrite. A majority of the content in the Fraser Materials is derivative of the Plaintiff's copyrighted materials, as will be revealed in this document.

---

[1] Portions this document were prepared with assistance of the NYLAG Legal Clinic for Pro Se Litigants in the SDNY.

3.      Breakthrough Films & Television, Inc. ("BFTV"), and parties involved with BFTV have been shopping a pilot script rewrite ("the Fraser Materials") with intent to sell, in breach of contract, and in direct violation of copyrighted materials owned by Sean Fahey and Dieterich Gray ("Fahey & Gray" aka "Plaintiffs"), pursuant to paragraph 5 of the Option Agreement, between BFTV and the plaintiffs, "all rights in and to the Script are exclusively retained by your clients and they are free to pursue the Project without BFTV's participation."

4.      Plaintiffs were invited as artists in residence at the Sheen Center for Thought and Culture which was intended to commence March 15, 2020 and culminate May 24, 2020. During that time in New York City plaintiffs had intended to do further writing and research for the Sheen Series, and begin engaging A-list talent for lead characters with a completed and refined pilot episode.

5.      On February 26, 2020, The Sheen Center received a letter, by mail, from Lauren Leinburd, Vice President and General Counsel of Breakthrough Entertainment in Toronto, Canada, claiming several defamatory and libelous claims with regard to BFTV's ownership of the "Bishop Sheen Project", which is a copyrighted property owned by Fahey & Gray, the Plaintiffs.

6.      Furthermore, in the defamatory and libelous letter to the Sheen Center for Thought and Culture ("Sheen Center") (see Exhibit A) BFTV falsely cast themselves as copyright owners of a series belonging to Plaintiffs; BFTV was trying to benefit from their copyright infringement by using their defamatory statements to prevent the true owner of the copyright from developing the script into an actual production. The plaintiffs were accepted as artist in residence at the prestigious Sheen Center on the merit of their years of work and historical knowledge of Fulton Sheen. The letter threatened legal action and caused Sheen Center to terminate Plaintiffs' contract.

## THE PARTIES

7.      Plaintiffs Sean Fahey and Dieterich Gray are writers and US copyright owners of the "A Life Worth Living" and "Life is Worth Living" (both Bishop Sheen television script/screenplays and series pitch), on which they have been working since 2012.

8.      Defendant Breakthrough Films & Television Inc., owned by Breakthrough Enterprises, incorporated under the laws of Canada and maintains its principal of business at 35 Britain Street, Toronto, Ontario, M5A 1R7, Canada.

9.      Defendant Breakthrough Entertainment Inc. is a producer and distributor of feature films, television series, and digital content, as well as international co-productions and production services and is owned by Breakthrough Enterprises, incorporated under the laws of Canada and maintains its principal of business at 35 Britain Street, Toronto, Ontario, M5A 1R7, Canada.

10.      Defendant Ira Levy is the Partner and Executive Producer of Breakthrough Films & Television Inc.

11.      Defendant Lauren Leinburd is the Vice President and General Counsel of Breakthrough Films & Television Inc.

## JURISDICTION AND VENUE

12.      This Court has subject matter jurisdiction over plaintiffs' claims for copyright infringement pursuant to 28 U.S.C. §1331 and §1332. The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

13.      This Court has supplemental jurisdiction pursuant to § 28 U.S.C. 1367 because plaintiffs' tortious interference claims are so closely related to plaintiffs' copyright

4

infringement claims such that they form part of the same case or controversy. Plaintiffs tortious interference claim forms part of the same case or controversy because Defendants' intentionally, and in bad faith, endeavored to further their underlying copyright infringement of the Bishop Sheen Project by using defamatory and libelous statements to prevent plaintiffs, the true owners of the Bishop Sheen Project and all materials derived there from, from developing their script into an actual production.

14.     This court has personal jurisdiction of the copyright claims pursuant to FRCP 4(k)(2) because plaintiffs served Defendants with the summons and complaint. Personal jurisdiction in this district is proper because this court has original jurisdiction over Plaintiffs' federal copyright claim  and service of summons establishes personal jurisdiction where the Defendant is not otherwise subject to any state's general jurisdiction.

15.     Personal jurisdiction is also proper under New York's long-arm statute, [CPLR] § 302, because, on information and belief, in an April 2015 article  titled, "**Breakthrough opens New York Office**," it states that: "Canada-based producer and distributor Breakthrough Entertainment has opened up an office in New York." (see **Exhibit-307**). Furthermore, in a May 2020, article titled, "**Feature: Exclusive interview with Breakthrough Entertainment's Nat Abraham**," Business Review Canada states, when writing about Nat Abraham head of distribution at Breakthrough Entertainment that, "Beyond Canada, Abraham has also initiated license commitments with major US networks and cable channels including Discovery, CBS, Lifetime and A&E." The CBS broadcasting network is located on 51 West 52nd Street in Midtown Manhattan, New York City. A&E Television Networks Headquarters is located at 235 East 45th Street, New York, NY. The Lifetime TV Network is headquartered in New York City. And Discovery is also headquartered in New York. (see **Exhibit-308**).

16.     Venue is proper in this district pursuant to 28 U.S.C. §1391(B)(2) because a significant portion of the claim occurred in the Southern District of New York.

## FACTUAL ALLEGATIONS

### The Bishop Sheen Project

17.     The Sheen Series is a multi-episode historical dramatic TV series that takes place in the 1950s. When the most popular man on television, Bishop Fulton Sheen, goes up against the most powerful man in New York, Cardinal Francis Spellman, their bitter feud reveals the greatest untold story of the 20th century.

18.     Set against the backdrop of the Cold War, the cultural revolution, and the war in Vietnam, at a moment in time when faith hung in the balance, where through the advent of television one man - Bishop Fulton J. Sheen - was able to elevate into the highest trappings of fame and inspire our nation. Meanwhile - Cardinal Francis Spellman - and his ambition as a titan of industry, sought to build a global Catholic empire. Their rivalry goes all the way to the Pope and we learn their influence and the influence of Catholic power changes our world as we know it.

19.     Over the last 10 years, writers Sean Fahey and Dieterich Gray (the plaintiffs) have studied Sheen's life, teachings, and become experts in Catholic history in the 1950s, 60s and 70s; Sheen's commitment to embracing all of humanity, has inspired masses, and inspired the plaintiffs to develop their series.

20.     Long before plaintiffs began working in television, they were both altar boys in rural Illinois, where both of their dads were ordained as Deacons in the Catholic Church, and their grandparents, mothers, aunts and uncles were and are prominent figures in the Peoria Diocese. Before *he* began working in television, Sheen too was an altar boy from the Peoria

Diocese whose family was a prominent fixture in the Church. The plaintiffs' have close relationships with Sheen's living relative, his 90 year old niece, Joan Cunningham, who is featured in their series.

21.     In 2002, Sheen's Cause for Canonization as a saint was officially opened by Bishop Daniel R. Jenky, C.S.C., Bishop of the Diocese of Peoria, and from then on Sheen was referred to as a "Servant of God." On June 28, 2012, the Vatican announced officially that it had recognized Sheen's life as one of "heroic virtue". This is a major step towards an eventual beatification. From this moment on, Sheen is styled "Venerable Servant of God." But the incredible journey that is leading him to Sainthood has been lost in the fabric of American history. The plaintiffs hope their series will inspire a new audience through Sheen's amazing story.

22.     In June 2014, Fahey emails Gray the pitch deck and begins their correspondence on the Sheen Project (see Exhibit-34) and plaintiffs begin to discuss potential producing partners for the project (see **Exhibit-154**).

23.     From June 3 through June 25, 2014, Plaintiffs begin their first correspondence regarding casing and finishing a pilot episode of the Sheen series (see **Exhibit-155**)

24.     On June 29, 2014, Gray emailed Fahey information regarding Bishop Sheen and the Dumont Network that produced his TV show "A Life is Worth Living," the first ever religious television program, which aired weekly for many years, and was the number 1 show in America in 1952, winning Sheen an Emmy for Best Performer (see **Exhibit-157**).

25.     On July 5, 2014, Plaintiffs exchanged emails adding more detail to their story, including information about author D.P. Noonan who wrote "Passion of Fulton Sheen," a biography about the life of Fulton Sheen—an integral research asset to plaintiffs.(see **Exhibit-38**).

26.     On July 6, 2014, Fahey and Gray finalized the first 22 pages of the first draft pilot episode for their Sheen series in both PDF and Final Draft format. (see **Exhibit-40**).

27.     On July 15, 2014, Gray emailed Fahey detailing research elements from Noonan's book, The Passion of Fulton Sheen, which include story elements of Sheen's TV series (see **Exhibit-158**).

28.     On July 15, 2014, Fahey emailed Gray regarding Passion of Fulton Sheen, and the book "America's Pope," as a contrast to Noonan's book, and included calling the "Life is Worth Living" time slot the "graveyard slot" in reference to A Life Worth Living airing at the same time as the Milton Berle Texaco Star Theatre Hour (the number 1 show in America at that time), and Spellman's relationship with Diem in Vietnam - both elements used in the Fraser materials, which are derived from the plaintiffs copyright.(see **Exhibit-42**)

29.     On July 21, 2014, Fahey emailed Gray with a detailed treatment on the relationship between Fulton Sheen and Cardinal Spellman - this treatment includes detailed information that is the backbone of the story and is used throughout the future iterations and creative treatments for the series (see **Exhibit-43**).

30.     From August 10-11, 2014, plaintiffs worked on a Final Draft file with the back 20 pages of the first draft pilot (with 10 page rewrite of the first 10 pages) (see **Exhibit-16**) and finished an updated version of the Sheen pilot.

31.     In mid-December 2014, plaintiff Sean Fahey attended an event, seeking to pitch the Sheen series to potential producing partners Marc Berg, Charlie Sheen, Brett Butler, and Ramon Estevez and exchanged contact information with potential producing partners, Brett Butler and Ramon Estevez.

32.     On January 13, 2015, Fahey emailed Ramon Estevez including language describing the power dynamic between Sheen and Spellman, that is used by Plaintiffs consistently which is appropriated by Fraser - Fahey also attached character cards for Sheen and Spellman, a pitch deck and pilot script (*see* **Exhibit-53**).

33.     On January 21, 2015, Fahey emailed Ramon Estevez regarding a planned trip to Los Angeles and requested an in-person meeting (*see* **Exhibit-54**).

34.     On January 22, 2015, Ramon Estevez emailed Fahey stating his interest in the project and shared his phone number to contact him (*see* **Exhibit-241**).

35.     On February 15, 2015, Fahey emailed Ramon Estevez establishing much more information sharing regarding the character Spellman for the purpose of attaching Martin Sheen to the project. Sean also attaches a revised pitch deck and updated version of the pilot script (*see* **Exhibit-55**).

36.     On February 8, 2015, Fahey emailed Gray Final Draft and PDF versions of the script (*see* **Exhibit-56**).

37.     On November 13, 2015, Fahey emailed Ramon Estevez (CCs Gray) and attaches two character cards for Quinto as Sheen and Martin Sheen as Spellman, and included A Life Worth Living pilot, and the short script to film that could act as a pitch video for the project (*see* **Exhibit-62**).

38.     On February 12, 2016, Gray emailed Fahey with revisions on documents and included changes to Writers Guild of America registry information to ensure that it is accurate. There is also an email from February 8 2016 to Katherine Imp in the email history of this document with information related to the series being 6 parts, with more information about Sheen and TV (*see* **Exhibit-164**).

39.     From March 20 - March 21, 2016, Plaintiffs exchanged emails planning a trip to Peoria to host a presentation about their series and meet with people who knew Fulton Sheen (*see* **Exhibit-165**).

**Early Relationship with BFTV and Fraser**

40.     Ramon Estevez introduced BFTV to the Bishop Sheen Project, and in the spring of 2016, BFTV and plaintiffs, through Ramon Estevez, began negotiating the terms of a one-year pitch option agreement (*see* **Exhibit-2**).

41.     BFTV introduced Plaintiffs to Angus Fraser as they worked to finalize their mutual option agreement.

42.     On May 31, 2016, Fraser emailed Plaintiffs with his "first" thoughts on the project and some direction for a rewrite (check to see if it's the first) (*see* **Exhibit-189**).

43.     On May 31, 2016, Fahey replied to Fraser's email specifying that, "Sheen, as gay, there's really no story there, not for lack of looking. He certainly is charismatic." He then goes on to recommend books already covered and research by Plaintiffs that are part of the corpus of Plaintiffs' collective work they will share with Fraser (*see* **Exhibit-67**). Sheen being gay was a script change from plaintiff's to Fraser. BFTV did not advocate for that change.

44.     On May 31, 2016, Gray replied to Fraser's email including more information regarding Sheen stating, "we thought rather than pushing the gay angle, as there is no evidence of it, we could gently imply that his proclivity for the finer things and draping himself in silken regalia and the charisma he exudes might leave viewers to draw their own conclusions." (*see* **Exhibit-166**). While plaintiffs requested this change from Fraser through BFTV, pursuant to paragraph "3" section "i" article "c" of the option agreement, none of the pilot rewrite script changes requested by plaintiffs were made.

45.     On June 1, 2016, Fraser replied to the email thread with more information regarding Sheen - confirming receipt of treatments sent (*see* **Exhibit-190**).

46.     On June 1, 2016, Fahey replied to Fraser's email with more information related to a deep understanding of Sheen's character - all of this is introduced to Fraser by plaintiffs. (*see* **Exhibit-68**).

47.     Fahey sent another reply, this time much more detailed with many of the character building elements, specifically related to the relationship between Sheen and Spellman, the most popular man and the most powerful man in the Catholic church, and their rift, all elements that are borrowed by Fraser, and which BFTV falsely claimed ownership of in February 26 letter to the Sheen Center  (*see* **Exhibit-69**).

48.     On June 2, 2016, Fahey replied to Fraser's thread with more detailed information related to nuance, character, and balancing the creative direction of the rewrite (*see* **Exhibit-70**).

49.     On June 3, 2016, Fahey replied to Fraser's email with detailed information regarding FCC, Television in the 50s, all information Fraser borrowed for his rewrite of Plaintiffs' script (*see* **Exhibit-72**).

50.     On June 5, 2016, Fraser replied to Gray's email confirming research points Gray added and writing about the proposed trip to LA where Plaintiffs and Fraser would work on the project in person together for a detailed information share (by Plaintiffs) (see **Exhibit-193**).

51.     On June 6, 2016, Fahey emailed Gray and Fraser with information about how, "Sheen and Spellman had contempt from one another" which is lifted from Fahey's research from links and the book La Popessa (*see* **Exhibit-75**).

52.     On June 6, 2016, Plaintiffs met with Fraser in Los Angeles to talk through the story and shape the direction for the rewrite of the pilot episode, where Plaintiffs provided as much historical knowledge, direction, and materials to Fraser as possible to get him started on the rewrite.

53.     On June 9, 2016, Fahey emailed Gray, Ramon Estevez, and Fraser, with language specific to the scope and direction of the series, all pulled from previous research and treatments produced by Plaintiffs (*see* **Exhibit-77**).

54.     On June 12, 2016, Fahey emailed Gray and Fraser research on women in Sheen's life (*see* **Exhibit-82**).

55.     On June 12, 2016, Fraser replied to Fahey's email with information revealing he is busy and freeing up to focus on Sheen a bit and is in communication with Levy. Plaintiffs have given Fraser much copyrighted creative material at this point, but no writing has commenced (by Fraser) and nothing has been responded to in any meaningful way by Fraser or BFTV. **(*see* Exhibit-260).**

56.     On June 22, 2016, Fahey emailed Fraser titled, "Sheen Moving Forward" - and shares detailed story points, plot points, deep character descriptions and scene descriptions that Plaintiffs pulled from years of research and planning on their project - Fraser borrows all of Plaintiffs' research elements from this email (*see* **Exhibit-80**).

57.     From June 24 through July 12, 2016 Josh Sandler, an entertainment lawyer and partner with the firm, Gray Krauss Stratford Sandler Des Rochers LLP, who represents Plaintiffs' in deals and contracts, emailed back and forth with Plaintiffs regarding option agreement (*see* **Exhibit-251**).

12

58.     On June 26, 2016, Fraser emailed Plaintiffs discussing BFTV, supporting them getting a better deal regarding Plaintiffs Option Agreement.  (see **Exhibit-194**).

59.     On July 12, 2016, Fahey emailed Sandler in a thread with BFTV Executive Producer Ira Levy and BFTV Development Coordinator, Yanea Tesfai. The email included specific language from Fahey related to concerns about protecting plaintiffs' IP in the Option Agreement: "We had mentioned ownership related to end of 6mo term. It's a clean break - they don't get to shop the script they wrote, and we get our original content to shop as we choose. I look at the 6mo term as a time to revisit, rethink and go from there. Might stick with them depending on performance from BTE." (*see* **Exhibit-79**).

60.     On July 29, 2016, Josh emailed Plaintiffs a correspondence with the lawyers from Breakthrough regarding changing the terms of the agreement before signing (*see* **Exhibit-247**).

61.     On August 3, 2016, Plaintiffs and Fraser exchanged several emails regarding the status of negotiations for the Sheen series (*see* **Exhibit-85**).

62.     On August 5, 2016, Fahey sent an email to Josh Sandler (Gray CCd) regarding option agreement further revisions: "If they don't use our script they are essentially taking our creative property away, It seems to me that is the case, and I am not agreeable to the titles and ownership arrangement they had in place in last contract, nor am I trying to give away the farm for nothing." (*see* **Exhibit-86**).

63.     On August 30, 2016, Fahey replied to Sandler, "I'm comfortable with much of the language in here but still uncomfortable with a few points. Term of agreement in Article 1 and then execution of agreement in Article 7 are glaring." (*see* **Exhibit-87**).

64. On September 1, 2016, Plaintiffs entered into a pitch option agreement (*see* **Exhibit-2**) with Breakthrough Entertainment with the sole purpose of selling a television series pitch and pilot script (*see* **Exhibit-2 article 1**) written and WGA/copyright protected (*see* **Exhibit-1**). Pursuant to article "3" clause "ii" of the pitch option agreement Breakthrough Entertainment hired Fraser, as a subcontractor, to perform a rewrite of Plaintiffs' pilot script.

65. On September 1, 2016, Plaintiffs emailed Josh Sandler with specific language related to concerns regarding their IP and Fraser, plaintiffs were concerned that language used by BFTV in the option agreement would take away their intellectual property rights. (*see* **Exhibit-169**).

**Nature of Copyright Infringement in the Fraser Materials**

66. Fahey emailed Fraser and Gray with a detailed description of the Sheen series scope of work, and information for the pilot episode including the framing of Bishop Sheen who will "revolutionize the idea of evangelism through the new medium of television," and Cardinal Spellman who "through sheer force [and] devious power plays seeks to lead a global empire," concepts which appear in plaintiff's copyrighted materials. These concepts are introduced to BFTV and Fraser by plaintiffs and now also appear in the "Fraser Materials" - both the Fraser step outline and Fraser pilot script rewrite. (*see* **Exhibit-88, Exhibit-273, Exhibit-274**)

67. On October 5, 2016, Fahey emailed more research compiled by Plaintiffs, including language and character and story arc information borrowed by Fraser (*see* **Exhibit-89**). This is yet another example of plaintiffs contributing their original work to BFTV and Fraser to accelerate the pilot script rewrite, however Fraser has still not written anything. By October BFTV had not advocated to have Fraser complete any materials, plaintiffs had not seen anything from

Fraser, not a step outline or any real notes - and the clock was ticking on the option agreement between BFTV and plaintiffs. (*see* **Exhibit-198**).

68.     On October 6, 2016, Fahey emailed Fraser and Gray:  "the use of flashback and pastiche could lend itself to growing a larger story of Sheen the man," which is important because it's the story telling device used in Plaintiffs' original pilot and Fraser's rewrite of Plaintiffs' pilot episode (*see* **Exhibit-90**).

69.     On October 7, 2016, Fraser sent an email asking questions including, "when Sheen went to the Vatican to fight for this funds (really his show), was there a trial?"  Fraser's email reveals he's asking questions related to copyrighted material sent by the Plaintiffs (*see* **Exhibit-199**).

70.     On October 7, 2016, Fahey sent a creative treatment to Fraser (in an email) which includes details about the rift between Sheen and Spellman, the Milk Fund and Pope Pius. The differences between these men. These items are not found in the "Fraser Materials"., all written by Plaintiffs (*see* **Exhibit-91**).

71.     On October 7, 2016, Fahey sent an additional email writing, "I'm happy to always hit back with little tangents and gems that are inspired from your questions! I think a goal for me is to give you all the information I have in my head all the material that Dietrich and I have covered so that we have a hive mind when it comes to story craft." (*see* **Exhibit-92**).

72.     On October 8, 2016, Gray replied to Fraser's email with a detailed account of the Milk Fund scandal, a major rift between Sheen and Spellman, and detailed historical dates of note, character description and scene ideas that are part of the corpus of Plaintiffs' work to this day. This major character conflict point is introduced by plaintiffs to Fraser but not present in the

Fraser Materials (*see* **Exhibit-171**), however BFTV claims libelously this conflict (Sheen/Spellman) originates from Fraser in their February 26, 2020 letter to Sheen Center.

73. On October 8, 2016, Fahey replied to Fraser's email with more detailed and nuanced information regarding the relationship between Sheen and Spellman - Fahey then sent an additional email with a link for Fraser to review (*see* **Exhibit-93** and **Exhibit-94**). Fraser confirmed receipt of the material.

74. On November 3, 2016, Fahey emailed Gray, Fraser, and Ramon Estevez with more research - plaintiffs introduce copyrighted information related to how Sheen got on TV, deep knowledge on the Sheen/ Spellman feud at the Vatican, and more information about Joan Cunningham, Sheen's niece who lived with him in New York and is written into the series (she is still alive today and is friends with Plaintiffs) (*see* **Exhibit-95**). These copyrighted elements, introduced to Fraser by the plaintiffs, are written into the Fraser Materials, and are derivative of the plaintiffs' copyright.

75. On November 3, 2016, Fahey sent an additional email with information about Sheen's relationship with Saul Alinsky as informed through research about David Fink who lived in Rochester when Sheen was Bishop "Bishop Fulton J. Sheen appointed Finks vicar of urban ministry and executive director of the office of social ministry. In that role, he worked with Saul Alinsky, the creator of community organizing, who had been hired by the Christian churches to help Rochester's black community organize." (*see* **Exhibit-96**). Fraser confirmed receipt of this material the same day. (*see* **Exhibit-200**).

76. On November 3, 2016, Fahey replied, "I'm concerned re: your deal with respect to time as it is a 1 year option dated in September. I'll keep fingers crossed that they move forward with that in mind." (*see* **Exhibit-97**).

77.    From November 4 through November 18, 2016, Plaintiffs and Fraser exchanged threads related to Joan (Cunningham) Sheen and added her to the script. The thread ends with Fraser's update regarding his contract with Breakthrough: "they're still hashing out some minor points. i can't see it not going … I am swamped on something right now, but will review all the recent — this week's — correspondence." (*see* **Exhibit-201**)

78.    On December 30, 2016, Gray emailed Fahey and Fraser with notes for pilot including direction, major points to cover, including naming Sheen, Spellman, JFK, Wild Bill Donovan, McCarthy, Roy Cohn, Hoover, and Dulles, all pulled from Plaintiffs' research derived from their copyrighted material.  (*see* **Exhibit-172**).

79.    On January 1, 2017 Fraser replied to Gray with "this is spot on" and "i am going to revisit what we did back in June and see if we can't get a log line to hang the series on." - evidence that he hasn't really put any effort into the project that Plaintiffs have been working on (*see* **Exhibit-202**).

80.    On January 1, 2017, Fraser sent an attachment: Bishop Fulton Sheen: The First "Televangelist" - TIME.pdf, which is not new information and the document he sent was only partial - Plaintiffs already had that Time Magazine article.  (*see* **Exhibit-203**).

81.    On January 3, 2017, Gray replied to Fraser with a more detailed outline, direction, and structure of the rewrite for Fraser (*see* **Exhibit-173**).

82.    On February 14, 2017, Fraser emailed about the book Passion of Fulton Sheen: "Look at the cover page. I am going to try and get it rushed over here." This is important - Fraser was sent this book (and others) by plaintiffs and didn't commence research until 5 months into Plaintiffs' option with Breakthrough (*see* **Exhibit-204**).

83.     On February 14, 2017, Fahey emailed Gray a detailed treatment and culmination of Plaintiffs' research over the years - this is important - a lot of the language we've seen already from Plaintiffs but is a more updated treatment—including more concrete and is consistent with previous emails of treatments sent to Fraser using the same language (*see* **Exhibit-101**).

84.     On February 19 2017, Fahey emailed Fraser a detailed breakdown of all research and copyrighted material compiled by Plaintiffs including the language used throughout the history of Plaintiffs' collaboration related to every character and story break that Fraser borrows for the pilot script rewrite. Important to note that Plaintiffs have not seen anything from BFTV or Fraser to date, no treatment, no real notes, just inconsistent small ramblings. Plaintiffs also attach two IMPORTANT shared google docs: TIMELINE and PILOT BULLET POINTS AND MORE DETAIL all of which are written by Plaintiffs (*see* **Exhibit-103**).

85.     On February 20, 2017, Gray emailed Fahey and Fraser with a detailed breakdown and comprehensive notes on scene direction for the pilot episode and series including information on Wild Bill Donovan (who appears in copyrighted material written by Plaintiffs) - again, this all comes from research and writing done by Plaintiffs and not by Fraser (*see* **Exhibit-177**). On information and belief, BFTV libelously claims Wild Bill Donovan is in the Fraser Materials, when in fact he is not.

86.     On February 20, 2017, Fahey replied to Gray's email (Fraser CC'd) and shared information related to the relationship between Tom Dooley and Cardinal Spellman (*see* **Exhibit-104**).

87.     On February 20, 2017, Fahey sent an additional email with more detail related to Dooley's mysterious death and shared a link (*see* **Exhibit-105**). Fraser confirmed that he is reviewing the treatments that Plaintiffs have been sending over (*see* Exhibit-268).

88.     On February 27, 2017 Fraser replied to Plaintiffs confirming that he doesn't know this information that Plaintiffs researched and written about extensively: "And where did you get this? Tom Dooley. It's really interesting. do we know if he was close to Spellman?" - further revealing Fraser's lack of knowledge base or research effort (*see* **Exhibit-205**).

89.     On February 27, 2017, Fahey replied to Fraser with even more intimate nuanced and detailed information about Tom Dooley and Cardinal Spellman and infers that Bill Donavan was in Vietnam to "get" Dooley, all written and researched by Plaintiffs (*see* **Exhibit-110**).

90.     On February 27, 2017, Fraser replied to Plaintiffs with "this is a good line. we can use it as a cutaway story and it falls under Spellman and Catholic power." It's important to note that Fraser emails usually consist of borrowed information from Plaintiffs and usually are only two or three sentences long at best versus the paragraphs of deep insight and creative language shared by Plaintiffs (*see* **Exhibit-206**).

91.     On February 27, 2017, Fahey replied to Fraser with a structure to the character dynamic and "web of influence" of Spellman, adding further original insight that shows up in the Fraser Materials: "The implication is that Sheen is a popular Pawn for Spellman's machiavellian schemes - and that Pawn becomes so popular it threatens the tight grip of control and influence Spellman has in the Church and in the US political sphere. Jealousy turns to revenge as Spellman extorts Sheen for money, twice. Sheen beats him back." (*see* **Exhibit-269**).

92.    On February 28, 2017, Fraser replied to Fahey "how tight are Joseph Kennedy and Spellman." further illustrating his lack of knowledge base on the subject (*see* **Exhibit-207**).

93.    On February 28, 2017, Fahey replied to Fraser and shared deep insight in the relationship between Joe Kennedy and Cardinal Spellman, again giving Fraser everything, through Fahey's own creative writing and perspective after deep research on the subject (*see* **Exhibit-112**). Fraser confirmed receipt of the information Fahey provided. (*see* **Exhibit-113**).

94.    On February 28, 2017, Fahey replied to Fraser's email with a detailed recap of much information we have seen in previous emails from Fahey, detailing the weaving of the main plot points and characters arcs with their counterparts, again in Fahey's own words and from his creative perspective - all of this is original to Plaintiffs and borrowed by Fraser in the Fraser Materials. (*see* **Exhibit-270**).

95.    On March 3, 2017, Fahey replied to Gray (and Fraser) with some suggestions for the show opener and how to weave Sheen's actual show into the pilot, and series (*see* **Exhibit-115**).

96.    On March 4, 2017, Fraser replies to Plaintiffs "I am of the mind that we open with something that is more generic. It could be his first show, or it could be #12. We will take moments from his great episodes — the great oratory — but i think we're smart to set up the first hour with the show going live and the moment it does — were out." - evidence that by March 4th 2017, through BFTV, Fraser hasn't written anything yet. (*see* **Exhibit-211**).

97.    On March 3, 2017, Gray emailed Fahey and Fraser: "3 episodes LIWL - 1952 (discourse on communism) / - April 1953 (no subject) / - another with no date - Bishop Sheen Christmas Program 1963 -Friar's Roast of Milton Berle 1969 The Catholic Hour - Radio Program

20

(avail at Paley Center in NYC) Most of the Dumont reels/materials were dumped into NY Harbor in 1972-73" (*see* **Exhibit-179**). Fraser replies, "I'll update first thing tomorrow" though he never does (*see* **Exhibit-212**).

98.     On March 6 and 7, 2017, plaintiffs exchanged a thread with Fraser - Fahey spells out detailed information on Kennedy that is pivotal to the series - these are Fahey's words and creative writing from extensive research - none of this creative comes from Fraser - which refutes the letter sent by BFTV to Sheen Center (*see* **Exhibit-117**).

99.     On March 12, 2017, Fraser sent plaintiffs the first draft of his 16-page rewrite outline. This is the first complete work product Fraser sends to plaintiffs since the beginning of their option agreement with BFTV.  Much of what Plaintiffs have advocated for is in the treatment which is a derivative of all materials sent by Plaintiffs. (*see* **Exhibit-213**, **Exhibit-215**). Plaintiffs  emailed Fraser detailed notes and questions on the outline (*see* **Exhibit-182**).

100.     On March 13, 2017, Fraser sent Plaintiffs "I will work him into the pilot. Easy to do and we can build a couple of scenes around this character. went on Wikipedia and it's all pretty interesting. he won, by the way, seven Tony wards." - about Joe Melzner who is written into Plaintiffs' creative treatments they have provided to Fraser - this is confirmation he is using their treatments (*see* **Exhibit-214**).

101.     On March 13, 2017, plaintiffs replied to Fraser's email further elaborating on scene ideas, providing more information about characters Clair Boothe Luce and Diem (*see* **Exhibit-118, Exhibit-119**, **Exhibit-126**).

102.     On March 14, 2017 Fraser replied to Plaintiffs "Kennedy is not a huge character in the show. yet, he does represent the faith and sin matrix well.." - proof he is using information provided from Plaintiffs' creative treatments (*see* **Exhibit-216**).

103.    On March 14, 2017, Fahey sent along another detailed email and creative pushback covering much more nuance into the story for the pilot (*see* **Exhibit-121. Exhibit-122, Exhibit-123**).

104.    On March 14, 2017, Fraser's replies to Fahey's email refusing to change Sheen's character from "gay" stating, "By almost all accounts the man is gay," and "The goal posts will not change. You will have to get into that with Joan. I don't have the time to present to Joan and Ramon and Ira and then have tell them eight weeks later that we're not doing what they signed off on. Personally, I like the goalposts. And you've known about them since we started working toward the outline and the series overview document. They're not going to change." - this is a point of contention between plaintiffs and Fraser. (*see* **Exhibit-217**).

105.    On March 14, 2017, Fraser sent an additional challenge defending his stance "one last thing — they're great goalposts. And they come from Reeve's book. He rose as an entertainer — not as a bishop. that's interesting — and that says a lot about who we are NOW. it's fascinating, in fact. He was the first televangelist — ever. And he was incorruptible and done in not by his audience, but by his church. To me, that's dramatic. It's amazing in its pathos and richness. And he was graceful through the whole power play. To me, he'a s very sympathetic hero." - this is practically a cut-and-paste insight from treatments provided by Plaintiffs (*see* **Exhibit-218**).

106.    On March 14, 2017, (different thread) Fahey sent an email to Gray and Fraser with much more detail related to story chronology and deeper detail into Diem, Spellman, Pius, and Sheen - again, these are Fahey's words and creative writing from extensive research - none of this creative comes from Fraser (*see* **Exhibit-126**).

107.   On March 14, 2017, plaintiffs replied to Fraser with a detailed explanation refuting Fraser's challenge and questions to find a creative accord to wed the major points that are worrying -  mainly Fraser eluting that Sheen is gay. (*see* **Exhibit-183**). (*see* **Exhibit-127**).

108.   On March 20, 2017 Fahey emailed Gray, Fraser, Ramon Estevez, Joan Lambur, and Ira Levy with a formal complaint against Fraser who chose to send a treatment for the pilot episode without first addressing the notes Plaintiffs sent (*see* **Exhibit-129**). Joan Lambur replied requesting Plaintiffs send over their notes and to set up a call (*see* **Exhibit-232**).

109.   On April 2, 2017, Fahey emailed Gray the opening pages of a revised pilot episode that they planned to share with Fraser. (*see* **Exhibit-131**).

110.   On April 26, 2017, plaintiffs sent a detailed email with more scene discovery and deep research provided in a creative treatment created by Plaintiffs, specifically relating to research on Claire Boothe's infidelity (*see* Exhibit-132-33). Fraser emailed Plaintiffs confirmation of their new research on the women in Sheen's life, "This stuff is great," Fraser writes (*see* **Exhibit-222**).

111.   On June 17, 2017, Fahey emailed Gray and Fraser a detailed summary of Clair Boothe Luce and other women in Fulton Sheen's life as well as a scene breakdown written by Plaintiffs (*see* **Exhibit-135, Exhibit-136**). Again, these are characters that originated with the plaintiffs the BFTV claim come from Fraser.

112.   On June 22, 2017 Fraser emails Plaintiffs the first draft pilot rewrite, attaching Sheen Pilot documents (*see* **Exhibit-223**). Fahey emailed Gray, Joan, and Ramon Estevez confirmation of reading the first draft pilot from Fraser. (*see* **Exhibit-137**).

113.     Between June 22 and June 28, 2017, Plaintiffs and Fraser exchanged threads related to the detailed notes for changes to the pilot episode, which was well received, and the elements Plaintiffs were seeking to add to the pilot (*see* **Exhibit-224**).  (*see* **Exhibit-138**).

114.     On August 11, 2017, plaintiffs sent an email to Fraser with a comprehensive list of well organized notes for a 2nd draft of the pilot before sharing the document with the networks - this was done by Plaintiffs after much deliberation with Fraser to get to a good position (*see* **Exhibit-187**).

115.     From August 22-25, 2017, plaintiffs email Josh Sandler with more Option Agreement deadline and deal concerns even more Option Information regarding Breakthrough (*see* **Exhibit-139, Exhibit-140**).

116.     On Aug 24, 2017, Fahey emails Ramon Estevez re: grievances on 'Sheen' project. (*see* **Exhibit- 283**).

117.     On August 26, 2017, Plaintiffs emailed Ira Joan and Ramon regarding the pitch option extension and script note revisions that Plaintiffs wanted to see before the extension (*see* **Exhibit-143, Exhibit-3**).

118.     August 29, 2017, Fahey emails Fraser (Gray and Ramon CCd) "We had expected seeing a draft before signing an extension and Josh will be contacting Breakthrough today with further requests on our behalf as well. I anticipate us having a conversation about it tomorrow." (*see* **Exhibit-144**).

119.     August 29, 2018, Fraser replies to Fahey (Gray and Ramon CCd) "that's news to me. Are you saying (and excuse me if I am misinterpreting this & please let me know) that going forward, the project, is based on this draft and one would assume your notes?" (*see* **Exhibit-271**).

24

120.    August 29, 2017, Fahey replied to Fraser (Gray and Ramon CCd) "That is certainly part of it and has been transparent and reflected in emails." (*see* **Exhibit-145**).

121.    On August 29, 2017, Fraser replied to Fahey (Gray and Ramon CCd) "Not to me. I will defer to Joan and Ira and Ramon." (*see* **Exhibit-226**).

122.    On August 29, 2017, Lauren Lienburd shared an email thread (Aug 8 - Aug 29) with Josh Sandler, Plaintiffs between all parties at Breakthrough Entertainment regarding a 6 month extension of the option agreement (*see* **Exhibit-237**). Plaintiffs' attorney communicated to Lauren that they would agree to a three week extension to allow for Fraser to complete the most recent draft of the script prior to discussing an extension beyond that.

123.    On August 29, 2017, Lauren Leinburd replied to Josh Sandler's email "After careful consideration, Ira, Joan and Ramon have decided to let the option lapse. Please keep in mind that the script that we commission will remain our property. We wish you all the best with this project." (*see* **Exhibit-238**).

124.    On August 31, 2017, Instead of agreeing to plaintiffs' generous extension request, BFTV and plaintiffs' pitch option agreement expired pursuant to the terms of the contract.

**BFTV's Tortious Interference and Defamatory Letter to the Sheen Center**

125.    On Sept 18, 2019, Fahey emailed Josh Sandler (attorney) regarding Fahey and Gray as recipients of the prestigious Artist in Residency program at the 'Sheen Center for Thought and Culture' in NYC. (*see* **Exhibit- 300**).

126.    On February 26, 2020, The Sheen Center received a letter from Lauren Leinburd, Vice President and General Counsel of Breakthrough Entertainment in Toronto, Canada, claiming several defamatory and libelous claims with regard to BFTV's ownership of the "Bishop Sheen Project", which is a copyrighted property owned by Plaintiffs. The letter from Leinburd

further threatened potential liability toward The Sheen Center. However, these threats were based on defamatory and libelous claims from BFTV. Fearing litigation, the Sheen Center exercised their right  pursuant to the contract with Plaintiffs  to terminate the Artist-in-Residence (see **Exhibit - 280**).

127.    On March 4, 2020, Fahey emailed John Titus (attorney) regarding grievances within the Breakthrough legal letter which was sent to David DiCerto at 'Sheen Center' (*see* **Exhibit- 301**).

128.    On March 6, 2020, Plaintiffs emailed Josh Sandler (attorney) regarding grievances within the Breakthrough legal letter which was sent to David DiCerto at 'Sheen Center'. Josh Sandler (and Taylor "assistant") responds with plans for a call (*see* **Exhibit- 302**).

129.    On Oct 8, 2020, Josh Sandler (attorney) encouraged Plaintiffs to engage a CA attorney to push forward their libel and tortious grievance with Breakthrough (*see* **Exhibit- 303**).

130.    On October 8, 2020, Plaintiffs obtained the letter which was sent by BFTV to Sheen Center (*see* **Exhibit-5**). The letter contains libelous, and threatening claims, which caused Sheen Center to terminate their contract with Fahey & Gray. Plaintiffs have been stifled ever since, intentionally putting the brakes on any momentum out of fear of more bad-faith and malicious behavior by BFTV.

131.    In BFTV's letter to The Sheen Center, Lauren Leinburd falsely claims that current script in development "directly lifts from the Fraser Scripts creative elements dramatizing the rise of Catholic power throughout the United States… culminating in the election of John F. Kennedy and installation of the Catholic president in Vietnam, Ngo Dinh Diem. These creative

elements were brought to the project by Fraser directly and are therefore present in the Fraser Script, owned by Breakthrough."

132.    All information and language regarding a Catholic priest who was least likely to become a major entertainer, Catholic power in the 40s, 50s, and 60s, JFK, Diem, and any other historical fact used by Fraser in the pilot rewrite outline and pilot rewrite (the Fraser Script) were provided through creative treatments written and owned by Plaintiffs and fall under the copyright and scope of work of the Bishop Sheen Project owned by Plaintiffs. (*see* **Exhibit-1**).

133.    All of the major historical concepts, premise, and scope of dramatic storytelling contained  within the Fraser Materials (pilot rewrite and step outline) are derivative of plaintiffs' copyrighted materials.

134.    Diem is never mentioned in the Fraser pilot rewrite. In Fraser's step outline for the pilot rewrite he makes one passing very vague reference to Diem: "The ANGRY YOUNG MAN tells him that he's seen the dark side of the priesthood, he knows the secrets, the backroom deals, the dead soldiers and the little boys. You've taken too much from us, the man yells. And there's the war — Vietnam. Look what you did with Diem!"

135.    In the Fraser pilot rewrite he places Sheen in a scene at a restaurant with Claire Boothe Luce and John F. Kennedy, historical figures that are detailed in the materials copyrighted by the plaintiffs, making Fraser's use in the pilot rewrite derivative of the plaintiff's copyright - which is proven through countless emails and information sharing where plaintiff's provided years of research and copyrighted materials to Fraser in an effort to support accelerating the pilot rewrite pursuant to paragraph 2 of the option agreement between BFTV and the plaintiffs, so that they could seek a deal with networks and studios, which was the goal of the pitch option agreement (that was never met by BFTV).

136.   Wild Bill Donovan is never referenced in the Fraser materials, either in the pilot rewrite or the step outline. BFTV is making a libelous claim to assert that Fraser uses Wild Bill Donavan in the Fraser materials when in fact he doesn't. Wild Bill Donovan is included in the plaintiff's copyrighted materials, however.

137.   Any use of the characters Roy Cohn and J. Edgar Hoover by Fraser are derivative of plaintiffs' copyrighted materials.

138.   Furthermore, Fraser confirms receipt of receiving creative treatments provided by Plaintiffs many times during the term of the Pitch Option Agreement (*see* **Exhibit-190**, **Exhibit-191**, **Exhibit-196**, **Exhibit-170**, **Exhibit-200**, **Exhibit-201**, **Exhibit-202**, **Exhibit-105**, **Exhibit-205**, **Exhibit-206**, **Exhibit-213**, **Exhibit-222**, **Exhibit-224**).

139.   Fraser did not complete (and share) the pilot rewrite outline until March 12, 2017 (*see* **Exhibit-213**), and Fraser did not deliver a first draft pilot rewrite (the Fraser Script Rewrite) until June 22, 2017 (*see* **Exhibit-223**).

140.   In BFTV's letter, it also libelously claims that Cardinal Spellman was a character that Fraser brought to BFTV that plaintiffs' script lifts from creative material in the Fraser Materials regarding Cardinal Spellman, "who is a character that Fraser brought to the Breakthrough project by dramatizing Spellman's complex relationship to Sheen and to America… and that all notions of Catholic power underscoring Sheen's television show were brought to the project by Breakthrough exclusively."

141.   Any story elements used by Fraser related to Spellman and his relationship to Sheen were provided through creative treatments written and owned by Plaintiffs and fall under the copyright and scope of work of the Bishop Sheen Project owned by Plaintiffs.

142.    Any language related to Catholic power was provided through creative treatments written and owned by Plaintiffs and fall under the copyright and scope of work of the Bishop Sheen Project owned by Plaintiffs.

143.    Furthermore, creative and conceptual material related to Catholic power, Sheen's television show, and any other materials related to the history of Bishop Sheen and any (historical) character used in the Fraser script were provided through creative treatments written and owned by Plaintiffs and fall under the copyright and scope of work of the Bishop Sheen Project owned by Plaintiffs.

144.    BFTV's letter also falsely claims that "Fraser's Script characterized and scripted the remarkable obstacles that Sheen faced in getting his show made. These items, which appear to now be present in the Fahey and Gray pitch, are directly taken from the Fraser Script."

145.    Any language related to obstacles Sheen faced in getting his show made were provided through creative treatments written and owned by Plaintiffs and fall under the copyright and scope of work of the Bishop Sheen Project owned by Plaintiffs. Furthermore, there is nothing of substance in the Fraser materials that resembles this claim made by BFTV. It is not apparent in the Fraser pilot rewrite or step outline.

146.    BFTV's letter also falsely claims that "The Fraser Script has exclusive rights to certain historical elements which were introduced by Breakthrough to Fahey and Gray during the pitch option period. Such examples include "Wild Bill" Donovan, Roy Cohen, and J. Edgar Hoover. These are all historical figures which screenwriter Fraser incorporated to tell the story of Catholic power and Sheen.

147.    As already stated above, all historical elements, including "Wild Bill" Donovan, Roy Cohn, and J. Edgar Hoover, were provided to Angus Fraser (and BFTV) before

writing began on the pilot rewrite outline and pilot rewrite (the Fraser Script), through creative treatments written and owned by Plaintiffs and fall under the copyright and scope of work of the Bishop Sheen Project owned by Plaintiffs. Furthermore, there is no reference to Wild Bill Donovan in any of the Fraser materials, either the Fraser pilot rewrite or the step outline. This is a libelous claim made by BFTV.

148.    In BFTV's letter, it falsely claims: "Despite our attempts to inform Fahey and Gray that they are currently developing and seeking crowdfunding for a project based heavily on creative elements which were created by Fraser and the Fraser Script, our communications with them have gone unanswered."

149.    BFTV have never made an attempt to inform Plaintiffs with regard to the pilot rewrite (the Fraser Script Rewrite), nor have BFTV tried to contact Fahey or Gray since December 12, 2017, by phone, email, formal letter, or any other form of communication.

**Count One**
**(Federal Copyright Infringement Against All Defendants)**
**17 U.S.C. § 501**

150.    Plaintiffs repeat and reallege paragraphs 1 through 149 above.

151.    The Bishop Sheen Project is an original work of authorship registered with the United States Register of Copyrights and the WGA Registry.

152.    At all relevant times, plaintiffs have been the original and sole owner of all rights, title, and interest in The Bishop Sheen Project script and have not assigned, licensed or otherwise transferred copyright to the Defendants, third-parties or dedicated them to the public.

153.    Defendants' have wrongfully copied from The Bishop Sheen Project. Through Defendants' conduct alleged herein, including Defendants' reproduction and distribution of The Bishop Sheen Project without Plaintiff's permission, Defendant has directly infringed Plaintiffs' exclusive rights in The Bishop Sheen Project.

154.    On information and belief, Defendants' infringing conduct alleged herein was and continues to be willful and with full knowledge of Plaintiffs' rights in The Bishop Sheen Project.

155.    As a direct and proximate result of Defendant's infringing conduct alleged herein, Plaintiff has been harmed and is entitled to damages in an amount to be proven at trial.

156.    Alternatively, Plaintiff is entitled to the maximum statutory damages pursuant to 17 U.S.C. § 504(c) for Defendants' willful infringing conduct for the Plaintiffs' works that Defendants has infringed, and for such other amount as may be proper pursuant to 17 U.S.C. § 504(c).

**Count Two**
**(Defamation / Libel Against All Defendants)**

157.    Plaintiffs repeat and reallege paragraphs 1 through 149  above.

31

158.    Defendants made false statements about their ownership rights in the Fraser Materials and the terms of the Pitch Option Agreement between plaintiffs and BFTV. In disseminating the statements contained in the February 26, 2020 letter to The Sheen Center, Defendants acted in a grossly irresponsible manner without due consideration of plaintiffs' rights to pursue development of the Sheen Series after the expiration of the Pitch Option Agreement on August 31, 2017.

159.    As a direct and proximate result of Defendants defamation and libel, plaintiffs suffered and continue to suffer, irreparable harm and damages as described above.

### Count Three
### (Breach of Contract Against All Defendants)

160.    Plaintiffs repeat and reallege paragraphs 1 through 149  above.

161.    On September 1, 2016, plaintiffs and BFTV entered into a valid, enforcement binding contract—The Option Agreement.

162.    Plaintiffs have performed their obligations under the Option Agreement

163.    BFTV has materially breached the terms and representations under the Option Agreement.

164.    In the December 12, 2017 letter from BFTV to the Plaintiffs they state: "In the end, the Option Agreement proved to be moot as BFTV ultimately determined not to actually pitch the Script but rather it commissioned a new original screenplay by Angus Fraser (the "Fraser Script") regarding the Bishop Sheen story." (*see* **Exhibit 4**)

165.    Plaintiffs never agreed to BFTVs determination. BFTV has committed a breach of contract with the plaintiffs related to a term in their option agreement pursuant to paragraph 5 where all rights for the property revert back to the plaintiffs. In the 2017 letter sent by

BFTV to the plaintiffs they allege that the terms of the agreement had changed that a new script was to be developed, that is simply untrue. The terms of the contract have never been amended.

166.    The reality is that the plaintiffs agreed to a rewrite of their original pilot with subcontracted writer Fraser, based on paragraph 2 of their option agreement where BFTV might change materials to make them more sellable to studios and networks.

167.    BFTV have broken the terms of the option agreement by never actually pitching materials to studios or networks with the plaintiffs. BFTV have also broken covenant by taking copyrighted materials that are derivative of plaintiffs' original work in an effort to sell the Fraser rewrite.

168.    Shortly before Breakthrough Entertainment sent a defamatory and libelous letter to the Sheen Center for Thought and Culture Plaintiffs were featured in several articles about their Sheen Project. The Catholic Post ran a February 26, 2020 article titled, "Illinois natives and 'brothers in faith' envision 12-part TV series on Fulton Sheen." (see **Exhibit-306**) And on February 4, 2020, Reel Chicago published an article titled, "Fahey, Gray take Archbishop Sheen TV series to market." (see **Exhibit-304**)

169.    In the comment section of the Reel Chicago article Plaintiffs were alerted to a concerning comment which stated, "These guys are nine months too late. There's a Canadian company developing this exact story at Netflix." (see **Exhibit-305**).

170.    BFTV has copied and shared the Fraser Materials, which are derivative of Fahey  & Gray's copyrighted material, which is a direct violation of Plaintiffs' copyright. Furthermore, are in breach of contract pursuant to the terms of their option agreement with Plaintiffs, they are in direct violation of Fahey and Gray's copyright, and the provisions set forth

in the option agreement signed by both the plaintiff and defendants. (*see* **Exhibit-2, paragraph 2** and **Exhibit-2, paragraph 3, subsection c**).

171.    Plaintiffs have been damaged and will continue to be damaged in an amount to be determined at trial.

### Count Four
### (Tortious Interference with Existing Contract Against All Defendants)

172.    Plaintiffs repeat and reallege paragraphs 1 through 149 above.

173.    On January 6, 2020, Plaintiffs' entered into a valid, binding contract with The Sheen Center for Thought for an Artist-in-Residence fellowship program. The purpose of the residency was for plaintiffs' to develop the Sheen Series.

174.    On February 26, 2020, Executive Director of the Sheen Center, David Di Certo, received a letter from BFTV's Lauren Leinburd, wrongfully asserting that the Sheen Series pitch plaintiffs' were awarded the fellowship to develop at the Sheen Center was potentially infringing on the intellectual property BFTV allegedly maintained in the Fraser Materials.

175.    As a direct result of BFTV's letter, The Sheen Center exercised its rights under their contract to terminate plaintiffs' Artist-in-Residence agreement with The Sheen Center.

176.    Pursuant to the mutually executed pitch option agreement between plaintiffs and BFTV, at the end of the one-year pitch option term, all rights and ownership in the Sheen Series materials reverted back to plaintiffs. And with respect to the development materials created by Fraser, plaintiffs had no obligation to acquire such materials from BFTV and were free to proceed with future work on their script without interference by BFTV.

177.    In the December 12, 2017 letter from Lauren Leinburd, Defendants' proposed compensating plaintiffs' for their contributions to the Fraser materials provided plaintiffs sign a mutual release agreement, which would have allowed BFTV to continue development on

the Sheen Series based on the Fraser Materials. The contents of this letter provide clear evidence that BFTV was aware that they were not entitled to use the Fraser Materials to pursue further development of the Sheen Series independently because the pilot rewrite outline and pilot rewrite (Fraser Materials) rely heavily on and are a derivative of treatments created by Sean Fahey and Dieterich Gray, and shared with Fraser in 2016 and 2017, before any work by Fraser had commenced.

178.    With intent to further frustrate the mutually agreed upon terms of the option pitch agreement and infringe on plaintiffs' copyright in the Sheen Series, Defendants' have falsely claimed ownership of certain creative elements in the Fraser Materials although they are fully aware that the Fraser Materials are directly based on protectable elements from creative treatments provided to Fraser by plaintiffs over the course of 2016 and 2017. Furthermore, the only original story material produced by Fraser (*see* **Exhibit-273**, **Exhibit-274**) that do not fall under plaintiffs' copyright (*see* Exhibit-1) are fictional composite characters created by Fraser and fictional settings written by Fraser in the pilot rewrite outline and pilot rewrite (the Fraser Materials).

179.    Beginning with the December 12, 2017 letter, Defendants have gone to great lengths to create a counterfactual narrative, falsely casting BFTV as the intellectual property owners of a series belonging to Plaintiffs, two upcoming writer/filmmakers, who have dedicated over 10 years to creating and development an original screenplay based on the life of Bishop Fulton Sheen.

180.    Breakthrough has never put Plaintiffs on "notice" nor have any of the parties involved made any attempt to inform Plaintiffs with regard to the pilot rewrite (the Fraser Script), nor have BFTV tried to contact Fahey or Gray since December 12, 2017, by phone, email, formal letter, or any other form of communication. Instead, BFTV sent a defamatory letter to the Sheen

Center threatening legal action under false pretense of ownership of Fahey and Gray's intellectual property. These actions by Defendants directly caused The Sheen Center to terminate plaintiffs' Artist-in-Residence Agreement just weeks before it was set to commence. These actions evince Defendants' deliberate indifference to the ownership rights plaintiffs maintain in the Sheen Series and shows the great lengths Defendants' are willing to go to stop plaintiffs from developing their script into actual production.

181.    During the pandemic access to virtual pitches made deal flow for spec pilots and series much more attainable with all the networks and producers in the industry, but plaintiffs could not take their Sheen series to any networks or studios for fear of more malicious behavior from BFTV, and anyone representing their false claims against plaintiffs.

182.    As a result, Plaintiffs have suffered damages including loss of funding, loss of artist in residency, lost the ability to create deal flow, get into development, and  revenues that would have been expected upon executing a deal with a studio or network; and the emotional trauma, fear and duress Plaintiffs have been under due to BFTV's malicious behavior. Damages are well in excess of $75,000.

### Count Five
### (Tortious Interference with Business Relations Against All Defendants)

183.    Plaintiffs repeat and reallege paragraphs 1 through 149 above.

184.    Based upon the foregoing, Defendants tortiously interfered with Plaintiffs' business relations through the making of false statements of fact about to third parties without authorization intentionally or recklessly.

185.    Defendants have falsely claimed intellectual property rights in the Fraser Materials and reached out to The Sheen Center in another attempt to prevent the true copyright owners of the Bishop Sheen Project from pursuing any future development of the Sheen Series.

Furthermore, in 2017, Defendants attempted to get plaintiffs to sign a mutual release to allow BFTV to continue development on the Sheen Series, in direct violation of the Option Agreement. Thus, Defendants knew and could reasonably expect that Plaintiffs would seek to or already had entered into business contracts and relations in order to develop the Sheen Series. Therefore, Defendants had reason to know and intended their statements to interfere with Plaintiffs' business relations.

186.    As a direct and proximate cause of Defendants statements, Defendants caused and continue to cause Plaintiffs damage and harm as described above.

**Count Six**
**(Tortious Interference with Prospective Economic Advantage Against All Defendants)**

187.    Plaintiffs repeat and reallege paragraphs 1 through 149 above.

188.    Plaintiffs entered into a valid, binding contract with The Sheen Center for an Artist-in-Residency fellowship program set to commence in March 2020.

189.    BFTV issuing a notice to Sheen Center (with regard to Plaintiffs), is a defamatory claim sent to a third party with whom BFTV has no relationship and was undertaken for the sole purpose of harming plaintiffs. BFTV issuing the threat of legal action (to Sheen Center), is coercive and defamatory, based on libelous information written by BFTV's legal representative Lauren Leinburd, that caused the termination of Plaintiffs' contract and artist-in-residency at the Sheen Center for Thought and Culture, which represents tortious contractual interference by a third party (*see* **Exhibit-5**, **Exhibit-280**).

190.    On information and belief, BFTV is actively in violation of Plaintiffs' copyright, which acts as motive for BFTV sending a defamatory and libelous letter to the Sheen Center for Thought and Culture which caused Plaintiffs' artist-in-residency contract to be terminated.

191.     By falsely claiming that plaintiffs are infringing on BFTV's copyright in the Fraser Material, Defendants have intentionally and wrongfully interfered with and will continue to intentionally interfere with and disrupt plaintiffs' prospective business relations with TV/movie producers and executives interested in pursuing further development of The Sheen Series.

192.     On information and belief, Defendants have made fraudulent representations to third-parties and threatened plaintiffs' with legal action under false pretense of ownership of Fahey and Gray's intellectual property. As a result, Plaintiffs could not take their Sheen series to any networks or studios for fear of more malicious behavior from Defendants Breakthrough Films & Television, Inc., Breakthrough Entertainment, Ira Levy, and anyone representing their false claims against Plaintiffs.

<div align="center">

**Count Seven**
**(Common Law Unfair Competition Against All Defendants)**

</div>

193.     Plaintiffs repeat and reallege paragraphs 1 through 149 above.

194.     Plaintiffs entered into the Option Agreement with Defendants for the sole purpose of using BFTV's industry standing, knowledge, and reputation to help bring The Bishop Sheen Project to market. Plaintiffs have dedicated the last ten years developing the Sheen Series script which shows their passion to share the life and story of Bishop Fulton with the public.

195.     As set forth more fully above, plaintiffs agreed to a rewrite of their original pilot with subcontracted writer Fraser, based on paragraph 2 of their option agreement where BFTV might change materials to make them more sellable to studios and networks. In the spirit of collaboration, plaintiffs spent two years sharing with Fraser the wealth of research and creative material they have developed over the last decade.

196.     Fraser did not complete (and share) the pilot rewrite outline until March 12, 2017 (see **Exhibit-213**), and Fraser did not deliver a first draft pilot rewrite (the Fraser Script) until

June 22, 2017 (*see* **Exhibit-223**), with only 2.5 months left in the 12 month "pitch" option agreement.

197.    Pursuant to the Option Agreement, Defendants' agreed that plaintiffs would retain all rights in their intellectual property at the expiration of the pitch option term. Defendants instead misappropriated, in bad faith, plaintiffs' good will, skills, deep knowledge and understanding of Bishop Fulton Sheen. Plaintiffs invested two years of labor to help Fraser perform the rewrite, based on their intellectual property. In return, BFTV failed to abide by the terms of the Option Agreement, failed to pitch the Sheen Series to any networks or producers, and failed to advocate for the plaintiffs' vision when creative discord arose between Fraser and plaintiffs.

198.    BFTV's defamatory and libelous statements to The Sheen Center were in furtherance of their unfair competition and illustrates Defendants' bad faith in misappropriating the labor plaintiffs have invested in The Sheen Series.

199.    On information and belief, Defendants intentionally and in bad faith appropriated plaintiffs' labor with the intent to hold itself out as being the copyright owners of the Sheen Series pitch. As such, defendants have committed unfair competition under the common law of this State.

### Count Eight
### (Misrepresentation in Commercial Advertising or Promotion Against All Defendants)
### 15 U.S.C. §1125 (43)(a)

200.    Plaintiffs repeat and reallege paragraphs 1 through 149 above.

201.    Defendants have made literally false and/or misleading statements falsely holding themselves out as the copyright owners of materials derived from plaintiffs' Sheen Project script and falsely claiming that plaintiffs' script infringes on protectable elements in the Fraser Materials.

202.    Defendants' false and/or misleading statements were the cause, in fact, of The Sheen Center's decision to terminate its Artist-in-Residency Agreement with plaintiffs.

203.    Defendants' communication was designed to advance its own business interest in using plaintiffs' intellectual property to develop its own series based on the life of Bishop Fulton Sheen.

204.    On information and belief, in 2019 Defendants solicited business and placed the false and/or misleading statements in interstate commerce to further its copyright infringement of The Bishop Sheen Project. In the comment section of the Reel Chicago article Plaintiffs were alerted to a concerning comment which stated, "These guys are nine months too late. There's a Canadian company developing this exact story at Netflix." (*see* **Exhibit-305**).

205.    Because BFTV is a globally recognized production company that solicits business in the network television and production market, it is likely that the false and/or misleading statements are designed to advance its own business interest in shopping the Sheen Series script to networks and producers.

206.    As a result of Defendants actions, plaintiffs have been, and will continue to be, injured by Defendants' misrepresentations.

## PLEA FOR RELIEF

207.    Plaintiffs have suffered damages including loss of funding, loss of artist in residency, lost the ability to create deal flow, get into development, and  revenues that would have been expected upon executing a deal with a studio or network; and the emotional trauma, fear and duress Plaintiffs have been under due to BFTV's malicious behavior. Damages are well in excess of $75,000

208.    Plaintiffs ask for compensatory and punitive damages for defendants conduct as stated above. Fahey and Gray seek an injunction, ordering defendants to cease from infringing on Fahey and Gray's copyright; to immediately stop trying to sell a property they have no right to sell, as they are both in violation of Plaintiffs' copyright and in breach of contract pursuant to the terms set forth in the option agreement between BFTV and Plaintiffs.

Dated:  September 28, 2021

Respectfully submitted,

_____
Sean P. Fahey
Plaintiff, *Pro Se*
(312) 342-0372


_____
Dieterich Gray
Plaintiff, *Pro Se*
(312) 451-7973

# EXHIBITS

# EXHIBIT 1

**Click to return to paragraph: p.1**       **p.64**       **p.132**

**p.143**       **p.145**       **p.147**

**Registration Number**

# *-APPLICATION-*

## Title _____

                    **Title of Work:**   A LIFE WORTH LIVING

## Completion/Publication _____

              **Year of Completion:**   2015

## Author _____

-         **Author:**   Dieterich Gray
    **Author Created:**   text
  **Work made for hire:**   No
        **Citizen of:**   United States
     **Domiciled in:**   United States
      **Year Born:**   1977

-         **Author:**   Sean P Fahey
    **Author Created:**   text
  **Work made for hire:**   No
        **Citizen of:**   United States
     **Domiciled in:**   United States
      **Year Born:**   1976

## Copyright Claimant _____

          **Copyright Claimant:**   Dieterich Gray
                                     6141 Afton Place, Los Angeles, CA, 90028, United States

          **Copyright Claimant:**   Sean P Fahey
                                     3320 W. Cortland Apt. G, Chicago, CA, 60647, United States

## Certification _____

                     **Name:**   Dieterich Gray
                     **Date:**   February 12, 2016

Registration Number

# *-APPLICATION-*

## Title _____

        **Title of Work:**  Life is Worth Living

## Completion/Publication _____

      **Year of Completion:**  2017

## Author _____

     •       **Author:**  Sean Patrick Fahey
      **Author Created:**  script/screenplay
  **Work made for hire:**  No
         **Citizen of:**  United States

     •       **Author:**  Dieterich Gray
      **Author Created:**  script/screenplay
  **Work made for hire:**  No
         **Citizen of:**  United States

## Copyright Claimant _____

  **Copyright Claimant:**  Sean Patrick Fahey
                    5213 Black Friars Ln, Minnetonka, MN, 55345, United States

  **Copyright Claimant:**  Dieterich Gray
                    6141 Afton Place, Los Angeles, CA

## Limitation of  copyright claim _____

**Material excluded from this claim:**  script/screenplay
**Previous registration and year:**  1-3121419941, 2016

**New material included in claim:**  revisions/additions to script, Revised Pitch Deck

## Rights and Permissions _____

        **Name:**  Sean Patrick Fahey
       **Email:**  seanpfahey76@gmail.com
  **Telephone:**  (312)342-0372



## Documentation of Registration

PLEASE PRINT THIS PAGE FOR YOUR RECORDS

### Registrant

Registrant: Sean P Finley

### Author(s)

Author: Sean P Finley

### *A Life Worth Living*

### Registration Number: 1823544

MATERIAL TYPE:
FILE NAME: ALWL__PROPOSAL_10_2_16.pdf
EFFECTIVE DATE: 2/8/2016

Thank you for your registration. Your material has been successfully registered with the WGAW Registry. Registrations are valid for a term of five years and can be renewed upon expiration. Please note that changes cannot be made once your registration is completed.

Specific questions regarding your online transaction or registration records must be accompanied by proof ID.

Registrations are completed once the confirmation page appears. As a security convenience, this confirmation page can only be printed for your own records at the time of your online transaction. Your confirmation page cannot be retrieved at or saved.

FREE E-MAIL NEWSLETTER
Sign up here to receive WGA.org's e-mail newsletter "Now Playing." You'll get the latest interviews with today's top screen and TV writers and gain invaluable insight into their work, plus a calendar of upcoming WGAW screen and TV writing-related events. It's free and we will never share your information with any other mailing list.
For even more free screenwriting-related content, subscribe to our YouTube channel: YouTube.com/wgawtoons.

# EXHIBIT 2

**Click to return to paragraph: p.40        p.64        p.170**



September 1, 2016                                                                      VIA E-MAIL

Sean Patrick Fahey and Dieterich Gray
c/o Joshua Sandler
Gray Krauss Stratford Sandler Des Rochers LLP
Attorneys At Law
207 West 25th Street, Suite 600
New York, NY 10001
Dear Sean and Dieterich:

**Re:   Exclusive Pitch Option for "A Life Worth Living"**

The following shall constitute the agreement between Breakthrough Films & Television Inc. ("BFTV") and Sean Patrick Fahey and Dieterich Gray (collectively, "Optionor") with respect to Optionor granting to BFTV an exclusive right to pitch to broadcasters and financiers worldwide, a television mini-series created by Optionor (the "Work") tentatively entitled "A Life Worth Living" aka Bishop Sheen Project (the "Project").

1.      In consideration of the sum of One Canadian Dollar (CDN $1.00), Optionor hereby unconditionally grants to BFTV an exclusive right to pitch the Project throughout the world (the "Pitch Option") for a period ("Pitch Period") of twelve (12) months commencing on the date of this Agreement. This Pitch Option may be extended for an additional consecutive six (6) month period (the "Option Extension") by mutual written agreement of the parties prior to expiration of the Pitch Period. BFTV will have the right to approach broadcasters, distributors, sponsors and other potential financiers in order to explore financing sources for the Project.  BFTV will keep Optionor apprised of all activity, including where the Project has been and will be pitched.

2.      The parties also agree that BFTV, with the mutual agreement of the Optionor, such agreement not to be unreasonably withheld, shall have the right to change the creative materials, if any, for the Project, if BFTV feels, using their business and creative expertise, that it would assist in the development and/or licensing of the Project by a broadcaster. BFTV agrees and acknowledges that Optionor has written an original screenplay entitled "A Life Worth Living" (the "Script"), which may assist BFTV in its development of the Project.

3.      Should the Project be selected for development or licensed for broadcast by a broadcaster during the Pitch Period or, if applicable, the Option Extension period,  Optionor and BFTV agree that:

(i) Optionor and BFTV shall enter into a long-form agreement (the "Long-Form Agreement"), which shall set out the relationship between the parties, and shall contain the following terms:

        a.      As between Optionor and BFTV, BFTV and/or its affiliated entities shall have the exclusive right to distribute the Project throughout the world, on terms and

conditions to be agreed to by the parties;

b.      BFTV shall have the right to exploit the merchandising and ancillary rights, music publishing and interactive rights in and to the Project, throughout the world. The Long-Form Agreement shall incorporate to-be-negotiated terms for merchandising, music publishing and interactive rights;

c.      The parties agree that Optionor shall be involved in all aspects of the development and production of the Project, with exact roles, responsibilities and compensation to be negotiated in good faith in the Long-Form Agreement; and

(ii)     once the Long-Form Agreement is executed, BFTV shall have the right to enter into a development or license agreement (collectively, "Development Agreement") with a broadcaster in connection with the Project.  Notwithstanding the above, the parties agree that they may mutually waive, by written agreement, the requirement for the Long-Form Agreement to be executed before the execution of a Development Agreement.

4.      Optionor jointly and severally represents and warrants that:

(a)     Optionor has the complete and exclusive right, power and authority to enter into this Agreement and to grant to BFTV all of the rights provided for in this Agreement;

(b)     Optionor has not assigned or licensed to any other party any of the rights optioned and granted to BFTV in this Agreement;

(c)     the Work and Script (if applicable) is wholly original with Optionor (except to the extent in the public domain) and to the best of Optionor's knowledge, the Work and Script shall not in any way violate any law or infringe upon or violate any copyright or any right of any nature or kind belonging to any party; and

(d)     To the best of Optionor's knowledge, information and belief, there are no claims, litigation or other proceedings pending or threatened in connection with the Work, Script (if applicable) or Project.

5.      All rights to the Project, including all rights to the Work and the Script, shall remain with or automatically revert to Optionor at end of Pitch Period or Option Extension period, unless the Long-Form Agreement and a Development Agreement have been executed.   IF BFTV pays out of its own pocket for development materials or other creative materials (such as scripts or other written materials) for the Project during the Pitch Period or Option Extension period (the "Development Materials"), the parties agree that, upon reversion, they shall negotiate in good faith, on Optionor's election, with respect to the possible acquisition by Optionor of the Development Materials from BFTV, it being understood and agreed that Optionor shall have no obligation to acquire such materials from BFTV and may proceed with the Work, the Script and the Project without such materials, without any further obligation to BFTV or any affiliate of BFTV, and neither BFTV nor any such affiliate shall make any claim with respect thereto.

6.      Until a more formal agreement is executed incorporating all of the foregoing and additional detailed representations and warranties and other provisions customarily

included in such formal agreements, this Agreement shall be binding upon and inure to the benefit of the parties hereto and their successors, representatives, assigns and licensees, and shall be governed and construed in accordance with the laws of the County of Los Angeles, the State of California and the laws of the United States applicable therein.

7.      This Agreement may be executed in any number of counterparts as are deemed necessary by the parties with the same effect as if all the parties hereto had signed the same document.  Each counterpart is as valid and binding on all parties hereto as every other counterpart, and all counterparts shall be construed together and shall constitute one agreement.  Execution and delivery of this Agreement by facsimile or email transmission shall constitute execution and delivery respectively as required by this Agreement.

If you are in agreement with the terms set out, please indicate your agreement by signing in the space below.

**BREAKTHROUGH FILMS & TELEVISION INC.**

Per:_____
**Authorized Signing Officer**


**SIGNED in the presence of:**

_____          )
                                           )_____
**WITNESS**                                ) SEAN PATRICK FAHEY
                                           )


**SIGNED in the presence of:**

_____          )
                                           )_____
**WITNESS**                                ) DIETERICH GRAY
                                           )

# EXHIBIT 3

Click to return to paragraph 117



August 8, 2017

Sean Patrick Fahey and Dieterich Gray
c/o Joshua Sandler
Gray Krauss Stratford Sandler Des Rochers LLP
Attorneys At Law
207 West 25th Street, Suite 600
New York, NY 10001

Dear Sean and Dieterich:

**Re:     "A Life Worth Living" aka Bishop Sheen Project (the "Project")**

Pursuant to the agreement dated September 1, 2016, between yourselves and Breakthrough Films & Television Inc. (the "Pitch Option Agreement"), the parties agree and acknowledge that the Pitch Period for the Project shall expire on August 31, 2017.

As per paragraph 1 of the Pitch Option Agreement, the parties hereby mutually agree to extend the Pitch Period by an additional consecutive six (6) month period, until February 29, 2018. All other terms and conditions of the Pitch Option Agreement shall remain in full force and effect.

Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Pitch Option Agreement.  This Agreement may be executed in any number of counterparts as are deemed necessary by the parties with the same effect as if all the parties hereto had signed the same document. Each counterpart is as valid and binding on all parties hereto as every other counterpart, and all counterparts shall be construed together and shall constitute one agreement. Execution and delivery of this Agreement by facsimile or other electronic transmission (e.g. PDF) shall constitute execution and delivery respectively as required by this Agreement.

If you are in agreement with the terms set out, please indicate your agreement by signing in the space below.

**BREAKTHROUGH FILMS & TELEVISION INC.**

**Per:**_____
**Authorized Signing Officer**

**SIGNED in the presence of:**

)
)_____
_____  ) **SEAN PATRICK FAHEY**
**WITNESS**                       )


**SIGNED in the presence of:**

)
)_____
_____  ) **DIETERICH GRAY**
**WITNESS**                       )

# EXHIBIT 4

Click to return to paragraph 164

# Goodmans LLP

Barristers & Solicitors

Bay Adelaide Centre - West Tower
333 Bay Street, Suite 3400
Toronto, Ontario M5H 2S7

Telephone: 416.979.2211
Facsimile: 416.979.1234
goodmans.ca

Direct Line: 416.597.4172
dzimmerman@goodmans.ca

December 12, 2017

Our File No.: 17.3285

**WITHOUT PREJUDICE**

**Via Email**

Mr. Joshua Sandler
Gray Krauss Stratford Sandler Des Rochers LLP
Attorneys At Law
207 West 25th Street
Suite 600
New York, NY  10001

Dear Mr. Sandler:

**Re:    Expiration of the Pitch Option for "A Life Worth Living"**

We represent Breakthrough Films and Television Inc. ("**BFTV**"). Further to our client's request, we are writing to you regarding the expiration of the exclusive pitch option agreement dated September 1, 2016 (the "**Option Agreement**") between BFTV and your clients, Sean Patrick Fahey and Dieterich Gray (collectively, "**Optionor**"), with respect to a proposed television mini-series based on the life of Bishop Fulton J. Sheen tentatively entitled "*A Life Worth Living*"(the "**Project**") based on the original screenplay of the same name (the "**Script**") co-written by your clients.

Pursuant to the Option Agreement Optionor granted BFTV the exclusive right to pitch the Project to broadcasters and financiers (the "**Pitch Option**") for a period of twelve (12) months (the "**Pitch Period**").   In the Option Agreement, the terms "Work" and "Project" are both defined to mean "a television mini-series created by Optionor... tentatively entitled '*A Life Worth Living*'..." although this was in fact a proposed television mini-series based upon the Script created by Optionor.   In the end, the Option Agreement proved to be moot as BFTV ultimately determined not to actually pitch the Script but rather it commissioned a new original screenplay by Angus Fraser (the "**Fraser Script**") regarding the Bishop Sheen story.

As you know, the Pitch Period expired on September 1, 2017 without the parties entering into either a "Long-Form Agreement" or a "Development Agreement" (ie. as such terms are defined in paragraph 3 of the Option Agreement) prior to expiration.   Therefore, pursuant to paragraph 5 of the Option Agreement, all rights in and to the Script are exclusively retained by your clients and they are free to pursue the Project without BFTV's participation.   Conversely, as Bishop

# Goodmans

Sheen was a famous Catholic theologian and widely recognized public figure. BFTV is also free to pursue its own separate Bishop Sheen project based upon the Fraser Screenplay.

We understand from BFTV that your clients provided various comments and notes, from time to time, on the Fraser Screenplay. Notwithstanding that it had no obligation to do so pursuant to the Option Agreement, BFTV is prepared to discuss in good faith fairly compensating your clients for such contributions provided that they and BFTV execute a mutual release which acknowledges that each party may pursue its own separate project regarding Bishop Sheen.

If your clients are amenable to the foregoing, please let me know and we can discuss the proposed compensation and form of the mutual release. Otherwise, please be advised that BFTV expressly reserves the right to proceed with its own separate project regarding Bishop Sheen based on the Fraser Screenplay or otherwise which, of course, will make no use of the Script created by your clients.

I look forward to hearing from you, thanks.

Yours truly,

David B. Zitzerman
DBZ/dle
cc.       Ira Levy, Breakthrough Films and Television Inc.

6764859

# EXHIBIT 5(A)

**Click to return to paragraph:p.6          p.130          p.189**



**WITHOUT PREJUDICE**

February 26, 2020

The Sheen Center for Thought & Culture
Attention: David Di Certo, Interim Executive Director
18 Bleeker Street
New York, NY
10012

Dear Mr. Di Certo**:**

<u>**Re:**</u>      **The Bishop Sheen Project**

It has recently come to our attention that Sean Patrick Fahey ("Fahey") and Dieterich Gray ("Gray") were appointed as fellows in your Catholic Artist Residency Program. We also understand that as artists in residence, they will be conducting research and writing on their series about Bishop Fulton Sheen ("Sheen").

 We are writing this letter to make you aware that Breakthrough Films & Television Inc. ("Breakthrough") optioned the right to pitch the television mini-series previously titled "A Life Worth Living", also known as the "Bishop Sheen Project" (together, the "Project") on September 1, 2016. During the pitch option period, Breakthrough hired screenwriter Angus Fraser ("Fraser") to write a pilot script (the "Fraser Script") and a concept story arc document. The materials prepared by Fraser were shared with Fahey and Gray during the pitch option period but ultimately both parties decided not to extend the option after it expired on August 31, 2017. A formal letter was sent directly to Fahey and Gray's attorney, Mr. Joshua Sandler, on December 12, 2017, detailing the relationship and work done to date and reiterating that the Fraser Script and its contents remains the property of Breakthrough. Despite our attempts to inform Fahey and Gray that they are currently developing and seeking crowdfunding for a project based heavily on creative elements which were created by Fraser and the Fraser Script, our communications with them have gone unanswered. Breakthrough has a serious concern that the script and any production based on the script elements prepared by Breakthrough would infringe copyright in the script which was written by Fraser.

Based on the information available from press releases and the crowdfunding website, the current script in development by Fahey and Gray is about the rise of a Catholic priest who was the least likely of candidates to become a major entertainer.  This pitch directly lifts the Fraser Script's creative elements dramatizing the rise of Catholic power through the United States, throughout the 1940s, 50s, and 60s,

culminating in the election of John F. Kennedy and installation of the Catholic president in Vietnam, Ngo Dinh Diem.  These creative elements were brought to the project by Fraser directly and are therefore present in the Fraser Script, owned by Breakthrough.

Another example is by way of Cardinal Spellman, who is a character that Fraser brought to the Breakthrough project by dramatizing Spellman's complex relationship to Sheen and to America. All notions of Catholic power underscoring Sheen's television show were brought to the project by Breakthrough exclusively.  Additionally, Fraser's Script characterized and scripted the remarkable obstacles that Sheen faced in getting his show made.  These items, which appear to now be present in the Fahey and Gray pitch, are directly taken from the Fraser Script.

While we acknowledge that the original concept itself, as owned by Fahey and Gray, is based on the life of Sheen, the Fraser Script has exclusive rights to certain historical elements which were introduced by Breakthrough to Fahey and Gray during the pitch option period. Such examples include "Wild Bill" Donovan, Roy Cohen, and J. Edgar Hoover. These are all historical figures which screenwriter Fraser incorporated to tell the story of Catholic power and Sheen.

Breakthrough is hereby putting Fahey and Gray on notice that it intends to take any and all steps necessary to enforce its copyright in Breakthrough's intellectual property regarding the Bishop Sheen Project (including the Fraser Script). Such steps may include the commencement of court proceedings against Fahey and Gray and its licensees, co-producers and/or affiliates for copyright infringement.

We trust that you will hereby govern yourselves accordingly.

Yours truly,

Lauren Leinburd
Vice President and General Counsel
Breakthrough Entertainment

# EXHIBIT 16

**Click to return to paragraph 30**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## you sending script?

**Sean Fahey** <seanpfahey76@gmail.com>                                          Sun, Aug 10, 2014 at 6:20 PM
To: Dieterich Gray <dieterichgray@gmail.com>

Attached!

I rushed the back 20 .. as I was doing three things at once and watching the girls.

Also the front 10 .. kids! Argh!

Aoife's Birthday tomorrow.


Phone call in a sec

[Quoted text hidden]
--



seanpfahey76@gmail.com 312.342.0372
http://www.vimeo.com/seanfahey

---

📄 **ALWL_8_10_14_sean.fdx**
237K

# EXHIBIT 38

**Click to return to paragraph 25**

 Gmail

**Sean Fahey <seanpfahey76@gmail.com>**

---

## Sheen Sizzle

**Sean Fahey** <seanpfahey76@gmail.com>                                    Wed, Jun 25, 2014 at 2:40 PM
To: Dieterich Gray <dieterichgray@gmail.com>

take a read and tell me whatcha think

--



 seanpfahey76@gmail.com 312.342.0372
http://www.vimeo.com/seanfahey

---

📄 **SHEEN_SIZZLE.pdf**
52K

# EXHIBIT 40

**Click to return to paragraph 26**

 **Gmail**

**Sean Fahey** <seanpfahey76@gmail.com>

---

## ALWL FDR and PDF

---

**Sean Fahey** <seanpfahey76@gmail.com>                                Sun, Jul 6, 2014 at 9:19 PM
To: Dieterich Gray <dieterichgray@gmail.com>

Attached are the PDF and FDR files of ALWL

We are at page 24 of Ep1 .. and this puts is at Luvain and Europe!

Some of the important moments that I've added... little gems to exploit later.

Introduced the wine cruet as metaphor

Sheen take heat pills
Paul takes anti depressants

Sheen gives Paul a rosary .. one he used for many years, in a very nonchalant way - typical Sheen.

Grace/Paul relationship .. it's getting there

Challenge: Spot what is me writing as Sheen and what is from Sheen's autobiography !!!

I've hen-pecked moments that paint the picture of a less than obedient youth .. we will show him truly called to his obedient vocation in the next 10 pages ..

... we will also do a flashback in Louvain to cover his mystical experience. Want to use a device like a beam of light coming in through the trees in central park or something to trigger Sheen's memory.

I have made it a point to give OLD SHEEN humor, that is trying too hard .. which I think is cute ..

Young Sheen will have similar but the quips will be much more targeted ..

Sean

--



seanpfahey76@gmail.com 312.342.0372
http://www.vimeo.com/seanfahey

---

**2 attachments**

 **ALWL_7_6_14.fdx**
108K

**ALWL_7_6_14.pdf**
65K

# EXHIBIT 42

**Click to return to paragraph 28**

Case 1:21-cv-03208-PAE-SLC   Document 28   Filed 09/30/21   Page 67 of 508



Sean Fahey <seanpfahey76@gmail.com>

---

## Notes - The Passion of Fulton Sheen

**Sean Fahey** <seanpfahey76@gmail.com>                                    Tue, Jul 15, 2014 at 1:09 PM
To: Dieterich Gray <dieterichgray@gmail.com>

PERSPECTIVES FROM AMERICA'S POPE - in context to Noonan


Sheen Notes / The Passion of Fulton Sheen


Spellman and Diem (has a bishop brother) are old friends. Spellman supported him early on. Noonan asks why Spellman turned on Diem and called for US victory.

Diem's bro, Bishop Thuc, politicks in Vatican. Pope Paul kicks him out. He comes to New York, Spellman won't meet with him (cuz he's "annoyed" with Diem) sends word to Sheen encouraging him not to meet with him. Sheen has Thuc over for lunch - **P PAUL doesn't want to meet with Spellman. In fact, he purpose cut the NYC leg of his trip to half a day, just to say away from him.**


Ordained In Rome cuz he didn't want Spellman to officiate.**Spellman ordained in Rome because Connelly, right? Because of that rift in Boston?**

Never used notes to give a speech. Except on catholic hour when he was required to provide a text for producers. Believed a preacher uses notes is as effective as man proposing to girl from a notebook.

Used a stopwatch? What was his timer? We should emphasize this. - **He had a large clock on the wall behind the camera so he always knew to give himself 5 minutes!**


Good Friday, Westmintrr Cathedral in London sheen sermons "the seven last words" to 20,000 people mostly overflowed into street. **This and the mass in Sydney (w/Spellman) are both great**

Developes his resonant baritone while he Chaplains orphanage at CUA. Wakes up 5am every morning. Walks to orphanage. Gives sermons to the trees and telephone poles on walks. Develops resonant tone. **LOVE THIS**

Another golden voiced radio priest Charles Coughlin of Detroit. Rolled R's, alliteration. Some say a better preacher than Sheen. Had political bent. Spoke against Roosevelt. Was silenced. Some say by Spellman (who was a pal of Roosevelt) - **INTERESTING**
Passion pg. 53

Adelphi Theatre (broadcast of LIWL). Dumont offers premiere broadcast for free opposite Berle, Sinatra.
Showtime 'Tuesdays at 8pm' (possible title/subtitle) - **THEY ALSO CALL 8PM THE GRAVEYARD**

Uncle Fultie/ Uncle Miltie - **OH YES**

We should see some of the living rooms in homes as they tune-in. What are they up to? Family with rowdy kids suddenly calms down, priests sitting down to supper together, men playing poker, ladies having a Tupperware party. .. **agreed ;)**

[Quoted text hidden]

--



seanpfahey76@gmail.com 312.342.0372
http://www.vimeo.com/seanfahey

# EXHIBIT 43

**Click to return to paragraph 29**

 Gmail                                                      Sean Fahey <seanpfahey76@gmail.com>

---

## Spellman/Sheen

**Sean Fahey** <seanpfahey76@gmail.com>                                Mon, Jul 21, 2014 at 12:59 AM
To: Dieterich Gray <dieterichgray@gmail.com>, Mary Ann Fahey <redacted>

Hey you two, wanted to give you both a little fun perspective I am formulating...

The picture attached is SO telling: of Spellman, on the cover of Time Magazine, with Pope Pius Xii aka Cardinal Pacelli looking over his shoulder. Talk about a man who understands how to paint his image wisely. He is NO fool.

People attribute a lot of the tension between Sheen and Spellman to Sheen naval gazing; thinking Spellman is his mental inferior. I don't think that is the case at all.

While I do think Sheen is challenging Spellman because he knows Spellman is wrong. I think their tension comes from the core belief in their vocation. Spellman believes his vocation gives him power, Sheen believes his vocation makes him a servant of all. ..

Both men have type A personalities on either side of the spectrum: Spellman loves to rule, to dominate, Sheen will never capitulate, only obey words through divine inspiration. There are countless examples of Sheen's obedience, which we are painting nicely into the 1st episode, that make a very pointed argument: Sheen is 'called'

Sheen feels tuned into a mystical trajectory that Spellman is very jealous of. Spellmans trajectory is aggressive and a taken its toll physically on him. All the lies, deceit, backstabbing, political intrigue .. it kills you inside and out. Spellman has these battle scars, Sheen is eloquent, clean, seemingly pure, pretty, light. Spellman hates that.

If we look at the core value of being called to vocation, by God, as the overarching theme in the life of Sheen, then it begs to reason that all good things, all good deeds, all good works, go to God; all efforts, donations, gifts, and service go to God.

For Spellman, to grow the church is his divine calling, his way to praise God. A man of power using all the tools he's fought to control to grow the Catholic Church world wide and he is certainly good at that.

Now, here is where they really split: Spellman thinks money for growing the Church will in turn help the world, it's poor, and the souls that need saving.

Sheen's belief comes directly from  Jesus Christ in Matthew 25:35

"For I was hungry and you gave me food, thirty-drink, was a stranger and you invited me in, needed clothes and you clothed me, was sick you looked after me, in prison and you visited me.

...

Whatever you did for one of the least of your brothers and sisters, you did for me"

Sheen believes that his appointment to the Society for the Propagation of Faith was divinely inspired and a challenge to his vocation to act in the words of Jesus Christ.

Spellman sees Sheen as his instrument, to be used as a tool in support of HIS divine calling, to grow the Catholic Church and create a legacy like no other. For him, money is a tool for growth just as Sheen is a tool for growth. And Sheen understands this, and will not allow anyone who is not truly called direct his destiny ... until ..

BACKSTORY (LEADING UP TO SHEEN LEAVING TV)

Spellman named Sheen as Director of the Society for the Propagation of the Faith. (Spellman himself was chairman of the Society's Episcopal Committee.) Spellman was a huge fundraiser for both the Vatican and the Archdiocese of New York. He filled the coffers. To make room for Sheen at the Society, Spellman had its current director, Monsignor Thomas J. McDonnell, elevated as coadjutor of Wheeling, West Virginia.

Sheen was consecrated (the term now is ordained) a bishop on June 11, 1951 for the Archdiocese of New York City. He served as an auxiliary bishop under Francis Cardinal Spellman. The consecration took place in Rome at the Church of Sts.John and Paul, of which Spellman was titular head.
There was no evidence of serious tensions between Sheen and Spellman during the early 1950s.

Spellman was personally responsible for Sheen's new position. As director of the Society, Sheen was largely a public relations figure who traveled, preached, wrote, stayed in the news, and raised funds. Spellman knew that those qualifications fit Sheen exactly. Soon, donations began to soar, and Americans were contributing almost two-thirds of the collections made by the Society across the world.

SHEEN'S TELEVISION DEBUT
"Life Is Worth Living" made its debut on February 12, 1952. From the first to the last program, Sheen appeared in full episcopal regalia. He was accustomed to dressing that way when giving public lectures. Bishop Sheen's phenomenal success on TV was a sign that millions of Americans had gone beyond the crude caricatures so familiar in the nation's history, and were willing to accept Catholics as Christians and friends. A bishop in full regalia who was charming, funny, learned and sensible could win allies, as well as converts, for the Church.

1955
Worse trouble appeared in 1955, as Sheen and Spellman began an epic feud that was to cloud the rest of Fulton's life. The immediate issue was money for the missions; but pride, on the part of both the bishop and the cardinal, also played a major role in the struggle. It was a story Fulton chose not to tell in his autobiography.

The relationship between the cardinal and the bishop was proving productive, but Spellman was anxious that Sheen know from the beginning who was boss.' In 1957 Francis Cardinal Spellman, the powerful Archbishop of New York, insisted that Archbishop Fulton Sheen's Society for the Propagation of the Faith owed the Archdiocese of New York one million dollars for supplies that the Society had distributed to impoverished people around the world. This dispute eventually made its way into the Pope's office, and was settled when Pope Pius XII learned via a phone call to President Eisenhower that the surplus aid had been donated by the U.S. government to the Church free of charge. Not wishing to humble a longtime friend before another prelate of a lesser rank, the Pope reminded the two bishops that forgiveness was Divine and they should go in peace. He then gave them his blessing.

Once outside the Pope's office an enraged Cardinal Spellman turned to Archbishop Sheen and shouted angrily, "I will get even with you!" Unmoved, the Archbishop replied while looking squarely at the Cardinal with his penetrating dark eyes, "Jealousy is the tribute mediocrity pays to genius!"

Francis Cardinal Spellman was a long-time personal friend of Pope Pius XII and the head of the richest diocese in the world. He was a man accustomed to getting his way. Those who crossed him often paid the price. Father Edwin Broderick served as secretary to Spellman for a decade, claims the major difference between Spellman and Sheen was the cardinal could be talked out of a rash and erroneous decision, but when Sheen made up his mind, that was the end of it.

In 1955, the US government gave, free of charge, surplus food to the Catholic Relief Services, for people in war-torn European countries. The 256,540,754 pounds of foods, valued at more than $68 million, were dispersed. Spellman thought this was a good tool for proselytizing, and feared that Protestant missionaries might get a share of the goods if they did not accelerate the distribution.

Spellman wants Sheen to provide additional funds for this from the Society for the Propagation of the Faith. Sheen rejected this idea for unknown reasons. Spellman met with Sheen and, again, Sheen refused, saying he (Sheen) will do what his superiors in Rome tell him to do. Spellman wrote to a Society official in Rome criticizing Sheen for his obduracy. The Society sided with Sheen. Spellman was furious. A few months later Spellman goes to see the ailing Pope Pius XII to persuade the Pope to replace Sheen as head of the Society and name himself as successor. Pius XII refused.

In 1957, the two clashed again.

For years, the federal government had been giving the Church surplus goods, largely powdered milk. Spellman turned these good over to the Society (Sheen's group) to distribute to the world's poor. Spellman demanded payment; Sheen refused, pointing out they had been donated free of charge.

Spellman was again furious. Sheen appealed to Rome, but couldn't reach the ailing Pope. Spellman offered his antagonist a wealthy New York parish in exchange for his resignation from the Society, but Sheen declined. The cardinal launched three investigations into Sheen's life, but nothing incriminating came out. Eventually both men appeared before Pius XII, each presenting his case. Fulton's claim was documented; Spellman had not been charged for the surplus food. That meant that Spellman had lied to Pius XII and to Sheen. The Pope sided with Fulton, who remained in charge of the local Society funds.

One can imagine the cardinal's rage. He reportedly said to Sheen, "I will get even with you. It may take six months or ten years, but everyone will know what you're like."

SHEEN RETIRES FROM TELEVISION

In October 1957, Sheen "retired" from television. Inside rumors was that Cardinal Spellman had him taken off the air. Sheen had now lost his major platform for raising funds and enjoying his celebrity status. He lived daily with Spellman's wrath hovering over him. The speaking invitations declined and the fund-raising efforts became more difficult. Personal opportunities for advancement in the Church were minimal at best. Spellman's staff members privately referred to him as "Full-Tone Jay" Sheen.

Sheen was by no means entirely out of the spotlight during his years of disfavor with Spellman. Sheen still had his newspaper column and Society literature. His Life of Christ is largely a commentary on the scriptural accounts on the life and times of Jesus Christ.

--



seanpfahey76@gmail.com 312.342.0372
http://www.vimeo.com/seanfahey



**spellman.jpg**
13K

# EXHIBIT 53

**Click to return to paragraph 32**

Case 1:21-cv-03208-PAE-SLC Document 28 Filed 09/30/21 Page 75 of 508

 **Gmail**

**Sean Fahey <seanpfahey76@gmail.com>**

---

## TV Mini Series about Bishop Fulton J Sheen per Director, Sean Fahey

**Sean Fahey** <seanpfahey76@gmail.com>
To: Ramon Estevez <redacted>

Tue, Jan 13, 2015 at 1:42 PM

---

Hi Ramon!


Was great to meet as well. Hope you, David, and your family had a wonderful holiday. I've been in Chicago working on a few commercials (and working on the Sheen project). I will be back the week of the 26th and would like to meet for coffee when you have time.

As we discussed at the party, attached is an information package summarizing the two part mini-series. Also attached is a solid first draft of episode 1 titled, ***The Gift***.

I am still working on episode 2 ***The Test*** and will have it done by the end of month. There is so much historical and political intrigue that Sheen traversed in his later years and it's been an amazing journey getting to this point. The story writes itself practically but I want to make sure my creative direction in story parallels historical fact and Sheen's journey.

As I had mentioned your dad has been a big inspiration for me as I mold Cardinal Spellman's story into Sheen's journey. He was known as the Pope of the West, the Military Vicar, and was a force to recon with. I see Spellman and Sheen's conflict as one between the most powerful man in the Catholic Church and the most popular. There rift was inevitable and something that Sheen seldom discussed. There story parallels that of Beethoven and Salieri. Sheen being one of the greatest public speakers of our time and Spellman being the behind the scenes political force of the Catholic church. Spellman lacked the gravitas to move people the way Sheen did. Also I believe that Sheen was driven by his vocation and Spellman was driven by the need to grow the church - a highly politically motivated power player. While both there efforts did amazing things for the Catholic church, Sheen's passion come from within and Spellmans from without. Sheen was called and was plucked from above while Spellman aggressively pushed from below to get to his position of power.


I've attached a picture of Cardinal Spellman/Martin Sheen as well as Sheen/Zach Quinto for young Sheen and Martin Landau/Sheen as old Sheen. This has helped me greatly as I write! I literally see them in my head as if I am alone in a dark movie theater watching them on screen play these rolls with such nuance and craft! Like I said, it's writing itself.


Please enjoy your read and let's meet soon!


Take care,


Sean



[Quoted text hidden]

--



seanpfahey76@gmail.com 312.342.0372
http://www.vimeo.com/seanfahey

---

**6 attachments**



**martin_sheen_spellman.jpg**
35K



**ZQ_AS_SHEEN.jpg**
69K

**Corbis-U1533060.jpg**
70K





**Martin_Landau_Sheen.jpg**
289K

📕 **ALWL__Prop_12_2_15.pdf**
   225K

📕 **ALWL_12_2_15_sean_dg.pdf**
   166K

# EXHIBIT 54

**Click to return to paragraph 33**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## TV Mini Series about Bishop Fulton J Sheen per Director, Sean Fahey

**Sean Fahey** <seanpfahey76@gmail.com>             Wed, Jan 21, 2015 at 5:38 PM
To: Ramon Estevez <redacted>

Hey Ramon,

I will be in Los Angeles for the first week of February for a few meetings and will bounce back to Chicago as the work here currently is bountiful here.

Do you have any availability that first week in February to meet? I would love to talk to you in person about the Sheen project in detail.

Please let me know if you have any availability.


Best,


Sean


Sent from my iPhone
[Quoted text hidden]

      <ALWL__Prop_12_2_15.pdf>

      <ALWL_12_2_15_sean_dg.pdf>

      <martin_sheen_spellman.jpg>

      <ZQ_AS_SHEEN.jpg>

      <Corbis-U1533060.jpg>

      <Martin_Landau_Sheen.jpg>

# EXHIBIT 55

**Click to return to paragraph 35**

Gmail - Bishop Sheen project re: Sean Fahey



**Sean Fahey <seanpfahey76@gmail.com>**

---

# Bishop Sheen project re: Sean Fahey

**Sean Fahey** <seanpfahey76@gmail.com>
To: Ramon Estevez <redacted>, redacted

Thu, Feb 5, 2015 at 5:06 PM

---

Roman,

Thanks again for the wonderful lunch meeting. We covered much ground and I value all the thoughts and insights you brought to the table.

Attached are the latest versions of the information package about A Life Worth Living, as a 2-part mini-series. Also attached is A Life Worth Living Episode 1 "The Gift" .. I am currently finishing up episode 2, "The Test" and hope to have it done for you and your father to read end of next week or the week after.

I like this approach, developing the two part, and if we want to break it up into six episodes, it's just a matter or reordering scenes, and expanding upon them.

Very much looking forward to your father and you reading the script and giving me your thoughts. You dad has been a major influence in how I am shaping Cardinal Spellman in Episode 2! He's been in my story flow the whole time. The thought of your dad playing on of the most powerful Catholics of the 20th century, and by all standards the most powerful Catholic in America in the 20th century.

If you look through your email threads I sent over some character frames of possible casting options including your dad.

Looking forward to our next meeting! I am free this weekend and at your convenience.


Sean


--



seanpfahey76@gmail.com 312.342.0372
http://www.vimeo.com/seanfahey

**2 attachments**

**ALWL_12_2_15_sean_dg.pdf**
166K

**ALWL__Prop_12_2_15.pdf**
225K

# EXHIBIT 56

**Click to return to paragraph 36**

 **Gmail**

**Sean Fahey <seanpfahey76@gmail.com>**

---

## A Life Worth Living Script

---

**Sean Fahey** <seanpfahey76@gmail.com>                                      Sun, Feb 8, 2015 at 6:31 PM
To: Dieterich Gray <dieterichgray@gmail.com>

--





seanpfahey76@gmail.com 312.342.0372
http://www.vimeo.com/seanfahey

---

**2 attachments**

📄 **ALWL_2_2_15_sean_dg.pdf**
166K

📄 **ALWL_2_2_15_sean_dg.fdx**
245K

# EXHIBIT 62

**Click to return to paragraph 37**

 Gmail

**Sean Fahey <seanpfahey76@gmail.com>**

---

## Sheen full content

---

**Sean Fahey** <seanpfahey76@gmail.com>
To: Ramon Estevez <credacted>, redacted, Dieterich Gray <dieterichgray@gmail.com>

Fri, Nov 13, 2015 at 4:03 PM

Hi Ramon,

Attached are acting specs, a full proposal, full script for episode one, and a sizzle script.

I've CCd Dieterich Gray, my creative partner on this! We will see you soon!

Sean

--



seanpfahey76@gmail.com 312.342.0372
http://www.vimeo.com/seanfahey

---

**5 attachments**

**ZQ_AS_SHEEN.jpg**
69K





**spellman.jpg**
59K

**A Life Worth Living Final 10.15.15.pdf**
133K

**ALWL_6_2_15_sean_dg.pdf**
166K

**SHEEN_SIZZLE.pdf**
72K

# EXHIBIT 63

**Click to return to paragraph 36**

 Gmail

**Sean Fahey <seanpfahey76@gmail.com>**

---

## Sheen Treatment

---

**Sean Fahey** <seanpfahey76@gmail.com>                    Fri, Nov 20, 2015 at 6:02 PM
To: Dieterich Gray <dieterichgray@gmail.com>

Here you go - I am sifting though my docs and think this might be the most up to date? But I am not sure. We've got a lot of word docs. In any event, I know we had one with your bio at the end and I can't seem to find it... can you source that and adapt and fit into our current proposal?


--



seanpfahey76@gmail.com 312.342.0372
http://www.vimeo.com/seanfahey

---

 **A Life Worth Living Final 10.13.15.doc**
52K

# EXHIBIT 66

**Click to return to paragraph 29**

 Gmail

**Sean Fahey <seanpfahey76@gmail.com>**

---

## Some useful Sheen contacts

---

**Sean Fahey** <seanpfahey76@gmail.com>                                      Wed, May 25, 2016 at 11:00 AM
To: Ramon Estevez <redacted>, Dieterich Gray <dieterichgray@gmail.com>


Alexis Walkenstein
https://www.linkedin.com/in/alexiswalkenstein


Most Reverend Daniel Jenky: with Deptula, Champion the cause for Sheen's beatification

https://en.wikipedia.org/wiki/Daniel_R._Jenky


Msgr. Stanley Deptula: runs Fulton Sheen Foundation (also Julie Enzenberger)

http://cdop.org/staff/diocesan-chancery/monsignor-stanley-l-deptula/

http://www.archbishopsheencause.org/


Monsignor Hilary Franco: Assistant of Fulton Sheen

http://www.amazon.com/Bishop-Sheen-Msgr-Hilary-Franco/dp/1892875659


Father Andrew Apostoli: Postulator for the cause for beatification

http://www.fatimafortoday.com/resources/fatima-for-today/about-fr-apostoli/


Joan (Paul) Sheen Cunningham: Relative

http://www.catholicworldreport.com/Item/1612/my_uncle_fulton_sheen.aspx


Delores Sheen: Relative

Fr. Andre Lemieux

Fr. Andrew Small: heads the Pontifical Mission Society

http://www.onefamilyinmission.org/index.php


Rosemarie Costello/Michele Betz/Yolanda and Tom Holliger/Yolanda Holliger

https://uk.pinterest.com/pin/521784306805225148/

http://www.onefamilyinmission.org/society-propfaith/archbishop-fulton-j-sheen.html?start=6

http://fultonsheen.blogspot.com/2013/04/dr-yolanda-holliger-451938-to-3302013.html

http://fultonsheen.blogspot.com/2013/04/dr-yolanda-holliger-451938-to-3302013.html


Bishop Vasa

https://en.wikipedia.org/wiki/Robert_F._Vasa


Reverend Monsignor John Kozar: successor to Sheen at Society for the Propagation of Faith

https://en.wikipedia.org/wiki/John_E._Kozar


Oscar Delgado


Most Reverend Timothy Dolan: Bishop Jenky and Cardinal Dolan, conflict re: Sheen Sainthood

https://en.wikipedia.org/wiki/Timothy_M._Dolan

http://www.nytimes.com/2014/09/14/nyregion/archbishop-sheens-corpse-is-subject-of-long-running-dispute.html?_r=0

Most Reverend John Flesey: Auxiliary Bishop Newark N.J.

http://rcan.org/offices-and-ministries/archbishops-office/auxiliary-bishops/bishop-flesey

Thomas Reeves: Sheen Biographer

https://en.wikipedia.org/wiki/Thomas_C._Reeves

Angela Varela, Carlo Varela, Dr. Louis, & Alicia Varela: Sheen Foundation Texas

Bernadette Brophy Stickelmaier: Family Friend

Reverend Monsignor Richard Soseman: Congregation for the Clergy, Vatican City

Janel Rodriguez: Sheen Biographer

Kathleen Riley: Sheen Biographer

--

# EXHIBIT 67

**Click to return to paragraph 43**



**Sean Fahey <seanpfahey76@gmail.com>**

---

## discussion points

---

**seanpfahey76@gmail.com** <seanpfahey76@gmail.com>                    Tue, May 31, 2016 at 1:28 PM
To: Angus Fraser <redacted>
Cc: Dieterich Gray <dieterichgray@gmail.com>

I'm loving all these questions. You're exactly where Dieterich and I were two years ago --Fascinated by the story intrigued by the different movements that Sheen touched.. We have plenty to share with you, and grow with you..

I will check Brideshead R...

Sheen, as gay, there's really no story there, not for lack of looking. He certainly is charismatic.

There is scathing sordid stories of Spellman and Broadway twinks.

There are two important books that can help guide this process:

America's Bishop, by Reeves

Reeves gives insight where Sheen leaves off in Treasure in Clay.

(((Also, holy shit.. Life of Christ .. I will bring with me to LA.. )))

And America's Pope, by Cooney

Cooney even mentions he was pressured by powerful Catholics to tone down the gay implications re: Spellman in his book. That's important to think about. This sheer power and influence of Spellman even to this day makes his skeletons incredibly taboo to discuss...

I'm in the process of moving my family today, so I am unavailable. We are also still waiting for feedback from our lawyer for a couple touch points to send back to breakthrough. But we are very close and in good faith are moving forward.

There are a couple of important symbols that we would like to inject into the narrative is well. One in very important one is the wine cruet as a symbol of the fragile vessel much like the human soul is encased in this fragile vessel we live in... It's a potent symbol that we've injected in the form of a nightmare that sheen experienced upon hearing a story about a young communist girl.. You've seen that in our treatment of course. There are a lot of solid touch points to dissect and expand upon in the treatment.

If we want to get a phone conversation, you Dieterich and I, for tomorrow afternoon I'm open.

OK, back to moving boxes!


Sent from my iPhone

# EXHIBIT 68

**Click to return to paragraph 46**

 **Gmail**                                                                                            Sean Fahey <seanpfahey76@gmail.com>

---

## discussion points

---

**seanpfahey76@gmail.com** <seanpfahey76@gmail.com>                                                    Wed, Jun 1, 2016 at 1:13 PM
To: Angus Fraser <redacted>
Cc: Dieterich Gray <dieterichgray@gmail.com>

This will be a great conversation to nuance in person for sure. And agreed on all points.

I think extending from his own words in treasure in clay, plus the gravitas of his celebrated on camera performance, gives a strong sense character, but what he must've been like personally and privately, we can infer and add so much more than we see on the surface.

We know that his niece was allowed to spend a great chunk of time with him while she grew up. We have access to her, she is still living (in Yonkers). His assistant is also still alive. Msgr. Franco. And we have access to several others and can source interesting information.

We've learned that the finer things were his greatest temptation in many ways. The lure of fame, and all its trappings. He always had a new Cadillac (was a gift), he were the finest hats trench coats and cassocks. He loved it to lavish his niece and find things. His New York apartment was opulent. Just simply showing who he was without choosing to exploit anything, Will reveal exactly what we want. You feel it in his tone and his language but really we're talking about a person who is incredibly vocation driven and divinely inspired. So many layers to this beautiful onion.

In the movie theater in my mind, when I began writing, the image in my head was always Zachary Quinto as Sheen and Martin Sheen as Spellman, if that puts it into perspective, a point of origin.

How many boxes must one man move before they call him a man? The answer my friends, is at least 60. I'm looking forward to getting done with this move.

Sent from my iPhone
[Quoted text hidden]

# EXHIBIT 69

**Click to return to paragraph 47**

 Gmail

Sean Fahey <seanpfahey76@gmail.com>

---

## discussion points

**Sean Fahey** <seanpfahey76@gmail.com>                                      Wed, Jun 1, 2016 at 11:14 PM
To: Angus Fraser <redacted>
Cc: Dieterich Gray <dieterichgray@gmail.com>

Lots of great points to dive into as we begin to story craft. Let's see what sticks to the wall.

Let's talk about a time to chat tomorrow - Im free at your convenience - but what do you think about afternoon EST - like 3p?

I have a couples of questions — What in our current pilot resonates with you?? — give us the strong points that have stuck and feel good to you. Same with the full treatment and 6 episodes description Dietrich and I have crafted. Tell us what you like about what is currently written. I'm not concerned with critique of what isn't working as natural selection will do that trick for us - but what feels good to you.

We know there are a good 8 points of conflict that we want to explore in detail episode for episode, or in pastiche - weaving through atonement, learned story from Sheen recalling for Paul, and perhaps inserting Father Andrew Apostali the postulator the the cause for Sheen's sainthood... We've got sooo much stuff to share with you on these points when we meet...

For now, I want to wax on Sheen vs. Spellman a bit .. One of the main conflict points, which caused a ripple in the Catholic Church was the feud between Sheen and Spellman as we've discussed.

Both Sheen and Spellman were both called to vocation, men of faith, scholars, geniuses in their own right, but their call by God to their vocation feels different... Spellman was charged to be an empire builder for God. Coming from a specialized school in NYC, and growing up hearing the ticker tape of Wall Street affords him a different world view -in his genes. He was power outwardly.

Sheen, in my humble opinion, is power inwardly, divinely inspired, listening to his calling and all the burden it possesses, for the sake of humanity .. he said it best: "Better to be plucked from above than pushed from below." I believe Sheen was charged with the care of the soul of every person he came across. He wanted to heal from within, through the grace of God and the power of the Holy Spirit. In my readings, he speaks so beautifully to that mission. Conversely he is wooed by fame, lavish lifestyle, the finer things .. I don't think he ever felt he did enough .. we thought it would be good to make that evident in a reoccurring nightmare throughout the series (in the treatment and current script).

We've also made comparison Sheen v. Spellman to Mozart and Salieri - where Shen is naturally gifted with divinity and Spellman has to work for his vocation. Pluck v. Push.

I believe Spellman's vocation and his nature cause him to build with force, to push from below, to be agile, savvy, intelligent, shrewd. There is evidence that he was a type A personality, loved to dominate situations, possibly Broadway twinks.. we know he intimidated the leaders of NYC and the White House - and that power started in his Borgia pedagogy in Rome - he runs with that old school cloistered crew of slithering serpents in cassocks. I think we can make that evident in how we show Sheen's experience in Vatican two vs. Spellmans. What were their goals at V2, respectively? You've seen Ali?  Will Smith shows us Hadj in a way that informs a world view - it feels intimate and honest - I think we can do that same with Sheen and V2. He spends much time with Vatical Sec of State Cardinal Pacelli (also Spellman's chum and future Pope Pius). He also develops a fond relationship with Carol W (PJP2). Sheen's recollect of V2 is beautiful - ti's a postcard to the beauty of the movement, when the life of the Catholic Church hung in the balance of the cultural revolution.

What the fuck was Spellman doing at V2?! What sort of power plays did he maneuver. He is in fact the pope of the west .. I'm fascinated by that.

I believe that Sheen answered the call in a different way, and speaks to it beautifully: "Vocation is so very sacred that one does not like to speak of it…Always associated with that sense of the gift of a treasure was the frailty of the earthenware pot which was to house it. I would often drive it out of my mind, only to have it come back again. For the most part, the religious vocation is rather a silent but insistent whisper, yet one that demands a response; no violent shaking of bedposts or loud noises in the night. Just "you are called to be a priest." ~Archbishop Fulton Sheen (Treasure in Clay) Also — "It is suggested that we are not to become too absorbed in serving, that we have become too absorbed in serving that we have no time to sit at the foot of Jesus and learn His lessons." Archbishop Fulton Sheen (Those Mysterious Priests)

Life is Worth Living competed for airtime with popular television stars such as Frank Sinatra and Milton Berle. He partied with the rat pack. Bogie even invited him to his Hollywood Hills home to debate the great debater, half crocked, at one of his fabled pool parties. He is given the key that only television royalty were allowed, he made it, in the club, through the velvet rope. He becomes John the Baptist of the airwaves, then, in 1952, just one year after LIWL's debut, Sheen wins an Emmy for "Most Outstanding Television Personality." And that must have tasted like sweet wine, after a tumultuous process to get green lit (we can up that drama). "I'd like to thank my four writers, Matthew, Mark, Luke, and John" - - - Sheen.. c'est parfait.

LIWL runs until 1957, boasting as many as 30 million weekly viewers.  And then he starts making some waves - Communism becomes his greatest enemy. But he's also critical of McCarthy. Hoover and Sheen were pen pals, but Hoover also had Sheen watched. Here is a man who had the ear of 30 million people, every week, speaking how he chooses, making backs-door diplomacy tenuous for American intelligence and dirty politicking (things that Spellman excelled in).

Swing to Spellman - I think early in Sheen's career, Spellman saw Sheen's charisma and knew he could use it to his end, to build the church with brick and mortar, and might. Spellman is the reason Kennedy is elected president. Spellman is a man who's vocation gives cause to crush his enemies and grow the church at all cost - agile, shifty, cunning, a pusher..

It was Spellman who took Sheen on his whirlwind world tour - Oceana loved Sheen, but Spellman had business to attend to as Military Vicar (He's alike Dick Cheney meets Loyd Blankfein).

There's an image Dieterich and I have mused on many times..  of Sheen holding a lamb, and we've imagined this was spin-doctored by Spellman, while on their Oceania tour - Spellman looks on, and has their travel photographer grab this iconic image: "Look at him, he thinks HE is Jesus Christ himself." —Telling ..

It feels an ineviability that the most powerful man in the Catholic Church and the most powerful, would have a rift...

We know it was over some money Spellman tried to bully out of Sheen's Society for the Propagation of Faith - n '57 Spellman forces Sheen's Society for the Propagation of the Faith asserting they owed the Archdiocese of New York one million dollars for supplies that the Society had distributed to impoverished people around the world.

This was settled when Pope Pius XII learned via a phone call to Eisenhower that the surplus aid had been donated by the U.S. government to the Church.

The Pope reminded the two bishops that forgiveness was Divine and they should go in peace.

He then gave them his blessing. This was a slap in the face to Spellman's power, and essentially meant he knew Spellman stole but didn't want to offend (the Borgia way).

An intriguing legend: Once outside the Pope's office an enraged Spellman turns to Sheen and shouts angrily, "I will get even with you!" Shen replies while looking squarely at the Spellman: "Jealousy is the tribute mediocrity pays to genius!" —also telling..

It's after this milk scandal that Sheen is essentially shunned in NYC ...


Here's an interesting read re: Spellman:

http://www.nypress.com/cardinal-spellmans-dark-legacy/

# EXHIBIT 70

**Click to return to paragraph 48**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## discussion points

---

**seanpfahey76@gmail.com** <seanpfahey76@gmail.com>                    Thu, Jun 2, 2016 at 7:36 AM
To: Angus Fraser <redacted>
Cc: Dieterich Gray <dieterichgray@gmail.com>

Let me rephrase,

I'm interested in learning from you, the core themes we've currently baked into our body of work. If we are to set off and radicalize this entire body of work, as we will, it's important to me, to learn from you, from the content we've already crafted, what has inspired you to dive deeper. It's important to me before we meet.

When I say movie theater of my mind - whether Sheen or Quinto are in consideration ever or not, it's simply what i see when I write. But it's also the reason we are here now. Had I not reached out to Ramon several times (unsuccessfully) then bumped into him at the anger management wrap party and reminded him of our previous email correspondence, and that his father has always been in my mind since I first started this journey, we wouldn't be chatting today. There is a story behind us meeting and many other stories that lead up to this intersection, and relationships, and digging, and efforts put towards a vision.

I sense the crux of the story might be revealed metaphorically through the call to vocation and all the wrappings that entail -  allows us to dive into, and be critical of both the church and society as a whole through the lens of Sheen, whether his arguments are correct or incorrect to the views of the day, or currently. I don't think this means in the slightest we are making a faith based film - but I think it allows a unique opportunity to paint with a unique brush.

What does it mean to be a priest? We know the stigma of what it means, today. But what is at the core of that vocation? Suffering is certainly a part of it - it is also a core theme in the culture of the Catholic Church. I had a beautiful discussion with Julie Enzinberger of the Sheen Foundation, about suffering .. I will be elaborating on the significance of this conversation... I think I'll hold off till we meet in person.

3est, looking forward. What's your number?

Sent from my iPhone
[Quoted text hidden]

# EXHIBIT 72

**Click to return to paragraph 49**



Sean Fahey <seanpfahey76@gmail.com>

---

## discussion points

---

**Sean Fahey** <seanpfahey76@gmail.com>　　　　　　　　　　　　　　　　Fri, Jun 3, 2016 at 10:48 AM
To: Angus Fraser <redacted>
Cc: Dieterich Gray <dieterichgray@gmail.com>

Leading up to our chat today ..

Something I've been musing on for a while .. which is a layer of the beautiful onion, and one to certainly explore...

We've already touched on it lightly and I would ask it in the form of a question..

We know Sheen never truly felt like he did enough, to live within the prism of his vocation and resemble the grace of Christ. This is something he touches on ...

Televangelism emerges after some FCC deregulation and opens up the doors for paid religous programming .. what did it feel like for Fulton Sheen, in the 70s, post NYC shunning, to see where televangelism had evolved to? Think kthe emergence of Trinity Broadcasting and Jim and Tammy Fae ... where did the message go and to what end? Qui Bono? Was this plucked from above or clearly pushed from below? Did Sheen feel remorse for the perversion of the word? Was it like the money lenders in the temple for Sheen?

I will assert that any and all suffering re: Sheen is very much exposed through the prism of his vocation.

Here is a great article re: Televangelism .. you may have sorted this out already: https://books.google.com/books?id=axlWDAAAQBAJ&pg=PA166&lpg=PA166&dq=percy+crawford+and+fulton+sheen&source=bl&ots=2E8bDvM_ID&sig=8ZNLZWaqtYfJR1cG-GInZMOF8fU&hl=en&sa=X&ved=0ahUKEwixoIbMlozNAhUQR1IKHQUPCSgQ6AEIHjAB#v=onepage&q=percy%20crawford%20and%20fulton%20sheen&f=false
[Quoted text hidden]

# EXHIBIT 74

**Click to return to paragraph 58**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## discussion points

---

**Sean Fahey** <seanpfahey76@gmail.com>                                    Sun, Jun 5, 2016 at 2:20 PM
To: Angus Fraser <redacted>
Cc: Dieterich Gray <dieterichgray@gmail.com>

Hi friends,

Some fun in-flight nibbles getting into our week of story-craft...

http://www.imdb.com/name/nm0790679/

Sheen on Whats my Line
https://www.youtube.com/watch?v=ytaUU1bC6cU
https://www.youtube.com/watch?v=T74qnT7WFZw

Merv Griffen Show
http://www.imdb.com/title/tt2126137/
Richard Pryor was also a guest that episode.

https://www.ovguide.com/tv_episode/dean-martin-celebrity-roast-season-1-episode-25-joe-namath-391973

https://www.youtube.com/watch?v=lM-TKVyfAfk

https://www.classicfriarsroasts.com/

http://www.archbishopfultonsheencentre.com/Scrapbook.html

Some fantastic Fulton Sheen write-ups

http://www.revcjconner.com/?p=107

http://www.revcjconner.com/?p=127

Sheen to Germany

http://www.stripes.com/news/bishop-sheen-fears-russian-a-bungle-may-crack-planet-1.24348

http://allpassingthings.blogspot.com/2014/10/fulton-sheen-pope-pius-xii-and-nazis.html

Sheen on Fanatics

http://shaunkenney.com/2012/12/bishop-fulton-sheen-on-fanaticism/

Some Sheen "facts"

http://www.catholicnewsagency.com/blog/15-fun-facts-from-archbishop-fulton-sheens-fbi-file/

On America's Bishop

http://www.c-span.org/video/?c2427942/clip-americas-bishop

The Man who Knew Communism

https://www.youtube.com/watch?v=K8qqZup3Bg4

Communism is the scavenger of decaying civilizations ..

https://www.youtube.com/watch?v=TZAc1A3bYiY

All history is economically determined - communism ..

https://www.youtube.com/watch?v=GE9FNwG5myA

Sheen on good and evil

https://www.youtube.com/watch?v=oy3yj56HXlQ

Shen, Signs of our Times

https://www.youtube.com/watch?v=BoKQYEFJHYE

Sheen meets with Pastor Richard Wurmbrand

https://www.youtube.com/watch?v=h6kv8gsCM3s

Comparing World Religions

https://www.youtube.com/watch?v=XA6aIhHzXkw

Psychoanalyze

https://www.youtube.com/watch?v=k3rhPa7h4ro

How to Think

https://www.youtube.com/watch?v=FmMBLTz6Pp8

Philosophy of communism

https://www.youtube.com/watch?v=KUyw8PgiCEc

On Angels

https://www.youtube.com/watch?v=MBiuYd4lHH4

The Devil

https://www.youtube.com/watch?v=FuCw8UT5y6c

Three Kinds of Love

https://www.youtube.com/watch?v=MU1ns6fIHFg


SHEEN in UCLA 72

https://www.youtube.com/watch?v=NVicfDbJEDw


More Sheen

https://www.youtube.com/watch?v=spCyHV6Auhs


Spellman - what America means to me

http://www.wnyc.org/story/cardinal-spellman/


Spellman greets soldiers

https://www.youtube.com/watch?v=nABcKk3CkdQ


Spellman religious rite ceremony

https://www.youtube.com/watch?v=RlDyMzSRuFs


Spellman visits Pope in 49

https://www.youtube.com/watch?v=Va_XYwsSIMU


More Spellman

https://www.youtube.com/watch?v=Imgfn-NvJWQ


https://www.youtube.com/watch?v=bal0adPE1ks

https://www.youtube.com/watch?v=1ywQ3jUejsQ

https://www.youtube.com/watch?v=bpy62nugSsw

https://www.youtube.com/watch?v=NsLtqmIiZyk


Spellman and PiusXII

https://www.youtube.com/watch?v=1nJI3GiIG4c


Cardinal Pacelli becomes Pope PiusXII

https://www.youtube.com/watch?v=Ex5g5AU-rGw


More Pius

https://www.youtube.com/watch?v=1nJI3GiIG4c


Pacelli

https://www.youtube.com/watch?v=u3PR1_vb4To


Pacelli

https://www.youtube.com/watch?v=l9pVFRSa3QI


https://www.youtube.com/watch?v=VYE_PbdRTus


Kennedy speaks (Spellan there)

http://www.britishpathe.com/video/kennedy-speaks-at-banquet-on-health-and-wealth/query/Kennedy

https://www.youtube.com/watch?v=aTS91dPu_Gk

V2

https://www.youtube.com/watch?v=2ta96l8XQtI

Mother Angelica on V2

https://www.youtube.com/watch?v=mGZocJZsMbk

V2 retrospective

https://www.youtube.com/watch?v=DlvOLLgcs6k

V2 and Frn Rev

https://www.youtube.com/watch?v=saQaDtD6Xy8

[Quoted text hidden]

# EXHIBIT 75

**Click to return to paragraph 51**

Gmail - Sheen links

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## Sheen links

---

**Sean Fahey** <seanpfahey76@gmail.com>                                Mon, Jun 6, 2016 at 7:36 PM
To: Dieterich Gray <dieterichgray@gmail.com>, Fraser <redacted>

http://www.tfpstudentaction.org/resources/forgotten-truths/quote-on-truth.html

According to the very informative book *La Popessa,* the authors claimed that both Spellman and Sheen had nothing but open contempt for each other. http://www.amazon.com/Popessa-Paul-I-Murphy/dp/0446512583


Later in the 1960s, both men would support opposite ends of the consuming Vietnam War. This would create more battles.

 According to others, Sheen noted the cardinal's sexual predilection with the utmost contempt, but for reasons of his own, would say nothing publicly.

 http://www.excatholicsforchrist.com/articles.php?PageURL=Sheen.htm

 http://www.amazon.com/Catholicism-against-itself-1-abridged/dp/0933672942


 In a notable coup, Sheen convinced the U.S. government to donate millions of dollars worth of dried milk to the charity, for distribution to needy families overseas. Cardinal Spellman did not intervene in this transaction, but demanded that Bishop Sheen pay the New York archdiocese the dollar equivalent amount of the donation.  Sheen refused, in part because it was a donation intended for the needy, and not for the church.  Second, he viewed the demand as nothing more than a naked attempt by Cardinal Spellman to raid the Society's coffers.  The matter was taken up directly by Pope Pius XII, who had long been a friend to Spellman, and who interviewed both men personally and announced to them his decision.  He sided with Bishop Sheen.  Spellman is said to have told Sheen he would have his revenge, even if it took him years to do so.

As the controversy became public, most people sided with Bishop Sheen.  To this day, the demand by Cardinal Spellman for undeserved money is viewed as a black mark against his record as head of the New York archdiocese, not that Spellman needed any help in diminishing his reputation.  Following the conclave in which he participated to elect Angelo Roncalli as Pope John XXIII, Spellman returned to New York and announced to his aides his disgust with the decision, saying "He's no Pope.  He should be selling bananas."

As for Cardinal Spellman? Angelo Roncalli, who should have been selling bananas, is now Saint John XXIII, and Fulton Sheen is now Venerable Archbishop Sheen, one step removed from being named a saint by the Vatican. Cardinal Spellman is nothing more than a figure of controversy within the history of American Catholicism, especially with recent allegations that he was a practicing homosex

--



seanpfahey76@gmail.com 312.342.0372
http://www.vimeo.com/seanfahey

# EXHIBIT 77

**Click to return to paragraph 53**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

## Oh you saint Sheen!

**seanpfahey76@gmail.com** <seanpfahey76@gmail.com>                                                    Thu, Jun 9, 2016 at 4:44 AM
To: Ramon Estevez <redacted>, Angus Fraser <redacted>, Dieterich Gray <Dieterichgray@gmail.com>

Friends,

How do you like that lead in!!! ;)

I can't thank you enough for what we've accomplished during these past few days.

Ramon, we couldn't have done this without you. Your nurturing support, insight, and belief in our story inspire us to keep pushing. We will all sip cafe con leche in Sevilla in celebration of a job well done thanks to you.

Angus, thanks so much for shaking up this creative snow globe to stir up so many new illuminations. You bring so much to this creative and we are blessed to have you at the wheel! Joan and Ira had a hunch, and took a chance, and it's going to pay off through our journey together.

Dieterich, you're truly a kindred spirit-brother-former-alter-boy and I'm over the moon that we can story craft together.

We have a ways to go and much to craft, thankfully.

We grew the seeds of a story together that could very well shake up our notion of the last century.

Our series is about faith and power in the mid century and how it impacted the world...

It's about the pitfalls of fame and vanity, of political influence and ambition, and what it means to adhere to a higher calling...

Set against the backdrop of the Cold War, the cultural revolution, Vietnam, and a moment in time when Catholic faith hung in the balance, where, through the advent of television one man was able to elevate into the highest trappings of fame and inspire our nation though faith; by the ambition of another who sought supreme power, to grow the Catholic Church in a way that rivals the entire history of Christendom - and their tumultuous relationship reveals how the Church played a major role in some of the most definitive movements in our nations history.

We will put great effort towards visualizing with journalistic fervor, fascinated with the magisterium, with the culture, art, nuance, and meaning of every mystical element of the Catholic Church in the 50s and 60s, how it was able to be such a motivating force in the world, both spiritually and politically, through the lens of two cultural juggernauts who've been lost in time..

Supported by well known and intriguing characters who are part of this grand design, a cast of leaders who were moved by the ambition to grow the Church into a word power never before achieved in history, and other cultural powerhouses who were along for the ride.

It's a sensational, almost unbelievable exploration of our past, where we learn the story of humbitous (humble and ambitious) Bishop Fulton Sheen, divinely inspired to walk in the footsteps of Christ, he revolutionized the idea of evangelism through the new medium television. Vocation driven and divinely inspired...

Where we learn the story of Cardinal Francis Spellman, who, through sheer force, cunning, and often times devious power plays, seeks to lead a new global Catholic Empire.

Where we discover that leaders, through the cage of their own ambition, are made through alliance with this powerful religious/political force. Where wars are influenced by it. Where, lurking around every corner, there are those who seek to influence or undermine that power for their own aspirations.

A moment in time when 96% of the population in the United States believed.

Where half the population attended churches and synagogues.

Where the mystery was very real and faith wasn't a concept, it was cultural reality.

We've got a long way to go but the rubber has met the road and the peddle is to the creative metal.

It's been a beautiful journey thus far and in no small part thanks to our belief in the sensational journey of Fulton Sheen.

More to come you good eggs. Let's get cookin'

With love

Sent from my iPhone

# EXHIBIT 79

**Click to return to paragraph 59**



**Sean Fahey <seanfahey76@gmail.com>**

## Option / Dieterich Gray and Sean Patrick Fahey

**seanpfahey76@gmail.com** <seanpfahey76@gmail.com>                                Tue, Jul 12, 2016 at 2:57 PM
To: Trent Bielen <redacted>
Cc: Dieterich Gray <dieterichgray@gmail.com>, Josh Sandler <redacted>

Also,

We had mentioned ownership related to end of 6mo term. It's a clean break - they don't get to shop the script they wrote and we get our original content to shop as we choose.

I look at the 6mo term as a time to revisit, rethink and go from there. Might stick with them depending on performance from BTE.


Sent from my iPhone
[Quoted text hidden]

        <Option_Life Worth Living_Gray and Fahey_GKSSD Cmnts_071216.pdf>

# EXHIBIT 80

**Click to return to paragraph 56**

 **Gmail**

**Sean Fahey** <seanpfahey76@gmail.com>

---

## Sheen moving forward

**Sean Fahey** <seanpfahey76@gmail.com>                                      Wed, Jun 22, 2016 at 11:14 AM
To: Dieterich Gray <dieterichgray@gmail.com>, Fraser <redacted>

Angus, as you get ready to chat with Ira tonight, let us know how we might best support that effort.

I see us moving forward as a writing team, with Dieterich and I in full engagement with you. How will you address this with Ira?

Hot off the press and not sure if I shared this with you or not but Sheen's family, namely Joan Cunningham has stepped in and they are planning on moving Sheen's remains back to Peoria Illinois - and the process towards sainthood is back on track.

Our timing couldn't be better in regards to emerging press on Sheen - it's already starting. "Sheen who?" is soon going to change and we will be a big part of that.

Also important to take into consideration that this process toward sainthood reaches 75 million catholics. We are riding that wave a little.

Interesting character points moving forward .. Sheen is venerated because he proved himself worthy. Spellman is not for a reason. Both men are called to vocation but each has a different way of addressing their calling. We know Sheen is vain but we also know he's incredibly dedicated, pious, deeply concerned with care of the soul, plagued by a want to do more with his vocation. We know Spellman is cunning, powerful, greedy, power hungry. We can assume that his papal aspirations are modus operandi for every pawn he moves on the chess board: Kennedy, Diem, Hoover, Dulles Bros, Cohn, Pacelli (PiusXII), Sheen, and others.

It's no coincidence that the most powerful man in the Catholic Church, and the most popular would have a rift, but the severity of the conflict, what happened, how it went down, and why, as a major driving hook in our series intrigues me to no end. It's more than just a wrapping. And when we set it against a backdrop we all know, but have never seen in this way..

Our series is about faith and power in mid century America and how it impacted the world...

It's about the pitfalls of fame and vanity, of political influence and ambition, and what it means to adhere to a higher calling...

Set against the backdrop of the Cold War, the cultural revolution, Vietnam, at a moment in time when Catholic faith hung in the balance, where, through the advent of television one man was able to elevate into the highest trappings of fame and inspire our nation though faith; by the ambition of another who sought supreme power, to grow the Catholic Church in a way that rivals the entire history of Christendom - and their tumultuous relationship reveals how the Church played a major role in some of the most definitive movements in our nations history.

Supported by well known and intriguing characters who are part of this grand design, a cast of leaders who were moved by the ambition to grow the Church into a word power never before achieved in history, and other cultural powerhouses who were along for the ride.

It's a sensational, almost unbelievable exploration of our past, where we learn the story of Bishop Fulton Sheen, divinely inspired to walk in the footsteps of Christ, he revolutionized the idea of evangelism through the new medium television. Vocation driven and divinely inspired...

Where we learn the story of Cardinal Francis Spellman, who, through sheer force, cunning, and often times devious power plays, seeks to lead a new global Catholic Empire.

Where we discover that leaders, through the cage of their own ambition, are made through alliance with this powerful religious/political force. Where wars are influenced by it. Where, lurking around every corner, there are those who seek to influence or undermine that power for their own aspirations.

A moment in time when 96% of the population in the United States believed. Where half the population attended churches and synagogues.

Where the mystery was very real and faith wasn't a concept, it was cultural reality.

Some stray reflections and points for the Pilot…

**This is part scene flow / part essay .. throwing a few ideas up we talked about and seeing how they feel in sequence… flirting with language to feel out characters. I really enjoyed putting his together! Just a fun exploration of story and character. Some of this could easily breath through several episodes.**

PILOT IDEAS:

Rather than show the Kennedy assassination from the perspective of BEING THERE, we might want to take in account Mcluhan's The Medium is the Message, and show how it must have felt in homes around America (who we will soon show, captivated by Sheen's *Life is Worth Living*).

http://www.huffingtonpost.com/2013/11/21/media-jfk-assassination-coverage-1963_n_4319651.html

A wire line print at the natioal press office reads: "***FLASH: KENNEDY SERIOUSLY WOUNDED - PERHAPS SERIOUSLY PERHAPS FATAL BY ASSASSINS BULLET JT1239PCS***"

"*As The World Turns*" is playing when it cuts in, and for viewers at home a few seconds of silent footage—and the halting coverage from CBS television network, with logo, "technical difficulties"

And the wire service copy that started frantically arriving at newsrooms around the country:

"***PRESIDENT DEAD ;&7DALLAS   JD1***"

Pandemonium ensues.

A UPI editor starts frantically waving other editors off the wire, typing, "GET OFF GET OFF GET OFF."

Networks then started throwing bulletins with no pictures onscreen --- It's utter confusion. Familes sit in their homes confused and crying…

Local Dallas viewers watching WFAA see, program director Jay Watson, telling his staffers to make sure everything is being taped—an allusion to the fact that most TV programming of the day was shot live and then discarded (Think of LIWL).

10/9/2020

Black again ..

And then …

"We just have a report from our correspondent, Dan Rather, in Dallas, that he has confirmed that President Kennedy is dead," he said. "There is still no official confirmation of this, however."

And then the famous announcement from Cronkite as he lowers his glasses…

Inside the hushed vastness of the Archbishop's Mansion near the Mayor's Gracie Mansion in New York City, a seminarian turned liveried servant brings a telephone to Cardinal Spellman (https://en.wikipedia.org/wiki/Francis_Spellman).

A "Mr. Cohn" (http://www.maryellenmark.com/text/magazines/life/905W-000-035.html) is calling from his lower East Side home office, crowded, it feels like a situation room, but also strangely filled with suffed animals.

Spellman sits in shock in front of his television as he finishes listening to Cronkite…

As a gesture of friendly intimacy to his guest in the Mansion, the Archbishop indicated that he is turning the telephone to "speaker."

"It's Roy Cohn your eminence."

"Franny," a familiar voice rings out, "We've got to meet. How's your Pope going to handle this?"

*The New York Pope, forcefully shakes gestures at his little seminarian page to get out of the room…*

SPELLMAN "He's no Pope. He'd be better off selling bananas. But I will be in Rome in the coming week. All the doors are closing, we aren't in his favor, but they await my story. What is my story?"

COHN "Your story is, we have a shooter and are unravelling a communist conspiracy, that caused his assassination."

S "Is there a shooter found?"
C "Yes, we have him."
S "One man?"
C "We don't know yet?"
S "It's all over isn't it Roy?"
C "Don't take it personal Franny, think of this as a one door closes and another will open. Have you spoken with Hoover?"
S "No not yet."
C "I will arrange. Hang in there. Our war isn't over yet."
S "And what about our Johnson? He's as bad as John XXIII. We have no leg to stand on."

C "I wouldn't rush to that conclusion. We will see how he plays in the sandbox. And I'm sure you're going to come up with something - you always do."

S "We always do Roy."

C "Expect Hoover."

-click-

Spellman sits with a lost look in his face and begins to weep as he looks out his window to St. Patricks Cathedral.

**CUT TO FLASHBACK**

The pomp and regalia of a Papal honor being bestowed to CIA muscle and staunch Catholic, Wild Bill Donovan (https://en.wikipedia.org/wiki/William_J._Donovan). The Grand Cross of Saint Sylvester is placed on his neck by Pope Pius XII (https://en.wikipedia.org/wiki/Pope_Pius_XII) with Spellman watching from the alter. St. Peter's is filled with bishops and cardinals who cheer for this highest honor, that only 100 persons have ever received. The magisterium at its finest as Pope Pius XII sets off on an anti communist decree … he calls for a new crusade, an ideological war… to be led stateside by J Edgar Hoover, Roy Cohn, and Cardinal Spellman, with the help of notables like Donavan, the Dulles Brothers, Kennedys and others, which will leave a lasting mark on American culture.

We learn about Spellman's power in a whispered conversation in the halls of the Vatican: When Roosevelt refused to name Spellman as the first American envoy to the Vatican, Spellman turned against FDR, and became the arch conservative antiCommunist and ally of Hoover and Cohn. Both J. Edgar Hoover and Roy M. Cohn maintained a special deep, personal friendship with New York's antiCommunist crusading Archbishop, Cardinal Francis Joseph Spellman.

This was done with mandates from the Vatican, Spellman, and Pope Pius XII. And the instructions are .. gain influence in every corner of the earth, by any means necessary, use every medium, and access the global population for life blood of the church, against communism at all cost…

It was not sympathy for "communism" that was under attack. It was the human mind—the creative intellect, where allied agencies under the sponsorship of people such as Allen Dulles and Prescott Bush, the kennedys, and so many other historic icons, launched an unlimited budget, clandestine war against classical culture, as part of the alleged fight against "communism" and spreading Soviet influence.

And for Spellman it was a Borgia chess game, to assert power and dominance over the college of Cardinals and follow Cardinal Pacelli to the throne of the Vatican - He wants to succeed Pius' throne.

John Edgar Hoover was Americas closest thing to a Grand Inquisitor, whose army of blackmailers and spies targeted generations of Presidents, Congressmen, and political activists. Hoover ran the Bureau with an iron fist. His situation room is built on easy adaptability and could quickly create splinter units to tackle any cause he sought. What did tha look like?

McCarthy is Chairman of the Senate Committee on Government Operations. Hoover puts McCarthy in touch with Roy Cohn, and urged the Senator to bring Cohn on as his general counsel. While gaining his most notoriety for targeting alleged Communists, McCarthy soon broadened his target list to others, whom he accused of treason. Gen. George Marshall was one of the McCarthy/Cohn priority targets; he was accused of

sabotaging the war effort, and, effectively, colluding with the enemy. Marshall is a nobel prize winning former Secretary of State and Secretary of Defense.

Here we find Sheen, worldliness and secularism had crept into his own department, as a foreign missionary, seeking funds, discovers, met by the sight of an army of mini-skirted young female typist secretaries employed by the Society for the Propegation of Faith. Bishop Sheen liked to live lavishly and the style is evident everywhere.. Fancy cars, finest clothes, and kept pretty women around him.

It's no accident that Cardinal Spellman should reach out to Lawrence Phillips of DuMont Broadcasting upon learning they were vying for a new program to fill the space of failing religious program The Week in Religion.

DuMont had rose to the ranks as a commercial entertainment broadcaster during the war when CBS and NBC would show essentially exclusively war related content. But the idea of another religious program, after the failure of The Week in Religion, made it hard to find a sponsor, until Admiral came to the table, again, through Spellman, who orchestrated and coordinated the whole deal. The executives at DuMont felt the power and pressure of Spellman and settled on inviting Sheen to the network. Admiral was sponsor for several shows on television at that time.

Sheen is a formidable presence in person, short in stature but a mental giant, he proved in an open and shut elevator pitch what went wrong with The Week in Religion:

Sheen knew of Rabbi William S. Rosenbloom, Reverend Robbins Walcott, and Priest Joseph N. Moody, and even kept a television at the Society. He and his secretaries watched the show from time to time.  He argued that while compelling, too many chefs over the stew pot does wont make it beter, in fact, it makes it "too much" -conflicting flavors .. he suggested that his show would have the perfect ingredients because really there was only one Chef (God) and Sheen would make a gracious maître d, guiding the audience to the feast. He also argued that he wants it to be an unscripted hour. With heads scratching, executives at DuMont, Lawrence, Ted Bergman are wooed by Sheen and they set into pre production. But Admiral executive Arthur A. Collins is sceptical…

*To Admiral Executive:*

SHEEN
Indulge me, when you wake up in the morning, what do you say to yourself?

EXECUTIVE
What do you mean?

SHEEN
There are two ways of waking up in the morning. One is to say, 'Good morning, God,' and the other is to say, like I did this morning, 'Good God, morning'

*The Executive laughs*

EXECUTIVE

I suppose I said the later this morning, your grace.

SHEEN

We all do from time to time, but it's important to say Good morning God! Immediately after, or the day just flops. It's better than a strong cup of coffee. Although it didn't seem to work for me this morning, as planned.

*The Executive smiles intuitively at Sheen's wit and charm.*

EXECUTIVE

What makes you think a show like this will work? Seems to me you'll be preaching about all the wrongs in the world. Doom and gloom. People don't want to be told they are wrong. We've been fed that in spoon fulls with the last program.

SHEEN

With all due respect, we do not need a voice that is right when everyone else is right. We need a voice that is right when everyone else is wrong. And maybe throw in a little blarney for good measure to keep people smiling.

EXECUTIVE

Well then people wont take you seriously. People will think you're full of Baloney.

SHEEN

On the contrary, Baloney is flattery laid on so thick it cannot be true, and blarney is flattery so thin, we love it. I want to offer the people truth, not suffocate them with it! ... My cassock isn't THAT uncomfortable! To tell a woman who is forty, '*you look like sixteen*', is baloney. The blarney way of saying it is '*tell me how old you are I should like to know at what age women are most beautiful*." I once saw an Irishman get up in the subway and give his seat to a lady. She said, '*you are a jewel*'. He said, '*Lady I am a jeweler, I set jewels.*' That is blarney"

*The Executive, DuMont execs, and Sheen share a laugh. He gets the green light.*

Make no mistake, Sheen took his vocation seriously. The Society for the Propegation of Faith wast charged to feed the underseved around the world! This is evident in a dealing Sheen is puting together where he will receive one million dollars worth or powderd milk from the US, and this

is a gift given by the President himself. Sheen's calling is to care for the soul of all who hurt in the world. To that end, Sheen realises that this appointment by Spellman would mean vast resource to help to his calling to feed the poor globally. He had his own reason for taking this assignment…

Sheen's niece Joan Sheen (Cunningham) visits him, a summer in New York with her favorite uncle. This is a necessary rollplay for Sheen. For these small moments in time he's her daddy, and loves and instructs and listens to her. And buys her the finest fashions on 5th avenue. He loves her like the daughter he'll never have and it's a chance to feel "normal".
We learn through a recurring nightmare that Sheen is plagued by his vocation. This is something we will revisit throughout he series. While he has a calling and a love for his vocation he never feels he does enough.

Hoover launches his own secret witch hunt against his domestic targets. Under the Counterintelligence Program ("Cointelpro"), Hoover accelerated his illegal domestic spying and covert operations, targeting anyone and everyone who fit his own perverse list of "enemies" of the state.

When the antiCommunist witch hunts ran out of sufficient credible targets, McCarthy and Cohn launched what came to be known as the "Lavender Scare," a purge of alleged homosexuals infiltrated into all levels of government, and therefore allegedly vulnerable to Soviet blackmail. Again, Hoover provided the ammunition.

Broadway, the show One Touch of Venus, a black limousine pulls up to he back entrance and Cardinal Spellman walks out. The prelate sits in the balcony spying one dancer. The dancer is singing his heart out as we notice him, noticing Spellman, and his stage face turns concern, but the show must go on. In the limousine after the show Spellman and the chorus boy talk,
SPELLMAN: "You were fantastic tonight."
CHORUS BOY: "Thank you your grace."
S: "We will have to reward you for your contributions to the show."
*Spellman's hand slides up the Choir Boy's thigh. He's clearly uncomfortable but goes into character, in a flirtatious way*:
CB: "You know, I could expose you. What do you think the world would say if they knew the religious king of New York, took handsome young choir boys home?"
Spellman laughs and shrugs off his comment.
S: "Who would believe you? Do you think your voice maters off the stage? You poor boy, you've got a lot to learn, and if you carry yourself this way, you will learn the hard way."

Materials on sexual practices, especially homosexuality, were always the number one priority for FBI field agents to mine, and to send personally under seal to the Director. Hoover elicits the help of his friend Spellman; their stock-in-trade was compromising information.

McCarthy is a close friend and protégé of Joseph Kennedy, and, through Kennedy, he enjoyed the backing of a nationwide network of right wing antiCommunist Catholics, including Spellman, who covered for McCarthy and Cohn during their rampage. Spellman it seams is untouchable...

Spellman is courting Diem, a vietnamese leader, through a tour in the States, to curry favor for his leadership appointment. Diem is a catholic and Spellman urges a then, Senator John F. Kennedy to back Diem. We see the cast of usual suspects at a Rockefeller Center breakfast put on by Spellman. Sheen sits at a table with some other members of ecclesiasti. The Dulles brothers are the, Kennedys, Hoover, Cohn, the Mellons, Rockefellars, and so many other industrialists, Senators and congress persons, Wall Street titans, as Spellman stirs the crowd with a script that would make Pope Pius XII proud as he introduces Kennedy to the sage .. in many ways this was a smart way of getting a crowd comfortable with Spellmans next power play, making a Catholic president of the United States .. but first, let Kennedy woo the crowd in favor of Diem… get him in office… Kennedy, next to Spellman, lifts up Diems arm in a symbol of power and unity, and the influenal crowd gives a standing ovation.

There is an electricity in the air when Life is Worth Living first airs. The set is minimul but all the elements are beauitfully placed. We see Sheen preppaing, putting on the finest Cassock, Pectoral Cross, and signature cape… he looks at himself in the mirror and admires the image (vanity). He takes a quiet holy hour.

INT. CONTROL ROOM

*A producer is looking at a row of monitors, watching as the floor director start the countdown, and we are ready to go.*

INT. DUMONT STUDIO

*A hand pops into the frame and a name, in perfect cursive, is written on the black chalk board: JMJ...*

CUT TO:

INT. TV SET/DUMONT STUDIO

*We see the black and white image of sheen. We cut from the TV screen back into the Studio...*

SHEEN
Friends... I want to talk to you today about heart.. (MORE)

SHEEN (CONT'D)
Let's just get right to it, get to the "heart" of the matter.. Our brains today are big enough. Could it be that our hearts are too small? In our relationships and our marriages we feel the burden of incompatibility at times. Is this because we lack heart, the heart to change? It reminds me of an old old story. .. One day Adam was out walking with Kane and Able and they pass the beautiful garden of paradise, and.. Adam pulled the boys to himself and gestured in and said, "boys, that's where your mother ate us out of house and home.

*Laughter abounds.*

SHEEN (CONT'D)
It's an old story, but don't quote me, please...

*More laughs.*

--
At DuMonth the share numbers come in, he has a 20 share and it's climbing -they are blown away! What no-one expected was the almost overnight success that *Life is Worth Living*. … Sheen is nominated for an Emmy and about to be catapulted into the highest ranks of fame ..
--

PRESS JUNKET

*FLASH bulbs POP as Reporters clamber to talk to ask Bishop Sheen a question.*

*Chuckles..*

*Laughter..*

REPORTER 1
Bishop Sheen, what's it like going from being a relative nobody to television royalty? I mean "nobody" in the best possible way, your grace.

SHEEN
Did you know that, in Heaven, an angel is a no-body?

REPORTER 2
Your show is the highest rated on television, you've beat out the Milton Berle hour, do you have anyone you'd like to thank?

CUT TO:

EMMY AWARDS
*A presenter on stage.*

PRESENTER
And the Emmy for Most Outstanding Television Personality goes to Bishop Fulton J Sheen for his A Life Worth Living hour!

*Thunderous applause as Sheen walks on stage and accepts his Emmy ..*

SHEEN
I feel it is time I pay tribute to my four writers —Matthew, Mark, Luke and John.

*Laughter abounds, in an audience of his peers..*

CUT TO

*Another press junket post award show on the red carpet, with scores of onlookers*

REPORTER 3
Bishop Sheen, there are some fantastical things in that good book of yours I struggle with, for example, how is it that Jonah got stuck in the mouth of a whale for 3 whole days?

*Laughter in the crowd*

SHEEN
I have not the vaguest idea, but when I get to Heaven, I will ask Jonah.

REPORTER 3
What if there isn't a heaven?

SHEEN
Well then you ask him.

*HUGE laughter erupts, FLASH BULBS GO OFF.*

CUT TO

Spellman sits in his palace, watching in disgust, the fame and cheers… he hates Sheen's success because he's jealous of what he created. …

# EXHIBIT 81

**Click to return to paragraph 54**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## (no subject)

**Sean Fahey** <seanpfahey76@gmail.com> To:
Angus Fraser <redacted>
Cc: Dieterich Gray <dieterichgray@gmail.com>

Sun, Jun 26, 2016 at 9:55 AM

Agreed on all fronts.

Thanks for sending this thoughtful email over. To chime in...

Cool heads do prevail as does an at arms length relationship. I can say that I don't feel comfortable not having a direct line to Ira, if we intend on working together. Like, we don't need anyone as a relationship buffer with someone we intend on working with, and it feels very distant to me for no reason. But perhaps we just need to get a few formalities out of the way. We obviously have faith in Ira and BT, but prefer due diligence over intentions. That being stated, we had a great talk yesterday and have already sent the 'Exclusive Pitch Option' drafted by BT, to our lawyer to review and get back to Ira.

I don't think we will need you to speak on our behalf, as our legal will handle it from here.

Just to be clear to Dieterich per our conversation yesterday, your standard it triple scale. I think that is very in good faith of you to come down in price because of your belief in our project. It means a lot.

We spoke at length yesterday about the pitch and we are confident in your clear and solid foundation to get that moving when your time opens up a bit. I let Dieterich know you were very support of where our financial position is and how best to move forward, to the point that we will not be asking for any up front fees but will be clocking our hours, as we've done for the past two years, to get what's fair when the time is right.

In any event, we've got a contract from Breakthrough that we need to review this week and send over. Based on your timing and our timing, and Ramon coming back from Thailand, etc, we are on schedule to have our roads meet.

I hope you both have a wonderful Sunday. About to take my daughters to the beach for the second day in a row - this will be my weekends from now on, all summer. And I'm good with that ;)


Warmly,


Sean


[Quoted text hidden]
--

# EXHIBIT 82

**Click to return to paragraph 63**

 Gmail

**Sean Fahey <seanpfahey76@gmail.com>**

---

## Women and Sheen

---

**Sean Fahey** <seanpfahey76@gmail.com>                                                   Tue, Jul 12, 2016 at 4:20 PM
To: Fraser <redacted>, Dieterich Gray <dieterichgray@gmail.com>

First off, you two will enjoy this article with an eye roll and hilarious quote from Ramon: http://themiscellany.org/1999/03/25/martin-sheen-acts-on-his-faith-and-for-social-justice/

PAGE 19: https://books.google.com/books?id=OYp3bWUHZLoC&pg=PA18&lpg=PA18&dq=Shirley+MacLaine+and+fulton+sheen&source=bl&ots=zX3tIYymh5&sig=XRCr0YEhYaklXQ7iqZz6fqUe--E&hl=en&sa=X&ved=0ahUKEwiyt6Dw7O7NAhUQS2MKHQ6XBTwQ6AEILjAG#v=onepage&q=Shirley%20MacLaine%20and%20fulton%20sheen&f=false

Sheen, a man for all media: https://books.google.com/books?id=CpHeTlUthBEC&pg=PA9&lpg=PA9&dq=mother+teresa+and+bishop+fulton+sheen+met&source=bl&ots=FTbjOJFJ5H&sig=P5pclMr0ePoUKY2wXqUUUuAgQ68&hl=en&sa=X&ved=0ahUKEwj-lbX65e7NAhUIx2MKHaYGAI4Q6AEIYjAO#v=onepage&q=mother%20teresa%20and%20bishop%20fulton%20sheen%20met&f=false

this article dives into McCarthyism: https://books.google.com/books?id=5yCV5zda1w8C&pg=PA12&lpg=PA12&dq=Eva+Marie+Saint+and+fulton+sheen&source=bl&ots=An7tOVGwju&sig=-IHnST76M54v3wj1w9vqzxDPWC8&hl=en&sa=X&ved=0ahUKEwittpKM6-7NAhUO72MKHQWjC0kQ6AEIKzAF#v=onepage&q=Eva%20Marie%20Saint%20and%20fulton%20sheen&f=false

Interesting Sheen bit: https://books.google.com/books?id=lK_aZZyvlcgC&pg=PT188&lpg=PT188&dq=Jane+Russell+and+fulton+sheen&source=bl&ots=n11WiIwyI8&sig=m3oW9lcqh8zQOukir3Liok2wP-k&hl=en&sa=X&ved=0ahUKEwjE0MqE7O7NAhUPxGMKHX59DUUQ6AEIOTAI#v=onepage&q=Jane%20Russell%20and%20fulton%20sheen&f=false

Some amazing letters of and from Sheen: http://fulton-sheen.cua.edu/at-cua/archive.cfm

**WOMEN**

Clair Boothe Luce
http://www.vanityfair.com/style/society/2014/07/clare-boothe-luce-marriage-ambassadorship
http://www.hluce.org/cblbio.aspx

Mrs. Gladys Hampton
https://books.google.com/books?id=mjcDAAAAMBAJ&pg=PA59&lpg=PA59&dq=Joan+Crawford+and+fulton+sheen&source=bl&ots=6WwNRisNqt&sig=fQSYc011I-SMbZeXe43-4wVgdyk&hl=en&sa=X&ved=0ahUKEwjR553O4-7NAhVFwmMKHVGNBLkQ6AEIRDAJ#v=onepage&q=Joan%20Crawford%20and%20fulton%20sheen&f=false

Betty Huges
https://books.google.com/books?id=S5EA6_P-3JsC&pg=PA227&lpg=PA227&dq=Joan+Crawford+and+fulton+sheen&source=bl&ots=4TjICj64hp&sig=TaJB5jkOb_ma5SaCtwmzBa_Ts3s&hl=en&sa=X&ved=0ahUKEwjR553O4-7NAhVFwmMKHVGNBLkQ6AEIMTAF#v=onepage&q=Joan%20Crawford%

20and%20fulton%20sheen&f=false

Grace Kelly (she's catholic)
https://www.pinterest.com/pin/258253359859336259/

Pery Como Show 12/22/56 starred Fulton Sheen, Rosemary Clooney, Glenn Derringer http://www.tv.com/shows/the-perry-como-show/december-22-1956-1149120/

http://www.t.www.catholicherald.co.uk/commentandblogs/2014/10/30/books-blog-keeping-the-memory-of-archbishop-fulton-sheen-alive/

Franco repeats one well-known story of an incident when Sheen was spending some time at St Patrick's, Soho Square. He was praying in front of the Blessed Sacrament (as he did for an hour, every day of his priestly life) when he heard the sound of someone vomiting outside the church. It turned out to be a young, very drunk female model – a lapsed Catholic. Overcoming her reluctance to talk by promising he wouldn't ask her to go to confession, Sheen invited her into the church and helped her to become more presentable. Then he took her round the church, pointing out its devotional features. As they went down one aisle they passed a confessional and Sheen, without speaking, gently but firmly propelled the young woman inside. That moment became the significant encounter of her life; she made a full confession, mended her ways and finally became a nun. What priest in today's atmosphere of suspicion of the cloth coupled with insistence on individual rights would dare do as Sheen did?

--

# EXHIBIT 85

**Click to return to paragraph 61**



Sean Fahey <seanpfahey76@gmail.com>

## SHEEN

**seanpfahey76@gmail.com** <seanpfahey76@gmail.com>                    Wed, Aug 3, 2016 at 1:47 PM
To: Angus Fraser <redacted>
Cc: Dieterich Gray <dieterichgray@gmail.com>

We don't feel any stress re: common ground, once our requests are met. Joshua is already proactively seeking out amicable terms per the new contract. Like I said, there's no indication we won't get the terms we want, so all is still in good faith.

Sent from my iPhone

> On Aug 3, 2016, at 12:59 PM, Angus Fraser <redacted> wrote: >

> no, i did not know that.  fuck … i have no idea what's going on … But really want everyone to negotiate in good faith — INCLUDING THEM.  i am trying to read the tea leaves and keep all on track.   is there common ground?
>
> i can't talk now.  but lets see what's up.  i am in montreal for five days — work.  but let me see what's going on.
>
> yeah, man, it's awesome project.
>
> A
>
>
>
>  On Aug 3, 2016, at 1:54 PM, Dieterich Gray <redacted> wrote:
>>
>  Hi Angus,
>>
>  Appreciate the email and the intention to keep moving forward.
>>
>  Without getting too much into the details, you should know this: Breakthrough withdrew the original deal on which we had been working for many weeks toward common ground and presented an entirely different document 6 days ago. We are now trying to work together with them on this new deal.
>>
>  We are not sure why they did this. But, they did. And that's eating up time.
>>
>  Looking forward to getting back to work!
>  Dieterich
>>
>  D i e t e r i c h   G r a y
>  redacted
>>

>>> On Aug 3, 2016, at 9:52 AM, Angus Fraser <redacted> wrote:
>>>
>>>
>>> Hey guys,
>>> i am consulting on a show and have to get back to work in 10 minutes.  please excuse the rushed e-mail.
>>>
>>> I am getting the impression that everything is gummed up and not moving forward.  I am worried, too, that it's getting late in the day for Breakthrough, as Ira's assistant wants to set up a call next week about the project.  If that wasn't enough, their lawyer is going on holidays starting next week.  The momentum is fading.  This could be me, but I don't think so.  You can tell when the lustre is off and it appears to be too much work to get everyone on the same page.
>>>
>>> The mistake all around is that this should have been done before LA.  It's bad because everything is now tied up.  Not your original script, of course, but all the stuff that we broke ground on.  However, I still hold out hope that everyone's going to get their act together and make this happen.  And that goes for Breakthrough.  And you, too.  The work that was done in LA is compelling.  It's smart and it's dramatic.  And for the three of us — it's been time consuming.  I have put a lot of time into this — reading, working out the pitch (which has yet to happen) and so on.  So, I am asking you to think about that, too.
>>>
>>> Ideally, can you get your lawyer to get on the phone — you should be on the call too — and figure it out.  I am going to send the same note to breakthrough asking them to roll up their sleeves and make it work.  We met in early June and it's now early August.  Nailing the deal points should not be this hard.  (BTW — I am going to send the same note to Ira.)  Let's get it done.  It should be straightforward.
>>>
>>> I have to move on to another job and can't push it off any longer.  If there's a will, there's a way.  If not — tell me, so my e-mails don't go from shrill to insipid.  Keep your eyes on the prize.  It's a great series in the making.
>>>
>>> Alright and take care.
>>>
>>> Angus
>

# EXHIBIT 86

**Click to return to paragraph 62**

Gmail - Option / "A Life Worth Living" / Dieterich Gray and Sean Patrick Fahey

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

## Option / "A Life Worth Living" / Dieterich Gray and Sean Patrick Fahey

**Sean Fahey** <seanpfahey76@gmail.com> To:        Fri, Aug 5, 2016 at 4:13 PM
Josh Sandler <redacted>
Cc: Dieterich Gray <dieterichgray@gmail.com>

I'm not sure how we want to approach that. If they don't use our script they are essentially taking our creative property away, It seems to me that is the case, and I am not agreeable to the titles and ownership arrangement they had in place in last contract, nor am I trying to give away the farm for nothing. What are your thoughts?

> On Fri, Aug 5, 2016 at 4:02 PM, Josh Sandler <redacted> wrote:
> I spoke with him.
> He's going to try to rework the original agreement.
> He mentioned that they are not using your script...and that is the issue.
> But he's going to get me something new.
>
>> On 8/5/2016 4:12 PM, Sean Fahey wrote:
>>
>> Thanks for keeping on them and looking forward to learning that their deal is.
>>
>>> On Fri, Aug 5, 2016 at 2:36 PM, Josh Sandler <redacted> wrote:
>>> Playing some phone tag with the lawyer.
>>> I actually just tried him back and left a voicemail.
>>>
>>>> On 8/5/2016 3:33 PM, Sean Fahey wrote:
>>>>
>>>> Hey Josh,
>>>>
>>>> Wanted to check in before the weekend to see if there was any traction.
>>>>
>>>>> On Wed, Aug 3, 2016 at 10:26 AM, Josh Sandler <redacted> wrote:
>>>>> I left word for Nghia and will let you know when I hear back.  Thanks.
>>>>>
>>>>>> On 8/1/2016 10:57 AM, Sean Fahey wrote:
>>>>>>
>>>>>> Guys,
>>>>>>
>>>>>> I'm looking at this agreement in detail this afternoon. I think we would want to hold firm on executive producer credits and original story by, and all the rights pertained by those titles. We would also want the title of professional writer on episodes and or written by -that can happen later I think but asserting our rolls with respect to rights.
>>>>>>
>>>>>> Also they seem to be advocating for 12 months. On an if/come I feel more comfortable with 6mo from completion of written pilot.
>>>>>>
>>>>>> Should they want to work with us, with these amendments (and others potentially upon further review), I think we will be good to go.

Let me know your thoughts with respect to these requests and I look forward to chatting.

On Sun, Jul 31, 2016 at 11:32 PM, Sean Fahey <seanpfahey76@gmail.com> wrote:

> Hey guys,
>
> Where are we with a call tomorrow?
>
> Sean
>
> On Fri, Jul 29, 2016 at 7:22 PM, Dieterich Gray <dieterichgray@gmail.com> wrote:
>
>> Updated availability for Dieterich Gray:
>>
>> Mon 12:30p - 4:30p PST
>> Tues 9am - 5pm PST
>>
>> Thx,
>> Dieterich
>>
>> D i e t e r i c h   G r a y
>> redacted
>>
>> On Jul 29, 2016, at 3:46 PM, seanpfahey76@gmail.com wrote:
>>
>>> I will be available 8am-1pm 4pm-5pm CST Monday
>>>
>>> And then Tuesday 8am-10am and after 4pm
>>>
>>> Sean
>>>
>>>
>>> Sent from my iPhone
>>>
>>> On Jul 29, 2016, at 5:36 PM, Trent Bielen <redacted> wrote:
>>>
>>>> Hi Sean and Dieterich,
>>>>
>>>> Please let me know what times work for you on Monday. As Josh's Monday is a
>>>> little hectic as of now, please let me know your availability for Tuesday as well.
>>>>
>>>> Thanks,
>>>> Trent

**Please note my new e-mail address**

Trent Bielen
Gray Krauss Stratford Sandler Des Rochers LLP
207 West 25th Street, Suite 600
New York, NY 10001
Tel: redacted
Fax: redacted
redacted

_____

This communication may be subject to attorney-client privilege
and contain confidential information
intended only for the individual or entity named above. If you
are not the intended recipient, or
the employee or agent responsible for delivery to the intended
recipient, you are hereby notified
that any review, distribution or copying of this communication
is strictly prohibited. Please advise
us if you received this communication in error so we may
redeliver it to the intended recipient.
Thank you.

On 7/29/2016 5:00 PM, seanpfahey76@gmail.com wrote:

> I'd like to discuss Monday. When is best to talk to you?
>
> Sent from my iPhone
>
> On Jul 29, 2016, at 3:59 PM, Josh Sandler
> <redacted> wrote:
>
>> Hey guys.  They sent over a whole new agreement
>> -- see below and attached.  I have not had a
>> chance to review it yet.  Let's find a time to discuss
>> next week.
>>
>> Thanks,
>> Josh
>>
>>
>> -------- Forwarded Message --------

| | |
|---|---|
| **Subject:** | RE: Option / "A Life Worth Living" / Dieterich Gray and Sean Patrick Fahey |
| **Date:** | Tue, 26 Jul 2016 16:09:07 -0400 |
| **From:** | Nghia Nguyen <redacted> |
| **Reply-To:** | redacted ent.com |
| **Organization:** | Breakthrough Entertainment |
| **To:** | redacted |

redacted

'Ira Levy'
<redacted>, 'Yenae Tesfai'
redacted>, 'Joan Lambur'
redacted>, 'Titania Plant'
**CC:**      redacted

Josh, I wanted to take this opportunity to introduce myself, as counsel at Breakthrough.

After looking at the initial agreement we sent to you, and speaking with the producers here, we realized we sent you an agreement that is less suited for the project.  The pitch option we sent you would only be relevant if we were actually pitching the script that Sean and Dieterich put together.  Instead, since Angus Fraser, the writer/producer that the guys met with in LA, is looking to revamp and rework the idea, we realized that a different form of rights agreement would be more appropriate for the project.

To that end, please find attached a rights agreement with Sean and Dieterich for the property.  Quite a few concepts are still nebulous (amount of compensation, percentage of net profits, etc.), but the basic concepts are still there: the fact that we want the guys to be involved throughout production and that we want to make sure they are properly compensated for their contributions to the project.

If you'd like to have a call to go through the change, let us know.  Since I am concurrently circulating this internally, Breakthrough reserves its rights of further comment and change.

Nghia

**Mr. Nghia D. Nguyen**

Vice-President and General Counsel

**Breakthrough Entertainment**
35 Britain Street, 3rd Floor
Toronto Ontario M5A 1R7

**t/** 4redacted

**f/** redacted

www.breakthroughentertainment.com

**From:** Yenae Tesfai
redacted] **Sent:** Tuesday, July 12, 2016 7:47 PM
**To:** Joan Lambur; Nghia Nguyen; Titania Plant
**Cc:** Ira Levy
**Subject:** Fwd: Option / "A Life Worth Living" /
Dieterich Gray and Sean Patrick Fahey

Yenae Tesfai

Begin forwarded message:

> **From:** Trent Bielen redacted>
> **Date:** July 12, 2016 at 7:04:39 PM
> EDT
> **To:** iredacted
> redacted
> **Cc:** Josh Sandler <jredacted
> redacted
> **Subject: Option / "A Life Worth
> Living" / Dieterich Gray and Sean
> Patrick Fahey**
>
> Hello Ira and Yenae,
>
> On behalf of Joshua Sandler, please
> find attached his comments to the

above-referenced agreement. Please
review and let us know if you have
any questions or concerns. As we are
also sending the attached to our
client for concurrent review, we must
reserve all rights to comment and
request changes.

Best,
Trent

--

_____
_____

Trent Bielen
Assistant to Joshua Sandler
Gray Krauss Stratford Sandler Des
Rochers LLP
Attorneys At Law
207 West 25th Street, Suite 600
New York, NY 10001
Tel: 212-966-6700
Fax: 212-966-6051
www.gksd-law.com

<Rights agreement - Bishop Sheen Project (draft
#1).docx>

--

seanpfahey76@gmail.com 312.342.0372
http://www.vimeo.com/seanfahey

--

seanpfahey76@gmail.com 312.342.0372
http://www.vimeo.com/seanfahey

# EXHIBIT 87

**Click to return to paragraph 63**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## Fwd: RE: Option / "A Life Worth Living" / Dieterich Gray and Sean Patrick Fahey

**Sean Fahey** <seanpfahey76@gmail.com>                                      Tue, Aug 30, 2016 at 9:56 PM
To: Dieterich Gray <dieterichgray@gmail.com>
Cc: Joshua Sandler <redacted>, Trent Bielen <redacted>

Yes lets certainly have a call.

I'm comfortable with much of the language in here but still uncomfortable with a few points. Term of agreement in Article 1 and then execution of agreement in Article 7 are glaring. Others are more nuanced.

I'm avail at the same times as Dieterich:

Wed.  9a-1p PST
Thur. 9a-1p PST

Looking forward to a quick chat and some swift moves :)


Sean

[Quoted text hidden]
--




seanpfahey76@gmail.com 312.342.0372
http://www.vimeo.com/seanfahey

# EXHIBIT 88

**Click to return to paragraph 66**

 Gmail

Sean Fahey <seanpfahey76@gmail.com>

---

## Once again, your Grace

---

**Sean Fahey** <seanpfahey76@gmail.com>                                    Mon, Sep 26, 2016 at 5:46 PM
To: Fraser <redacted>, Dieterich Gray <dieterichgray@gmail.com>

Angus!

We are really excited about the meeting you will have with Joan, Ira, and Ramon. Lets close this first deal and get into creative. It's been quite the journey getting to this point. From inception, to collaboration with my dear friend Dieterich. To meeting Ramon, inspired by Martin Sheen as Cardinal Spellman. To our connection through Ramon to Joan and Ira. And finally to you good sir. And to Los Angeles, and one hell of a positive first meeting. We look forward to many more on this journey and are here in support of a creative vision that has sought collaboration throughout, to become the block buster series it deserves to be.

Our series is about faith and power in the mid century and how it influenced our world.

As we dive deeper into the relationship and influence of the Catholic church and great world powers and movements in the mid-century, we will discover the pitfalls of fame and vanity, of political influence and ambition, and what it means to adhere to a higher calling.

Set against the backdrop of the Cold War, the cultural revolution, Vietnam, and a moment in time when faith hung in the balance, where, through the advent of television one man was able to elevate into the highest trappings of fame and inspire our nation though faith; by the ambition of another who sought supreme power, to grow the Catholic Church in a way that rivals the entire history of Christendom - and their tumultuous relationship reveals how the Church played a major role in some of the most definitive movements in our nations history.

We explore with journalistic fervor the magisterium, the culture, art, nuance, and meaning of mystical elements of the Catholic Church in the 50s and 60s, how the mother church was able to be such a dynamic force in the world, both spiritually and politically, through the lens of two cultural juggernauts who've been lost in time.

It's a sensational, almost unbelievable exploration of our past, where we learn the story of bishop FultonSheen, divinely inspired to walk in the footsteps of Christ and revolutionize the idea of evangelism through the new medium television. Vocation driven and divinely inspired.

Where we learn the story of Cardinal Francis Spellman, who, through sheer force, cunning, and often times devious power plays, seeks to lead a new global Catholic Empire.

Where we discover that leaders, through the cage of their own ambition, are made through alliance with this powerful religious force. Where wars are influenced by it. Where, lurking around every corner, there are those who seek to influence or undermine that power for their own aspirations.

A moment in time when 96% of the population in the United States believed. Where half the population attended churches and synagogues. Where the mystery was very real and faith wasn't a concept, it was cultural reality.


SOME FUN ARTICLES FOR RE-REVIEW

you two will enjoy this article with an eye roll and hilarious quote from Ramon: http://themiscellany.org/1999/03/25/martin-sheen-acts-on-his-faith-and-for-social-justice/

PAGE 19: https://books.google.com/books?id=OYp3bWUHZLoC&pg=PA18&lpg=PA18&dq=Shirley+MacLaine+and+fulton+sheen&source=bl&ots=zX3tIYymh5&sig=XRCr0YEhYaklXQ7iqZz6fqUe--E&hl=en&sa=X&ved=0ahUKEwiyt6Dw7O7NAhUQS2MKHQ6XBTwQ6AEILjAG#v=onepage&q=Shirley%20MacLaine%20and%20fulton%20sheen&f=false

Sheen, a man for all media: https://books.google.com/books?id=CpHeTIUthBEC&pg=PA9&lpg=PA9&dq=mother+teresa+and+bishop+fulton+sheen+met&source=bl&ots=FTbjOJFJ5H&sig=P5pcIMr0ePoUKY2wXqUUUuAgQ68&hl=en&sa=X&ved=0ahUKEwj-lbX65e7NAhUIx2MKHaYGAl4Q6AEIYjAO#v=onepage&q=mother%20teresa%20and%20bishop%20fulton%20sheen%20met&f=false

this article dives into McCarthyism: https://books.google.com/books?id=5yCV5zda1w8C&pg=PA12&lpg=PA12&dq=Eva+Marie+Saint+and+fulton+sheen&source=bl&ots=An7tOVGwju&sig=-IHnST76M54v3wj1w9vqzxDPWC8&hl=en&sa=X&ved=0ahUKEwittpKM6-7NAhUO72MKHQWjC0kQ6AEIKzAF#v=onepage&q=Eva%20Marie%20Saint%20and%20fulton%20sheen&f=false

Interesting Sheen bit: https://books.google.com/books?id=lK_aZZyvIcgC&pg=PT188&lpg=PT188&dq=Jane+Russell+and+fulton+sheen&source=bl&ots=n11WiIwyl8&sig=m3oW9lcqh8zQQukir3Liok2wP-k&hl=en&sa=X&ved=0ahUKEwjE0MqE7O7NAhUPxGMKHX59DUUQ6AEIOTAI#v=onepage&q=Jane%20Russell%20and%20fulton%20sheen&f=false

Some amazing letters of and from Sheen: http://fulton-sheen.cua.edu/at-cua/archive.cfm

**WOMEN**

Clair Boothe Luce

http://www.vanityfair.com/style/society/2014/07/clare-boothe-luce-marriage-ambassadorship

http://www.hluce.org/cblbio.aspx

Mrs. Gladys Hampton

https://books.google.com/books?id=mjcDAAAAMBAJ&pg=PA59&lpg=PA59&dq=Joan+Crawford+and+fulton+sheen&source=bl&ots=6WwNRisNqt&sig=fQSYc011I-SMbZeXe43-4wVgdyk&hl=en&sa=X&ved=0ahUKEwjR553O4-7NAhVFwmMKHVGNBLkQ6AEIRDAJ#v=onepage&q=Joan%20Crawford%20and%20fulton%20sheen&f=false

Betty Huges

https://books.google.com/books?id=S5EA6_P-3JsC&pg=PA227&lpg=PA227&dq=Joan+Crawford+and+fulton+sheen&source=bl&ots=4TjICj64hp&sig=TaJB5jkOb_ma5SaCtwmzBa_Ts3s&hl=en&sa=X&ved=0ahUKEwjR553O4-7NAhVFwmMKHVGNBLkQ6AEIMTAF#v=onepage&q=Joan%20Crawford%20and%20fulton%20sheen&f=false

Grace Kelly (she's catholic)

https://www.pinterest.com/pin/258253359859336259/

Pery Como Show 12/22/56 starred Fulton Sheen, Rosemary Clooney, Glenn Derringerhttp://www.tv.com/shows/the-perry-como-show/december-22-1956-1149120/

http://www.t.www.catholicherald.co.uk/commentandblogs/2014/10/30/books-blog-keeping-the-memory-of-archbishop-fulton-sheen-alive/

Franco repeats one well-known story of an incident when Sheen was spending some time at St Patrick's, Soho Square. He was praying in front of the Blessed Sacrament (as he did for an hour, every day of his priestly life) when he heard the sound of someone vomiting outside the church. It turned out to be a young, very drunk female model – a lapsed Catholic. Overcoming her reluctance to talk by promising he wouldn't ask her to go to confession, Sheen invited her into the church and helped her to become more presentable. Then he took her round the church, pointing out its devotional features. As they went down one aisle they passed a confessional and Sheen, without speaking, gently but firmly propelled the young woman inside. That moment became the significant encounter of her life; she made a full confession, mended her ways and finally became a nun. What priest in today's atmosphere of suspicion of the cloth coupled with insistence on individual rights would dare do as Sheen did?

Ada Smith DuConger

https://en.wikipedia.org/wiki/Ada_%22Bricktop%22_Smith

Elizabeth Bentley

https://en.wikipedia.org/wiki/Elizabeth_Bentley

http://www.allendrake.com/elpasohistory/sheen/shncaps1.html

Among the famous people in whose conversion to Catholicism he played a role were violinist Fritz Kreisler; author, congresswoman and later ambassador to Italy Clare Boothe Luce; American Newspaper Guild founder Heywood Broun; entertainer-night club owner Ada Smith DuConger - better known as Bricktop and former communist agents Louis Budenz (originally - a Catholic) and Elizabeth Bentley, among others.

The Budenz return was particularly spectacular, as Budenz' name was still listed on The Daily Worker masthead as managing editor the day he renounced communism. Budenz had even written a series in 1936 for the communist daily attacking Sheen.

10/10/2020

Kreisler met Sheen one evening when Sheen was leaving the apartment of a friend whose wife had just died. The friend pointed to Kreisler's door and told the bishop the great violinist was his neighbor. Sheen knocked at the door, introduced himself, and was invited into the house, where he asked, "Would you like to take instructions?" Shortly thereafter, Kreisler and his wife were received into the Catholic Church

Though he was a friend of the famous, Bishop Sheen throughout his career showed concern for the poor. He spoke about the division between the rich northern hemisphere and the impoverished southern hemisphere long before the concept became current in geopolitical discourse

--



seanpfahey76@gmail.com 312.342.0372
http://www.vimeo.com/seanfahey

# EXHIBIT 89

**Click to return to paragraph 78**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## Sheen reading list

**Sean Fahey** <seanpfahey76@gmail.com>                                                                 Wed, Oct 5, 2016 at 1:52 PM
To: Fraser <redacted>, Dieterich Gray <dieterichgray@gmail.com>

Gentlemen,

Here are a few books that will help us shape the big picture. If you have any others to add please do! Also perhaps we should put a screening list together as well. For example JFK, Hoover, Angels in America

Reading list:
https://www.amazon.com/Americas-Bishop-Times-Fulton-Sheen/dp/1893554619

https://www.amazon.com/American-Pope-John-Cooney/dp/0812911202

Those are the two main biographies on Sheen and Spellman

It's worth reading Treasure in Clay to capture the voice of Sheen. We get it in his amazing clips but I think the read is so personal you'll get a lot out of it. I believe you have a copy already from Dieterich yes?

We can collectively sift through and search for a reading list for Kennedy, Cohn, McCarthy, Catholic political power in the 50s and 60s, etc..


An interesting quote from a recently elected JFK offers insight into where his head might have been in dealing with Spellman once he was placed in office:

*"I believe in an American where the separation of church and state is absolute, where no Catholic prelate would tell the president -- should he be Catholic -- how to act, and no Protestant minister would tell his parishioners for whom to vote; where no church or church school is granted any public funds or political preference and where no man is denied public office merely because his religion differs from the president who might appoint him or the people who might elect him. I believe in an America that is officially neither Catholic, Protestant, nor Jewish; where no public official either requests or accepts instructions on public policy from the pope, the National Council of Churches, or any other ecclesiastical source; where no religious body seeks to impose its will directly or indirectly upon the general populace or the public acts of its officials; and where religious liberty is so indivisible that an act against one church is treated as an act against all. ... I am not the Catholic candidate for president. I am the Democratic Party's candidate for president, who happens also to be a Catholic. I do not speak for my church on public matters, and the church does not speak for me. ... But if the time should ever come -- and I do not concede any conflict to be even remotely possible -- when my office would require me to either violate my conscience or violate the national interest, then I would resign the office; and I hope any conscientious public servant would do the same."*

# EXHIBIT 90

**Click to return to paragraph 68**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## Sheen reading list

**Sean Fahey** <seanpfahey76@gmail.com> To:                                                   Thu, Oct 6, 2016 at 2:10 PM
Angus Fraser <redacted>
Cc: Dieterich Gray <dieterichgray@gmail.com>

It sounds to me like Joan and Ira are interested in preserving some of the original concept per the treatment? If that is the case I think you are right to assert that it is all about texturing and in our LA trip we discovered our main point of conflict and how to present it! The challenge is, how do we hook an audience with this compelling story? In LA we decided, for the pilot if we introduced the conflict hot and heavy coming out the gate, we'd hook them. From that perspective the use of flashback and pastiche could lend itself to growing a larger story of Sheen the man. Remembering a huge and loyal audience of over 70mil Catholics, this will play well for us. That doesn't bean we will be apologists for the catholic church. It just means they get what they want while we give what we want.

What if, as we had originally conceived this is about a man at the end of his life looking back and needing to atone for the one thing he felt never had closure (the Spellman everything) -leading up to when Sheen meets  PJP2 at St. Patricks and is embraced as a noble son of the Catholic Church? Adding depth to layer can be done with some revisit to our treatment I think.

It's attached so we can all be up to speed.

[Quoted text hidden]

---

 **A Life Worth Living Final 10.15.15.pdf**
133K

# EXHIBIT 91

**Click to return to paragraph 70**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## question

---

**Sean Fahey** <seanpfahey76@gmail.com>                                                     Fri, Oct 7, 2016 at 10:37 AM
To: Angus Fraser <redacted>
Cc: Dieterich Gray <dieterichgray@gmail.com>

Interesting points Angus! Loving the direction and it's got my brain stirring.

# cui bo·no?

kwē ˈbōnō/

*exclamation*

      who stands, or stood, to gain (from a crime, and so might have been responsible for it)?

I don't have the details related to process when a ruling is made by the pope over inner church politics. I can infer that the college of cardinals would be well aware - these guys are totally like the Borgias of the 50s and everyone as "their man" they want in the throne. Spellman happens to have a strong alliance with Pious.

Once we know these three characters and the true character of "Rome" the nature of the papal meeting unfolds ....

I think the debate between Sheen and Spellman would have erupted into an ego driven backlash from Spellman BIG TIME. By Sheen standing his ground with Spellman and essentially calling out the milk funds misappropriation, he's challenged Spellman's call to power and his final goal the throne of the Catholic Church. I think it's important to be factual in the detail of how that went down, who the key players were, and to what end. Cui bo no? Why did Spellman need the funds? We know that Sheen gave everything he earned and squeezed every penny for the poor while with the Society for the Propagation of Faith. We know his main calling was to feed and shelter the poor and underserved around the world - that was a driving force of his vocation and I'd say the main reason he's up for sainthood. Even as a celebrity its important to note that the deal was ALL money Sheen would earn, and I'm sure it was a lot, would go directly to the Society. He didn't take a dime. Think about that! Infallible, this guy. The one thing he did take was the trappings of fame - so the nice clothes, fancy cars, vanity, opulence, gifts, respect, celebrating in the glitz and glamour with all the pretty people..

Back to the debate in Rome: Let's take into consideration that all of these men have know of one another for a long time. Pious, was Pacelli and dear friend of Spellman's. I think Pious in his own right becomes a compelling character. Of the three only one isn't venerated, Spellman. There are reasons Sheen and Pious are and that can be reflected in their actions on screen. It's in their respective back stories that we see how their relationships play out. We know Pacelli and Spellman were school chums and that Pacelli is old Rome, Spellman is new Rome. Pacelli is in the inner circle on the fast track to the throne --Spellman is a bulldog - tantimount to Trump running for pres.... sure, he's had some success and taken advantage of LOTs of people but does that make him worthy of the throne? We learn that Spellman is placing prominent Catholics in positions of power around the world and is appointed military vicar which is essentially the warrior pope - so he's got a strong resume of influence. Back to debate: Sheen is right, Spellman stole, and Pious (Pacelli) knows it.

To me there has to be a balance of the sum total of WHO Sheen is and WHAT he did, giving us the oportunity to dive into so many intriguing stories as we peal back the layers. While this want to be about his rise to television celebrity I think we'd be at a loss if we didn't relate it to his greatest missions, goals, and vocation. The feather in the cap for our story is Sheen meeting PJP2 -THIS HAS TO BE IN THERE!!!! HAS TO!!! His whole life's journey leads up to that moment!

Also Vatican 2 .... for all the amazing intrigue there and the fact that Sheen and PJP2 and Spellman (who went as a major power play only to be crushed adding to his hatred of Sheen's popularity) were all there.

If we focus on TV and the trappings of fame we have to understand why he's doing it, and how that fame was used for good. And how he faltered through vanity. Which brings us back to our bridge between the most powerful man in the Catholic Church (Spellman) and the most popular (Sheen)

Here's an inspired video as to the nature of Sheen and Spellman: https://www.youtube.com/watch?v=-ciFTP_KRy4

[Quoted text hidden]

--



seanpfahey76@gmail.com 312.342.0372
http://www.vimeo.com/seanfahey

# EXHIBIT 92

**Click to return to paragraph 71**



**Sean Fahey <seanpfahey76@gmail.com>**

## question

**seanpfahey76@gmail.com** <seanpfahey76@gmail.com>
To: Angus Fraser <redacted>
Cc: Dieterich Gray <dieterichgray@gmail.com>

Fri, Oct 7, 2016 at 11:08 AM

I'm happy to always hit back with little tangents and gems that are inspired from your questions! I think a goal for me is to give you all the information I have in my head all the material that Dietrich and I have covered so that we have a hive mind when it comes to story craft. And I totally get shaping the series pilot the way Joan and I right are interested in - but I'm even more interested in how that relates to the greater body of the series that we are going to create. I think the bigger picture justifies the pilot just as much as the pilot will win us the series

Sent from my iPhone
[Quoted text hidden]

# EXHIBIT 93

**Click to return to paragraph 73**

 Gmail

Gmail question

**Sean Fahey <seanpfahey76@gmail.com>**

## question

**seanpfahey76@gmail.com** <seanpfahey76@gmail.com>                                                                    Sat, Oct 8, 2016 at 4:36 PM
To: Dieterich Gray <dieterichgray@gmail.com>
Cc: Angus Fraser <redacted>

That adds an interesting layer to peel back, his illness. To plant the seed, won't Spellman, Pious' dear friend, have his eye on the throne? When John XXIII is tapped by the college of cardinals what would have been Spellman's reaction?

Life is Worth Living ends in 1957 and is replaced by The Fulton Sheen Hour.

It's important to note that Sheen becomes national director the the Society for the Propagation of Faith in 1950 (with a reappointment in '58) -So years of overlap and influence with his Emmy Award Winning Series.

He loses his position with the Society when Spellman sends him to ecclesiastical Siberia in Rochester NY.  So Spellman takes it all away .. he doesn't become pope, his ambition and his ego are crushed, and Sheen is the scapegoat. He takes Sheens popularity by taking his show. A position that helped him give over 10million dollars of his own earnings to the poor, cut off seemingly overnight. And Spellman costs Sheen his most coveted position at the Society, a place that helped Sheen raise hundreds of millions for the poor over his 16 year vocation of giving through them.

The Show may feed Sheens ego, but it also fulfills his vocation to the Society and mother church by feeding countless underserved bellies. There's a method to Sheens desire to use the airwaves and a metric of giving that is clearly established.

What did Spellman give? What did he take? Why does Pacelli in the form of a dying PiousVII out Spellman? Atonement? Madness? Retribution?

Sent from my iPhone
[Quoted text hidden]

# EXHIBIT 94

**Click to return to paragraph 73**

 Gmail

**Sean Fahey <seanpfahey76@gmail.com>**

---

# question

---

**Sean Fahey** <seanpfahey76@gmail.com>                     Sat, Oct 8, 2016 at 8:38 PM
To: Dieterich Gray <dieterichgray@gmail.com>
Cc: Angus Fraser <redacted>

A good read! https://books.google.com/books?id=LcodAAAAQBAJ&pg=PA42&lpg=PA42&dq=Michael+Epple,+%22Religion,+Culture,+and+the+the+Cold+War:+Bishop+Fulton+J.+Sheen+and+America%27s+Anti-Communist+Crusade&source=bl&ots=tFo8jYl-_N&sig=oZmG9SQsbaUBN0XtsuVcSDyMkc8&hl=en&sa=X&ved=0ahUKEwiM7YTQyMzPAhWMzlMKHQdfDW4Q6AEIOjAF#v=onepage&q=Michael%20Epple%2C%20%22Religion%2C%20Culture%2C%20and%20the%20Cold%20War%3A%20Bishop%20Fulton%20J.%20Sheen%20and%20America's%20Anti-Communist%20Crusade&f=false

[Quoted text hidden]
[Quoted text hidden]

# EXHIBIT 95

**Click to return to paragraph 74**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## Sheen Updates

**Sean Fahey** <seanpfahey76@gmail.com>          Thu, Nov 3, 2016 at 10:07 AM
To: Ramon Estevez <redacted>, Fraser <redacted>, Dieterich Gray <dieterichgray@gmail.com>

Hi Ramon, Angus and Dieterich!

Wanted to share with you an update re: Sheen. Had a great conversation with Julie Enzenberger of the Sheen Foundation this morning and I learned some valuable information.

A few take aways ......

•When Sheen and Spellman took their grievances to Rome there were only 4 people in the room: Sheen, Spellman, Pacelli (Pius), and a nun, his assistant, Mother Pascalina Lehnert, who passed a year ago. Julie learned from a direct conversation wth M. Lehnert that Spellman's best friend and ski chum, Pacelli (Pius), her confidant, sided with Sheen in a major way .. but she didn't want to give me the juicy details of that meeting. She needs to pray on it, she says.

•It was the LAW that each network have an hour of religious programming at the time Sheen took to the airwaves. Clearly DuPont didn't have much faith in the show considering the time slot and what show he was up against: Uncle Milty. I think there is where the underdog story shines .. DuPont had to have a religious show, so they choose Sheen, but put him in a graveyard time slot based on the show he is up against, and then BOOM, Sheen becomes the king of TV. So if that is the direction of the pilot, we now know WHY a religious hour even matters.

•The relationship between Sheen and his niece Joan Cunnigham should be major in our story. A man, called to vocation, who takes in the daughter he could never have. His favorite brother encouraging the relationship.

•Julie sent me over the link to the court case for Niece vs. NYC Catholic Church and the links are amazing. In particular look for Exhibit A: Joan's unpublished book about her relationship with her uncle.


**INDEX NO.:**    **154933-2016E**


**PLAINTIFF:**    **SHEEN CUNNINGHAM, JOAN**


**DEFENDANT:**    **TRUSTEES OF ST. PATRICK'S**

10/12/2020

http://iapps.courts.state.ny.us/iscroll/SQLData.jsp?IndexNo=154933-2016&Submit2=Search

That's my updates. Hope you find them useful. Excited to start writing! Please send Joan and Ira our best and share the link. I think they will value Exhibit A as well.

Cheers!

Sean

--



seanpfahey76@gmail.com 312.342.0372
http://www.vimeo.com/seanfahey

# EXHIBIT 96

**Click to return to paragraph 75**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## Sheen Updates

---

**Sean Fahey** <seanpfahey76@gmail.com>        Thu, Nov 3, 2016 at 12:29 PM
To: Fraser <redacted>
Cc: Dieterich Gray <dieterichgray@gmail.com>

P. David Finks, 79, a resident of Carolina Trace for 15 years, died Wednesday (6/10/09) at the E. Carlton Powell Hospice Center in Lillington after months of declining health. He was born in Rochester, NY, the son of Perry D. and Frances Gillard Finks on Feb. 28, 1930, graduated in 1956 from St. Bernard's Seminary in Rochester and served as a priest of the Rochester Diocese until 1973. In addition to two parishes, he taught theology and social ethics in high school and college.

Bishop Fulton J. Sheen appointed Finks vicar of urban ministry and executive director of the office of social ministry. In that role, he worked with Saul Alinsky, the creator of community organizing, who had been hired by the Christian churches to help Rochester's black community organize.

Finks later wrote the first biography of Alinsky, The Radical Vision of Saul Alinsky. During three years on the staff of the U.S. Catholic (Bishops) Conference in Washington D.C., Finks helped create the Campaign for Human Development, the national church's primary funding source for social justice work. After resigning from the active priesthood, Finks taught at the University of Wisconsin-Milwaukee and Notre Dame University while earning a PhD in urban sociology through Union Graduate School.

This doc on Alinsky has some great Sheen moments: https://www.youtube.com/watch?v=vny6OXXBSfM

[Quoted text hidden]

# EXHIBIT 97

**Click to return to paragraph 76**



**Sean Fahey** <seanpfahey76@gmail.com>

---

## Sheen Updates

---

**Sean Fahey** <seanpfahey76@gmail.com>                                                    Thu, Nov 3, 2016 at 2:56 PM
To: Angus Fraser <pafko@me.com>

I encourage you to drill down into the content I sent. It's a literal gold mine.  Sheen's niece. Read Exhibit A. Trust me.

I'm concerned re: your deal with respect of time as it is a 1 year option dated in September. I'll keep fingers crossed that they move forward with that in

mind. On Thu, Nov 3, 2016 at 2:29 PM, Angus <redacted@me.com> wrote:

> hey guys,
> all very interesting.  I have been researching the making of the show and what his life was like from 1949 to 1952 and his Emmy win.  one of the major emerging themes was, for a lack of better term, was a matter or faith vs. show business.  the show was massively popular.  i have also come across great stuff on how he trained to be "natural" in front of the camera.  so much of what he did was worked out in radio.
>
> i believe there is going to be some movement on my deal soon.  I know my agent is talking to their business affairs person and something come across their desks shortly.
>
> what we now need to is get a clear understanding of Spellman and what he thought about the show and Sheen.  on the surface he praised it, but …
>
> talk soon.  Hope you're all well.
>
> A
>
>
>
>> On Nov 3, 2016, at 12:59 PM, Ramon Estevez <redacted> wrote:
>>
>> Yes, very compelling details indeed.
>> Thank you for that update.
>> RE
>>
>> On Thursday, November 3, 2016, Sean Fahey <seanpfahey76@gmail.com> wrote:
>>
>>> Hi Ramon, Angus and Dieterich!
>>>
>>> Wanted to share with you an update re: Sheen. Had a great conversation with Julie Enzenberger of the Sheen Foundation this morning and I learned some valuable information.

A few take aways ......

•When Sheen and Spellman took their grievances to Rome there were only 4 people in the room: Sheen, Spellman, Pacelli (Pius), and a nun, his assistant, Mother Pascalina Lehnert, who passed a year ago. Julie learned from a direct conversation wth M. Lehnert that Spellman's best friend and ski chum, Pacelli (Pius), her confidant, sided with Sheen in a major way .. but she didn't want to give me the juicy details of that meeting. She needs to pray on it, she says.

•It was the LAW that each network have an hour of religious programming at the time Sheen took to the airwaves. Clearly DuPont didn't have much faith in the show considering the time slot and what show he was up against: Uncle Milty. I think there is where the underdog story shines .. DuPont had to have a religious show, so they choose Sheen, but put him in a graveyard time slot based on the show he is up against, and then BOOM, Sheen becomes the king of TV. So if that is the direction of the pilot, we now know WHY a religious hour even matters.

•The relationship between Sheen and his niece Joan Cunnigham should be major in our story. A man, called to vocation, who takes in the daughter he could never have. His favorite brother encouraging the relationship.

•Julie sent me over the link to the court case for Niece vs. NYC Catholic Church and the links are amazing. In particular look for Exhibit A: Joan's unpublished book about her relationship with her uncle.

**INDEX NO.:**   **154933-2016E**

**PLAINTIFF:**   **SHEEN CUNNINGHAM, JOAN**

**DEFENDANT:**   **TRUSTEES OF ST. PATRICK'S**

http://iapps.courts.state.ny.us/iscroll/SQLData.jsp?IndexNo=154933-2016&Submit2=Search

That's my updates. Hope you find them useful. Excited to start writing! Please send Joan and Ira our best and share the link. I think they will value Exhibit A as well.

Cheers!

Sean

--

# EXHIBIT 101

**Click to return to paragraph 83**



Kitchen Sink de Sheen Mail

Sean Fahey <seanpfahey76@gmail.com>

## Kitchen Sink de Sheen

**Sean Fahey** <seanpfahey76@gmail.com>　　　　　　　　　　　　　　Tue, Feb 14, 2017 at 5:16 PM
To: Dieterich Gray <dieterichgray@gmail.com>

"Every man may give his freedom away, either to creatures, to public opinion or to God. The creature to which he surrenders his freedom may be money, or power, or a human being – for all love is slavery, seeking to unburden itself from the object of its affection." ~Fulton Sheen

Our series is about Catholic power in the mid century and how it influenced our world.

We dive deep into the relationship and influence of the Catholic church and its influence over great world powers and movements in the mid-century, and through the relationship of two Catholic leaders, Venerated Archbishop Fulton J Sheen and Cardinal Francis Spellman, we will discover the pitfalls of fame and vanity, of political influence and ambition, and the tangled web of Catholoc power and influence that echoes still the world over.

Set against the backdrop of the Cold War, the cultural revolution, and the Vietnam War, a moment in time when faith hung in the balance, where, through the advent of television one man was able to elevate into the highest trappings of fame and inspire our nation though faith, trailblazing televangelism; by the ambition of another who sought supreme power, to grow the Catholic Church in a way that rivals the entire history of Christendom - and their tumultuous relationship reveals how the Church played a major role in some of the most definitive movements in our nations history.

A sensational, unbelievable exploration of our past, where we learn the story of bishop Fulton Sheen, spiritually seeking to walk in the footsteps of Christ and revolutionize the idea of evangelism through the new medium television. Vocation driven and divinely inspired, but tempted by all the trappings of fame.

Where we learn the story of Cardinal Francis Spellman, who, through sheer force, cunning, and often times devious power plays, seeks to lead a new global Catholic Empire.

Where we discover that leaders, through the cage of their own ambition, are made through alliance with the Catholic Church. Where wars are influenced by it. Where, lurking around every corner, there are those who seek to influence or undermine that power for their own aspirations.

A moment in time when 96% of the population in the United States believed in God. Where half the population attended churches and synagogues. Where the mystery was very real and faith wasn't a concept, it was cultural reality. Where the Priest was a venerated servant and a person a family could trust with their children. Where the sheer power and reach of the Catholic Church was unrivaled.

Our three main characters are: Fulton Sheen, Cardinal Spellman, & Catholic Power

Fulton Sheen:
We follow the unbelievable rise of bishop Fulton Sheen from a vocation driven and dedicated priest to a leader of the airwaves and eventually a television sensation. We see a humble priest get exalted into the highest trappings of fame, but to what end? Venerated Archbishop Fulton Sheen is up for sainthood this year, and there's a reason for that, and this will be something that we will be able to capture through our series as we discover how faith invocation inspired his journey.

Sheen's closest characters, Msgr Hilarey Franco, Claire Luce Booth, Joan Cunningham, Henry Ford 2,

And people we meet through his story line: Frank Sinatra, Sammy Davis Junior, Dean Martin, Milton Burrell, Lucille Ball, Bogey, the Dumont network, Carol (aka Pope Pjp 2), his secretary, Little scholars artists and movie stars living in Manhattan in Los Angeles, Heywood Broun, Louis Budenz, Elizabeth Bentley, Reverend Peale, Rabbi Joshua Loth Leubman, Robert Schuller, and many more...


Cardinal Spellman:
Cardinal Spellman would rob Peter to pay Paul ... through his agility cunning and power, he was responsible for growing the Catholic Church in Waze never seen before in the history of the Catholic Church. And incredibly complex character who in the shadows grows fears controversy that to this day our echoed in the halls of the Vatican. there's a reason Cardinal Spellman is not venerated. He made enemies of many and wasn't afraid to crush anyone on his path to the throne.

And his closest characters: Ted Kennedy, Pope Pius XII, (add more)


Catholic Power in mid century America:
This last character is very much textured and nuanced and relatable to both our protagonist and antagonist.

In order to really lay out what Catholic power meant in mid century America we need to establish a list of usual suspects. The Kennedy clan: Joe, Jack, Bobby, cardinal Pacelli (Pius XII), cardinal O'Connell, cardinal cushing, sister Pascalina, Galeazzi, wild bill Donavan, general "iron Mike" o'daniel, Diem (and brother cardinal Gno Ding Diem), Kruzchev, CIA, OSS, IRC, Colonel Landsdale, Dooley, William Lederer, The Dulles Brothers (and Cardinal Dulles), Buttinger, Roosevelt, Truman,

Eisenhower, Hoover, McCarthy, Angier Biddle Duke, Harold Oram and the AFV (American Friends of Viet Nam), Leo Cherne, William Casey,

Through this incredible cast, over the cold war years leading, into the cultural revolution, and the eventual discrediting of televangelism and The Catholic Church through sexual abuse scandals, we discover a moment in time when a political catholic for us in the United States made a power grab in all the branches of government through the support of the Holy See, influence very much by Cardinal Spellman, Who was seeking the throne, Who for a time used sheen to create a softer image of the Catholic Church. No one had any idea that she and Wood captivate the entire world with his message.

Our series begins with retired titular auxiliary bishop Fulton Sheen, near death, reflecting on his incredible life, seeking atonement and validation for a life of vocation. This story reveals his unbelievable rise to Hollywood royalty, the pitfalls and trappings of fame, it reveals the pitfalls of ego and selfishness, end it highlights the power of faith and vocation and the humbling challenge of helping the poor and suffering, the powerful reformation (Vatican 2) and Sheens role to make Catholicism relevant before it falls on its own sword (fundamentalism), and in the end are very much left with Iman saying that the thing he helped create has become poisoned, and to what end? divinely inspired through a mystical experience as a young seminarian sheen felt called to his vocation and listened through his faith praying a holy hour every day his entire life and studying deeply, Physics philosophy and religious figures Thomas Aquinas and others. He very much sought to walk in the footsteps of Christ which meant suffering. And he was very much devoted it to the Blessed Virgin.

There would not be our main story had there not been Cardinal Spellman moving in the shadows and also operating in plain sight showing power and cunning of the Catholic Church during the cold war years. He was responsible for building hundreds of churches schools in confidence between 1940 and 1967. This "American Pope" had influence with the highest elected officials in our country had the era of presidents and popes alike, and was instrumental in placing persons into power around the world growing the Catholic Church but also bolstering his mind as he saw the papacy. He was in the wall street pub in the west and very much a Borgia manipulator in the Vatican. He could slither in and out of controversy and scrupulously defying anyone who would obstruct his path. Both smart and cunning this sociopath was rumored to be gay. His confidant Roy Cohn, was the same. He was driven to build the might of the church through force.

In order to truly understand how the most popular man in the Catholic Church and the most powerful man in the Catholic Church of their day ended up clashing we have to reveal the backstory and nuance of the rise of Catholic power during the cold war years.

The storytelling structure over six episodes will be tangental and with a method and a style that ties everything in to the relationship between Sheen and Spellman and the inevitable atonement of Sheen.

Sheens reflection is a great way to get into and explore the rise of television and tell evangelism, and also reflect on vocation in the culture of Catholicism for the priest.

As we discover Cardinal Spellman we can dive deeper into the history of catholic power through players who maybe laypersons, politicians, and a very political Borgia-Esque politic lurking through the Vatican.

As we break into our third character, Catholic Power, we can use clever devices to paint house scenes influence either Bishop Sheen or Cardinal Spellman, further establishing their validity and heightening the drama of the rift that is to come.

Our series will reveal how the Catholic Church became a global political force, the balance of power between the Vatican and the catholic west, and how Bishop Sheen and Cardinal Spellman are influenced by and very much shake up the very culture they exist within.





seanpfahey76@gmail.com 312.342.0372
http://www.vimeo.com/seanfahey

# EXHIBIT 103

**Click to return to paragraph 84**



Sean Fahey <seanpfahey76@gmail.com>

---

## Sheen timeline and pilot points et mas ...

**Sean Fahey** <seanpfahey76@gmail.com>                                              Sun, Feb 19, 2017 at 9:43 PM
To: Fraser <redacted>, Dieterich Gray <dieterichgray@gmail.com>

Hot off the press:

TIMELINE
https://docs.google.com/document/d/13r8pjZhv-pMKsvhWS-jtyLx_gRmCFzwdaWC4fjwJKIA/edit?usp=sharing

I used the timeline to help shape this rough outline for the Pilot Episode (below), and I think it will be very easy to do the same for the next 5-9 episodes as we add and shape both of these documents and cull together a larger bible in time.

PILOT BULLET POINTS AND MORE DETAIL
https://docs.google.com/document/d/1jcvBVs3Gg9ADyLO3x-ODOwb_BsoGtd9yrLxs4kY2n1Y/edit?usp=sharing

Just wanting to plant a few seeds and audition a few ideas.

The first episode on IMDb of **Life is Worth Living** is titled *"Blessed Charles De Foucauld"* (1953) - and even if it isn't the actual very first episode it is has a great leadoff, humor, interesting monologue, and spirited performance. We would have to adapt the beginning to maybe relate it to the transition from radio to television quite simply. And we can also dive deeper and pick and choose and craft a monologue from some of Sheen's greater moments. But I think the point at least in the pilot is to drive the conflict and tighten that wire to the point that it wants to snap right before the first live broadcast of **LiWL**!!!! `

What if every episode (potentially) would feature a monologue from Sheen's show -to pull metaphor and meaning that encapsulates aspects of that episode or plant seeds for later in the series through the lens of the monologue. In some ways we write the monologue and find the series to fit, while at the same time perhaps being inspired by a monologue to shape series threads and ideas... obviously not being two dimensional about it or making it feel like it's an obvious formula, instead we seek to drive meaning through Sheen's brilliance - the SHOW is the KEY.

When we see sheen in the monologue whatever it's built around be it communism, Stalinism, comedy, family struggle, walking in the footsteps of Christ, The Atom bomb, etc. etc. etc. the montage of studio audience and home viewing audience and the Who's Who of intriguing characters that we see in the series that would have been and are listening to that monologue and are effected by it can do a lot to support our narrative threads episode for episode. We can cleverly place key elements into the pilot script, both visually and in monologue, that will echo in the episodes to follow. Perhaps some metaphoric, some sweeping, and others more on the nose.

--

# EXHIBIT 104

**Click to return to paragraph 86**

 Gmail

Sean Fahey <seanpfahey76@gmail.com>

---

## Sheen timeline and pilot points et mas ...

---

**Sean Fahey** <seanpfahey76@gmail.com>                                         Mon, Feb 20, 2017 at 12:49 AM
To: Dieterich Gray <dieterichgray@gmail.com>
Cc: Fraser <redacted>

This is slanderous http://www.militarycorruption.com/tomdooley.htm but the mid town gay haunt is intriguing ... also advanced cancer at 34. He was quietly, slowly, and painfully assassinated. He made a film about his life with cancer that was a hit evidently.

[Quoted text hidden]

# EXHIBIT 105

**Click to return to paragraph: p.87          p.138**

 Gmail

Sean Fahey <seanpfahey76@gmail.com>

## Sheen timeline and pilot points et mas ...

**Sean Fahey** <seanpfahey76@gmail.com>    Mon, Feb 20, 2017 at 12:35 AM
To: Dieterich Gray <dieterichgray@gmail.com>
Cc: Fraser <redacted>

There are so many gay men circling Spellman: Hoover, Cohn, Thomas Dooley - interesting to note that Dooley dies in 1961 of aggressive cancer (I think he was exposed and slowly killed by the spooks), in NYC. Spellman was by his side....

Dieterich and I had a lot of fun recalling our past intel gathering efforts and new musings to lay these documents out - also you'll note the keen color coding prowess, thanks D :)  - looking forward to our next 3-way chat! Much to do, but a nice little start to getting there.

[Quoted text hidden]

 Gmail

Sean Fahey <seanpfahey76@gmail.com>

## Sheen timeline and pilot points et mas ...

**Sean Fahey** <seanpfahey76@gmail.com>    Mon, Feb 20, 2017 at 12:35 AM
To: Dieterich Gray <dieterichgray@gmail.com>
Cc: Fraser <redacted>

There are so many gay men circling Spellman: Hoover, Cohn, Thomas Dooley - interesting to note that Dooley dies in 1961 of aggressive cancer (I think he was exposed and slowly killed by the spooks), in NYC. Spellman was by his side....

Dieterich and I had a lot of fun recalling our past intel gathering efforts and new musings to lay these documents out - also you'll note the keen color coding prowess, thanks D :)  - looking forward to our next 3-way chat! Much to do, but a nice little start to getting there.

[Quoted text hidden]

# EXHIBIT 110

**Click to return to paragraph 89**

 Gmail

Sean Fahey <seanpfahey76@gmail.com>

---

## Sheen timeline and pilot points et mas ...

---

**seanpfahey76@gmail.com** <seanpfahey76@gmail.com>                                 Mon, Feb 27, 2017 at 3:30 PM
To: Angus Fraser <redacted>
Cc: Dieterich Gray <dieterichgray@gmail.com>

Spellman and Dooley were dear friends and that Spellman was at Dooley's bedside when he died of cancer. He had an advanced form of cancer and died very young and it was rapid. I think he was killed by the CIA. I also think that after the Navy honorably discharged Dooley for being gay the CIA tapped him as an operative. A lot of this you can find it and really connect the dots with some simple Google search is but that's what I discovered in I'm betting my hunch on the fact that while Bill Donovan was in Vietnam spin doctor in the whole thing, totally ronin


Sent from my iPhone
[Quoted text hidden]

# EXHIBIT 112

**Click to return to paragraph 93**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## Sheen timeline and pilot points et mas ...

**Sean Fahey** <seanpfahey76@gmail.com>                                               Tue, Feb 28, 2017 at 12:24 PM
To: Angus Fraser <redacted>
Cc: Dieterich Gray <dieterichgray@gmail.com>

Joe Kennedy needed Spellman, or so he thought, early on when he was vying for Catholic politic power in the US by getting US ambassador appointed to the Vatican. Spellman essentially double crosses Joe Kennedy and ruins that deal, literally right before it would have been green lit, because Spellman realized a politician with a direct pipeline to the pope would undermine Spelly's influence in the political arena - he needed to kill that deal to keep his power. Spellman is a snake. Everyone at the Vatican knew what went down, but as usual kept that information under lock and key (protect your own). Kennedy was crushed but was pursuing other things - Clair Luce Booth helped with that deal some what and used her husbands influence with Time Magazine. We see that relationship come back again later when young handsome Jack Kennedy started his politacal career. While Clair is a republican, her relationship with Joe Kennedy and a push for Catholic influence was in her whellhouse as the prodigal daughter she was (thanks to Sheen).

Spellman would visit Hyannis Pot - he cristened Joe's kids. He was in the inner circle.

At the end of the day the Kennedy's coulnd't trust Spellman, but kept him close and the second double cross happened with, again late in the influence game, because Jack was riding on the platform of separation of chruch and state, and no prayers in school, Spelly went for Nixon (dick move). Kennedy saves the day by being the far better speaker and politician by wooing the audience at the Al Smith dinner, an event he wasn't going to attend because he didn't want to look like he was in the pocket of the Catholic Church - he needed to be catholic as a lay person, and a politician first, in order to win the presidence. So at first Spellman's influence helped mold Jack into a very favorable Candidate, and Spellly was simply too late in his decision to flip flop and back Nixon - it was very provocative an done pretty much for the same reasons the ambassadorship was crushed - no other catholic can have a higher office than Spelly, and if they did, they better play ball. Jack wasn't.

[Quoted text hidden]

# EXHIBIT 113

**Click to return to paragraph 93**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## Sheen timeline and pilot points et mas ...

---

**Angus Fraser** <redacted>                                                Tue, Feb 28, 2017 at 12:27 PM
To: Sean Fahey <seanpfahey76@gmail.com>
Cc: Dieterich Gray <dieterichgray@gmail.com>

this is great sean.  can you (please!) construct a timeline of Spellman and the Kennedys.  when the brothers got elected, and what they were doing in the 50s.  AND WHEN THEIR PATHS CROSSED WITH SPELLMAN.  include the father, too.

did you know that Bobby was working at the outset with McCarthy?

If there's any evidence that they crossed paths with Sheen, We to know.

A
[Quoted text hidden]

# EXHIBIT 115

**Click to return to paragraph 95**



Sean Fahey <seanpfahey76@gmail.com>

---

# Confirmed 1952 airing LIWL - "Economics and Property"

**Sean Fahey** <seanpfahey76@gmail.com>                                    Fri, Mar 3, 2017 at 11:13 PM
To: Dieterich Gray <dieterichgray@gmail.com>
Cc: Fraser <redacted>

it's certainly a sweet and campy open ..

I am wondering if we might cull from the mass and find the best of the best, regardless of how we choose to place it, all we feature is his greatest hits, in an order that suits our need. For example, what do we roll out with for show one .. whatever it is, we need to raise the stakes to the point that the audience is thinking "don't fuck this up dude" .. .then we get him close enough to a lump in his throat as to make a shit-your-pants moment, when he delivers a home run, perfectly loosening up the crowd, both fictional  audience and our very real new audience, warming them up, delivering punch after punch, perfect timing, and by the end of the first show we have a winner. We almost need to make that first slay so hard, after coming from such a huge deficit that suspension of disbelief warrants an inevitable Emmy within a few short scenes.

And the other moments we choose to use .. like Julius Cesar and his last known broadcast, will fit a time and a place that are exactly what we need Sheen to do, to help us make sense of the world we are revealing.


[Quoted text hidden]
--




[seanpfahey76@gmail.com](mailto:seanpfahey76@gmail.com) 312.342.0372
http://www.vimeo.com/seanfahey

# EXHIBIT 117

**Click to return to paragraph 98**

 Gmail

**Sean Fahey <seanpfahey76@gmail.com>**

---

## Sheen et al

---

**seanpfahey76@gmail.com** <seanpfahey76@gmail.com>                    Tue, Mar 7, 2017 at 8:22 AM
To: Angus Fraser <redacted>
Cc: Dieterich Gray <dieterichgray@gmail.com>

You'll love these, it's all here:

http://www.mosquitonet.com/~prewett/spell240246.html

http://reformation.org/chapter13.html

Sent from my iPhone

On Mar 7, 2017, at 7:54 AM, Angus Fraser <redacted> wrote:

> OK — slight confusion here.  I am going off of your yesterday e-mail:
>
> **1951 - Rockeffelar Breakfast where we find Joe Kennedy with Clair Luce Booth and Bishop Sheen, seeing Spellman on stage give a pro Diem rant, and introduce Diem to the New York power players at that breakfast. Spellman is in the back talking to young Congressman Jack Kennedy, who takes the stage to a momentus debut speech.**
>
> did this happen?  it works for us if it did.
>
> re: rosemary — great, but we can only reference in dialogue.  we just can't flip back to 41.  still, it's great and can build Kennedy (Joe) to be the prick that he is.  dangerous prick.
>
>
>
> > On Mar 7, 2017, at 8:07 AM, seanpfahey76@gmail.com wrote:
> >
> > Excuse me that is the AL Smith speech.
> >
> > Let me source the Rockefeller Speech
> >
> > Rosemary was lobotomized in 41.
> >
> > Sheen is the result of a need for a softer voice for the Catholic Church "in the united states" per orders from Roosevelt when it was decided Coughlin was too maverick. The church grew the Catholic hour and sheen would have been appointed by Spellman. We are

making the assumption that Sheen was tapped for TV in a similar way. Assumption, sure, creating license, I think if we find it compelling it makes for a compelling case. It certainly wouldn't be a hard sell to Dumont considering Sheens radio success.

Sent from my iPhone

On Mar 7, 2017, at 6:18 AM, Angus Fraser <redacted> wrote:

> can you get the speech that Kennedy makes in 1951 at the Rockefeller Breakfast.  why would Sheen be there, because of his radio show?  are there other power play things we can go to make sense of his presence.
>
> this is a great find and allows us to open up on this world and make Jack and Bobby bigger characters.  Joe as well.
>
> When did Joe lobotomize his daughter?  What year?
>
> I am at a loss as to how all of this maneuvering ends up getting Fulton on TV?  the more direct material that points to how the show was made, how Sheen got the nod, the better.  whether it is skulduggery on Spellman's part, pressure from the outside, a fan base …  all of it …  that's what i would dearly love to know.
>
> A

> > On Mar 6, 2017, at 2:00 PM, Sean Fahey <seanpfahey76@gmail.com> wrote:
> >
> > Hey guys,
> >
> > I wanted to string together a bit of what I feel could make it into the pilot. NOTE: Not all of this is for the pilot, but there are some key moments and seeds to plant if we intend to reveal catholic power the way we want. This was inspired by a previous email from Angus asking about 10 moments between Kennedy and Spellman .. it weaves more of a complex web than that, like you show one thing, you might want to plant the seed for another, as does ze good story go ...
> >
> > We don't have a show that will captivate without Catholic Power (I think that is a selling point to Joan and Ira) - and Sheen's story feels very much in the back, until it skyrockets to the front, and I think it's there that we have the hook to the show...
> >
> > In order to lay out what Catholic power meant in mid century America we need to establish a list of usual suspects. The Kennedy clan (Joe, Jack, Bobby), cardinal Pacelli (Pius XII), cardinal O'Connell, cardinal Cushing, Mother Pascalina, Galeazzi, wild bill Donavan, general "iron Mike" O'daniel, Diem (and brothers, Ngo, and Thuc), Kruschev, CIA, OSS, IRC, Colonel Landsdale, Thomas Dooley, William Lederer, The Dulles Brothers (and Cardinal Dulles), Buttinger, Roosevelt, Truman, Eisenhower, Hoover, McCarthy, Angier Biddle Duke, Harold Oram and the AFV (American Friends of Viet Nam), Leo Cherne, William Casey, **Sheen,** Franco, Clair Booth, Dumont Execs, TV Celebrity like Berle, Sinatra, Davis Jr., Bogey, et al …  all support our entire argument of Catholic Power in the Show.

In order to truly understand how the most popular man in the Catholic Church and the most powerful man in the Catholic Church of their day ended up clashing we have to reveal the backstory and nuance of the rise of Catholic power during the cold war years. - And to set that up we need to set Spellman up with inside the beltway and as King of NYC, first.

Spellman and Kennedy would naturally form an alliance and I'm sure they could sense the economic machiavellian union early on. Spellman from Fordham and Kennedy a Harvard boy, they both knew the way to the top of empires was through the New York ways and means, from inside the beltway in D.C. - NYC/DC power and influence from both as they blazed their respective trails.

(Then) Bishop Spellman and Joe Kennedy had a mutual ambition to grow catholic influence in American politics. Kennedy had been working to push for a not-so-secret catholic lobby inside the beltway including the likes of the Dulles Bros, Wild Bill Donavan, and others. At the same time Kennedy was pushing for an ambassador to the Vatican as a symbol in US politics that "The Catholics are here to stay" Kennedy asks the favor os Spellman to go to Rome and seek an audience for him with the pope

Spellman goes to the Vatican and holds court with (then) Cardinal Pacelli, Count Galeazzi, and Mother Pascalina. This is touted as a vacation, but in reality this is for Joe. Spellman is able to get in the ear of Pius XI through Pacelli - also talked about at that time were: the deal with Nazism (Pacelli had created a truce with the Nazi's for the Catholic Church and it was going well), THREAT of Communism, and the need for a military partnership with the US for the Mother Church.

Kennedy serves as an important booster for Spellman, helping to overcome whatever reservations Roosevelt still retain about the often pushy pretty late. So Joe Kennedy was a shrewd broker between Spellman's orders from Rome and Roosevelt, for the White House. In a message to Galeazzi, Kennedy stated: "I still believe, as I told the pope, and as I told you, that until the day comes when the hierarchy of the United States makes up their mind that they should have political influence, we are not going to fare very well with this country, and unless we do it the right way, the opportunity will be lost, "he wrote. "A Jewish minority group, well organized, gets whatever it wants, and we get nothing. " "please convey my deepest respect to his willingness and tell him I am prepared to do anything he suggesting this matter. "

Cardinal Pacelli who would soon become Pope Pius XII makes a trip to the US. He's the highest Catholic official to ever come to the states at that time. As a double cross to the most powerful man of the church in the west at that time Cardinal O'Connell, Pacelli chose to meet with (then) Bishop Spellman. During this meetings Kennedy set up a meeting with Roosevelt at Hyde Park - and the deal for a US Ambassador to the Vatican was looking like it was going to happen. It's important to note that Roosevelt wanted a relationship with Pacelli, understanding that he was probably the next pope, and also because he needed a favor. Charles Coughlin, a loud mouth anti-NEW DEAL priest, who had the ear of 30million listeners to his show,

had become a thorn in Roosevelts side. Coughln had the ear of the people (American Pope, 66). In this WHITE HOUSE meeting Coughlin's close friend Joe Kennedy, along with Bishop Spellman and Cardinal Pacelli, decide with Roosevelt that Coughlin has to go. Kennedy double crosses his friend Coughlin - in front of Spelly - politics baby. It's Spellman's job to find the next Coughlin - SHEEN is already having success with his catholic hour, so they tap him.

JUMP TO

Sheen is a radio success but not without fault as he gives a Speech in Constitution Hall in D.C. Evidently his speech was so incendiary a criticism of the New Deal that Roosevelt called him into his office for a confrontation. But Sheen for the most part was keeping the middle ground. I think this was Roosevelt's way of putting Spellman's boy in place.

*Sheen walks into an impromptu meeting with Roosevelt who's reading the Washington Post with the headline reading:* **Bishop's Anti Red Speech, Stirs Crowd** *- Roosevelt said: "There's one thing that I won't tolerate in this country, and that is giving speeches such as you gave last night in Constitution Hall." Sheen: "Mr. President, let me see the paper."  He wads up and THROWS away the newspaper, in FRONT of SHEEN! Roosevelt: "You take my word when I tell you something." Sheen: "I will take your word, when its true." Roosevelt: "You think you know a great deal about the Church's attitude toward Communism, don't you? I want to tell you that I am in touch with a great authority, and he tells me that the Church wants the Communists to win in Spain." Sheen answered: "Mr. President, I am not the least bit impressed with your authority." FDR: "I did not tell you who it was." The bishop checkmated Roosevelt with: "You are referring to Cardinal Mundelein, and I know that Cardinal Mundelein never made the statement you attributed to him." (Treasure in Clay)*

JUMP TO

*New president, new tricks: Roosevelt is dead, Truman is the man and there is an uptick in a push for catholic influence inside the beltway*

Sheen get's the nod to have his own television show, moves to NYC, his niece joins him (lives with a family friend of Fulton's)

1951 Truman selects general mark Wayne Clark, who led a bloody capture of Rome during World War II, to become the first US ambassador to the Vatican since 1868 - in that announcement cast a shadow of protest among hundreds of protestant clergymen, the most notable being Reverend Karl McIntyre, president of the international Council of Christian churches, who attacked the proposed appointment saying "communism is

the enemy we are all against, but we have another enemy too, older, it is Roman Catholicism and it's bid for a world power. In the United States, it is called 'Spellmanism' "  After several weeks of debate Clark withdrew his name from consideration though the issue continue to burn. Truman retreated from the issue, so did Stephenson, the Democratic presidential nominee in 1952 who warrant such an appointment quote would be highly incompatible with the theory of "separation of church and state. "

Galeazzi, spellman and Joe Kennedy had worked hard for a US Embassy at the Vatican and now the three were no longer united on the issue. Spellman we've discovered doublecrossed Kennedy for a very implicating reasons: Spellman didn't want to share power or prestige, certainly not with another American figure with close links to the Vatican. A US representative to the Holy See could go over the Cardinals head directly to the Pope rather than deal with Spellman in New York.

The thing about this doublecross that is so appealing is that Kennedy's kids were baptized by Spellman and married by Spellman. He was part of the Hyannis Port clan (show it early?). Joe made several trips to Rome after the mess was over, to meet with Galeazzi and Pius XI, Who conveyed a continuous desire for an ambassador in Rome. Vatican officials secretly detected Spellman slight-of-hand and one of the Pope's top aides later sent a letter to the New York archdiocese blaming Spellman and accusing him of bolstering the new tide of anti-Catholicism in United States politics because of his obvious subterfuge with the Kennedy deal.

Kennedy (still no clue Spellman crushed his deal) comes back from Rome and has a meeting with Spellman where he relays the Popes desires: "the holy father, as I have found out in my last four visits with him, it's still incensed that nothing is being done in America. He repeated again that personally Mr. Taylor was a nice man, but the operation, including the closing, was an insult not to me but to the Holy See. " Ted regaled his story and Spellman listened politely without revealing anything. Spellman understood Kennedy's power and maintained slithery closeness to the Kennedy family because of Joe's remarkable connection to the Vatican, and that his son's presidential ambitions would possibly affect the church in America. When Jackie Kennedy nearly won the 1956 vice presidential dad, Spellman forwarded pleasantries to Ted: "Jack is a great credit to us all and I believe if you have what Jack has, you should try for the big job, then if you're licked, at least you've had a shot at it. " -- Joe Kennedy boasted back to the cardinal: "trying for the second-best never appealed much to me. "

Clare Luce Booth meets with Ted Kennedy - they talk Spellman & Cohn, Sheen, Diem, Pius XII, Wild Bill Donavan etc.. - and the new pro Vietnam (catholic) influence in DC

1951 - Rockeffelar Breakfast where we find Joe Kennedy with Clair Luce Booth and Bishop Sheen, seeing Spellman on stage give a pro Diem rant, and introduce Diem to the New York power players at that breakfast. Spellman is in the back talking to young Congressman Jack Kennedy, who takes the stage to a momentus debut speech.

In 1955 Spellman went to Joe Kennedy for help in getting Eisenhower to back Diem. Of course Spellman switches wides and goes anti Diem which was probably partly due to the fact that D was no longer viable to the State Department, and the Buddhist self emulations did not help, but also the Vatican had to take a stance because of the symbol of a Buddhist on fire … so Spellman set it up, and had to backpedal his way out of this quagmire, that he brought the Catholic Church, Joe Kennedy, and the US Gov't into (PoS, 31)

Joe Kennedy believed that Cardinal Spellman would support him on another quest to get Jack elected as the first Catholic president of the United States. But at the same time I am sure he knew that Spellman probably couldn't be trusted.

In New York the Catholic Church honor the memory of Al Smith each year with a gala dinner in his name at the Waldorf Astoria. It's held close enough to election day so that no politician aspiring for position would dare not attend. But in 1960 Jack Kennedy didn't want to go. He and his aides felt they had seven of New York politically and didn't need to remind the rest of the nation of the last fateful time a Catholic had tried to run.

With a campaign policy of strict separation of church and state Kennedy didn't want to be seen rubbing elbows with the Catholic orthodoxy per se. In Jack's campaigning he made a strong point for the separation of church and state. This looked and felt like a challenge to Spellman's power. Spellman immediately reacted by opening up talks with the Nixon Camp. To the point that Nixon was invited to speak at the Al Smith event, through the invite of Spellman.

The Kennedys learned of this double cross and were very much offended. Jack ended up deciding to attend the event, and won the audience over with his wit and charm, poking fun at Nixon and Spellman in the process.

KENNEY AL SMITH SPEECH:

*Senator KENNEDY. Your Eminence Cardinal Spellman, Mr. Silver, Mr. Vice President, Governor Rockefeller, Mayor Wagner, Mrs. Warner, Members of the Senate, distinguished guests, ladies and gentlemen, fellow voters [laughter], I am glad to be here at this notable dinner once again, and I am glad that Mr. Nixon is here, also. [Applause]. Now that Cardinal Spellman has demonstrated the proper spirit, I assume that shortly I will be invited to a Quaker dinner honoring Herbert Hoover. [Laughter.]*

*Cardinal Spellman is the only man so widely respected in American politics that he could bring together amicably, at the same banquet table, for the first time in this campaign, two political leaders who are increasingly apprehensive about the November election [laughter] who have long eyed each other*

*suspiciously, and who have disagreed so strongly, both publicly and privately, Vice President Nixon and Governor Rockefeller [laughter].*

*Mr. Nixon, like the rest of us, has had his troubles in this campaign. At one point even the Wall Street Journal was criticizing his tactics. That is like the Observatore Romano criticizing the Pope. [Laughter.]*

*But I think the worst news for the Republicans this week was that Casey Stengel has been fired. [Laughter.] It must show that perhaps experience does not count. [Laughter and applause.]*

*On this matter of experience, I had announced earlier this year that if successful I would not consider campaign contributions as a substitute for experience in appointing ambassadors. Ever since I made that statement I have not received one single cent from my father. [Laughter and applause.]*

*One of the inspiring notes that was struck in the last debate was struck by the Vice President in his very moving warning to the children of the Nation and the candidates against the use of profanity by Presidents and ex-Presidents when they are on the stump. And I know after 14 years in the Congress with the Vice President that he was very sincere in his views about the use of profanity. But I am told that a prominent Republican said to him yesterday in Jacksonville, Fla., "Mr. President, that was a damn fine speech." [Laughter.] And the Vice President said, "I appreciate the compliment but not the language." And the Republican went on, "Yes, sir, I liked it so much that I contributed a thousand dollars to your campaign." And Mr. Nixon replied, "The hell you say." [Laughter and applause.]*

*However, I would not want to give the impression that I am taking former President Truman's use of language lightly. I have sent him the following wire:*

*DEAR MR. PRESIDENT: I have noted with interest your suggestion as to where those who vote for my opponent should go. While I understand and sympathize with your deep motivation, I. think it is important that our side try to refrain from raising the religious issue.*

*[Laughter and applause.]*

*One of the subjects that interests candidates and those who write about candidates is whether 1960 will be another 1928. I have had some interest in that question myself, and looking at the speeches of Governor Smith in the 1928 campaign, I am struck by the continuity of the themes. The 1928 and 1960 campaign, with all of the obvious differences, have much in common. In 1928, as in 1960, the Yankees won the penant, the Postmaster General was promising efficient mail delivery at last, farm purchasing power was down some 20 percent in 1928 compared to 8 years earlier, just as it is today. Three million people had left the farms in that period, just as they have in the last 8 years. The stock market was unstable and two-thirds of all corporate profits went to one-fourth of 1 percent of the corporations.*

*In September 1928, the Republican candidate for the Presidency declared:*

*Real wages have improved more during the past 7 1/2 years than in any similar period in the history of our country.*

*He spoke of the country's unparalleled progress. He stressed American comfort, hope, and confidence for the future are immeasurably higher than they were 7 1/2 years ago.*

*The Democratic candidate in 1928 questioned how stable our prosperity was. He pointed to the pockets of industries. We warned of a farm depression. He criticized administration farm vetoes. He stressed, and I*

*quote him, "The necessity for the restoration of cordial relations with Latin America" and he called for more effective action against disarmament.*

*The Democratic nominee in 1928 spoke 30 years ago tonight about building a stronger America, strengthening not only our economy but our sense of moral purpose and our public duty. In all of these and other ways, 1960 and 1928 may be sisters under the skin.*

*Some say that this will also be true when the ballots are counted, that the religious convictions of the candidates will influence the outcome more than their convictions on the issues. But this is where I believe that 1928 and 1960 are very different. Regardless of the outcome, and regardless of these similarities, I do not believe the American voter in 1960 is the same as the American voter of 1928, for we live in a different world.*

*There are a billion more people crowding our globe, and every American can hear the rumbling of a distant drum. The next President will have a budget 25 times as large as that of the candidates in Al Smith's time, and he will face problems unprecedented in that time or in any time in our long history, automation and unemployment, farm surpluses and food shortages, a high cost of living in the midst of an economic slump, new nations, new leaders, the world is different across the street and on the other side of the moon. The white race is in the minority, the free-enterprise system is in the minority, and the majority are looking at us harder and longer than they ever looked before.*

*The people who live in the tenements of Africa and Asia and Latin America want to fight their way out of the slums. The lower east side of the world is looking for help, and unlike 1928 the lower east side of the world has a voice and a vote.*

*"The world is large," John Boyle O'Reilly wrote, "The world is large when its weary league two loving hearts divide, but the world is small when your enemy is loose on the other side."*

*In 1960, as never before, our enemy is loose on the other side. In 1928 the voters perhaps could be excused for not seeing the storm coming, the depression, the Japanese conquest of Manchuria, Hitler's rise, and all the rest. But in 1960, the citizens of this country face the great question of whether freedom will not only endure, but whether it will also prevail. Thus, 1960 and 1928 are very different. It will be with this view of America that we shall accept the fortunes of November 8, 1960, be they favorable or unfavorable, good or bad. The American people in 1960 see the storm coming. They see the perils ahead. 1960 is not 1928. I am confident that whatever their verdict, Republican or Democratic, myself or Mr. Nixon, that their judgment will be based not on any extraneous issue, but on the real issues of our time, on what is best for our country, on the hard facts that face us, on the convictions of the candidates and their parties, and on their ability to interpret them.*

*When this happens then the bitter memory of 1928 will begin to fade, and all that will remain will be the figure of Al Smith, large against the horizon, true, courageous, and honest, who in the words of the cardinal, served his country well, and having served his country well, nobly served his God. [Applause.]*

January 20, 1961; John Fitzgerald Kennedy was inaugurated 35th President of the United States in a swearing in officiated by Cardinal Cushing of Boston, in the happy aftermath of a crippling snowstorm. In his inaugural address, surely one of the most eloquent in history, the new American leader called on the Communist world to join with the free world and "begin anew the quest for peace." He said a live-and-let-live arrangement might not come in his generation's lifetime, and added simply: "But let us begin."

——Spellman is watching this on TV from his NYC apartment. He wasn't invited to the party. He had made his bed with the Kennedy's and is now forced to the side - but we haven't seen the end of him in relation to the kennedy's as the Vietnam war, the assassinations, and all the CIA madness will reveal…

--



seanpfahey76@gmail.com 312.342.0372
http://www.vimeo.com/seanfahey

# EXHIBIT 118

**Click to return to paragraph 101**

 Gmail

## here it is

**Sean Fahey** <seanpfahey76@gmail.com>                                           Mon, Mar 13, 2017 at 4:50 PM
To: Angus Fraser <redacted>, Dieterich Gray <dieterichgray@gmail.com>

---incidentally, Clair wrote the screenplay for a movie focusing on the lives of two nuns, *Come to the Stable*, that received an Oscar nomination for best motion picture of the year (1949) ... I wonder who helped inspire THAT? :)


Thinking about questions to ask our friends ...

*Who were the main producers of Life is Worth Living?*

*Who were some notable guests to the first filming of Life is Worth Living?*

*Are there any accounts of how the first broadcast went from Sheen's perspective or the perspective of any people working on the show?*

*Were there writers and did Sheen use them or choose to write himself?*

[Quoted text hidden]

# EXHIBIT 119

**Click to return to paragraph 101**



Sean Fahey <seanpfahey76@gmail.com>

---

## here it is

---

**Sean Fahey** <seanpfahey76@gmail.com> To:
Angus Fraser <redacted>
Cc: Dieterich Gray <dieterichgray@gmail.com>

Mon, Mar 13, 2017 at 4:26 PM

**Thanks for the quick reply on this and I like the answers to feedback! More thoughts below....**

think for the show to work we have to see Sheen trying to get back into TV. having him address a small audience in Rochester, doesn't illuminate pull of show business — or, the first televangelist. I thought Reeves's work on Sheen trying to get back into the saddle — and the jokes dying, the magic gone — gave us a very human story about a man and his relationship to the medium.

*----Ah I found it.... "Long time no Sheen..." and the audience response was more like a murmur than a laugh. which happened in Ohio. This was around 1975 and he was turning 80: "Yes I am 80. It does not seem so, for the years ahve come to me on tiptoe without ever making me weary of working for the Lord." -- I'm good with LA, but wanted to source that moment in time. Thanks for that.*

just an FY — none of the dialogue moments in the outline are set in stone for the script. dialogue here is just to convey the tone of the moment, or scene. when he's on stage his jokes and insight will be in full bloom,

**- - Good because I think we can curate some valuable quotables and nail his voice with our own abstractions. Is there the chance that Joan might read a dialog line in this pass and get that?**

at the end of his life, he gave away most of his possessions. i don't think he could drive in late 70s.

A lot of the research is on. Broderick was the producer; the show changed from "Is Life worth Living" to the declarative one we know now. but it started out that way. Conklin is completely fictional. he's a mirror to Spellman's homosexuality — but a sympathetic one. that said, it allows us to see Spellman's darkness without showing him, say, hoping into bed with a boy. also, in the 50s, not sure if Spellman was active.

**- - Good research re: Broderick!!! Where did you source that intel?**
**- - Conklin is a good device and B Story, and Spellman**

Jewish characters were real, but this all happened before the show launched — so there was no 30 million people watching then. All that insecurity about the show happened before the show launched.

*re Catholic Hour: "Sheen had tow secretaries to handle personal mail an da staff of twenty clerks, employed by the national council of catholic men to handle the bulk of the mail, which amounted to between 3,000 and 6,000 letters a day, over 2 million letters a year. He dictated some 200 replies a day. The showed aired on 106 channels." So yes, 30 million was not accurate, but Sheen as a house hold name because of Catholic Hour is.*
*--glad the producers were real because they are good, and they'd say "your Grace" - - and it's an unknown and Sheen's chosen style, unscripted is a major gamble. And that conflict would be compounded by Dumont and by Admiral. So all good.*

Hear you on the back to back scenes of the catholics and the execs. let me go back and stagger it.

Agree, too, on the variety moment. i want to hit the showbiz/faith issues hard. he's got his Book, but he's also go variety. Let me circle back on it. Yes, we like clever.

And yes, JFK is a little tired. True, though. Wonder how we can make it work. thoughts?

*Rockefellar Breakfast. He's a young congressman there, and you can introduce Clair Booth  -  in the 50s she helped get Sheen on the cover of Time (her husbands magazine) and Sheen and her were close friends. She's a catholic power player and close friend to Joe Kennedy, which puts Sheen, right before his show, in the middle of Catholic power, as we get to see the other side of Spellman, not just the gay power baron who can hide sex scandal but also a puppet master (in his own head) placing Diem on stage, then Jack Kennedy. And the speech kicks ass, and it's a piece of history that is strong. The layout for the Bfast is huge .. an airplane lands, out comes Diem to join the awaiting motorcade that would include Spellman, Joe Kennedy possibly Dulles and or Donavan.*

*Currently the B Story is how the church buries it's skeletons (or hides them) which is one side of Catholic power ... by having the Rockefellar Bfast, with the cast of power catholics we plant seeds for future episodes while also revealing the other side of Catholic Power in the west, it's political might.*

Claire Booth is interesting, and we can get her in now or later, but her conversion happens in the 40s, correct? This is what Sheen is well known for … But we need to get a sense of both characters in the 50s, or not at all. thoughts?

*From her years as managing editor of Vanity Fair, while her husband ran Time, she transitioned into Politics….*

*Luce is active in the 1952 presidential election, campaigned for Eisenhower, giving more than 100 speeches on his behalf. Her anti-Communist speeches on the hustings, radio, and television were effective in persuading a large number of traditionally Democrat-voting Catholics to switch parties and vote Eisenhower.*

*Luce was awarded an appointment as Ambassador to Italy, a post that oversaw 1150 employees, 8 consulates, and 9 information centers. She was confirmed by the Senate in March 1953, the first American woman ever to hold such an important diplomatic post.*

*"Her admirers in Italy-and she had millions- fondly referred to her as la Signora, 'the lady'".*

*She was close with Pope Pius XII. Over the course of several audiences, Luce had impressed Pius XII as one of the most effective secular preachers of Catholicism in America. So she's literally in the closest circle of Influence to Sheen and Spellman, but also has all the catholic power connects of Joe Kennedy, Dulles, Donavan. she's a badass. Its not mistake she became Ambassador to Rome, and when you think of all Joe Kennedy's efforts to get a Catholic Ambassador to the Vatican, this is the next best thing. Joe Kennedy now has the popes ear through one of his own, not just Spellman, who he can't control, and who double crosses him re: JFK pres run.*

*And She lived in NYC this whole time. I think we can put her in the Rockefellar Bfast, and we can put her at the first taping of "Is Life Worth Living"*

I want to come up with a list of questions to share with Franco and Julie Enzenberger and Patrick Cunningham, Joan's son. So let's chat and bullet out a list to send once.

# EXHIBIT 121

**Click to return to paragraph 103**

 Gmail

Sean Fahey <seanpfahey76@gmail.com>

---

## here it is

---

**Sean Fahey** <seanpfahey76@gmail.com> To:
Angus Fraser <redacted>
Cc: Dieterich Gray <dieterichgray@gmail.com>

Tue, Mar 14, 2017 at 5:11 AM

Hey good morning guys,

I agree with moving the breakfast forward for the sake of historic accuracy for sure. And I think seeing a young Jack Kennedy, Thuc, Diem, Spellman, meeting in NYC in a more private setting (which would have happened) where Spellman essentially puts the pressure on for these Catholics to work together against the red monster, would lend itself to building up just enough steam to make that breakfast very interesting. It also all supports our reveal of Catholic Power, and the power of Spellman.

Remember, we see Diem die, we see Jack die, we see Bobby die, we see Spellman Die ... symbolically there's the death of the old church and in some ways the death of Catholic power as the world changes, liberation theology starts becoming the norm post vatican 2, and Sheen, he survives, but to what end?

While I get the need of historic accuracy, the point is that some of these people we want to cover, who are very much in the main stream, represent the character of "Catholic Power" and for us, the point of talking about it together, and to do our due diligence, fact check, play devils advocate, for one another, and talk through the characters, the scenes, and see how they fit the whole should be our highest aspiration. Thats where the magic happens.

We've been working on this for over two years now my friend. And while I get needing to push the story of Sheen the entertainer, he's deeper than that. And his story is layered into something deeper than that. So we need to keep layering perfectly, seasoning in just enough to create a more accurate resemblance of who he is.

And I can go to bat for Sheen the entertainer as the lead off as a story device to the end you're seeking regarding his rise to stardom but is it an oversimplification - and did LA even happen?! I still haven't sourced that fact at all. I know Ohio happened. I know that he wouldn't be dressing the way he did in previous shows, but was there a theatre in LA? Was there a heckler?

A group of Catholic viewers, who will be a majority for us whether we think so or not, aren't going to look at a made up gay priest and pan that character and discredit it for the same reasons your stating above.

A group of Catholics, which will make up a major part of our viewership as they are voracious for content about their own, would look at Sheen the washed up Hollywood actor, trying for one more show, as if it was so important to Sheen like he talked about it himself (he didn't), and discredit that, to the point that it would end up covered in the Catholic Post and EWTN, which would then translate to larger media outlets, we've seen it happen before.

I encourage you to look up any of the critiques that exist for any of the religious programs made in the past decade by Roma Downey. Were they successful, of course. Did they offend a certain population of people looking for certain things, certainly.

So if that is our argument for not including a scene that weighs in, on a thing that we collectively, the three of us, dug up, that supports the greater good of adding a deeper meaning to the concept of being Catholic, and raises the stakes for each person we see in our series to the tenth power, then we need to have a phone chat, because there is a major disconnect in direction.

Clair and entertainment is one thing that works. I still sense you're not buying her next to Sheen for some reason. Why? Her getting Eisenhower into office and receiving a "pipeline" job to Rome, via her ambassador post, offers a caveat to break into two for CIA re: Spellman. And her connection the kennedy's is all ready and historically accurate. These aren't made up facts.

We haven't talked about the significance of Vatican two, in any of the emails this week, and that isn't jibing with me as well. Why are we avoiding it?

A call today 2pm, please.


Thanks


[Quoted text hidden]

# EXHIBIT 122

**Click to return to paragraph 103**

 **Gmail**

**Sean Fahey <seanpfahey76@gmail.com>**

---

## here it is

---

**Sean Fahey** <seanpfahey76@gmail.com>
To: Angus Fraser <redacted>
Cc: Dieterich Gray <dieterichgray@gmail.com>

Tue, Mar 14, 2017 at 5:59 AM

Where we are selling this and who is watching it aren't the point. If you make a show about a Catholic, Catholics are going to watch it. It's simple math here. Your example for why not wanting to use Kennedy and or any of the current research was the point.

You've added a gay character that never happened. Its a device. He's like our Paul Dwyer in our original document, which we've all agreed was the easy way out.

And you've set goal posts that we need to talk about as well then.

Talk at 3.

[Quoted text hidden]

# EXHIBIT 123

**Click to return to paragraph 103**

 Gmail

**Sean Fahey <seanpfahey76@gmail.com>**

---

## here it is

---

**Sean Fahey** <seanpfahey76@gmail.com>            Tue, Mar 14, 2017 at 6:00 AM
To: Angus Fraser <redacted>
Cc: Dieterich Gray <dieterichgray@gmail.com>

And to your end on historical accuracy, make the scene Ohio not LA, if that is our main point of this morning email volleys

[Quoted text hidden]

# EXHIBIT 126

**Click to return to paragraph: p.101        p.106**



Sean Fahey <seanpfahey76@gmail.com>

---

## Sheen minutes

**Sean Fahey** <seanpfahey76@gmail.com>                                                 Tue, Mar 14, 2017 at 4:22 PM
To: Dieterich Gray <dieterichgray@gmail.com>, Fraser <redacted>

By the was the second link "reformation.org" has pure gold.

Here are a few excerpts:

Spellman, the man with one foot on Capitol Hill and another in St. Peter's at Rome, and with a finger in most of the problems relating to the Dulles brothers and the Pope, became indispensable to both in operating the Vatican-U.S. Alliance.

Besides his value in promoting Catholic interests in the domestic fields, he was a kind of genius in his own right in most other areas such as high finance. Besides making his own archdiocese the richest in the U.S., he helped to solve certain financial problems for the Vatican itself.[1] But Spellman was at his best in political, national, and international matters. There his diplomatic intrigues became proverbial.

Endowed with the personal protection of the Pope and that of the Secretary of State, his power of persuasion on behalf of their joint policies became almost irresistible in the most influential circles of the U.S. These included diplomatic, financial, and political ones as well as the mass media. Because of this broad influence, Spellman acted very much like an American Pope. Indeed his archdiocese was nicknamed the little Vatican of New York.

To add weight to his sponsorship of the U.S. intervention in Vietnam, Spellman eventually was nominated Vicar of the American Armed Forces, and became a frequent visitor—carried in U.S. military jets—to the Vietnamese battle fields. When not inspecting the American soldiers, whom he called the *Soldiers of Christ*, he moved in the political milieu in his role of an American ecclesiastic, diplomat, and official ambassador.

Spellman, as mentioned elsewhere, had been one of the earliest sponsors of the then unknown Vietnamese leader, Diem. From the very beginning when Diem went to seek American sponsorship in the U.S., Spellman persuaded many influential politicians, including Senator Kennedy the future President, to support Diem in preference to other candidates. He praised Diem for his honesty, integrity, religiosity, and above all for his dedication to anti-communism. It was this last quality which endeared Spellman's protégé to the State Department, which finally decided to opt for him.

…

When Pope Pius XII died in 1958, Cardinal Spellman's operations multiplied as did his lobbying on Capitol Hill. There rumors were heard about him becoming the first American Pope. Spellman never scotched the rumors, since he secretly entertained a long standing ambition to the papacy.[2] Indeed he confidently expected that the cardinals at the forthcoming Conclave would select him as the successor of Pius XII in recognition of his effective diplomatic anti-Communist efforts, which he had so successfully conducted on behalf of the deceased Pope and the State Department.

Spellman was a firm believer in the prophecies of St. Malachy, the 12th century Irish prophet, and had taken such prophecies about the papacy with the utmost seriousness. St. Malachy had characterized each Pope, from his days onwards, with a Latin tag indicating the basic characteristics of each pontificate. He had distinguished the successor to Pius XII as "Pastor et Nauta", Shepherd and Navigator.

And from Diem's Wiki:

In 1951, Diệm flew to the United States to seek the support of government officials. Nevertheless, Diệm was not successful in winning the US support for Vietnamese anti-communists

The Americans' assessments of Diệm were varied. Some were unimpressed with him, some admired him. Diệm gained favor with some high standing officials, such as: Supreme Court Justice William Douglas, Roman Catholic cardinal: Francis Spellman, Representative Mike Mansfield of Montana, and Representative John F. Kennedy of Massachusetts

On Tue, Mar 14, 2017 at 4:02 PM, Sean Fahey <seanpfahey76@gmail.com> wrote:
Guys,

Awesome call today, and rousing email volley today :)

We covered much ground. Wanted to cover off on a few points and some action items.

PLAN:

Pilot Document out to breakthrough.

Diem and his brother Bishop Thuc came to NYC and met with Spellman: The content in America's pope pages 240 - 245 and these links:

http://www.mosquitonet.com/~prewett/spell240246.html

http://www.reformation.org/chapter20.html#Footnotes

In 1951 Diem is delivering a rousing speech to a small crowd of NYC power players to lobby support. Diem is a passionate Catholic and fervent Anti-Communist. In a side conversation Spellman would confide in Joe Kennedy that Pope Pius XII greatly needed the support of the United States to curb the Communist Threat in South Asia, and that Bishop Ngo Din Thuc and his brother Ngo Din Diem are the lynch pin. Joe would thank Spellman for allowing Congressman Jack Kennedy to attend (standing there with them). Spellman would of course be gracious, grab young Jack Kennedy by the shoulder in a "your country and your Church need you son".

We will learn in our clandestine dinner meeting that Joe Kennedy and Spellman are forming a pro vietnam lobby. Wild Bill Donovan and General Iron Mike O'Daniel are there, and have clearly had too much scotch.  Who else is there? Buttinger? Dulles? Could be.

***NOTE: This is a great way to reveal that Spellman is not just cunning, he is also insanely powerful. And it satisfies planting the seed of what will become a doorway into the cold war. We talked red bating, and I think these scenes help support planting the seeds for that as well.***

We talked about keeping the opening with the show filming for "What Now America?" in tact, in LA. But what if we added Broderick to the scene, as he was there for the show (In Toledo). What if we add the coughing spasm happens in the Sherman Oaks Motel (it really happened in Albany around the time of filming) with Broderick at his side, wanting to call an ambulance. Sheen says no, call my brother Tom, and get me back to New York. So by the end of the show, he's either already back in NYC or at least on his way.

- - My point for inserting this will reveal itself in a new document for what NYC means, for Sheen, in his later years, that I want to audition to you both.

We talked Tennis. Does it fit the pilot or later?

WATCH THIS https://www.youtube.com/watch?v=xn6aHQhh5RI
Great old Fulton - he seems a little senile. But good.

And here is the VHS box cover for "What Now America?" (attached)

--



seanpfahey76@gmail.com 312.342.0372
http://www.vimeo.com/seanfahey

# EXHIBIT 127

**Click to return to paragraph 107**

10/14/2020
Case 1:21-cv-03208-PAE-SLC    Document 28    Filed 09/30/21    Page 220 of 508
Gmail here it is

 Gmail

**Sean Fahey <seanpfahey76@gmail.com>**

---

## here it is

---

**Sean Fahey** <seanpfahey76@gmail.com>                                    Tue, Mar 14, 2017 at 6:56 AM
To: Angus Fraser <redacted>
Cc: Dieterich Gray <dieterichgray@gmail.com>

Please read below... what you yourself wrote. Everything I am asking for fits withing the bounds of these goalposts. I don't even know why that would be a point of contention.

Secondly. Yes Sheen is an Entertainer. Have you read his book Treasure in Clay? Which Reeves sites. He's a Bishop first. An Entertainer second. That's knowing your character and that makes him deep, and that makes the trappings of fame all the more appealing. We've talk about all this in emails as well.

I suspect we are saying some of the same thing in different ways here, but I don't like feeling resistance from you on good points that ALL fit within the goalposts and add texture and nuance to story.

---------- Forwarded message ----------
*From:* **Angus Fraser** <*redacted*>
*Date: Mon, Feb 13, 2017 at 6:12 AM*
*Subject: SHEEN 2/13/16*
*To: Sean Fahey <seanpfahey76@gmail.com>, Dieterich Gray <dieterichgray@gmail.com>*

*Gentlemen,*
*it's crunch time.*

*I sent you the rough outline last week and we're now going to want to get on the phone, or Skype, and begin to crunch this out.  We have four weeks to complete a series document and set up the pilot.*

*I am unable to travel to Chicago or LA.  There's too much going on around the house and I have a long-booked trip to Montreal that is going to take me out of everything for three days.  I am currently trying to cancel it.  Travel is time consuming.  That said, let's begin to break this open.*

*How are you to talk tomorrow afternoon EST?*

*Creative Goalposts —*

**We're going to focus exclusively on the latter part of his life.  So — the first show to his death.  The show is about the pull of the creative world, the need to be an Entertainer, vs. the need to be a Spiritual leader.  This can be distilled many ways:**

**Entertainer vs. Priest**
**pop world vs. monastic world**
**Gatsby vs. Merton**

*and we can go on.  John Osbourne wrote this great play called THE ENTERTAINER.  it's a much stronger piece than LOOK BACK IN ANGER.  you could make a argument that the Entertainer is a secular version of Sheen and his show.  Another book to flag is DAY OF THE LOCUST.  Failure in Hollywood, failure in New York.  He didn't fail mind you, but when he fell off his horse, he never got back up.  It's a remarkable story and that's the one we want to tell.*

*1) The rise*
*2) The summit*
*3) The fall.  (I can put "Fall" in caps if that makes you catholics happier)*

*i am going to read THE AMERICAN POPE now.  right now.  I am going to watch the new series and see where they went right and went wrong just as soon as I can get it.*

*I don't see the canonization as being relevant.  We can have the spiritual, but I don't see this piece as being ideological — and i don't think you guys do too.  How we get his serious moments in, how we script the nether world (if you can call it that), is going to have to sparse and open to interpretation.  A sky can be just a sky, or it can represent something else.  The canonization is what's going on now and is now more than 30 past his death.  that said, looking at his miracles or "miracles" might be the right track.  Let's lose the light, the doves flying upward and the sky parting with a mysterious man coming down from the clouds with his arms open"*

*Let's see where we get the first week.  But let's stay on point and capture those three points.*

*Can we set a time for tomorrow?  I am open after 1pm my time.*

*Sean, since we are closer in time zones, i will call from time to time to catch up on all thing great and small.  we can fill D. in and see where he stands.*

*It's now time to do it.*


*A*
[Quoted text hidden]

# EXHIBIT 129

**Click to return to paragraph 108**



Sean Fahey <seanpfahey76@gmail.com>

---

## Sheen et al

---

**Sean Fahey** <seanpfahey76@gmail.com>                                          Mon, Mar 20, 2017 at 3:33 PM
To: Ira Levy <redacted>, Joan Lambur <redacted>, Ramon Estevez <redacted> Cc: Dieterich Gray <dieterichgray@gmail.com>, Fraser <redacted>


Greetings Joan, Ira, and Ramon,


Happy first day of spring!

We know you've been in communication with Angus (cc'd) regarding status on the Sheen project and that you've received a document from Angus outlining the shape of the pilot.

We value Angus as a major influencer to story and think that he is a compliment to the work Dieterich and I have been writing and developing for the past four years. As far as creative collaboration and communication goes, we've been able to reshape the story, with Angus' thoughts and direction, into a better story! We are deeply grateful for that.

We have, however, encountered a difficulty in the process that we want to address with you so that we can all find a resolution. We wanted to ensure that the version of the pilot outline you received from Angus reflected the collaborative process that was agreed to in our agreement (line 3). Up until this point it has been meeting the spirit of "*The parties agree that Optionor shall be involved in all aspects of the development and production of the Project*".

We think Angus did a good job on the pilot outline, shaping into what could be a great start to a series, but prior to our submission to you we had asked that some key scenes be addressed and suggested some thoughts, and ideas that would help shape what we all agreed would add nuance and depth to the series and drive home many of the points Dieterich, Angus, and myself have come up with over this collaboration.

We discussed this at length in a phone conversation with minutes from our creative meeting, last week. Angus was given thoughts and notes that we wanted included in the document for you to review, as we want input from all regarding direction, tone, ideas, etc ..

Angus did not use any of our recommended notes in the document that was sent to you, which we find disappointing and the source of this email. I raised this concern with Angus and he recommended I contact you.

This is a collaboration and the sum of all parts add to the depth and potential of the finished product. We believe this starts in development and also believe that it needs to be inclusive of our thoughts and ideas. We expect changes and adaptation and welcome them and want the collaboration to be inclusive of our creative with respect to process.

There are certain elements we don't agree with in the current document, and added elements that are missing, and we feel it important to share that. And we think it's better to be inclusive early for ideas we want included in our series, rather than our ideas feeling like changes to the plan later on.

Our intention is to be creative contributors to the idea *we* presented to you, that *you* felt was good enough to warrant a contract with Angus, to rework and make better, with us. That is where we are at and that is what we want. A creative collaboration where our input, writing, and communication, with respect to story, is represented throughout this experience.

We want to assert that this process, collaborating with Angus, has been an absolute pleasure, and we want to continue moving in that direction with him as a major creative force, supporting the greater story we all want to share with the world.

We also want to assert that our input and writing contribution is important and adds much value to the story and will continue to do so.


We welcome a conversation and catch up with you all!


Best regards,


Sean & Dieterich


--



seanpfahey76@gmail.com 312.342.0372
http://www.vimeo.com/seanfahey

# EXHIBIT 131

**Click to return to paragraph 109**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## Sheen scene test .. .

---

**Sean Fahey** <seanpfahey76@gmail.com>          Sun, Apr 2, 2017 at 4:42 PM
To: Dieterich Gray <dieterichgray@gmail.com>

I've taken the opening scene from Angus' treatment and added our notes .. and sourced a lovely late Sheen clip for dialog ... this is what I came up with.

--



 seanpfahey76@gmail.com 312.342.0372
http://www.vimeo.com/seanfahey

---

📄 **LWL_scenetest_4_1_17.pdf**
    77K

# EXHIBIT 135

**Click to return to paragraph 111**

 Gmail

**Sean Fahey <seanpfahey76@gmail.com>**

---

## Perspective re: Sheen

---

**Sean Fahey** <seanpfahey76@gmail.com>            Sun, May 28, 2017 at 11:04 AM
To: Fraser <redacted>, Dieterich Gray <dieterichgray@gmail.com>

I really liked our last text volley and it got me thinking. We are looking to find a sheen that has been less explored. We will easily be able to show Sheen the vocation driven man of the cloth, divinely inspired. We will be able to show what he stands up against, how he helps the poor, his rise and his fall. It's all there.

But there's always been that unknown about fame, his rise, two he talked to, what are the situations, how would he have used that amazing intellect, and deep humility, to aid his journey?

Then I got to thinking about his response to the advent of the very medium he helped pioneer...

And I pulled a little focus back from what we already know, and found a timeline that I think helps shape or at least inspire some of the things that Sheen would have been in the know of, and the perversion of the medium/the monster he helped create....

Just planting seeds that might inspire some potential for story ...

1951 – 1957: Archbishop Fulton John Sheen, a Roman Catholic priest (later Bishop of Rochester, later Titular Archbishop of Newport), hosts the "Life Is Worth Living" program (DuMont Television Network and later ABC). On ABC, the show is carried on 123 television stations and 300 radio stations. Sheen″s program is characterized as Christian

programming, not on its face doctrinally Catholic. (In 2002, The Vatican bestowed the title of "Servant of God" on Archbishop Sheen, which is a first step in the canonization process.)

1951 – Present: Campus Crusade for Christ International is founded by Bill and Vonette Bright on the UCLA campus (Los Angeles, CA) as an interdenominational Christian organization that focuses on evangelism. It mission statement is to "Help[...] [...] fulfill the Great Commission in the power of the Holy Spirit by winning people to faith in Jesus Christ, building them in their faith and sending them to win and build others; and helping the Body of Christ do evangelism and discipleship." It currently claims a ministry presence in 191 countries and a staff of over 25,000 individuals. It focuses on college students, high school students, adult professionals, as well as families. Its international headquarters are in Orlando, FL.

1952 – 1982: Alpha Rex Emmanuel Humbard begins his "Cathedral of Tomorrow" program. At the peak of its popularity, it reaches 20 million people on over 378 television stations.

1955 – Present: "National Review," a biweekly magazine of conservative political opinion based in New York City, NY, is founded by William F. Buckley, Jr.

1956 - Present: Rev. Jerry Lamon Falwell, Sr. founds the Thomas Road Baptist Church in Lynchburg, Virginia. Thomas Road Baptist Church claims that its congregation numbered 35 in 1956 and that it now has over 20,000 members, which would make it one of the fist megachurches.The "Old-Time Gospel Hour," a daily local radio show and weekly local television show are also affiliated with the church.

1961 – 1968: Archbishop Fulton John Sheen, hosts the "The Fulton Sheen Program" (aka, "The Bishop Sheen Program"), a less successful heir of the "Life Is Worth Living" program.

1961 – Present: The Christian Broadcast Network (CBN) (aka, "CBN Family Channel," aka "the Fox Family Channel," aka "the ABC Family Channel") is founded by Rev. Marion Gordon "Pat" Robertson in Portsmouth, VA. In 1963, during a telethon to cover its monthly operating costs of $7,000, a "700 Club" is started – composed of 700 contributors each donating $10. Robertson subsequently added a program to the end of the broadcast day that followed the telethon format and named it The 700 Club, which is CBN"s most known program. In the 1980's the 700 Club switched to a news-magazine format. In 1990 CBN was sold to the International Family Entertainment Inc. (IFE), a publicly traded company (NYSE: FAM) started by Robertson. In 1997, IFE was sold to the Fox Family Channel – Fox Kids Worldwide, Inc., a subsidiary of Rupert Murdoch"s Fox Broadcasting Company and News Corporation (NYSE: NWS, NYSE: NWSa, ASX: NWS, LSE: NCRA). In 2001, the Disney-ABC Television Group, a division of The Walt Disney Company (NYSE: DIS), acquired the Fox Family Channel and renamed it ABC Family.

1961 – Present: Christian Legal Society (CLS), a not-for profit religious organization, is founded by a group of Christian lawyers and professors who viewed the law as a Christian ministry. CLS mission statement reads: "To be the national grassroots network of lawyers and law students, committed to proclaiming, loving and serving Jesus Christ [...]." To that end, CLS litigates heavily in the First and Fourteenth Amendment areas, with an emphasis on in-school prayer, Pledge of Allegiance, and the separation of church and state cases.

CLS and its affiliates has maintains an association 3,400 attorneys in all 50 US States and 10 nations. In 1975, CLS founded an affiliate group, the Center for Law and Religious Freedom, which concerns itself with abortion, euthanasia, faith-based social service issues, education, amongst other areas.

1963 – Present: Oral Roberts University (ORU) is founded by Granville Oral Roberts, a charismatic televangelist, in Tulsa, OK. Rev. Roberts founded the university because he purported to have received a commission from God: "Raise up your students to hear My voice, to go where My light is dim, where My voice is heard small, and My healing power

is not known, even to the uttermost bounds of the earth. Their work will exceed yours, and in this I am well pleased. In 2008, ORU enrollment is 3,082 students (although ORU claims a student body of over 5,300 in other parts of its website).

1971 – Present: Rev. Jerry Lamon Falwell, Sr. founds Liberty University in Lynchburg, Virginia. Liberty University claims its current enrollment is over 20,000 students both on-campus and off-campus and to be the largest evangelical university in the world.

1973 – Present: Trinity Broadcasting Network (TBN) is launched in Santa Ana, CA by Paul and Jan Crouch. Currently, TBN claims to be "the world"s largest religious network and America"s most watched faith channel [...] offering [...] 24 hours of commercial-free inspirational programming that appeal to people in a wide variety of Protestant, Catholic and Messianic Jewish denominations." TBN also claims to reach millions of homes and to be aired on 5,000 television stations, 33 satellites, and the internet. Further, TBN is the leading producer of Christian feature films: The Revolutionary, The Revolutionary II, The Emissary, The Omega Code, Carman: The Champion, Megiddo, Time Changer, and Six: The Mark Unleashed. Finally, TBN is has opened a several Virtual Reality Theaters, with more slated to begin construction.

1973 – Present: The National Right to Life Committee (NRLC), a PAC, is founded in Detroit, MI as a direct response to Roe v. Wade, 410 U.S. 113 (1973). NRLC claims to have over 3,000 chapters in all 50 states and its primary goal is "to restore legal protection to innocent human life." Further, NRLC is also concerned with medical ethics as they pertain to euthanasia and "infanticide." NRLC does not maintain a position on contraception, sex education, capital punishment, or national defense. NRLC claims, and opponent

organization acknowledge, that NRLC is the largest anti-abortion grassroots organization in the US. Throughout the 1980s NRLC successfully led boycotts of pharmaceutical companies that produced and sold drugs it objected to (e.g., Mifepristone, an abortifacient generally used in the first two months of pregnancy).

1977 – Present: The American Family Association (AFA) is founded by Don Wildmon, a United Methodist minister, in Tupelo, MS. AFA claims to represent "traditional family values" and focuses "primarily on the influence of television and other media – including pornography – on our society." AFA blames, in part, the entertainment industry for what it characterizes as the "decline of those values on which our country was founded and which keep a society and its families strong and healthy." This decline, according to AFA, has

brought about the glorification of premarital sex, a dramatic increase in teen pregnancies, STDs such as AIDS, and "abortion as a means of birth control." AFA claims approximately 500 thousand members. Further, opponent organizations agree with its claims that it has been effective in "organizing boycott against sponsors of TV shows with anti-Christian" messages and ideas, or against companies it claims support the so-called „homosexual agenda" or marriage equality."

1977 – Present: Focus on the Family (FOTF) is founded by James Clayton "Jim" Dobson, PhD. Initially FOTF started as a non-profit organization dedicated to "sharing the Gospel of Jesus Christ with as many people as possible by nurturing and defending the God-ordained institution of the family and promoting biblical truths [...]," but now has affiliated

radio broadcasts, magazine and book publications, feature film productions, and an internet presence. Additionally, FOTF maintains several splinter organizations in throughout the

US as well as in several countries. Currently headquartered in Colorado Springs, CO, FOTF claims it reaches 220 million listeners daily on over 7,000 stations in 160 countries. Opponent organizations do not refute FOTC claims concerning its reach.

1977 – Present: The Center for Public Justice (CPJ) (formerly, the Association for Public Justice) is "established to develop an integral Christian perspective on politics, law, and society." CPJ goals are:

A United States and a world in which citizens, particularly Christians, take their civic responsibilities seriously as a service to God, until the kingdom of God comes in its fullness; [...] governments carry out their high calling to do justice to all citizens, institutions and communities; [...] citizens and leaders work together to shape public life for the good of all, both nationally and internationally."

CPJ concerns itself with welfare, land and resource, education, and education policy. Further, CPJ has testified before Congress and state legislatures.

CPJ in interesting in that, on one hand, it seems to be calling for a relaxation of the separation of church and state but on the other hand explicitly rejects what CPJ calls "Christian Imperialism" and "Christian Nationalism" and advances the notion of a "Christian-democratic" or "Christian-pluralist" approach to governance. CPJ summarizes its overarching philosophy of "principled pluralism" as:

Flow[ing] directly from its conviction that governments have not been ordained by God for the purpose of separating believers from unbelievers, giving privilege to Christians and the church, or serving the interests of one nation over others. This is a religious conviction that mandates publicly established religious freedom for all. Governments have the high calling to uphold public justice for all people living within their territories. States are not churches or families; public officials are not national theologians or clergy. States are public-legal communities that exist for the protection and enhancement of the common good.

Regarding non-believers, CPJ states, "No nation or state may claim to have instituted God"s rule in a way that justifies casting out or treating unfairly citizens who disagree with the government-established faith."

1978 – Present: The Christian Voice in America organization, aka, Christian Voice (USA), is founded Robert Grant and Gary Jarmin. Christian Voice is generally regarded as the predecessor to the Christian Coalition, American Coalition for Traditional Values, Concerned Women for America, Moral Majority, as well as the Family Research Council. Christian Voice has backed conservative figures such as Ronald Reagan, Steve Symms, Dan Quayle, and John East. Additionally, Christian Voice claims that its president, Gary L. Jarmin, is the "author of the Congressional Report Card on key moral/family issues published by Christian Voice which many organizations had adopted and use today." There is an affiliated group, also called Christian Voice, in the United Kingdom.

1978 – Present: Rev. Marion Gordon "Pat" Robertson founds Regent University (formerly known as "CBN University") in Chesapeake, VA. The school was relocated to Virginia Beach, VA in 1980. In 2008, Regent University"s claims its enrollment is 4,494. Regent"s motto is "Christian Leadership to Change the World."

1979 - Present: Concerned Women for America (CWA), a conservative Christian PAC founded in 1979 by Beverly LaHaye and is generally believed to be a response the National Organization for Women. Parenthetically, LaHaye is the wife of Timothy LaHaye who is best known as one of the coauthor of the Left-Behind series. CWA centers on opposition to same-sex marriage, abortion, education, pornography, religious liberty, "national sovereignty," which CWA defines as the belief "that neither the United Nations nor any other international organization should have authority over the United States in any area." Although CWA does not publish its membership numbers, both Beverly and Timothy LaHaye are generally considered influential in conservative circles. Further, opponent organizations estimate membership at approximately 500 thousand.

1979 – 1989: The Moral Majority is founded by Rev. Jerry Lamon Falwell, Sr. Rev. Falwell"s political influence is generally known: Falwell"s group claimed 6.5 million members, to have raised $69 million for conservative politicians, and helped to elect Ronald Reagan president in 1980.

# EXHIBIT 136

**Click to return to paragraph 111**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## Clare Luce Booth ...

**seanpfahey76@gmail.com** <seanpfahey76@gmail.com>                                                    Sat, Jun 17, 2017 at 2:13 PM
To: Fraser <redacted>, Dieterich Gray <dieterichgray@gmail.com>

"Of the seven women who were closest to Fulton during his life, excluding his mother, two were his personal secretaries (Margaret Yates and Edythe Brownett -we need to get at least one of them in:), one was a nun (Marlene Brownette), **one was his most treasured convert (Clare Luce Boothe),** and three were his relatives (Mary Fulton Carr 'Baker', Joan Sheen 'Cunningham', Eileen Sheen 'Khouw').  (America's Bishop 116)

The feisty conservative Clare Boothe Luce, known as "Fulton's Folly" (America's Pope 2-5)

(America's Bishop 251) Around 1953 Spellman acted on William Buckley Jr. behalf in talking with Clare about ensuring the article Time was going to write about his father was going to go soft, as the rumor was it was intended to be skathing. This is a woman who HATES Spellman's best friend Cohn, a good friend of Buckley's ... the article was soft. Clare did what he said .. but why? My guess: A Joe Kennedy favor ...

Clare helped Dwight D. Eisenhower win a landslide victory over Adlai E. Stevenson in the presidential election of 1952. Shortly afterward, a summons came for Clare to meet the president-elect at his transition headquarters in New York's Commodore Hotel, a meeting she carefully recorded. At the hotel, she found a warren of offices swarming with job seekers. Then Eisenhower emerged and strode toward her, smiling broadly with outstretched hands. He ushered her into his suite and closed the door. She was struck, as often before, by the "sheer vitality of the man, and his essential simplicity and goodness . . . with that warmth and cheerful heartedness and self-possession that inspire love and confidence in everyone." (I feel like she would tell this to Sheen in confidence). Their conversation began with pleasantries about her influential husband's role in the campaign. Eisenhower then changed the subject, saying he would like to appoint a Catholic as his secretary of labor. What did she think about that? Clare said he would need someone of "tremendous capacity" for such a demanding job.

"There is no job so tough you couldn't do it," Ike said....

READ THE REST HERE: http://www.vanityfair.com/style/society/2014/07/clare-boothe-luce-marriage-ambassadorship

(America's Bishop 118) She wrote: "Broadly speaking, I was a liberal. And like a good pragmatist, I believed liberally." Then one day in '45 Sheen telephoned Congresswoman Luce and invited her to dinner. Sheen had been alerted by a Jesuit priest who had been in contact with Luce and knew of the deep depression she was suffering at the death, in an automobile accident of her daughter a year earlier. When the dishes had been taken away the monsignor turned to the subject of religion. "Give me five minutes to talk to you about God, and then I will give you an hour to state your own views (cunning tactic of a shrewd salesman!)." When he got to the subject of the goodness of God, Luce exploded, "If God is good, why did he take my daughter?!" Sheen replied calmly... "In order that through that sorrow, you might be her enow starting instructions to know Christ and his Church."

Clare took instruction for five months. She wrote later, "It took Father Sheen several months to clear away that thick fog of prejudices and superstition acquired through a lifetime." - - - there's much more (America's Bishop 176)

In '48 Sheen goes to Melbourne with Spellman and upon returning has dinner with Clare where he tells her: "I know why the Cardinal invited me. He tosses out the first ball and then asks me to pitch the rest of the game." ((America's Bishop 189)

Sheen confides in 1960 with Clare about his transformative trip to Africa (America's Bishop 265) - Page 264 argues that Sheen indirectly helped prop of JFK, something that Clare was doing very much with Joe Kennedy.

INTERESTING SIDE NOTE RE: SHEEN AND SPELLY!!!
In 1938 there were rumors that Sheen was going to be appointed Arch Bishop of NYC when Patrick Cardinal Hays passed. When Pacelli, then Pius, made Spellman Archbishop Sheen was crushed. According to Reeves, Sheen's quiet scorn for Spellman preceded the Milk scandal to this very incident. The day Spellman was appointed Sheen was having lunch with Fr. John Tracy Ellis who recalled: "Leaning his arm on the table with his head in his hand, he exclaimed, 'it is incredible. It is incredible. He has nothing.' So deeply dejected was he that he to to his bed and remained there for several days." (America's Bishop 118)

--------------------

**Clair wrote the screenplay for a movie focusing on the lives of two nuns, *Come to the Stable*, that received an Oscar nomination for best motion picture of the year (1949)**

--------------------

***IF CLARE AND FULTON WERE TO PLAY TENNIS TOGETHER IN NYC - A DOUBLES MATCH - WHO WOULD THEY PLAY AGAINST?***

From her years as managing editor of Vanity Fair, while her husband ran Time, she transitioned into Politics…. Luce is active in the 1952 presidential election, campaigned for Eisenhower, giving more than 100 speeches on his behalf.

Her anti-Communist speeches on the hustings, radio, and television were effective in persuading a large number of traditionally Democrat-voting Catholics to switch parties and vote Eisenhower.

Luce was awarded an appointment as Ambassador to Italy, a post that oversaw 1150 employees, 8 consulates, and 9 information centers. She was confirmed by the Senate in March 1953, the first American woman ever to hold such an important diplomatic post. "Her admirers in Italy-and she had millions- fondly referred to her as la Signora, 'the lady'". She was close with Pope Pius XII. Over the course of several audiences, Luce had impressed Pius XII as one of the most effective secular preachers of Catholicism in America. So she's literally in the closest circle of Influence to Sheen and Spellman, but also has all the catholic power connects of Joe Kennedy, Dulles, Donavan. she's a badass.

Its not mistake she became Ambassador to Rome, and when you think of all Joe Kennedy's efforts to get a Catholic Ambassadorship to the Vatican (foiled by Spellman), this is the next best thing. Joe Kennedy now has the popes ear through one of his own, not just Spellman, who he can't control, and who double crosses him re: JFK pres run.

And She lived in NYC (on and off) this whole time and would meet with Sheen for dinners and chats regularly. I think we can put her in the Rockefellar Bfast, and we can put her at the first taping of "Is Life Worth Living"

To get crazy conspiratorial: Clare Luce Booth, Cardinal Spellman, Roy Cohen, Hoover, and Lee Harvey Oswald are not that far removed from one another. ... I will get to that.

Clare wrote on Nov. 24, 1963, and which seems suggestive in this context: "The President's death was *not* senseless. It contained the elements of both Greek tragedy and Christian tragedy. . . . His life may have been the price he paid for the Bay of Pigs."

Clare and LBJ on the night of the 1961 inauguration. They were riding in an Inaugural Ball bus together when "She reminded him that when they last met, just before the Democratic convention, he had been confident of getting the presidential nomination, and had profanely vowed that even if he lost, there was 'no way' he would take the second spot under JFK.
"'Come clean, Lyndon," she teased him.
"He leaned close and whispered, 'Clare, I looked it up. One out of every four presidents has died in office. I'm a gamblin' man darlin', and this is the only one chance I got.'"

https://deeppoliticsforum.com/forums/showthread.php?13684-Clare-Boothe-Luce#.WQEhr1Pyu8o

Lastly and off topic of Clare, but on to LBJ, enjoy: https://www.youtube.com/watch?v=nR_myjOr0OU

Sent from my iPhone
[Quoted text hidden]

# EXHIBIT 137

**Click to return to paragraph 112**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## Angus' finished script

---

**Sean Fahey** <seanpfahey76@gmail.com>                                    Thu, Jun 22, 2017 at 1:00 PM
To: BEI <jredacted>, Ramon Estevez <redacted>, Dieterich Gray <dieterichgray@gmail.com>

Hi all,

Just finished reading the draft Angus has delivered.

All and all I like it. I like the pacing. Most important takeaway for me: I think we need to find Sheen a little more in the scenes he's in. I am not feeling that his voice is captured.

There are some obvious points of contention that will be articulated in detailed notes, but you will see them in the draft. Pretty obvious per our past conversations.

I will give it another read later on this afternoon and have some conversations with Dieterich and get detailed notes over to you Joan.

Certainly looking forward to your thoughts on the script as well!

-- this script off to a good start, but needs work. Hoping for swift revisions from Angus.

Sean

--

# EXHIBIT 138

**Click to return to paragraph 113**



Sean Fahey <seanpfahey76@gmail.com>

---

# Notes re: D and S

---

**Sean Fahey** <seanpfahey76@gmail.com>         Fri, Jun 30, 2017 at 12:56 PM
To: Fraser <redacted>, Dieterich Gray <dieterichgray@gmail.com>

SHEEN PILOT 6/30

SCRIPT NOTES SEAN & DIETERICH

PLEASE NOTE: We've sent this to Joan, Ira, and Ramon separately but thought it best to get the info to you ASAP, rather than deliberate any further.

It was a pleasure to read this first draft after a long round of notes, discussion, and support from each of us. With so many strong elements scene-for-scene, it feels more like a light polish of a solid foundation on some well crafted scenes, adding nuance, and voice to character. Yes, some scenes will need to be reworked to ensure historical accuracy is in balance with creative license. Some true characters will need to be asserted. But these don't necessarily mean the narrative of the scene need to be completely revolutionized, more a clever rethinking to ensure we are showing the depth of Sheen's story accurately.

The pacing is strong, the cadence and tenor of character banter plays well on the whole but there are ways to add authenticity to the historical figures and the Catholic culture within context of the culture of the day and the emerging television culture. An important thing to note, religious programming was a mandate from the FCC. There were fears that television would accelerate a moral decay - we will elaborate more on this as we explore, discuss, and add detail to scene ideas currently in play, as you will read below.

We will plant seeds, inspired by the current scenes, that we feel will add value to the pilot, and also add important set-ups for later episodes.

We will also assert historical accuracy as a form of due diligence, and also to challenge the narrative, adding conflict through real life events.

Below you will see detailed notes related to scenes, why we like them, and what they've inspired through our expertise of the characters, the culture, the history, and the voice of Sheen.

One thing to note: Sheen's holy hour, he did this every day, it needs to be shown in this episode, and in each episode in some form of another. We have planted a scene later in our notes for this…

EXT. PARKING LOT, SHERMAN OAKS, CALIFORNIA (1970) - DAY (p 1)

SEAN: Really like this scene. Sheen walking up to the boys: there is a chance here to reveal that one seemingly genetic trait, for Sheen to always find a way to charm his way into gifting the word. This is something he was famous for, his wit, charm, and ability to get into peoples heads, notable bringing more converts, "by hook or by crook," as he would say.

This is the very first moment we seen Sheen, we want to get a glimpse of his power of persuasion. Even if he's going to a failed farm league taping of a doomed show, in his old age, Sheen hasn't lost that gift of wit. If the idea is that his voice is lost on a new generation, then lets give him the chance to try, before hitting him with the reality of the age. The way I see it, we have one of two opportunities:

A) Sheen wins, B) Sheen loses, but both revolve around Sheen doing what he does best, wit, charm, connection, grace. Regardless of outcome I don't see Sheen leaving them without trying.  - - -

Also the Vietnam and Billy Holiday reference, relating it to the kids and the times feels a bit vague. I never see Sheen as being vague, I don't think as a master educator he ever would allow himself, when challenged or otherwise, to not clearly define the "lesson"

The scene ends with with a question.. it's vague, leaves the audience wondering, but I wonder if we can take this one step further … If *"what's that supposed to mean"* is the question .. can we source a way to find's Sheen's voice to capture that moment better?

**DG: I don't mind the question. I like the tactic Angus is employing. Letting the performance of the kid and our Fulton pose the open-ended philosophical hanger. We can use it. I just think Sheen should spike the ball. He serves it up. The kid considers it. Has a moment of openness. Sheen drops in a closing line. I don't know what the line is. But, a stab would be: Fulton: "No one knows what any of it means - really." /// Kid: "Where ya goin', mister?" /// Fulton: "To join some people who don't know what it means. And, to convince them it's all gonna be ok so long as they know the way." (he walks on - the kids follow him toward the theater. kinda like jesus surrounded by children.)**

**Second point**:

SEAN: The show Wake up America! was shot in Toledo. Do we want to take creative liberties on the very first scene/cold open? Playing devils advocate here: There are 70 million catholics in the world, one of the largest ancillary market DVD purchasers, who I feel value authenticity. Should creative license of a historical fact be employed in the first scene to this degree?

**DG: I'm not so adverse to this. Cuz, he tried in a number of cities, yes? I think it will be a super rare Sheen historian who says, "Naawww, he never did a show in LA. That was definitely in Toledo." And, the occassional negative comment, so long as it is contained with in a relevant truth to character, in a chat room or on FB post will only continue the conversation about our show.**

INT. DRESSING ROOM - DAY

SEAN: You have Fulton speaking about Paul. It is much more appropriate to mention that Paul converted the Gentiles.

- -"The Jews" is a tricky issue. He wasn't actually successful at that, and the Jews (Paul says this in Thessalonians) "Killed Jesus" .. so Gentiles become his proselytizing mission.

- - - - I don't think Sheen would say "You're nobody if you don't have a following."  - - it's also feels somewhat a double negative. I think a better option would be to paraphrase Sheen's Hook or by Crook quote: *"What does it mean to be a bishop? When Our Blessed Lord first called Peter and the other Apostles to Himself, He said that from now on they would catch souls instead of fish. Whether or not a promotion in the Church increases the ability to fill nets is another matter. Statistics do not prove that one can catch more fish seated on the bank dressed in purple than when dressed in black. Rather, it would seem that the responsibility increases because a fisherman uses only a hook, but a bishop uses a crosier, or a crook. That means that he is to increase Christ's fold whether they be fish or lambs, 'by hook and by crook.'"* Venerable Archbishop Fulton J. Sheen.

**DG: I love your outlook here and his classic quote. And agree about Gentiles. However, I think he's not referring to himself in saying "You're nobody if...". He's zooming out and commenting on the "modern age" and, I think, simultaneously commenting on Jesus and His following. But I wonder if there is a way to wed the two to add his voice, with hook or by crook. Could be a wonderful entre into Sheen's wit.**

EXT. POLO GROUNDS, NEW YORK CITY

SEAN: - - - **Sheen talks to O'Dwyer** (p 5) .. "- *the greatest murder happened at the Calvary.*" Sheen would not think of Jesus' death as murder. This is not Christian logic. To quote Sheen: "*The most sublime act in the history of Christ was His Death. - Because Jesus came to give his life redemption for many.* "  - - this was prophecy, destiny, by giving his life (not murdered), Jesus saved humanity  … this is VERY John 3:16: *By this we know what love is: Jesus laid down His life for us, and we ought to lay down our lives for our brothers.*" **DG: Agreed**

**Here is an excerpt of Sheen on the Calvary**

*The most sublime act in the history of Christ was His Death. Death is always important for it seals a destiny. Any dying man is a scene. Any dying scene is a sacred place. That is why the great literature of the past which has touched on the emotions surrounding death has never passed out of date. But of all deaths in the record of man, none was more important than the Death of Christ. Everyone else, who was ever born into the world, came into it to live; our Lord came into it to die. Death was a stumbling block to the life of Socrates, but it was the crown to the life of Christ. He Himself told us that He came "to give his life redemption for many"; that no one could take away His Life; but He would lay it down of Himself.*

### SHEEN AND SPELLMAN, VOICE, INTENTION, VOCATION, DYNAMIC

The Polo Grounds is such a smart set up and a great scene idea. There is an opportunity here to show several nuanced character points for Sheen and Spellman. Currently we have Spellman fumbling through his intros, dry, very high school principle at a lecturn. This is not Spellman. Spellman is an empire builder, specialized, expert, cunning, could have gone Wall Street but chose vocation, but vocation HIS way. Spellman is also an author several times over of feverishly loud opinionated masterworks. He's a scholar so he'll never be short on intentional, divisive, poignant and fiery rhetoric, but his delivery might come off a bitt like he's got an annoying cold, a casualty of NYC upbringing. His staunch anti communism and pro-national Catholicism, should lead the charge. People in the seats should be on edge, we should all feel uncomfortable.

When Sheen takes the lectern, he would do what he naturally does, tell a joke first, draw people in, get them to breath after being choked by Spellman's words. Spellman, knowing Sheen would hit the home run, does this divisively as well, but there should be a profound jealousy, a glance, a moment, as Sheen shines, and echoes the call against Communism, but for different reasons and through a humanist lens. Sheen is out to save souls, to help humanity… Spellman is out to build an empire, for power. Sheen would always say, "Communism is evil, Communists aren't evil."  He can save Communists from Communism is his goal.

**DG: Agreed. I think more simply put: Sheen and Spellman are both scholars and lifelong public speakers. Spellman doesn't fumble. He's just short, pudgy and uncharismatic - maybe even boring or by the book. Sheen is handsome and absolutely captivating. And, always starts with a joke - or anecdote - before he drops the love hammer.**

INT. SPELLMAN'S OFFICE & INNER SANCTUM  (p 9-11)

*There are a lot of seeds planted here. Something to think about: this feels very current, this feels very Trump/Comey.. how can we use that to our advantage?*

pg. 11 - "speak to Edwin alone" - love it, like a Trump/Comey talk

INT. CHARLIE SWEENEY'S OFFICE - DAY  (p 12) (And then 13 - 22, 36-44,  revamp and adapt)

**This scene is great .. and rather than dive into the content I want to plant seeds to help it along with what really happened (these are the actual events leading up to show pulled from *America's Pope* and *Selling Catholicism: Bishop Sheen and the Power of Television*):**

Many Catholics worked in early television and were so receptive to the input of the church that they formed a group called CARTA (Catholic Association of Radio, Television, and Advertising.). The FCC, fearing TV should erode public morality, insisted the networks offer public service programming, to the benefit of Christian and Jewish groups, because local networks game them FREE access to producing their programs as a public service. Everyone at Dumont would be well aware of a FCC compliance and relationship incentive to slate for public service, and the fact that they could still seek corporate sponsorship.

As a matter of fact Broderick was approached by **James Caddigan**, program director for the DuMont network, because they wanted someone to fill a "graveyard" spot, a television spot that no sponsor would EVER pay for, because of the unbeatable competition, i.e. Milton Berle. When Caddigan asked for religious programming of *Broderick, Broderick chimes: "I've got just the man for you."*

Cadigan volunteered that Sheen could do whatever he wanted of the half hour.

**Sheen made his way to television the VERY same way as Smokey the Bear and public service health announcements - could be a powerful statement or visualization.**

Sheen wanted to film the show in different churches and speak to conversion instructions, followed by a Q&A. DuMont suggested Q&A is BAD for live TV, Sheen understood why. DuMont also rejected the idea of using different Catholic Churches because no Church in New York was wired for Television, and remote wasn't a thing yet.

- - - DuMont wanted to spend as little as possible on Spellman's boy, Bishop Sheen and his program, because they thought it a loss on the books, wouldn't take. So DuMont found an affordable theatre and agreed to build a set per Sheen's instructions, that fit within a tight budget. And that is why they have Adelphi. DuMont also strategically case to slate Sheen's program during what they called the graveyard hour, up against Milton Berle. This proves they were being strategic with the loss, and appeasing the FCC, while ensuring that all parties were happy. They were not rocking the boat, just playing it safe with a show they didn't think would ever have legs.

**Sheen chose against convert instructions and chose to speak about topics of moral living that related to all religious groups.**

Sheen was immediately criticized by fellow clergy, including Spellman, for not being more explicit in his propagation of the Catholic faith, Sheen would argue back, "*If the seed falls they have 52,000 branch offices of the Catholic Church where they can get instructions.*" Because the Catholic Church was given the air time, and because it was a cost to DuMont, they had a struggle seeking sponsorship pitching "the idea" of a religious show going up against Berle.

Conversely, Sheen's radio show, because it was sponsored by a religious group, had a message grounded in Catholic doctrine.

- - there's potential to pit Spellman against Sheen with this - - Spellman can't control Sheen through rank and file, as he can with the propagation of faith (failed attempts as well). What if, by introducing this in the first episode, Sheen's standing up to Spellman about the message of the first broadcast? .. what if that helps us further down the road when Spellman asks Sheen for probation money (which goes all the way to Rome).

It was difficult for Broderick to get show Titles from Sheen more than a week in advance because Sheen planned the program week by week, meditation on his ideas during his daily holy hour in his private chapel.

The day before a program should start Sheen would practice his delivery, pacing in his office. Some times he would practice by giving his talk in Italian for the Convent of Franciscan Sisters on 45th St. Or he would present it to a friend in French.

Sheen required little instruction from his stage director. He was keenly interested in the program's production and spent time each week watching other shows, partly for relaxation and partly to learn (you do that well later in the script). Sheen loved the timing of Rochester **(DG: of Rochester Van Jones?)**, on The Jack Benny Show. Some ideas, he recognized, required rapid speech and some long pauses. Jackie Gleason, who became Sheen's dear friend, would often sit in the production booth with Broderick and talk about Sheen's impressively natural timing. Gleason, who also started on DuMont, compared his show to Sheen's and remarked, "But I don't have your writers!!"

Floor Director Edward Bunetta wanted to give Sheen signals, warning him that he had 5 minutes to speak. "No, just give me a 30 second signal" - everyone was amazing that he could hit that mark, but i'm sure nobody believed he could in the first taping.

Broderick asserted that Sheen should wear the modest "black and collar" of the priest on the street, and not wear such distracting regalia (he was worried people would focus on Sheen's buttons.) - Sheen was firm: he would wear the cassock and cape.

Sheen found his theme music from his fiend (who he converted) Fritz Kreisler.

Sheen immediately picked up a staunch critic in the liberal Christian publication *Christian Century*. They said Sheen's program was "close to blasphemy," for Sheen to equate television with the incarnation of Jesus. The editors claimed that television as a medium was out solely to prove commercial profit for it's sponsors.

Sure enough, by the third episode of LIWL, DuMont picked up the Admiral Corporation. The numbers were steady climbing. Sheen went from 250 letters in the first week, to 3000 in the second, to 9000 in the third, and so it goes…

Eventual even Christian Century noted somewhat cynically that Sheen was "Catholicism's most gifted performer."

NOTE: There are two musings about the set up of the show that I want to highlight.

1) **Three times, and Sheen is a hit** reminds me of Robin Williams on Good Morning Vietnam. In GMVN, Williams comes in as a new ratio host with new and fresh ideas, but is told to conform to the standards of the system in place. He doesn't, there's conflict (3 times), but his show is a huge success because of his approach, regardless of how thick the conflict gets. We could say the same about the Howard Stern Biopic - These aren't far removed from Sheen's trailblazing approach leading up tot he first episode - can we sue that to raise the stakes?

2) **The cock crowed three times, and three times Peter had forsaken Christ** … If Sheen could go against Spellman's marching orders, THREE times, episode-for-episode, over what to say and how to say it, and in the end Sheen wins his audience 100 times over. FACT: After episode 1, there were 200 letters, after episode 2, 3000 letters, by the end of episode 3, 20,000 letters flooding the office, with money and gifts and prayer requests. The later two are for a second episode perhaps but can we plant seeds for this conflict here? By the third episode DuMont picks up Admiral as a sponsor for the show.

pg. 13 - We  like secretary's cross around neck. Sweeny should spy it - then say he just got off the phone with Archdiocese. A calculated play?

pg. 16 - "They look like ants." (so great!)

INT. RADIO STUDIO - DAY

pg. 22 - Sheen monologue riffing on Broderick - - - -  I wonder if there is an opportunity to have Joan involved in this scene - in reality she barely recalls Edwin Broderick, and it almost feels like paying tribute to the failed relationship between he and Sheen, by foreshadowing with Edwin  laying on baloney instead of blarney to Sheen's niece, perhaps playing nice to get in good with her, to curry favor with Sheen, it backfires …

- - - Sheen would say on the radio (or polo grounds) AND THIS IS VERY IMPORTANT "Communism is evil, but communists aren't evil, they are human, they have souls,"

### *SHEEN ON COMMUNISM*

*No one can understand Communism who does not believe in the devil. The Communists believe in the devil. The Communists organized a so-called "patriotic" church. A few brain washed were to be in charge of the churches because they were loyal to the anti-God regime. One of the first orders given by the Communists to them was that the prayer to Prayer to Saint Michael be no longer said because it invoked the protection of St. Michael against "the wickedness and snares of the devil." As one Communist judge said: "We are those devils." It is hard for many in the free world to believe that there are not only bad men, but evil men. Bad men steal, rape, ravage and plunder. Evil men may not always do these things, but they seek to destroy goodness, virtue, morality, decency, truth and honor. Bad men who steal admit honesty; evil men who do not steal, call dishonesty "honesty," totalitarianism "democracy," slavery "freedom." Evil men can be nice at table, polite with women, courteous in Washington, refined in London and calm in Geneva. But the principle which guides their every move is the maxim of Lenin: every lie, trickery, knavery and deceit must be used to.*

pg. 24 - DG: Spellman's frown at his nickname is a great moment. And I love the two sexual deviants (Spellman & Hoover) talking gleefully about Judy Garland.

INT. SPELLMAN'S OFFICE & INNER SANCTUM - NIGHT  (p 23 - 25)

This is a great Trump/Comey opportunity.

What if Spellman asks if Hoover has a file on Sheen .. Hoover is the director of the FBI, and in no way does he have to divulge any information of anyone under internal investigation and I think he would vocalize that.

Spellman (Trump) would ask for loyalty for the mission of the greater good of God and America's sake .. Hoover (Comey) would remind Spellman that the FBI keeps files on everyone, no-one is immune to justice or the rule of law, and the director of the FBI will not divulge classified information under any circumstance - Fulton Sheen may have a few communists and fascists he keeps on with, but nothing nefarious. - - If Spellman want's to control his puppy he's going to have to try much harder and think of a more creative leash than homosexuality as blackmail.

Again, rather than pick through the scene bone for bone I will share the story of the relationship between J. Edgar and Sheen to help clarity.

Fulton Sheen and J. Edgar Hoover have been in correspondence with one another since January 12, 1943, the same day that Soviet Forces Penetrate the Siege of Leningrad.

**"Totalitarians are fond of saying that Christianity is the enemy of the State - a euphemistic way of saying an enemy of themselves." -Archbishop Fulton Sheen**

J. Edgar was in charge of the FBI for 48 years, and he did so by keeping files on everyone and keeping his mouth shut unless otherwise provoked. But no-one could take the information away from the master. To J. Edgar Hoover Sheen is neither straight nor gay, he is a vocation driven man of the cloth.

**DIETERICH: I don't think this is Hoover's outlook on Sheen. I believe Hoover's friendship with Sheen has 3/4 layers: 1.) Sure, he kept intel on Sheen [as he did everyone], and 2.) if he speculated Sheen's sexuality [or preference] he had NO evidence - and certainly wouldn't speak about it, 3.) he liked Sheen, and (maybe a 4th dynamic) - this friendship/pen-pal relationship was insurance policy into the grace of God.**

J Edger Hoover and Bishop Sheen's fond correspondence to one another went on for years. Hoover had Sheen watched, I think to protect him. **(DG: this seems rather noble of a witch hunter, privacy invader, power monger, self-serving egotist.)**

SEAN: This Bishop Sheen gay allegation rhetoric is sensational at best, base line low, certainly, slanderous to assert that a celibate Priest, called to vocation, would be anything but a celibate, good, priest, unless otherwise discovered through investigation of allegations, of sexual misconduct, which there are none. I think Hoover could even do one better on Spellman, by outting Spellman's One Touch of Venus broadway twink allegation .. to which Spellman can hit Hoover back with his own gay gossip quip about Hoover in a dress with a young handsome priest in Spellmans camp (perhaps this was a blackmail set up by Spellman?), since they both seem to play in mud puddles together. **(DG: Agreed.)**

pg. 25 - DG: Hoover "He's a fairy". Hmmm... no.

 -DG: Roy Cohn likes to have his **balls sucked** by choir boys - This vocabulary seems out of place with the rest of the show.

INT. HALLWAY, BRONX HOSPITAL, CATHOLIC HOSPITAL - NIGHT (p26-30)

- SEAN: this scene accomplishes so much in a clear and succinct way. 1) it's gives us an opportunity to see Sheen and Clare together in an intimate detail. 2) it's a way to get a conversion in the first episode. 3) Shows Sheen's devotion to care for the soul - great stuff.

NOTES: If Sheen is going to take Austin's hand a trick would be to sneak a rosary into his palm, a gentle reminder as he asks Austin to pray (Sheen did this all the time, to the point that Martin Sheen, I've been told, like to place rosaries in peoples hands when he is out and about).

I want to learn Clare is a Catholic here - Sheen could look at her and she could pull her rosary out of her pocket. We can notice that the rosaries, all three, are the same - and the three would pray together.

Sheen would offer traditional last rights, Austin might refuse, but Sheen has to grace his way into offering the last Sacrament in the Holy Orders - this doesn't have to happen here, can come later when we see Austin die - But there would be the mystery of faith represented through ritual of last right by Sheen - very cool.

EXT. THOMAS'S HOUSE, YONKERS - DAY (p 30)

Great re: Cadillac

SEAN: Missed opportunity: Sheen has this eccentric and funny Italian immigrant driver, that he keeps as a friend and driver for years, and re-hires when he returns late in live to NYC - that is a fun scene, to very old men, sort of an homage to Driving Miss Daisy. Doesn't have to be much, but an exchange, that could be recurring throughout. Also reminds me a bit of House of Cards, Kevin Spacey and the Rib Guy.

INT. LIVING ROOM - DAY  (p 31)

GREAT SCENE STUDY OF SHEEN!!!!

INT. FULTON'S BLACK CADILLAC - DAY  (p 32)

SEAN: Again, Sheen would not say his friend Jesus was Murdered on the Cross, ever. This is not Catholic logic - he might suggest that a friend who he loved dearly gave his life to save the lives of others, who were in grave danger … We've got to keep our Catholic understanding and focus strong throughout.

EXT. BASEBALL PITCH, BROOKLYN - DAY (p 33)

SEAN: Love the contrast of scenes between Fulton/Joan and Dugan/Tommy!!!!!!!

pg. 34 - DG: Monica: "Didn't they just make you Bishop?" - I know Angus has decided not to show this. Is it expo to say it? Is there something to be gained to have Spelly call Fulton up in Ranks in order to get this TV show in motion?

Edwin - DG: Are you leaving the priesthood?? (i don't get that. because Joan looks so beautiful and Sheen should marry her - SEAN: it would be in incredibly poor taste for a priest to publicly say that - I don't mind Edwin flubbing, but I think this is a fantastic opportunity for Clare to show her zeal, and correct his dumb ass.

pg. 36 - DG: Why does Broderick come see Fulton at radio station and at Nordstrom? Wouldn't it only take one summons to get a loyal subject into Spellman's office? SEAN: Let's pic one over the other.

- DG: Exiled. There would be no meeting is good foreshadowing. But, where does it come from in Sheen to ask this? Is he making a joke? Could there be a bible reference? "I suppose I'm not going to be exiled, **like the Babylonians**? SEAN: Or the Israelites.

EXT. 44TH & THE ADELPHI THEATRE - DAY (p 38)

SEAN: I think it's important to rethink, creatively and strategically, how this series of scenes play out, in reference to historically accurate accounts (as stated above in the show history notes we added)

- DuMont would have strategically placed Sheen in the graveyard slot, going up against juggernaut Milton Berle (smart producing for a show they have to put up, that they think won't make them any money)

- DuMont had no faith in Sheen's show idea, but this is an FCC compliance mandate

- DuMont would have wanted to spend as little money as possible production this show, since there would think there was no chance for a sponsor

- Spellman would think he could control Sheen's programming ideas, sending Edwin to Sheen with Marching orders

- Would be great to have Sheen carve his own path and find his own voice, against the wishes of Spellman (Three times) and challenging the experience of the Floor Director (leading up to the first show) - this was stated above as well.

NOTE: It would be a beautiful addition to have Fulton, Clare, and Joan visit Fritz Kreisler, famous composer, who wrote the show opener .. a cute fun and creative scene with music in mind, and another Sheen convert offering to lend a hand. - and it can take us out of the conflict from Spellman and DuMont, from Control and Failure, to seeing collaboration and potential, through someone in the Catholic Tribe helping out the friend that saved his soul ….

pg. 41 - great framing of the time slot. Building it's value and risk and raising the stakes for the audience.

EXT. STORK CLUB - NIGHT (p49 - 53)

Great exposition and lots of threads set up.

Some important notes:

SEAN: Clare and JFK would be friends in an alliance of power, that will include Joe Kennedy, and Fulton Sheen, in many ways - I don't think this approach of Clare in dialog effectively represents that.

It would be nice to have two Irishmen have banter - I'd love to see Kennedy offer an Irish quip to Clare, and then Sheen could offer his most excellent "Blarney/Baloney" quote .. FOR THE WIN

"*There is a difference between blarney and boloney. Blarney is the varnished truth; boloney is the unvarnished lie. Blarney is flattery laid on so thin you love it; boloney is flattery laid on so thick you hate it.*

*To tell a woman who is forty, "You look like sixteen", is boloney. The blarney way of saying it is "Tell me how old you are; I should like to know at what age women are most beautiful."*

*I once saw an Irishman get up in the subway and give his seat to a lady. She said, "You are a jewel."*

*He said, "Lady, I am a jeweler; I set jewels." That is blarney*. Mr. Kennedy, you sir, have the gift of Blarney" —Venerable Fulton J. Sheen

I don't think J. Edgar should be so idiotic, it doesn't feel right, it feels like a different character. Loud, yes, commanding, yes, offering up loudly that he has secrets on everyone? No. It's too on the nose and feels like we are holding the audience hand too much with unnecessary character development. I HATE when I see this kind of character exposition of historical figures in shows, it takes me out of the experience and is totally jarring. If Hoover is sending gossip to Winchell, saying this in public is an indictable event. There could be an intriguing conflict moment between a very nervous Winchell and a very careful Hoover. Winches even coming up to his table COULD cause a stir from the eyes in the peanut gallery, what if we show that? Hoover could have a gentle "I'll chat with you later Winchell," moment.  Clare might be able to whisper into Sheen's ear that all in the room suspect Hoover leaks intel to Winchell but no-one would dare say anything. Perhaps she is our door into Catholic power through subtle and thoughtful whispers of the cadence in the room, between all the major power players.

NOTE: A great opportunity here to have Jackie Gleason come up to their table. At that time Gleason was larger than life, to have him come up to Clare's table, to praise Sheen, in front of the whole peanut gallery .. well, with the humble set up Angus' has already created this would be a fantastic pay off. SIDE NOTE: Can Carol Burnett be with Jackie Gleason?! Sheen bests her for the Emmy win in the coming episodes, might be fun to introduce her. And he's hilarious.

INT. BROOKLYN 72ND PRECINCT HOUSE - NIGHT (p55 - 59)

SEAN: Loving all of this.

- I think there is some opportunity to lay in more conflict with show set up here: Conflict between Sheen and Floor director

Conflict between Edwin and Sheen, because of marching orders from Spellman

Conflict between DuMont and Sheen and the great unknowns ..

EXT. WEST 44TH STREET STUDIO - DAY (p60 - 64)

SEAN: I think right before this scene, we need to take a break, with Sheen, as he is finishing his holy hour in his private chapel at home .. we haven't seen it yet in the show, but it is something he does daily, his whole life, and it is important that this is reflected in the first episode. I had wrestled with where to best put this .. I feel, if we can raise the stakes with the show set up to a boiling point, where Spellman is mad at Sheen, Floor Director Edward Bunetta is mad at Sheen, DuMont has their concerns, Edwin is manipulating too hard, pressures are building mandated by the greater Catholic power etc… and then we show Sheen find his center, find his bliss, before returning to the first live broadcast.

Inserting Milon Berle, in his dressing room, with a small TV, as his makeup is being applied for his second act, would be a great way to keep him present, as they do share a fun relationship .. and a rating battle, leading up to an Emmy win in the coming episodes.

Clare Luce Boothe should be sitting with her Husband John Wilks Boothe (kidding), the Editor and Chief of Time Magazine .. in the next episodes he will put Sheen on the Cover of Time Magazine - Spellman has yet to have that honor and he will be jealous.

pg. 64  -DG: I still think it should end with "Friends..." !!!

# EXHIBIT 139

**Click to return to paragraph 115**



Sean Fahey <seanpfahey76@gmail.com>

---

## Option / "A Life Worth Living" / Dieterich Gray and Sean Patrick Fahey

**Sean Fahey** <seanpfahey76@gmail.com>      Fri, Aug 18, 2017 at 3:38 PM
To: Dieterich Gray <dieterichgray@gmail.com>
Cc: Becca Theodore <redacted>, Josh Sandler <redacted>

i leave it at your discretion Josh. We do know that last time we aired a grievance is certainly slowed the process down, and in fact did not prove in our favor, which makes me beg the question, will it get better?

To your point in the phone call, since our written grievance when I specially noted the term in our agreement you mentioned in our call yesterday, the augmentation of work flow and direction has NOT resembled a fair and level creative relationship. It is very much weighted in favor of Angua, through Joan, and Angus has proven slow and creatively conventional at best. Sure, he put scenes together - but they don't resemble in any way the tone or language of the characters or actual facts. And then, he's repeatedly sugar coated with hyperbole in conversation, or been misleading intentionally, and when confronted with creative challenge, he resorts to Joan because his agreement is with Breakthrough, not with us. This is not how I see us moving forward in any way. P so read below, know where we are. I am okay either way - either we see a script first then negotiate the relationship or we do it all now, but either way, they have to meet our terms for the sake of our show.

Regardless of this second draft, which I would love to see as soon as possible, before we sign, we still have a complete show outline to detail, and I do not want to have another experience with Joan, Angus, and Breakthrough that resembles how we've been treated thus far.

**Here is our grievance of March 2017:**

*Greetings Joan, Ira, and Ramon,*

*Happy first day of spring!*

*We know you've been in communication with Angus (cc'd) regarding status on the Sheen project and that you've received a document from Angus outlining the shape of the pilot.*

*We value Angus as a major influencer to story and think that he is a compliment to the work Dieterich and I have been writing and developing for the past four years. As far as creative collaboration and communication goes, we've been able to reshape the story, with Angus' thoughts and direction, into a better story! We are deeply grateful for that.*

*We have, however, encountered a difficulty in the process that we want to address with you so that we can all find a resolution. We wanted to ensure that the version of the pilot outline you received from Angus reflected the collaborative process that was agreed to in our agreement (line 3). Up until this point it has been meeting the spirit of "The parties agree that Optionor shall be involved in all aspects of the development and production of the Project".*

*We think Angus did a good job on the pilot outline, shaping into what could be a great start to a series, but prior to our submission to you we had asked that some key scenes be addressed and suggested some thoughts, and ideas that would help shape what we all agreed would add nuance and depth to the series and drive home many of the points Dieterich, Angus, and myself have come up with over this collaboration.*

Case 1:21-cv-03208-RA-SLC   Document 28   Filed 09/30/21   Page 248 of 508

We discussed this at length in a phone conversation with minutes from our creative meeting, last week. Angus was given thoughts and notes that we wanted included in the document for you to review, as we want input from all regarding direction, tone, ideas, etc ..

Angus did not use any of our recommended notes in the document that was sent to you, which we find disappointing and the source of this email. I raised this concern with Angus and he recommended I contact you.

This is a collaboration and the sum of all parts add to the depth and potential of the finished product. We believe this starts in development and also believe that it needs to be inclusive of our thoughts and ideas. We expect changes and adaptation and welcome them and want the collaboration to be inclusive of our creative with respect to process.

There are certain elements we don't agree with in the current document, and added elements that are missing, and we feel it important to share that. And we think it's better to be inclusive early for ideas we want included in our series, rather than our ideas feeling like changes to the plan later on.

Our intention is to be creative contributors to the idea we presented to you, that you felt was good enough to warrant a contract with Angus, to rework and make better, with us. That is where we are at and that is what we want. A creative collaboration where our input, writing, and communication, with respect to story, is represented throughout this experience.

We want to assert that this process, collaborating with Angus, has been an absolute pleasure, and we want to continue moving in that direction with him as a major creative force, supporting the greater story we all want to share with the world.

We also want to assert that our input and writing contribution is important and adds much value to the story and will continue to do so.

We welcome a conversation and catch up with you all!

Best regards,


Sean & Dieterich


[Quoted text hidden]

# EXHIBIT 140

**Click to return to paragraph 115**

 **Gmail**

**Sean Fahey** <seanpfahey76@gmail.com>

---

## Option / "A Life Worth Living" / Dieterich Gray and Sean Patrick Fahey

**Sean Fahey** <seanpfahey76@gmail.com> To:
Josh Sandler <redacted>
Cc: Dieterich Gray <dieterichgray@gmail.com>

Tue, Aug 22, 2017 at 5:32 PM

I talked with Ira,

It felt like they really want us to sign and keep it moving. But it also felt like more of the same. So I will defer to legal at this point.

We could offer them a grace period to finish a second draft to review, perhaps finding out what that looks like.

I still want to assert that our creative needs to be addressed more considerately and that the protocol with their write and our creative needs to be addressed.

Ira mentioned, "it's a collaboration or minds, and it sometimes takes longer" - I don't believe that addresses any of our concerns or how we might best move this forward, quicker, and better. In fact it sweeps our ideas under the rug.

Ira did ask what are three major things we would want to see changed in this next round, and I don't think that is enough either. We've given detailed notes, and they are good, and we've discussed at length with the writer about which areas of focus would add value. Three major sweeping generalizations I can give in an email ... would be these:

**1 - A)** Driving conflict with Sheen and Spellman is going to be set around the reality of the show, the fact that Dumont slated the show to fail, since it was essentially a money pit for them. This raises the stakes and let's us be surprised when the show succeeds - our notes have this. **B)** Driving the conflict of Sheen "going off script" and changing the convention of how a front man leads a show on "scripted" television. This is conflict between Sheen/Spellman and Sheen/Floor Director (Bunetta) - our notes have this. **C)** Bishop Sheen gay allegation rhetoric must go and Hoover and Spellman should have a Trump/Comey moment - see our notes.

**2 - A)** Tweaking the C story (per Joan) and how best to shape that conflict to reveal Spellman's power (see Joan's notes). **B)** Clare Boothe Luce - our notes have great resource to help drive this next pass for her - her language and how she relates to Sheen, Kennedy, Etc... for future episodes. **C)** -Trump / Comey parallels - see our notes

**3 - A)** Planting seeds, inspired by the current scenes, that we feel will add value to the pilot, and also add important set-ups for later episodes. - See our notes **B)** We agree that Berle tuning into Sheen on the first night would be like watching public access television. *However*, if you put Berle at the Stork Club and he witnesses Jackie Gleason send a bottle of Dom Perignon to Sheen's table... then, Berle has some context for who his new competition is and might - just might - tune-in during Berle's make-up touch-ups / half-time break. **C)** One thing we forgot to note: Sheen's holy hour, he did this every day, it needs to be shown in this episode, and in each episode in some form of another. We have planted a scene later in our notes for this.

[Quoted text hidden]

# EXHIBIT 143

**Click to return to paragraph 117**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## Sheen phone meetings

**Sean Fahey** <seanpfahey76@gmail.com>        Sat, Aug 26, 2017 at 2:38 PM
To: BEI redacted>, Ira Levy <redacted>, Dieterich Gray <dieterichgray@gmail.com>, Ramon Estevez <redacted>

Greetings and happy weekend to all!

Ira and I had a phone chat this past week, and we mentioned Josh Sandler talking with Yanae to set up a meeting to go over a few points before signing a 6 month extension with Breakthrough.

I want to thank you Ira for offering to help in any way you can to ensure our creative concerns and addressed and met. You mentioned sending some specific points that we'd want to see in the next revision. With our detailed notes, group conversation, and an hour and a half long creative conversation we had with Angus 14 days ago, we feel he is armed with all he needs. All of the main points have been reiterated several times in emails and in conversation. Also, we'd hope that any and all of these points would have been addressed by now, and that there would be another draft to read, already.

We put together some general points that paraphrase the gist from our collective conversations:

**1 - A)** Driving conflict with Sheen and Spellman is going to be set around the reality of the show, the fact that Dumont slated the show to fail, since it was essentially a money pit for them, with all the historical figures in place. This raises the stakes and let's us be surprised when the show succeeds - our notes have this. **B)** Driving the conflict of Sheen "going off script" and changing the convention of how a front man leads a show on "scripted" television, with all the historical characters in place - our notes have this. This is conflict between Sheen/Spellman and Sheen/Floor Director (Bunetta) - our notes have this. **C)** Bishop Sheen gay allegation rhetoric must go and Hoover and Spellman should have a Trump/Comey moment. Hoover should also be rethought as reserved, tactical, and calculated, rather than loose lipped and course - see our notes.

**2 - A)** Tweaking the C story (per Joan) and how best to shape that conflict to reveal Spellman's power (see Joan's notes) - we feel that the C-story is a miss, and is only valuable if it reveals Spellman's power, but we also feel that in our current historical record, there is plenty we can go on that is more closely aligned to the and previous notes related to Spellman there are so many opportunities to hit home with something more relevant - either way it needs to be addressed. **B)** Clare Boothe Luce - our notes have great resource to help drive this next pass for her - her language and how she relates to Sheen, Kennedy, Etc... for this and future episodes. **C)** -Trump / Comey parallels - see our notes

**3 - A)** Planting seeds, inspired by the current scenes, that we feel will add value to the pilot, and also add important set-ups for later episodes. - See our notes **B) example:** We agree that Berle tuning into Sheen on the first night would be like watching public access television. *However*, if you put Berle at the Stork Club and he witnesses Jackie Gleason send a bottle of Dom Perignon to Sheen's table... then, Berle has some context for who his new competition is and might - just might - tune-in during Berle's make-up touch-ups / half-time break. **C)** One thing we forgot to note: Sheen's holy hour, he did this every day, it needs to be shown in this episode, and in each episode in some form of another. We have planted a scene later in our notes for this. **D)** Catholic language and understanding - we feel it necessary to clean that up and can offer our expertise as cultural members of the Catholic faith. This goes beyond "Religious" and hits to the core of the cultural metaphor of being Catholic. Not having that authenticity is a loss.

We look forward to speaking with you early next week.


Thanks and have a great weekend,


Sean


--



seanpfahey76@gmail.com 312.342.0372
http://www.vimeo.com/seanfahey

# EXHIBIT 144

**Click to return to paragraph 118**

 **Gmail**        Sean Fahey <seanpfahey76@gmail.com>

## what's up?

**Sean Fahey** <seanpfahey76@gmail.com>        Tue, Aug 29, 2017 at 12:12 PM
To: Angus Fraser <redacted>
Cc: Dieterich Gray <dieterichgray@gmail.com>, Ramon Estevez <redacted>

We had expected seeing a draft before signing an extension and Josh will be contacting Breakthrough today with further requests on our behalf as well.

I anticipate us having a conversation about it tomorrow.

Sean
[Quoted text hidden]
--



seanpfahey76@gmail.com 312.342.0372
http://www.vimeo.com/seanfahey

# EXHIBIT 145

**Click to return to paragraph 120**

 Gmail

**Sean Fahey <seanpfahey76@gmail.com>**

---

## what's up?

---

**Sean Fahey** <seanpfahey76@gmail.com>                                    Tue, Aug 29, 2017 at 12:27 PM
To: Angus Fraser <redacted>
Cc: Dieterich Gray <dieterichgray@gmail.com>, Ramon Estevez <redacted>

That is certainly part of it and has been transparent and reflected in emails.

[Quoted text hidden]

# EXHIBIT 154

**Click to return to paragraph 22**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## ALWL info

---

**Dieterich Gray** <dieterichgray@gmail.com>                                    Sun, Jun 8, 2014 at 4:11 AM
To: Sean Fahey <seanpfahey76@gmail.com>

Great!

I found my contacts for Quinto. They pointed me toward his producing partners. I think we've got a shot. These guys are all close from college. I have their emails. He's playing Zach's direct email close to his chest because my guy is making an ask for another thing this montha nd wants to be choosey with his asks. But, said we can throw his name around with producing partner/college buddies.

D i e t e r i c h   G r a y
312.451.7973
IMDb

[Quoted text hidden]

# EXHIBIT 155

**Click to return to paragraph 23**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## ALWL info

---

**Dieterich Gray** <dieterichgray@gmail.com>
To: Sean Fahey <seanpfahey76@gmail.com>

Wed, Jun 25, 2014 at 3:41 PM

Sheen v. Spellman
http://www.sanctepater.com/2011/09/dispute-between-archbishop-sheen-and.html

Sheen's Last Words - Good Friday, 1979 - St. Agnes Church
https://www.youtube.com/watch?v=W4xFwSxGeH0


D i e t e r i c h  G r a y - IMDb
312 451 7973
G L A S S Media Lab
www.GlassMediaLab.com


> On Wed, Jun 25, 2014 at 1:02 PM, Dieterich Gray <dieterichgray@gmail.com> wrote:
>
> (hehe)
>
> D i e t e r i c h  G r a y - IMDb
> 312 451 7973
> G L A S S Media Lab
> www.GlassMediaLab.com
>
>
>> On Wed, Jun 25, 2014 at 12:57 PM, Sean Fahey <seanpfahey76@gmail.com> wrote:
>>
>> Perfect! haha .. I like his approach .. and I think we can get Zach on board, once we nail this script down .. and Martin Sheen .. and Dieterich Gray :)
>>
>>
>>> On Wed, Jun 25, 2014 at 12:53 PM, Dieterich Gray <dieterichgray@gmail.com> wrote:
>>>
>>> QUINTO:
>>>
>>> From my pal, Braden (Quinto's classmate at Carnegie Mellon):
>>>
>>> Yo homey. Been traveling - sorry for the delay. I'm actually hitting Zach up right now about funding for the show I sent you that email about. So I have to be a little precious about my asks right now...BUT - feel free to send Corey Moosa and Neal Dodson at Before the Door an email and use my name. They are his producing partners and

friends from CMU - I've been working with them since I got out to LA - hopefully they should at least look at it. BUT - only use my name if the script is good. If it's crap, use Lea's name. ; )

cm@beforethedoor.com
nd@beforethedoor.com

D i e t e r i c h   G r a y - IMDb
312  451  7973
G L A S S  Media  Lab
www.GlassMediaLab.com

On Fri, Jun 20, 2014 at 12:19 AM, Dieterich Gray <dieterichgray@gmail.com> wrote:
I love him soooooo much:

https://www.youtube.com/watch?v=zaa7I44gkgc

D i e t e r i c h   G r a y - IMDb
312  451  7973
G L A S S  Media  Lab
www.GlassMediaLab.com

On Tue, Jun 3, 2014 at 12:38 PM, Sean Fahey <seanpfahey76@gmail.com> wrote:

Here is the angel investor pitch video I put together .. it's not great .. but it works ..

https://vimeo.com/97194262
pw: sheen

attached is the ALWL treatment/pitch and investor information

To check out more about Sheen .. a good place to start is here:

http://www.archbishopsheencause.org/
http://www.sheenfilm.org/foundation.html
http://www.fultonsheen.com/
http://en.wikipedia.org/wiki/Fulton_J._Sheen

--

# EXHIBIT 156

**Click to return to paragraph 21**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## Fwd: Sheen Books at Central Library

---

**Dieterich Gray** <dieterichgray@gmail.com>         Wed, Jun 25, 2014 at 8:11 PM
To: Sean Patrick Fahey <seanpfahey76@gmail.com>

I went Hollywood and West LA branches and no dice. These are the research texts I'm interested in a few are authored by Sheen. Most are not. Any chance you're near downtown before 8pm tonight? Or should we wait til 10am tomorrow and depart from Library at 10:20a? That might be wise. Miss rush hour to SD.

D i e t e r i c h  G r a y / **GLASS Media Lab**

312.451.7973 / [www.glassmedialab.com](http://www.glassmedialab.com)

sent from my iPhone

Begin forwarded message:

> **From:** Dieterich Gray <dieterichgray@gmail.com>
> **Date:** June 25, 2014 at 1:41:25 PM PDT
> **To:** Dieterich Gray <dieterichgray@gmail.com>
> **Subject: Sheen Books**
>
> Sheen Books:
>
> Life of Christ
>
> 232.9 S541-1 1990
>
>
> The Quotable Fulton Sheen
>
> 282 S5414-7
>
>
> Those Mysterious Priests
>
> 262.14 S541

The Passion of Fulton Sheen

282.092 S541No-1

Missionary with a mike: the Bishop Sheen story

282.092 S541No

This is the Holy Land, a pilgrimage in words and pictures

956.9 M889-1

This is Rome : a pilgrimage in words & pictures

945.6 S541

Life is worth living

248 S541-3

Communism and the conscience of the West

335.4 S5415

Characters of the Passion ...

232.96 S541

# EXHIBIT 157

**Click to return to paragraph 24**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

# Dumont

**Dieterich Gray** <dieterichgray@gmail.com>                                    Sun, Jun 29, 2014 at 5:59 PM
To: Sean Fahey <seanpfahey76@gmail.com>

Soooo, a bishop, a minister, and a rabbi walk into a television studio:

http://www.catholicjournal.us/2013/06/01/a-journey-to-sainthood-the-living-legacy-of-archbishop-fulton-j-sheen/

*"In 1951, the DuMont Television Network produced a series of religious programs featuring a Protestant minister, a Jewish rabbi and a Catholic bishop, rotating on a weekly basis. While the other shows failed to attract listeners, Bishop Sheen's segment, aptly called Life Is Worth Living, was a sensation."*

*"His main competition, Milton Berle, known to his fans as Uncle Miltie, quipped that they both work for the same boss, Sky Chief Supreme. This was a reference to a grade of gasoline produced by Berle's sponsor, Texaco. Not to be outdone, Sheen said people could start calling him Uncle Fultie."*

*"In their relentless drive for equality feminists have lowered standards of conduct."*

*"Sheen was well known for his celebrity converts. His impressive list of lapsed Catholics whom he guided back to the Church included columnist Heywood Broun, doctrinaire communists Elizabeth Bentley, Bella Dodd and Louis Budenz, industrialist **Henry Ford II**, the diplomat **Clare Booth Luce**, wife of Time/Life publisher Henry Luce, and comedian **Jackie Gleason**. These luminaries were merely the tip of an iceberg of Catholics who bent a supplicant knee under his charismatic sway."*

*"He entered the political fray by opposing the Vietnam War in 1967 and was active in the civil rights movement. Both public stances alienated him from his flock, causing a period in his life that had to have a purgatorial effect on his soul. One month after celebrating his 50th anniversary as a priest, Sheen resigned as head of the Rochester Diocese and was summarily appointed Archbishop of the Titular See of Newport (Wales) by Pope Paul VI."*

Dieterich Gray - IMDb
312 451 7973
GLASS Media Lab
www.GlassMediaLab.com

# EXHIBIT 158

**Click to return to paragraph 27**



Notes - The Passion of Fulton Sheen

Sean Fahey <seanpfahey76@gmail.com>

# Notes - The Passion of Fulton Sheen

**Dieterich Gray** <dieterichgray@gmail.com>
To: Sean Patrick Fahey <seanpfahey76@gmail.com>

Tue, Jul 15, 2014 at 12:55 PM

Sheen Notes / The Passion of Fulton Sheen

Vietnam war: re: Spellman's cry for total victory, buttons appeared saying "Draft Spellman".

Spellman and Diem (has a bishop brother) are old friends. Spellman supported him early on. Noonan asks why Spellman turned on Diem and called for US victory.

Diem's bro, Bishop Thuc, politicks in Vatican. Pope Paul kicks him out. He comes to New York, Spellman won't meet with him (cuz he's "annoyed" with Diem) sends word to Sheen encouraging him not to meet with him. Sheen has Thuc over for lunch ;)

Noonan says peeps didn't like him at Vatican 2 especially priests. They thought he was too dramatic , preaching to choir,histrionic. Not the orator-worshipping audience depicted in the doc.

Ordained In Rome cuz he didn't want Spellman to officiate.

Never used notes to give a speech. Except on catholic hour when he was required to provide a text for producers. Believed a preacher uses notes is as effective as man proposing to girl from a notebook.

Used a stopwatch? What was his timer? We should emphasize this.

Good Friday, Westmintrr Cathedral in London sheen sermons "the seven last words" to 20,000 people mostly overflowed into street.

Developes his resonant baritone while he Chaplains orphanage at CUA. Wakes up 5am every morning. Walks to orphanage. Gives sermons to the trees and telephone poles on walks. Develops resonant tone.

Another golden voiced radio priest Charles Coughlin of Detroit. Rolled R's, alliteration. Some say a better preacher than Sheen. Had political bent. Spoke against Roosevelt. Was silenced. Some say by Spellman (who was a pal of Roosevelt)
Passion pg. 53

Adelphi Theatre (broadcast of LIWL). Dumont offers premiere broadcast for free opposite Berle, Sinatra.
Showtime 'Tuesdays at 8pm' (possible title/subtitle)

Uncle Fultie/ Uncle Miltie

We should see some of the living rooms in homes as they tune-in. What are they up to? Family with rowdy kids suddenly calms down, priests sitting down to supper together, men playing poker, ladies having a Tupperware party.

# EXHIBIT 164

**Click to return to paragraph 38**



Sean Fahey <seanpfahey76@gmail.com>

---

## Re: ALWL - Kate Contact Info

**Dieterich Gray** <dieterichgray@gmail.com>                                      Fri, Feb 12, 2016 at 3:03 PM
To: Sean Fahey <seanpfahey76@gmail.com>

Seany,
Attached is a very slightly updated FDX & PDF of script. I the Title page and a few typos within the body. Also, the WGA registry # you had on the title page does not match the WGA # on the registry receipt you attached in this initial email. I updated that on the title page.
DG

D i e t e r i c h   G r a y
312-451-7973 // IMDb // Reel
G L A S S   Media  Lab
www.GlassMediaLab.com

On Mon, Feb 8, 2016 at 6:37 PM, Sean Fahey <sfahey@windowmirrorinc.com> wrote:
> Tom thanks for facilitating this email!
>
> Hey Katherine! How are things in LA?? I hope you're busy and swimming in creative waters on a few good deals.
>
> Happy to introduce you to Dieterich Gray, dear friend, and writing partner par excellence.
>
> A Life Worth Living update as follows...
>
> We've rewritten the pilot episode and have reworked the pitch deck to reflect a 6-part mini series. Roman Estevez has been a big help over the past few months, offering insight, and is happy with our new version.
>
> Last year he produced a remake of Ann of Green Gables for Canadian TV and subsequently Masterpiece Theatre/PBS has picked up to air on a Sunday night prime time slot in April. He produced with Breakthrough Entertainment, a Canadian company.
>
> He's sent our pilot and pitch deck to one of their EPs who likes our direction and we are currently in a round two with them, meaning she is actively going to start seeking financing. Leading up to that, in the coming weeks, there will be a negotiation for how this film will get made, and the level of our involvement.
>
> I anticipate them wanting to bring in an A List show runner and probably some directors to add value to the investment. Our challenge is to secure a fair option, retain our writers status on the project, and seek for producers credits, for Dieterich Gray and I (he's my writing partner). Since this is my project I am wanting to advocate for "created by" to be my name, but if that is a hard line against it getting made, I will want to ask for more points, to make fair me selling that well-deserved credit.
>
> The big take away here is, we want to write this, and make it amazing, and be a presence on set as producers, even it it's only ceremonious. We think playing ball with this one, to get it made, could translate to a lot more high end work if we play our cards right, and I am open to collaborate and come up with a deal that is fair for us, but that will also give them the needed leverage to finance.
>
> Not something I want to get wrapped up in legal minutiae that will stifle the development process, but seek for a swift and amicable deal.

NOTE: we want to make sure Dieterich is in consideration for a roll in the series as well.

I think with the coming scripted show, Risen, with Ralf Feines, and a few other Catholic docs that are making waves, we are riding a wave in a thriving market in an up tick.

When it comes time to make the deal I will want your help and your presence to help vet us, and secure a top notch and fair deal for all. This is going to be a good project to grow together. Ramon and I have talked about taking this with Breakthrough Entertainment to Mark Burnett and Roma Downey - and if Mark Burnett wants the "Created by" then I will give that - but what I get in return needs to be substantial.

A six part mini series can garner 30K//episode for writing and then we will have to think about producing points.

Attached is the new script and deck for you to look at, as well as the WGA copyright.

Let me know what you think of the new body of work and let's all get excited! Ramon is flying to Toronto end of week and will be meeting with excecs from Breakthrough Entertainment Monday the 15th. At that point we will learn more, and Ramon is prepped as to what needs to be said. He's good and on our side, but also on the side of getting this financed, meaning we need to play ball, which we will.

Let's all have a chat about this later on in the week after you've had a chance to review the new pages.

Looking forward to revisiting with you both!


Sean


On Mon, Feb 8, 2016 at 12:49 PM, Katherine Imp <redacted> wrote:
> Tom- thanks.
>
> Sean- hi!! Tom has been keeping me updated on your projects. Happy to help in any way I can.
>
> Thanks,
> Kate
>
> **Katherine M. Imp, Esq.**
> redacted
>
> On Mon, Feb 8, 2016 at 10:26 AM, Tom Canepa <redacted> wrote:
>
>> Sean  -  Here is Kate's email.
>>
>>
>> Please copy us both on the email.

Thanks,


Tom


Thomas V. Canepa, Esq.
CANEPA PC
redacted


**Please consider the environment before printing this email.**

The pages accompanying this e-mail originate from the law firm of Canepa PC, and may be confidential and/or privileged pursuant to the attorney-client privilege and work-product doctrine. The information is intended for the use of the individual or entity named. It is prohibited for anyone else to disclose, copy, distribute or use the contents of this message if you are not the intended recipient. The contents may not be copied or distributed without this disclaimer.  Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free. Canepa PC and Thomas V. Canepa accept no responsibility for any loss or damage arising in any way from its use. If you received this message in error, please delete the message and advise the sender by reply e-mail or notify us immediately at (312) 464-9811. All personal messages express views solely of the sender, which are not to be attributed to Thomas V. Canepa.

The information in this electronic mail message is the sender's business confidential and may be legally privileged. It is intended solely for the addressee(s). Access to this internet electronic mail message by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited and may be unlawful.

The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender's employer is not liable for any loss or damage arising in any way from this message or its attachments.

--

**2 attachments**

📄 **ALWL_2_12_16_sean_dieterich.fdx**
285K

📄 **ALWL_2_12_16_sean_dieterich.pdf**
143K

# EXHIBIT 165

**Click to return to paragraph 39**

 Gmail

Sean Fahey <seanpfahey76@gmail.com>

---

## Dieterich in Peoria April 10

---

**Dieterich Gray** <dieterichgray@gmail.com>
To: Sean Fahey <seanpfahey76@gmail.com>

Mon, Mar 21, 2016 at 1:47 AM

Perf.

Let me start looking at flights/plans/fam.

> On Sun, Mar 20, 2016 at 8:43 PM, Sean Fahey <seanpfahey76@gmail.com> wrote:
>> I think if you flew here, we could shoot a brand new vignette and post it literally the day before - It would take probably 8 hours to edit together, to fine cut. easy peasy - building on what was already done .. not reinventing the wheel with sheen footage - just adding you and I ... and doing it well. We could do it in Chicago, then travel down together. I even have a guy in Peoria we could film with ..
>>
>> On Sun, Mar 20, 2016 at 8:34 PM, Dieterich Gray <dieterichgray@gmail.com> wrote:
>>> It's great.
>>> Let's shoot a new vignette, yaw?
>>>
>>> D i e t e r i c h  G r a y
>>> 312-451-7973  //  IMDb  //  Reel
>>>
>>>
>>> On Sun, Mar 20, 2016 at 4:51 PM, Sean Fahey <seanpfahey76@gmail.com> wrote:
>>>> I think the plan is..
>>>>
>>>> April 10th
>>>> A night about Venerated Bishop Fulton Sheen.
>>>> A fundraising even for an upcoming mini-series.
>>>>
>>>> Producers, Sean Patrick Fahey and Dieterich Gray, members of the Peoria Diocese, living in Los Angeles,
>>>> are currently writing a biopic mini-series chronicling the life of Peoria's own, Fulton Sheen.
>>>>
>>>> Lets celebrate the life of Venerated Bishop Fulton Sheen, and learn these filmmaker's journey to get from concept to screen, where they are in this project, where they are going.
>>>>
>>>>
>>>> Doors open at 6pm.
>>>> Reception and light refreshments from 6-6:30.
>>>> Screening of a short vignette about the project.
>>>> Followed by a Q&A with the filmmakers.

On Sun, Mar 20, 2016 at 5:21 PM, Dieterich Gray <dieterichgray@gmail.com> wrote:
I think that's doable.
Can you give me more details?


D i e t e r i c h   G r a y
312-451-7973  //  IMDb  //  Reel
G L A S S   Media  Lab
www.GlassMediaLab.com

On Sun, Mar 20, 2016 at 12:08 PM, Sean Fahey <seanpfahey76@gmail.com> wrote:
Hey Habibi,

I need to put a retainer down for the space for April 10, Apollo Theatre. I am only going to do this if you are able to join me. Is this a realistic expectation?


Hope Sweeden is AMAZING


Seany

--



seanpfahey76@gmail.com 312.342.0372
http://www.vimeo.com/seanfahey

--

# EXHIBIT 166

**Click to return to paragraph 44**



Sean Fahey <seanpfahey76@gmail.com>

---

## discussion points

---

**Dieterich Gray** <dieterichgray@gmail.com>            Tue, May 31, 2016 at 4:59 PM
To: Angus Fraser <redacted>
Cc: seanpfahey76@gmail.com

Angus!

You are speaking our language, compadre.

I don't know if I coined this or if I've stolen it from someone along the way... Sheen is/was the Liberace of the Catholic Church. But, we thought rather than pushing the gay angle, as there is no evidence of it, we could gently imply that his proclivity for the finer things and draping himself in silken regalia and the charisma he exudes might leave viewers to draw their own conclusions.

That said, Spellman regularly sending his driver to pick up a certain Broadway chorus boy from the stage door is super juicy and we should explore that whole heartedly.

I'm free for a call tomorrow from 11a-12:30p and from 1:30p - 6:30p PST.

Let me know,
D


D i e t e r i c h  G r a y
312.451.7973
[Quoted text hidden]

# EXHIBIT 167

**Click to return to paragraph 56**



Sean Fahey <seanpfahey76@gmail.com>

---

## discussion points

---

**Dieterich Gray** <dieterichgray@gmail.com>
To: Sean Fahey <seanpfahey76@gmail.com>
Cc: Angus Fraser <redacted>

Sat, Jun 4, 2016 at 4:22 AM

Hey, Busy Fingered Boys!

Well, if moving your family and 60 boxes to another state makes you a man, what does it make you if you move just yourself and only 36 boxes to your new cottage in the same city, a mere 10 blocks away? Exhausted. And way whimpier than Sean. That's what it makes you.

I've been catching up on all your correspondence and links to articles. So much juiciness in here, gents. It's great to come back to our man, Sheen. By golly, can he craft a sentence?

I, too, want to get cooking on themes, outline & structure, and the elusive question: "what's it about?". I think in the piece Sean & I created - which invigorated us all to come together - it's about two men, each with their own challenge: Paul (our journalist) wants to gain back his sense of self and purpose after being lost and forgotten (by his government, his job, himself) and Sheen, who at the end of a lifetime of conversions (ie, showing people that they are being "plucked from above") and never feeling he's done enough, needs to open the most hardened of hearts to the grace of God before he dies. If we truly are starting from scratch, then I suppose the field is wide open to forage for the answer to "what's it about". But, I do know that Ira & Joan expressed interest in the Journalist / Aging Holy man dynamic. But, I'm open. Whatever feels right to us.

Speaking of conversions, Sheen was responsible for so many, including famous people of the day. My fave is Ambassador, Claire Booth Luce. A great VF article here: http://www.vanityfair.com/style/society/2014/07/clare-boothe-luce-marriage-ambassadorship

I would also like to get a sense of where they think this lands: HBO, Network, Hulu... If it's dark-storied, premium cable they'd like to pitch, I've been watching 'Vinyl' (similar era), aaaaannnd... we're going to need to add a lot more blood and coke.

On that note, I'm calling it a night for now. I'm sooo looking forward to Monday.

Sweet dreams,
D

Dieterich Gray
312-451-7973
[Quoted text hidden]

# EXHIBIT 168

**Click to return to paragraph 59**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## discussion points

---

**Dieterich Gray** <dieterichgray@gmail.com>                                    Sun, Jun 5, 2016 at 4:04 PM
To: Sean Fahey <seanpfahey76@gmail.com>
Cc: Angus Fraser <redacted>

Dayum! Nice watching library.

I'm off to sing in my glee club concert (no joke).

Looking forward to seeing you guys tomorrow.

Trying to work out din for tomorrow night. But, I might have to push to Tues for nighttime hang/talk/nosh/sip. I hope that can work.

Dieterich Gray
312.451.7973
[Quoted text hidden]

# EXHIBIT 169

**Click to return to paragraph 65**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

## Option / "A Life Worth Living" / Dieterich Gray and Sean Patrick Fahey

**Dieterich Gray** <dieterichgray@gmail.com>                                                      Thu, Sep 1, 2016 at 2:30 PM
To: Josh Sandler <redacted> Cc: Sean Fahey
<seanpfahey76@gmail.com>

Well, yes, in a sense.

I'm asking if we need to delineate now that Angus is a gun-for-hire and he's being paid to do a service. Whereas, we will have given our creative seed and IP in exchange for no payment. If they fail at their shopping endeavor, and
we're in a position to purchase back, I would think that we should already own a portion of the new creative for having invested sweat equity rather than being paid for our service.

Is this reasonable? If so, should it be included in the document? If included, will it further hold up the proceedings?
We are sincerely interested in your opinion on this.

Best,
D

D i e t e r i c h   G r a y
312-451-7973

On Thu, Sep 1, 2016 at 11:16 AM, Josh Sandler <redacted wrote:
> So they would therefore sell it back at a discount?

> On 9/1/2016 1:02 PM, Dieterich Gray wrote:

>> I understand all of those things to be true.

>> However, there is a lot of language around BFTV selling back the creative to us. What I'm suggesting is that, because we were not "hired" to do a creative service (like Angus is), then, if they can't do anything with the
>> creative and they want to "sell" it back to us, we already own a percentage of it because we invested sweat equity in the creative. Is this inherent in the current document?

>> D i e t e r i c h   G r a y
>> 312-451-7973

>> On Thu, Sep 1, 2016 at 9:49 AM, Josh Sandler <redacted> wrote:
>>> Hi.  I'm not sure I understand when you say you will stake an ownership claim.  That will happen just by virtue of 1) their basing the new script on your script and/or 2) you contributing to the new script.  So, if the
>>> concern is their ability to move forward without you after the term, they will not be able to do that.  I can make that clearer, if that is in fact the concern.  Let me know.

>>> Thank you!

>>> Josh

>>> On 9/1/2016 12:45 PM, Dieterich Gray wrote:

>>>> Hi Josh,

>>>> One more point occurred to us. We certainly don't want to hold up the process with this, so please use your discretion on whether or not to carry it on.

>>>> In Article 5, there is a lot of language around what BFTV may pay for the option or development of creative materials. We know they are paying this third party, Angus Fraser, to write a new pilot. They
>>>> are not paying us anything. However, as the next few months roll on, we - Sean & Dieterich - will be involved in the creative alongside Angus. They have sometimes referred to us as "consultants". If
>>>> the pilot gets written (with a substantial share of our contribution) and BFTV can't get it sold or distributed and doesn't renew the timeframe, then, we (Sean & Dieterich) should be able to stake an
>>>> ownership claim in in the creative in the amount of our percent of contribution since there were no monies awarded to us in the development process.

>>>> If you see this as an appropriate time to include in the negotiation, without holding up the proceedings with tons of red flags from their legal department, please do so. If this is already covered in the
>>>> document, please disregard. If this is barking up the wrong tree, please disregard.

>>>> Thanks,
>>>> Dieterich

>>>> D i e t e r i c h   G r a y
>>>> 312-451-7973

On Thu, Sep 1, 2016 at 8:56 AM, Josh Sandler <redacted> wrote:
My remaining comments are attached, in advance of our call.  Thanks.

On 8/5/2016 5:13 PM, Sean Fahey wrote:

I'm not sure how we want to approach that. If they don't use our script they are essentially taking our creative property away, It seems to me that is the case, and I am not agreeable to the titles and ownership arrangement they had in place in last contract, nor am I trying to give away the farm for nothing. What are your thoughts?

On Fri, Aug 5, 2016 at 4:02 PM, Josh Sandler <redacted> wrote:
I spoke with him.
He's going to try to rework the original agreement.
He mentioned that they are not using your script...and that is the issue.
But he's going to get me something new.

On 8/5/2016 4:12 PM, Sean Fahey wrote:

Thanks for keeping on them and looking forward to learning that their deal is.

On Fri, Aug 5, 2016 at 2:36 PM, Josh Sandler redacted wrote:
Playing some phone tag with the lawyer.
I actually just tried him back and left a voicemail.

On 8/5/2016 3:33 PM, Sean Fahey wrote:

Hey Josh,

Wanted to check in before the weekend to see if there was any traction.

On Wed, Aug 3, 2016 at 10:26 AM, Josh Sandler <redacted> wrote:
I left word for Nghia and will let you know when I hear back.  Thanks.

On 8/1/2016 10:57 AM, Sean Fahey wrote:

Guys,

I'm looking at this agreement in detail this afternoon. I think we would want to hold firm on executive producer credits and original story by, and all the rights pertained by those titles. We would also want the title of professional writer on episodes and or written by -that can happen later I think but asserting our rolls with respect to rights.

Also they seem to be advocating for 12 months. On an if/come I feel more comfortable with 6mo from completion of written pilot.

Should they want to work with us, with these amendments (and others potentially upon further review), I think we will be good to go.

Let me know your thoughts with respect to these requests and I look forward to chatting.

On Sun, Jul 31, 2016 at 11:32 PM, Sean Fahey <seanpfahey76@gmail.com> wrote:

Hey guys,

Where are we with a call tomorrow?

Sean

On Fri, Jul 29, 2016 at 7:22 PM, Dieterich Gray <dieterichgray@gmail.com> wrote:

Updated availability for Dieterich Gray:

Mon 12:30p - 4:30p PST
Tues 9am - 5pm PST

Thx,
Dieterich

D i e t e r i c h  G r a y
312.451.7973

On Jul 29, 2016, at 3:46 PM, seanpfahey76@gmail.com wrote:

> I will be available 8am-1pm 4pm-5pm CST Monday
>
> And then Tuesday 8am-10am and after 4pm
>
> Sean
>
>
> Sent from my iPhone

On Jul 29, 2016, at 5:36 PM, Trent Bielen <redacted> wrote:

> Hi Sean and Dieterich,
>
> Please let me know what times work for you on Monday. As Josh's Monday is a little hectic as of now, please let me know your availability for Tuesday as well.
>
> Thanks,
> Trent
>
>
> **Please note my new e-mail address**
>
> Trent Bielen
> |
> _____
>
> This communication may be subject to attorney-client privilege
> and contain confidential information
> intended only for the individual or entity named above. If you
> are not the intended recipient, or
> the employee or agent responsible for delivery to the intended
> recipient, you are hereby notified
> that any review, distribution or copying of this communication
> is strictly prohibited. Please advise
> us if you received this communication in error so we may
> redeliver it to the intended recipient.
> Thank you.
>
>
> On 7/29/2016 5:00 PM, seanpfahey76@gmail.com wrote:

>> I'd like to discuss Monday. When is best to talk to you?
>>
>> Sent from my iPhone
>>
>> On Jul 29, 2016, at 3:59 PM, Josh Sandler
>> <redacted> wrote:

Hey guys.  They sent over a whole new agreement
-- see below and attached.  I have not had a
chance to review it yet.  Let's find a time to discuss
next week.

Thanks,
Josh


-------- Forwarded Message --------

| | |
|---|---|
| **Subject:** | RE: Option / "A Life Worth Living" / Dieterich Gray and Sean Patrick Fahey |
| **Date:** | Tue, 26 Jul 2016 16:09:07 -0400 |
| **From:** | Nghia Nguyen redacted |
| **Reply-To:** | redacted ent.com |
| **Organization:** | Breakthrough Entertainment |
| **To:** | redacted,redactedm |
| **CC:** | 'Ira Levy' redacted, 'Yenae Tesfai' redacted 'Joan Lambur' redacted, 'Titania Plant' redacted |

Josh, I wanted to take this opportunity to introduce
myself, as counsel at Breakthrough.


After looking at the initial agreement we sent to
you, and speaking with the producers here, we
realized we sent you an agreement that is less
suited for the project.  The pitch option we sent you
would only be relevant if we were actually pitching
the script that Sean and Dieterich put together.
Instead, since Angus Fraser, the writer/producer
that the guys met with in LA, is looking to revamp
and rework the idea, we realized that a different
form of rights agreement would be more
appropriate for the project.


To that end, please find attached a rights
agreement with Sean and Dieterich for the
property.  Quite a few concepts are still nebulous
(amount of compensation, percentage of net
profits, etc.), but the basic concepts are still there:
the fact that we want the guys to be involved
throughout production and that we want to make
sure they are properly compensated for their
contributions to the project.


If you'd like to have a call to go through the change,
let us know.  Since I am concurrently circulating this

internally, Breakthrough reserves its rights of
further comment and change.


Nghia


**Mr. Nghia D. Nguyen**

Vice-President and General Counsel


**Breakthrough Entertainment**
35 Britain Street, 3rd Floor
Toronto Ontario M5A 1R7

t/ 416.766.6588 x 331

f/ 416.363.9726

www.breakthroughentertainment.com


**From:** Yenae Tesfai
[redacted] **Sent:** Tuesday, July 12, 2016 7:47 PM
**To:** Joan Lambur; Nghia Nguyen; Titania Plant
**Cc:** Ira Levy
**Subject:** Fwd: Option / "A Life Worth Living" /
Dieterich Gray and Sean Patrick Fahey



Yenae Tesfai


Begin forwarded message:

> **From:** Trent Bielen redacted
> **Date:** July 12, 2016 at 7:04:39 PM
> EDT
> **To:** redacted
> redacted
> **Cc:** Josh Sandler redacted
> seanpfahey76@gmail.com,
> dieterichgray@gmail.com
> **Subject: Option / "A Life Worth
> Living" / Dieterich Gray and Sean
> Patrick Fahey**
>
> Hello Ira and Yenae,
>
> On behalf of Joshua Sandler, please
> find attached his comments to the
> above-referenced agreement. Please
> review and let us know if you have
> any questions or concerns. As we are
> also sending the attached to our client
> for concurrent review, we must
> reserve all rights to comment and

request changes.

Best,
Trent

--
_____

Trent Bielen
Assistant to Joshua Sandler
Gray Krauss Stratford Sandler Des
Rochers LLP
Attorneys At Law
207 West 25th Street, Suite 600
New York, NY 10001
Tel: 212-966-6700
Fax: 212-966-6051
www.gksd-law.com

<Rights agreement - Bishop Sheen Project (draft
#1).docx>

--

seanpfahey76@gmail.com 312.342.0372
http://www.vimeo.com/seanfahey

--

seanpfahey76@gmail.com 312.342.0372
http://www.vimeo.com/seanfahey

--
**Please note my new e-mail address**

Josh Sandler
Gray Krauss Stratford Sandler Des Rochers LLP
207 West 25th Street, Suite 600
New York, NY 10001
Tel: 212.966.6700
Fax: 212.966.6051
www.gkssd.com
_____

This communication may be subject to attorney-client privilege and contain confidential information
intended only for the individual or entity named above. If you are not the intended recipient, or
the employee or agent responsible for delivery to the intended recipient, you are hereby notified
that any review, distribution or copying of this communication is strictly prohibited. Please advise
us if you received this communication in error so we may redeliver it to the intended recipient.
Thank you.

# EXHIBIT 170

**Click to return to paragraph 138**

 **Gmail**                                                                                  **Sean Fahey <seanpfahey76@gmail.com>**

---

## Sheen reading list

---

**Dieterich Gray** <dieterichgray@gmail.com>                                              Thu, Oct 6, 2016 at 1:34 PM
To: Angus Fraser <redacted>
Cc: Sean Fahey <seanpfahey76@gmail.com>

Looking forward to it!

Love that Kennedy quote. It does feel like he is either in bed with, perceived to be in bed with or avoiding being in bed with Cardinal Spellman. Great find.

Talk soon,
D


D i e t e r i c h   G r a y
312.451.7973
[Quoted text hidden]

# EXHIBIT 171

**Click to return to paragraph 72**

 **Gmail**

**Sean Fahey <seanpfahey76@gmail.com>**

---

## question

---

**Dieterich Gray** <dieterichgray@gmail.com>                                Sat, Oct 8, 2016 at 3:52 PM
To: Sean Fahey <seanpfahey76@gmail.com>
Cc: Angus Fraser <redacted>

I can't find a record of an *official* board of Cardinals or advisors that the Pope would have consulted for such a case as the Sheen/Spellman Milk Fund conflict. But, I can point to Pope Pius' closest confidants during that time. Most interestingly, Mother Pascalina Lehnert who was his housekeeper and confidant for 41 years until his death.

Another interesting fact during our Milk Fund dispute: Pius took ill for four years before his death during which time Sheen and Spellman come to him for a decision. Pius is undergoing cell-rejuvenation treatments and suffers from vivid hallucinations. It is said "Pacelli's (Pius') blood-curdling screams could be heard throughout the papal apartments." He makes a very calm and clear headed decision before our two men amid these horrific spells.

**Pope Pius XII - Quick Timeline**

<u>1939</u> -
-Pope Pius XII elected to the papacy
-WWII Begins - Pius referred to as the "Pope of WWII" and sometimes as "Hitler's Pope"
-Pius appoints friend Spellman as Archbishop of New York

<u>1945</u> - WWII Ends

<u>1946</u> - Pius creates Cardinal Spellman

<u>1954</u> - Pius takes ill (given controversial cell rejuvenation treatments. Side effect: hallucinations)

<u>1957</u> - Milk Fund dispute between Sheen / Spellman. (Pius addresses them during his illness.) It is said, "Pacelli's blood-curdling screams could be heard throughout the papal apartments"

<u>1958</u> - Pope Pius XII dies // His embalming is botched and his body decomposes before the eyes of the attendees of his funeral.


**Closest confidants / advisors:**


**Msgr. Domenico Tardini** (Cardinal Sec. of State)



**Cardinal Augustin Bea** (Pius' sole personal confessor)



**Mother Pascalina Lehnert** (41 years housekeeper & confidant -- later referred to as "La Popessa")



**Dr. Riccardo Galeazzi-Lisi** (personal physician / total hack / later dismissed from Papal service)



Botched Embalming of Pope Pius XII - In the intense heat of Castel Gandolfo (the Papal vacation castle outside rome) Dr. Galeazzi-Lisi claimed to have used the same system of oils and resins, with which the body of Jesus Christ was preserved. He covered the corpse with a plastic bag, inside which he placed herbs and spices. Virtually eliminating the air circulation, he dramatically accelerated the anaerobic putrefaction. According to the press, the body literally decomposed before the eyes of the mourners, during the procession from Castel Gandolfo to Rome. Despite Galeazzi-Lisi's efforts, decomposition was unstoppable: the Pope's chest exploded due to gaseous accumulation, the nose and fingers fell off and the skin turned from yellowish to a morbid black. The stench was so acrid that more than one Guard fainted.

Dieterich Gray
312-451-7973
[Quoted text hidden]

# EXHIBIT 172

**Click to return to paragraph 78**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## SHEEN - Moving Forward

**Dieterich Gray** <dieterichgray@gmail.com>                                        Fri, Dec 30, 2016 at 3:45 PM
To: Sean Fahey <seanpfahey76@gmail.com>
Cc: Angus Fraser <redacted>

Gents,

Excited to move the ball forward.

**JANUARY TARGETS:**
-Bi-Weekly Phone Meetings
-Reading & Research
-Pilot & Series Outlines
-Pitch to Ramon/Ira/Joan

Some notes from our meeting today:

DIAGRAMS: - of Catholics // of Power Brokers
Sheen
Spellman
JFK
Wild Bill Donovan
McCarthy
Roy Cohn
Hoover
Dulles

3 Natural Antagonists Emerge

How did the Catholic Church feel about Sheen's show? It's success? It's commercialism?

**What's the show about? What's the structure?**
     -Sheen & the rise of Evangelism
     -Sheen's human struggle // His close brushes with God // His fight against internal-external foes // His dark moments // His walk-on-water moment
     -Shakespearean: the rise and fall of powers: cardinals / presidents / popes
     -Do we tell it through the eyes of an old and dying man?
     -Or around a man at the height of his career: Hwood / NYC / D.C.

Possible Openers:
     -Open on Sheen's show -> Lights, Camera, Action
     -Open in a huge Cathedral in Rochester. An aging Sheen presides over a nearly empty room. Parishoners 80+ yrs old. Smash back 30 years to the height of the Catholic Church / height of our man.

Spellman liked young boys. "That's appropriate... There's all those elementary schools named after him."

Secret College of gay Cardinals in the Vatican

On Sun, Jun 5, 2016 at 2:04 PM, Dieterich Gray <dieterichgray@gmail.com> wrote:
   Dayum! Nice watching library.

   I'm off to sing in my glee club concert (no joke).

Looking forward to seeing you guys tomorrow.

Trying to work out din for tomorrow night. But, I might have to push to Tues for nighttime hang/talk/nosh/sip. I hope that can work.

D i e t e r i c h   G r a y
312.451.7973

On Jun 5, 2016, at 12:39 PM, Sean Fahey <seanpfahey76@gmail.com> wrote:

> Lastly...
>
> This remembrance has some beautiful footage of Sheen being embraced by PJP2 ..
>
> http://www.nbcnews.com/watch/nbcnews-com/flashback-remembering-archbishop-fulton-sheen-325678147637
>
>
> On Sun, Jun 5, 2016 at 2:20 PM, Sean Fahey <seanpfahey76@gmail.com> wrote:
>
>> Hi friends,
>>
>> Some fun in-flight nibbles getting into our week of story-craft...
>>
>> http://www.imdb.com/name/nm0790679/
>>
>> Sheen on Whats my Line
>> https://www.youtube.com/watch?v=ytaUU1bC6cU
>> https://www.youtube.com/watch?v=T74qnT7WFZw
>>
>> Merv Griffen Show
>> http://www.imdb.com/title/tt2126137/
>> Richard Pryor was also a guest that episode.
>>
>> https://www.ovguide.com/tv_episode/dean-martin-celebrity-roast-season-1-episode-25-joe-namath-391973
>>
>> https://www.youtube.com/watch?v=IM-TKVyfAfk
>>
>> https://www.classicfriarsroasts.com/
>>
>> http://www.archbishopfultonsheencentre.com/Scrapbook.html
>>
>>
>> Some fantastic Fulton Sheen write-ups
>>
>> http://www.revcjconner.com/?p=107
>>
>> http://www.revcjconner.com/?p=127
>>
>>
>> Sheen to Germany
>>
>> http://www.stripes.com/news/bishop-sheen-fears-russian-a-bungle-may-crack-planet-1.24348

http://allpassingthings.blogspot.com/2014/10/fulton-sheen-pope-pius-xii-and-nazis.html

Sheen on Fanatics

http://shaunkenney.com/2012/12/bishop-fulton-sheen-on-fanaticism/

Some Sheen "facts"

http://www.catholicnewsagency.com/blog/15-fun-facts-from-archbishop-fulton-sheens-fbi-file/

On America's Bishop

http://www.c-span.org/video/?c2427942/clip-americas-bishop

The Man who Knew Communism

https://www.youtube.com/watch?v=K8qqZup3Bg4

Communism is the scavenger of decaying civilizations ..

https://www.youtube.com/watch?v=TZAc1A3bYiY

All history is economically determined - communism ..

https://www.youtube.com/watch?v=GE9FNwG5myA

Sheen on good and evil

https://www.youtube.com/watch?v=oy3yj56HXIQ

Shen, Signs of our Times

https://www.youtube.com/watch?v=BoKQYEFJHYE

Sheen meets with Pastor Richard Wurmbrand

https://www.youtube.com/watch?v=h6kv8gsCM3s

Comparing World Religions

https://www.youtube.com/watch?v=XA6aIhHzXkw

Psychoanalyze

https://www.youtube.com/watch?v=k3rhPa7h4ro

How to Think

https://www.youtube.com/watch?v=FmMBLTz6Pp8

Philosophy of communism

https://www.youtube.com/watch?v=KUyw8PgiCEc

On Angels

https://www.youtube.com/watch?v=MBiuYd4lHH4

The Devil

https://www.youtube.com/watch?v=FuCw8UT5y6c

Three Kinds of Love

https://www.youtube.com/watch?v=MU1ns6flHFg

SHEEN in UCLA 72

https://www.youtube.com/watch?v=NVicfDbJEDw

More Sheen

https://www.youtube.com/watch?v=spCyHV6Auhs

Spellman - what America means to me

http://www.wnyc.org/story/cardinal-spellman/

Spellman greets soldiers

https://www.youtube.com/watch?v=nABcKk3CkdQ

Spellman religious rite ceremony

https://www.youtube.com/watch?v=RlDyMzSRuFs

Spellman visits Pope in 49

https://www.youtube.com/watch?v=Va_XYwsSIMU

More Spellman

https://www.youtube.com/watch?v=Imgfn-NvJWQ

https://www.youtube.com/watch?v=bal0adPE1ks

https://www.youtube.com/watch?v=1ywQ3jUejsQ

https://www.youtube.com/watch?v=bpy62nugSsw

https://www.youtube.com/watch?v=NsLtqmliZyk

Spellman and PiusXII

https://www.youtube.com/watch?v=1nJI3GiIG4c

Cardinal Pacelli becomes Pope PiusXII

https://www.youtube.com/watch?v=Ex5g5AU-rGw

More Pius

https://www.youtube.com/watch?v=1nJI3GiIG4c

Pacelli

https://www.youtube.com/watch?v=u3PR1_vb4To

Pacelli

10/13/2020

https://www.youtube.com/watch?v=l9pVFRSa3QI

https://www.youtube.com/watch?v=VYE_PbdRTus

Kennedy speaks (Spellan there)

http://www.britishpathe.com/video/kennedy-speaks-at-banquet-on-health-and-wealth/query/Kennedy

https://www.youtube.com/watch?v=aTS91dPu_Gk

V2

https://www.youtube.com/watch?v=2ta96l8XQtI

Mother Angelica on V2

https://www.youtube.com/watch?v=mGZocJZsMbk

V2 retrospective

https://www.youtube.com/watch?v=DlvOLLgcs6k

V2 and Frn Rev

https://www.youtube.com/watch?v=saQaDtD6Xy8

On Sun, Jun 5, 2016 at 12:49 PM, Angus Fraser <redacted> wrote:
  hi Dietrich,
  sorry for taking so long to get back.  yesterday and today have been running around so that my wife can manage while i am gone.  i am sure we're all in the same boat.

that said, we'll have lots of time to hone in core ideas and themes.  we won't get it all done, but we'll make headway.  once  back, we can get up on Skype and so on.  i thought Sean and I got a lot done in an hour on the phone.

i am going to try and meet Ramon as soon as possible and get back to the hotel and we start the ball rolling.  i have no idea what the rooms are like, but if they're big enough, we work out of mine, or sean's.  if not, i'll write breakthrough and ask them to book something.  perhaps Ramon has some ideas.  but let's wait and see.

just going back and forth with Sean on the hotel coordinates.

let's do dinner on Monday night.  Does that work for you Dietrich?

A

On Jun 4, 2016, at 7:29 AM, seanpfahey76@gmail.com wrote:

Between Spellman/Sheen .. Paul/Sheen .. Rome(Postulator)/Sheen .. every "ism"/Sheen .. V2/Sheen .. Soul of man/Sheen .. Vocation/Sheen .. War/Sheen .. Vanity/Sheen .. Fame/Sheen .. blood-coke/Sheen .. Atonement/Sheen .. We've certainly got ourselves captivating layers!

Dieterich, moving boxes when it's 150degrees out makes you a super human. I'm seeing that tank-tops and thongs are in order for LA this trip it'll be so hot. Yikes!

I share your sentiment - couldn't be more thrilled to work with both of you grinding story this next week!


Sent from my iPhone

On Jun 4, 2016, at 4:22 AM, Dieterich Gray <dieterichgray@gmail.com> wrote:

Hey, Busy Fingered Boys!

Well, if moving your family and 60 boxes to another state makes you a man, what does it make you if you move just yourself and only 36 boxes to your new cottage in the same city, a mere 10 blocks away? Exhausted. And way whimpier than Sean. That's what it makes you.

I've been catching up on all your correspondence and links to articles. So much juiciness in here, gents. It's great to come back to our man, Sheen. By golly, can he craft a sentence?

I, too, want to get cooking on themes, outline & structure, and the elusive question: "what's it about?". I think in the piece Sean & I created - which invigorated us all to come together - it's about two men, each with their own challenge: Paul (our journalist) wants to gain back his sense of self and purpose after being lost and forgotten (by his government, his job, himself) and Sheen, who at the end of a lifetime of conversions (ie, showing people that they are being "plucked from above") and never feeling he's done enough, needs to open the most hardened of hearts to the grace of God before he dies. If we truly are starting from scratch, then I suppose the field is wide open to forage for the answer to "what's it about". But, I do know that Ira & Joan expressed interest in the Journalist / Aging Holy man dynamic. But, I'm open. Whatever feels right to us.

Speaking of conversions, Sheen was responsible for so many, including famous people of the day. My fave is Ambassador, Claire Booth Luce. A great VF article here: http://www.vanityfair.com/style/society/2014/07/clare-boothe-luce-marriage-ambassadorship

I would also like to get a sense of where they think this lands: HBO, Network, Hulu... If it's dark-storied, premium cable they'd like to pitch, I've been watching 'Vinyl' (similar era), aaaaannnd... we're going to need to add a lot more blood and coke.

On that note, I'm calling it a night for now. I'm sooo looking forward to Monday.

Sweet dreams,
D

Dieterich Gray

312-451-7973

On Fri, Jun 3, 2016 at 8:55 PM, Sean Fahey <seanpfahey76@gmail.com> wrote:
A decent read, related to Sheen's love of debate and controversy, not for arguments sake so much as for the lost art of ...

http://catholicism.org/sheen-decline-controversy.html


On Fri, Jun 3, 2016 at 11:18 AM, Sean Fahey <seanpfahey76@gmail.com> wrote:
Okay perfect

On Fri, Jun 3, 2016 at 11:16 AM, Angus Fraser <redacted> wrote:
let's do 1.  works better for me.


On Jun 3, 2016, at 12:15 PM, seanpfahey76@gmail.com wrote:

I have a 4pm est conf call already scheduled - I thought we were pushing to 1 but I can do 3 as well


Sent from my iPhone

On Jun 3, 2016, at 11:14 AM, Angus Fraser <redacted> wrote:


778 318-2442.

are we on for 3 or 4 today?  I think it's 4, correct?


On Jun 3, 2016, at 12:12 PM, Sean Fahey <seanpfahey76@gmail.com> wrote:

Whats your number Angus?

On Fri, Jun 3, 2016 at 10:48 AM, Sean Fahey <seanpfahey76@gmail.com> wrote:
Leading up to our chat today ..

Something I've been musing on for a while .. which is a layer of the beautiful onion, and one to certainly explore...

We've already touched on it lightly and I would ask it in the form of a question..

We know Sheen never truly felt like he did enough, to live within the prism of his vocation and resemble the grace of Christ. This is something he touches on ...

Televangelism emerges after some FCC deregulation and opens up the doors for paid religous programming .. what did it feel like for Fulton Sheen, in the 70s, post NYC shunning, to see where televangelism had evolved to? Think kthe emergence of Trinity Broadcasting and Jim and Tammy Fae ... where did the message go and to what end? Qui Bono? Was this plucked from above or clearly pushed from below? Did Sheen feel remorse for the perversion of the word? Was it like the money lenders in the temple for Sheen?

I will assert that any and all suffering re: Sheen is very much exposed through the prism of his vocation.

Here is a great article re: Televangelism .. you may have sorted this out already: https://books.google.com/books?id=axIWDAAAQBAJ&pg=P A166&lpg=PA166&dq=percy+crawford+and+fulton+sheen&source=bl& ots=2E8bDvM_ID&sig=8ZNLZWaqtYfJR1cG-GInZMOF8fU&hl=en&sa=X& ved=0ahUKEwixoIbMIozNAhUQR1IKHQUPCSgQ6AEIHjAB#v=onepage&q= percy%20crawford%20and%20fulton%20sheen&f=false

On Fri, Jun 3, 2016 at 8:58 AM, <seanpfahey76@gmail.com> wrote:
> We are looking forward to that moment with you Angus. I trust your creative flow. I feel the three of us will make a creative cocktail of awesome and I look forward to challenging the creative new story craft and insight.
>
> We are on for 1EST?
>
>
> Sent from my iPhone
>
> On Jun 3, 2016, at 6:05 AM, Angus Fraser <redacted> wrote:
>
>> sean,
>> i don't think i responded to this yesterday.
>>
>> i get your take on casting when writing — or "movie theatre" of your mind.  it may be the very best part of the process …  woody allen certainly thinks so.  but the physical resemblance of both characters to the actual personages is there.
>>
>> i am looking at that HUGE moment where we know what the piece is about and what we're writing toward.  "what's it about."  as mentioned before, this is the hardest question to answer.  i am not interested in being critical of the church as jumping off point, just to be clear.  same with spellman.  however, once we get our ducks lined up in a row, we can look closely at the institution and where it was heading in those turbulent years.  when have the years not being turbulent?  nothing can be two dimensional here.  and if we're going to land a great actor like martin sheen, we're going to have to write a complex and compelling character and capture all the cardinal's contractions, complexities, etc.
>>
>> interestingly (or it may bore you), i never think of an actor for a role when i write.  i just don't.  i think it's because once i do and it doesn't come to fruition, then i am disappointed.  or maybe not.  i just don't.  i am sure i am in the minority.
>>
>> but i am looking at everything right now as a blank slate: the church, sheen, spellman, priesthood.  think about today: what does it mean to be a priest?  here we have to find the beauty and the complexity of the calling — and maybe the darkness, too.  i am not referring, or exclusively referring to pedophilia.  one has to be pretty intense to make that call, i am sure some demons help you get there.  they help me get there when i write.  keats called it negative capability.
>>
>> is any of this making sense?
>>
>> going to run.  D-Day is looming, meaning the kids are rising.  talk to later today and i will keep chipping away at this.
>>
>> A

On Jun 2, 2016, at 8:36 AM, seanpfahey76@gmail.com wrote:

Let me rephrase,

I'm interested in learning from you, the core themes we've currently baked into our body of work. If we are to set off and radicalize this entire body of work, as we will, it's important to me, to learn from you, from the content we've already crafted, what has inspired you to dive deeper. It's important to me before we meet.

When I say movie theater of my mind - whether Sheen or Quinto are in consideration ever or not, it's simply what i see when I write. But it's also the reason we are here now. Had I not reached out to Ramon several times (unsuccessfully) then bumped into him at the anger management wrap party and reminded him of our previous email correspondence, and that his father has always been in my mind since I first started this journey, we wouldn't be chatting today. There is a story behind us meeting and many other stories that lead up to this intersection, and relationships, and digging, and efforts put towards a vision.

I sense the crux of the story might be revealed metaphorically through the call to vocation and all the wrappings that entail -  allows us to dive into, and be critical of both the church and society as a whole through the lens of Sheen, whether his arguments are correct or incorrect to the views of the day, or currently. I don't think this means in the slightest we are making a faith based film - but I think it allows a unique opportunity to paint with a unique brush.

What does it mean to be a priest? We know the stigma of what it means, today. But what is at the core of that vocation? Suffering is certainly a part of it - it is also a core theme in the culture of the Catholic Church. I had a beautiful discussion with Julie Enzinberger of the Sheen Foundation, about suffering .. I will be elaborating on the significance of this conversation... I think I'll hold off till we meet in person.

3est, looking forward. What's your number?

Sent from my iPhone

On Jun 2, 2016, at 5:39 AM, Angus Fraser <pafko@me.com> wrote:

> hi sean,
> in terms of physical casting, i never saw sheen for
> spellman.  i figured that this was a nod to the family
> and that martin sheen is a remarkable actor.  that said,
> on seeing the two pictures side-by-side, it's slightly
> chilling.  zachary quinto too is hauntingly similar to the
> real thing.  well done.
>
> i have yet to settle on what i, we, think is the crux of the
> story and what it is we're trying to say about this man,

the church, the rise of media/tv and spiritual industry (self-help?), the 50s and 60s and 70s, arguably the three greatest decades in the our (i am half-American) collective experience.  then there's sheen and spellman.  there's the power of the church for both good and bad and then there's our society and move away from the catholic/christian experience.  who are we now?  is catholicism vibrant?  will there be another bishop sheen?  we are writing and developing for the 21st century —now and we're going to have to switch hats and ask hard, but compelling questions.  of course, sheen is the lightening rod that cuts through these fascinating times and allows us to ask these questions.  so, a lot to discuss.

i would like to hold off going back into your pilot and outlines for the time being.  truth be told, i liked the pilot and a lot of the theosophical points raised.  it made for great reading.  that said, i want to lock on to our core themes, outline a rough structure, and figure out what we're trying to do here.  keep in mind, a serialized cable show is going to require us to be daring and come up with drama that sets it apart.  i am curious from your POVs and ramona where he thinks this might land.  if we're going HBO we're going to have to be very, very smart, daring, and original.  but we are.  why would we embark on this journey to develop something that was just so-so?  once we lock down the core themes, tone, and structure, then i would like to go back to the source material that you and deiterich developed.  does that work for you guys?

(this is a great e-mail by the way.  really loaded with great stuff.  one of the first things i read was sheen's verbal response to spellman about "jealously and genius."  I always wished those lines would come to me in the heat of the battle.  to me, it shows great detachment and refusal to engage in the petty.  it's also a remarkable put down.  a classy one too, and look what it got him.)

in your humble opinions, was sheen the last star of the church?  i am sure there are great priests and bishops.  and the pope has been making quite a splash for the last two years.  but in the American experience, is there anyone who comes close to him?  thoughts?

i am do 3 EST.  that's 2 your time, 12 for dieterich?

A


On Jun 2, 2016, at 12:14 AM, Sean Fahey <seanpfahey76@gmail.com> wrote:

Lots of great points to dive into as we begin to story craft. Let's see what sticks to the wall.

Let's talk about a time to chat tomorrow - Im free at your convenience - but what do you think about afternoon EST - like 3p?

I have a couples of questions — What in our current pilot resonates with you?? — give us the strong points that have stuck and feel good to you. Same with the full treatment and 6 episodes description Dietrich and I have crafted. Tell us what you like about what is currently written. I'm not concerned with critique of what isn't working as natural selection will do that trick for us - but what feels good to you.

We know there are a good 8 points of conflict that we want to explore in detail episode for episode, or in pastiche - weaving through atonement, learned story from Sheen recalling for Paul, and perhaps inserting Father Andrew Apostali the postulator the the cause for Sheen's sainthood... We've got sooo much stuff to share with you on these points when we meet...

For now, I want to wax on Sheen vs. Spellman a bit .. One of the main conflict points, which caused a ripple in the Catholic Church was the feud between Sheen and Spellman as we've discussed.

Both Sheen and Spellman were both called to vocation, men of faith, scholars, geniuses in their own right, but their call by God to their vocation feels different... Spellman was charged to be an empire builder for God. Coming from a specialized school in NYC, and growing up hearing the ticker tape of Wall Street affords him a different world view -in his genes. He was power outwardly.

Sheen, in my humble opinion, is power inwardly, divinely inspired, listening to his calling and all the burden it possesses, for the sake of humanity .. he said it best: "Better to be plucked from above than pushed from below." I believe Sheen was charged with the care of the soul of every person he came across. He wanted to heal from within, through the grace of God and the power of the Holy Spirit. In

my readings, he speaks so beautifully to that mission. Conversely he is wooed by fame, lavish lifestyle, the finer things .. I don't think he ever felt he did enough .. we thought it would be good to make that evident in a reoccurring nightmare throughout the series (in the treatment and current script).

We've also felt comparison Sheen v. Spellman to Mozart and Salieri - where Shen is naturally gifted with divinity and Spellman has to work for his vocation. Pluck v. Push.

I believe Spellman's vocation and his nature cause him to build with force, to push from below, to be agile, savvy, intelligent, shrewd. There is evidence that he was a type A personality, loved to dominate situations, possibly Broadway twinks.. we know he intimidated the leaders of NYC and the White House - and that power started in his Borgia pedagogy in Rome - he runs with that old school cloistered crew of slithering serpents in cassocks. I think we can make that evident in how we show Sheen's experience in Vatican two vs. Spellmans. What were their goals at V2, respectively? You've seen Ali?  Will Smith shows us Hadj in a way that informs a world view - it feels intimate and honest - I think we can do that same with Sheen and V2. He spends much time with Vatical Sec of State Cardinal Pacelli (also Spellman's chum and future Pope Pius). He also develops a fond relationship with Carol W (PJP2). Sheen's recollect of V2 is beautiful - ti's a postcard to the beauty of the movement, when the life of the Catholic Church hung in the balance of the cultural revolution.

What the fuck was Spellman doing at V2?! What sort of power plays did he maneuver. He is in fact the pope of the west .. I'm fascinated by that.

I believe that Sheen answered the call in a different way, and speaks to it beautifully: "Vocation is so very sacred that one does not like to speak of it… Always associated with that sense of the gift of a treasure was the frailty of the earthenware pot which was to house it. I would often drive it out of my mind, only to have it come back again. For the most part, the religious vocation is rather a

silent but insistent whisper, yet one that demands a response; no violent shaking of bedposts or loud noises in the night. Just "you are called to be a priest." ~Archbishop Fulton Sheen (Treasure in Clay) Also — "It is suggested that we are not to become too absorbed in serving, that we have become too absorbed in serving that we have no time to sit at the foot of Jesus and learn His lessons." Archbishop Fulton Sheen (Those Mysterious Priests)

Life is Worth Living competed for airtime with popular television stars such as Frank Sinatra and Milton Berle. He partied with the rat pack. Bogie even invited him to his Hollywood Hills home to debate the great debater, half crocked, at one of his fabled pool parties. He is given the key that only television royalty were allowed, he made it, in the club, through the velvet rope. He becomes John the Baptist of the airwaves, then, in 1952, just one year after LIWL's debut, Sheen wins an Emmy for "Most Outstanding Television Personality." And that must have tasted like sweet wine, after a tumultuous process to get green lit (we can up that drama). "I'd like to thank my four writers, Matthew, Mark, Luke, and John" - - - Sheen.. c'est parfait.

LIWL runs until 1957, boasting as many as 30 million weekly viewers.  And then he starts making some waves - Communism becomes his greatest enemy. But he's also critical of McCarthy. Hoover and Sheen were pen pals, but Hoover also had Sheen watched. Here is a man who had the ear of 30 million people, every week, speaking how he chooses, making backs-door diplomacy tenuous for American intelligence and dirty politicking (things that Spellman excelled in).

Swing to Spellman - I think early in Sheen's career, Spellman saw Sheen's charisma and knew he could use it to his end, to build the church with brick and mortar, and might. Spellman is the reason Kennedy is elected president. Spellman is a man who's vocation gives cause to crush his enemies and grow the church at all cost - agile, shifty, cunning, a pusher..

It was Spellman who took Sheen on his whirlwind world tour - Oceana loved Sheen, but Spellman had business to attend to as Military Vicar (He's alike Dick Cheney meets Loyd Blankfein).

There's an image Dieterich and I have mused on many times.. of Sheen holding a lamb, and we've imagined this was spin-doctored by Spellman, while on their Oceania tour - Spellman looks on, and has their travel photographer grab this iconic image: "Look at him, he thinks HE is Jesus Christ himself." —Telling ..

It feels an ineviability that the most powerful man in the Catholic Church and the most powerful, would have a rift...

We know it was over some money Spellman tried to bully out of Sheen's Society for the Propagation of Faith - n '57 Spellman forces Sheen's Society for the Propagation of the Faith asserting they owed the Archdiocese of New York one million dollars for supplies that the Society had distributed to impoverished people around the world.

This was settled when Pope Pius XII learned via a phone call to Eisenhower that the surplus aid had been donated by the U.S. government to the Church.

The Pope reminded the two bishops that forgiveness was Divine and they should go in peace.

He then gave them his blessing. This was a slap in the face to Spellman's power, and essentially meant he knew Spellman stole but didn't want to offend (the Borgia way).

An intriguing legend: Once outside the Pope's office an enraged Spellman turns to Sheen and shouts angrily, "I will get even with you!" Shen replies while looking squarely at the Spellman: "Jealousy is the tribute mediocrity pays to genius!" —also telling..

It's after this milk scandal that Sheen is essentially shunned in NYC ...

Here's an interesting read re: Spellman:

http://www.nypress.com/cardinal-spellmans-dark-legacy/

On Wed, Jun 1, 2016 at 1:13 PM,
<seanpfahey76@gmail.com> wrote:
This will be a great conversation to nuance in person for sure. And agreed on all points.

I think extending from his own words in treasure in clay, plus the gravitas of his celebrated on camera performance, gives a strong sense character, but what he must've been like personally and privately, we can infer and add so much more than we see on the surface.

We know that his niece was allowed to spend a great chunk of time with him while she grew up. We have access to her, she is still living (in Yonkers). His assistant is also still alive. Msgr. Franco. And we have access to several others and can source interesting information.

We've learned that the finer things were his greatest temptation in many ways. The lure of fame, and all its trappings. He always had a new Cadillac (was a gift), he were the finest hats trench coats and cassocks. He loved it to lavish his niece and find things. His New York apartment was opulent. Just simply showing who he was without choosing to exploit anything, Will reveal exactly what we want. You feel it in his tone and his language but really we're talking about a person who is incredibly vocation driven and divinely inspired. So many layers to this beautiful onion.

In the movie theater in my mind, when I began writing, the image in my head was always Zachary Quinto as Sheen and Martin Sheen as Spellman, if that puts it into perspective, a point of origin.

How many boxes must one man move before they call him a man? The answer my friends, is at least 60. I'm looking forward to getting done with this move.

Sent from my iPhone

> On Jun 1, 2016, at 12:16 PM, Angus Fraser <<span style="color:blue">pafko@me.com</span>> wrote:
>
> the liberace comparison is very interesting.  my feeling is that he was probably gay and lived a celibate lifestyle.  btw, dieterich, i agree with your take on letting the audience come to their own conclusions on this point.  an old lady might find it preposterous, while a hipster might look at his shows and think he was.  ultimately, i don't think it matters as there is no evidence that this aspect (conjectured) played any part in his life, or at least something that he acted on, or acted for or against.  that's real discipline to deny your identity, or subvert it to a higher cause.
>
> it's worth the talk, though.  i mean, would he have been the personality he was, have the wit, the sense of campy style (30 million viewers) — if wasn't the liberace of the televangelist world?
>
> and does his arc become all the more fascinating, and strong, if he's prepared to deny his natural drive in order to serve a higher calling?  what did he transcend to be great?  what did he sacrifice?  subvert?  remember, we're writing for today's audience.  but the time he lived would have been deeply homophobic and he would have known that.  yet, the liberace side is there.  very interesting.
>

10/13/2020
Case 1:21-cv-03208-PAE-SLC   Document 28   Filed 09/30/21   Page 316 of 508
Gmail - xxxxxx - xxxxxx

> but looking at him we want to say:
"But who are you?"  "what made you
tick?"  "why we here today pouring
over your shows, and books, etc?"
NOT because you're some run of the
mill academic, or parish priest who
enjoyed a glass of wine in the evening
(or 10).  you know what i mean?
>
> A
>
>
>
>
>
>
>
>
>
>> On May 31, 2016, at 5:59 PM,
Dieterich Gray
<dieterichgray@gmail.com> wrote:
>>
>> Angus!
>>
>> You are speaking our language,
compadre.
>>
>> I don't know if I coined this or if I've
stolen it from someone along the way...
Sheen is/was the Liberace of the
Catholic Church. But, we thought
rather than pushing the gay angle, as
there is no evidence of it, we could
gently imply that his proclivity for the
finer things and draping himself in
silken regalia and the charisma he
exudes might leave viewers to draw
their own conclusions.
>> That said, Spellman regularly
sending his driver to pick up a certain
Broadway chorus boy from the stage
door is super juicy and we should
explore that whole heartedly.
>>
>> I'm free for a call tomorrow from
11a-12:30p and from 1:30p - 6:30p
PST.
>>
>> Let me know,
>> D
>>
>>
>> D i e t e r i c h   G r a y
>> 312.451.7973
>>
>>> On May 31, 2016, at 11:36 AM,



Angus Fraser <redacted> wrote:
>>>
>>> hi sean,
>>> good luck with the move.  let's aim for tomorrow afternoon and we'll see if we can get dieterich looped in to our time zone.  have a safe drive.
>>>
>>> A
>>>
>>>
>>>> On May 31, 2016, at 2:30 PM, seanpfahey76@gmail.com wrote: >>>>
>>>> If were interested in a phone call even today, i've got a 5 Hour Dr. ahead of me to Minneapolis starting right about now..
>>>>
>>>> 312-342-0372
>>>>
>>>> Sent from my iPhone
>>>>
>>>>> On May 31, 2016, at 12:58 PM, Angus Fraser <redacted> wrote:
>>>>>
>>>>> so, i am watching as many "life is worth living" episodes as i can. they're something else, right across the board.  the anti-communism sermons (can you call them that?), really speak to the times and stand out.  i haven't cracked his rise in radio, but i think it's going to be important.  themes that are emerging —
>>>>>
>>>>> the rise of media
>>>>> the relationship between televangelism and the church
>>>>> the 50s, 60s, and 70s
>>>>> iconoclast and outsider (gay?) motivational speaker?
>>>>> taking on the church in late 60s over the Vietnam War
>>>>> and, of course, the fight with Spellman.
>>>>> Sheen, the Kennedys, the church
>>>>> the power of sheen (30 million viewers, 3000 people lining the streets to welcome him Rochester, despite the calculating and disingenuous Spellman), vs the empty parishes, the declining flock …  the righteous vs the deceitful.
>>>>>
>>>>> remember, we have to hit the

cable audience.
>>>>>
>>>>> you may not have enough time,
but if you can, try and read
BRIDESHEAD REVISITED.  it's written
by Evelyn Waugh — a catholic — and
it captures the mystique of the religion
through it's characters.  and a whole lot
more.  it's unbelievable, frankly.  in
terms of a spiritual stab at something,
nothing comes close in my opinion.  it's
the hints and the subtly that is
remarkable, and the catholic family.  i
would be curious for your take on it.
it's never been filmed properly and
there have been two attempts, much
like THE GREAT GABBSY.
>>>>>
>>>>> so, these are some of the things
of interest that are emerging.
>>>>>
>>>>> angus
>

--



seanpfahey76@gmail.com 312.342.0372
http://www.vimeo.com/seanfahey

--

# EXHIBIT 173

**Click to return to paragraph 81**



Sean Fahey <seanpfahey76@gmail.com>

---

## SHEEN - Moving Forward

**Dieterich Gray** <dieterichgray@gmail.com>                                         Tue, Jan 3, 2017 at 2:30 PM
To: Angus Fraser <redacted>
Cc: Sean Fahey <seanpfahey76@gmail.com>

Notes for Call 1/3/17:

<u>Out of respect for Ramon // Ira // Joan</u>

Bump-up First <span style="color:red">Televangelist</span> story
&
Liberace aspect of Sheen (we think Ramon likes this)

**Open with making of the show**
The Nay-sayers // who is this guy? - he's up against Milton Berle...

Track the show as it climbs to the top // international attention

Push hard on our character // Push hard on <span style="color:red">Evangelism</span>

FLAG:
*Juxtapose The Media & The Catholic Church*

***What will be a few ways to communicate the beauty of Sheen's spiritualism without making it cheesy and turning off the audience? ***


Dieterich Gray
312-451-7973

On Sun, Jan 1, 2017 at 7:17 AM, Angus Fraser <redacted> wrote:
> Hi Dieterich,
> this is spot on.  We have the kids home next week as school doesn't start until the 9th.  I will be working, however.  I am going to get the year organized today — isn't that how it all works? — and then will reach out no later than tuesday.
>
> i am going to revisit what we did back in June and see if we can't get a log line to hang the series on.
>
> talk soon.
>
> A
>
>
>> On Dec 30, 2016, at 4:45 PM, Dieterich Gray <dieterichgray@gmail.com> wrote:
>>
>> Gents,
>>
>> Excited to move the ball forward.
>>
>> **JANUARY TARGETS:**
>> -Bi-Weekly Phone Meetings
>> -Reading & Research
>> -Pilot & Series Outlines
>> -Pitch to Ramon/Ira/Joan

Some notes from our meeting today:

DIAGRAMS: - of Catholics // of Power Brokers
Sheen
Spellman
JFK
Wild Bill Donovan
McCarthy
Roy Cohn
Hoover
Dulles


3 Natural Antagonists Emerge

How did the Catholic Church feel about Sheen's show? It's success? It's commercialism?

**What's the show about? What's the structure?**
        -Sheen & the rise of Evangelism
        -Sheen's human struggle // His close brushes with God // His fight against internal-external foes // His dark moments // His walk-on-water moment
        -Shakespearean: the rise and fall of powers: cardinals / presidents / popes
        -Do we tell it through the eyes of an old and dying man?
        -Or around a man at the height of his career: Hwood / NYC / D.C.

Possible Openers:
        -Open on Sheen's show -> Lights, Camera, Action
        -Open in a huge Cathedral in Rochester. An aging Sheen presides over a nearly empty room. Parishoners 80+ yrs old. Smash back 30 years to the height of the Catholic Church / height of
our man.

Spellman liked young boys. "That's appropriate... There's all those elementary schools named after him."

Secret College of gay Cardinals in the Vatican


On Sun, Jun 5, 2016 at 2:04 PM, Dieterich Gray <dieterichgray@gmail.com> wrote:
  Dayum! Nice watching library.

  I'm off to sing in my glee club concert (no joke).

  Looking forward to seeing you guys tomorrow.

  Trying to work out din for tomorrow night. But, I might have to push to Tues for nighttime hang/talk/nosh/sip. I hope that can work.

  D i e t e r i c h   G r a y
  312.451.7973

  On Jun 5, 2016, at 12:39 PM, Sean Fahey <seanpfahey76@gmail.com> wrote:

      Lastly...

      This remembrance has some beautiful footage of Sheen being embraced by PJP2 ..

      http://www.nbcnews.com/watch/nbcnews-com/flashback-remembering-archbishop-fulton-sheen-325678147637


      On Sun, Jun 5, 2016 at 2:20 PM, Sean Fahey <seanpfahey76@gmail.com> wrote:

        Hi friends,

        Some fun in-flight nibbles getting into our week of story-craft...

        http://www.imdb.com/name/nm0790679/

Sheen on Whats my Line
https://www.youtube.com/watch?v=ytaUU1bC6cU
https://www.youtube.com/watch?v=T74qnT7WFZw

Merv Griffen Show
http://www.imdb.com/title/tt2126137/
Richard Pryor was also a guest that episode.

https://www.ovguide.com/tv_episode/dean-martin-celebrity-roast-season-1-episode-25-joe-namath-391973

https://www.youtube.com/watch?v=IM-TKVyfAfk

https://www.classicfriarsroasts.com/

http://www.archbishopfultonsheencentre.com/Scrapbook.html

Some fantastic Fulton Sheen write-ups

http://www.revcjconner.com/?p=107

http://www.revcjconner.com/?p=127

Sheen to Germany

http://www.stripes.com/news/bishop-sheen-fears-russian-a-bungle-may-crack-planet-1.24348

http://allpassingthings.blogspot.com/2014/10/fulton-sheen-pope-pius-xii-and-nazis.html

Sheen on Fanatics

http://shaunkenney.com/2012/12/bishop-fulton-sheen-on-fanaticism/

Some Sheen "facts"

http://www.catholicnewsagency.com/blog/15-fun-facts-from-archbishop-fulton-sheens-fbi-file/

On America's Bishop

http://www.c-span.org/video/?c2427942/clip-americas-bishop

The Man who Knew Communism

https://www.youtube.com/watch?v=K8qqZup3Bg4

Communism is the scavenger of decaying civilizations ..

https://www.youtube.com/watch?v=TZAc1A3bYiY

All history is economically determined - communism ..

https://www.youtube.com/watch?v=GE9FNwG5myA

Sheen on good and evil
https://www.youtube.com/watch?v=oy3yj56HXIQ

Shen, Signs of our Times
https://www.youtube.com/watch?v=BoKQYEFJHYE

Sheen meets with Pastor Richard Wurmbrand
https://www.youtube.com/watch?v=h6kv8gsCM3s

Comparing World Religions
https://www.youtube.com/watch?v=XA6aIhHzXkw

Psychoanalyze
https://www.youtube.com/watch?v=k3rhPa7h4ro

How to Think
https://www.youtube.com/watch?v=FmMBLTz6Pp8

Philosophy of communism
https://www.youtube.com/watch?v=KUyw8PgiCEc

On Angels
https://www.youtube.com/watch?v=MBiuYd4lHH4

The Devil

https://www.youtube.com/watch?v=FuCw8UT5y6c

Three Kinds of Love

https://www.youtube.com/watch?v=MU1ns6fIHFg

SHEEN in UCLA 72

https://www.youtube.com/watch?v=NVicfDbJEDw

More Sheen

https://www.youtube.com/watch?v=spCyHV6Auhs

Spellman - what America means to me

http://www.wnyc.org/story/cardinal-spellman/

Spellman greets soldiers

https://www.youtube.com/watch?v=nABcKk3CkdQ

Spellman religious rite ceremony

https://www.youtube.com/watch?v=RlDyMzSRuFs

Spellman visits Pope in 49

https://www.youtube.com/watch?v=Va_XYwsSIMU

More Spellman

https://www.youtube.com/watch?v=Imgfn-NvJWQ

https://www.youtube.com/watch?v=bal0adPE1ks

https://www.youtube.com/watch?v=1ywQ3jUejsQ
https://www.youtube.com/watch?v=bpy62nugSsw
https://www.youtube.com/watch?v=NsLtqmIiZyk

Spellman and PiusXII



https://www.youtube.com/watch?v=1nJI3GiIG4c

Cardinal Pacelli becomes Pope PiusXII

https://www.youtube.com/watch?v=Ex5g5AU-rGw

More Pius

https://www.youtube.com/watch?v=1nJI3GiIG4c

Pacelli

https://www.youtube.com/watch?v=u3PR1_vb4To

Pacelli

https://www.youtube.com/watch?v=I9pVFRSa3QI

https://www.youtube.com/watch?v=VYE_PbdRTus

Kennedy speaks (Spellan there)

http://www.britishpathe.com/video/kennedy-speaks-at-banquet-on-health-and-wealth/query/Kennedy

https://www.youtube.com/watch?v=aTS91dPu_Gk

V2

https://www.youtube.com/watch?v=2ta96I8XQtI

Mother Angelica on V2

https://www.youtube.com/watch?v=mGZocJZsMbk

V2 retrospective

https://www.youtube.com/watch?v=DlvOLLgcs6k

V2 and Frn Rev

https://www.youtube.com/watch?v=saQaDtD6Xy8

On Sun, Jun 5, 2016 at 12:49 PM, Angus Fraser <redacted> wrote:

hi Dietrich,
sorry for taking so long to get back.  yesterday and today have been running around so that my wife can manage while i am gone.  i am sure we're all in the same boat.

that said, we'll have lots of time to hone in core ideas and themes.  we won't get it all done, but we'll make headway.  once  back, we can get up on Skype and so on.  i thought Sean and I got a lot done in an hour on the phone.

i am going to try and meet Ramon as soon as possible and get back to the hotel and we start the ball rolling.  i have no idea what the rooms are like, but if they're big enough, we work out of mine, or sean's.   if not, i'll write breakthrough and ask them to book something.  perhaps Ramon has some ideas.  but let's wait and see.

just going back and forth with Sean on the hotel coordinates.

let's do dinner on Monday night.  Does that work for you Dietrich?

A

> On Jun 4, 2016, at 7:29 AM, seanpfahey76@gmail.com wrote:

> Between Spellman/Sheen .. Paul/Sheen .. Rome(Postulator)/Sheen .. every "ism"/Sheen .. V2/Sheen .. Soul of man/Sheen .. Vocation/Sheen .. War/Sheen .. Vanity/Sheen .. Fame/Sheen .. blood-coke/Sheen .. Atonement/Sheen .. We've certainly got ourselves captivating layers!

> Dieterich, moving boxes when it's 150degrees out makes you a super human. I'm seeing that tank-tops and thongs are in order for LA this trip it'll be so hot. Yikes!

> I share your sentiment - couldn't be more thrilled to work with both of you grinding story this next week!


> Sent from my iPhone
> On Jun 4, 2016, at 4:22 AM, Dieterich Gray <dieterichgray@gmail.com> wrote:

>> Hey, Busy Fingered Boys!

>> Well, if moving your family and 60 boxes to another state makes you a man, what does it make you if you move just yourself and only 36 boxes to your new cottage in the same city, a mere 10 blocks away? Exhausted. And way whimpier than Sean. That's what it makes you.

>> I've been catching up on all your correspondence and links to articles. So much juiciness in here, gents. It's great to come back to our man, Sheen. By golly, can he craft a sentence?

>> I, too, want to get cooking on themes, outline & structure, and the elusive question: "what's it about?". I think in the piece Sean & I created - which invigorated us all to come together - it's about two men, each with their own challenge: Paul (our journalist) wants to gain back his sense of self and purpose after being lost and forgotten (by his government, his job, himself) and Sheen, who at the end of a lifetime of conversions (ie, showing people that they are being "plucked from above") and never feeling he's done enough, needs to open the most hardened of hearts to the grace of God before he

dies. If we truly are starting from scratch, then I suppose the field is wide open to forage for the answer to "what's it about". But, I do know that Ira & Joan expressed interest in the Journalist / Aging Holy man dynamic. But, I'm open. Whatever feels right to us.

Speaking of conversions, Sheen was responsible for so many, including famous people of the day. My fave is Ambassador, Claire Booth Luce. A great VF article here: http://www.vanityfair.com/style/society/2014/07/clare-boothe-luce-marriage-ambassadorship

I would also like to get a sense of where they think this lands: HBO, Network, Hulu... If it's dark-storied, premium cable they'd like to pitch, I've been watching 'Vinyl' (similar era), aaaaannnd... we're going to need to add a lot more blood and coke.

On that note, I'm calling it a night for now. I'm sooo looking forward to Monday.

Sweet dreams,
D

D i e t e r i c h  G r a y
312-451-7973

On Fri, Jun 3, 2016 at 8:55 PM, Sean Fahey <seanpfahey76@gmail.com> wrote:
   A decent read, related to Sheen's love of debate and controversy, not for arguments sake so much as for the lost art of ...

   http://catholicism.org/sheen-decline-controversy.html

On Fri, Jun 3, 2016 at 11:18 AM, Sean Fahey <seanpfahey76@gmail.com> wrote:
  Okay perfect

On Fri, Jun 3, 2016 at 11:16 AM, Angus Fraser <redacted> wrote:
  let's do 1.  works better for me.

On Jun 3, 2016, at 12:15 PM, seanpfahey76@gmail.com wrote:

I have a 4pm est conf call already scheduled - I thought we were pushing to 1 but I can do 3 as well

Sent from my iPhone

On Jun 3, 2016, at 11:14 AM, Angus Fraser <redacted> wrote:

778 318-2442.

are we on for 3 or 4 today?  I think it's 4, correct?

On Jun 3, 2016, at 12:12 PM, Sean Fahey <seanpfahey76@gmail.com> wrote:

Whats your number Angus?

On Fri, Jun 3, 2016 at 10:48 AM, Sean Fahey <seanpfahey76@gmail.com> wrote:
  Leading up to our chat today ..

Something I've been musing on for a while .. which is a layer of the beautiful onion, and one to certainly explore...

We've already touched on it lightly and I would ask it in the form of a question..

We know Sheen never truly felt like he did enough, to live within the prism of his vocation and resemble the grace of Christ. This is something he touches on ...

Televangelism emerges after some FCC deregulation and opens up the doors for paid religous programming .. what did it feel like for Fulton Sheen, in the 70s, post NYC shunning, to see where televangelism had evolved to? Think kthe emergence of Trinity Broadcasting and Jim and Tammy Fae ... where did the message go and to what end? Qui Bono? Was this plucked from above or clearly pushed from below? Did Sheen feel remorse for the perversion of the word? Was it like the money lenders in the temple for Sheen?

I will assert that any and all suffering re: Sheen is very much exposed through the prism of his vocation.

Here is a great article re: Televangelism .. you may have sorted this out already: https://books.google.com/books?id=axIWDAAAQBAJ&pg=P A166&lpg=PA166&dq=percy+crawford+and+fulton+sheen&source=bl& ots=2E8bDvM_ID&sig=8ZNLZWaqtYfJR1cG-GInZMOF8fU&hl=en&sa=X&ve d=0ahUKEwixoIbMlozNAhUQR1IKHQUPCSgQ6AEIHjAB#v=onepage&q=perc y%20crawford%20and%20fulton%20sheen&f=false

On Fri, Jun 3, 2016 at 8:58 AM, <seanpfahey76@gmail.com> wrote:
> We are looking forward to that moment with you Angus. I trust your creative flow. I feel the three of us will make a creative cocktail of awesome and I look forward to challenging the creative with new story craft and insight.
>
> We are on for 1EST?
>
>
> Sent from my iPhone

On Jun 3, 2016, at 6:05 AM, Angus Fraser <redacted> wrote:

> sean,
> i don't think i responded to this yesterday.
>
> i get your take on casting when writing — or "movie theatre" of your mind.  it may be the very best part of the process …  woody allen certainly thinks so.  but the physical resemblance of both characters to the actual personages is there.
>
> i am looking at that HUGE moment where we know what the piece is about and what we're writing toward.  "what's it about."  as mentioned before, this is the hardest question to answer.  i am not interested in being critical of the church as jumping off point, just to be clear.  same with spellman.  however, once we get our ducks lined up in a row, we can look closely at the institution and where it was heading in those turbulent years.  when have the years not being turbulent?  nothing can be two dimensional here.  and if we're going to land a great actor like martin sheen, we're going to have to write a complex and compelling character and capture all the cardinal's contractions, complexities, etc.
>
> interestingly (or it may bore you), i never think of an actor for a role when i write.  i just don't.  i think it's because once i do and it doesn't come to fruition, then i am disappointed.  or maybe not.  i just don't.  i am sure i am in the minority.
>
> but i am looking at everything right now as a blank slate: the church, sheen, spellman, priesthood.  think about today: what does it mean to be a priest?  here we have to find the beauty and the complexity of the calling — and maybe the darkness, too.  i am not referring, or exclusively referring to pedophilia.  one has to be pretty intense to make that call, i am sure some demons help you get there.  they help me get there when i write.  keats called it negative capability.
>
> is any of this making sense?
>
> going to run.  D-Day is looming, meaning the kids are rising.  talk to later today and i will keep chipping away at this.

A

On Jun 2, 2016, at 8:36 AM, seanpfahey76@gmail.com wrote:

Let me rephrase,

I'm interested in learning from you, the core themes we've currently baked into our body of work. If we are to set off and radicalize this entire body of work, as we will, it's important to me, to learn from you, from the content we've already crafted, what has inspired you to dive deeper. It's important to me before we meet.

When I say movie theater of my mind - whether Sheen or Quinto are in consideration ever or not, it's simply what i see when I write. But it's also the reason we are here now. Had I not reached out to Ramon several times (unsuccessfully) then bumped into him at the anger management wrap party and reminded him of our previous email correspondence, and that his father has always been in my mind since I first started this journey, we wouldn't be chatting today. There is a story behind us meeting and many other stories that lead up to this intersection, and relationships, and digging, and efforts put towards a vision.

I sense the crux of the story might be revealed metaphorically through the call to vocation and all the wrappings that entail -  allows us to dive into, and be critical of both the church and society as a whole through the lens of Sheen, whether his arguments are correct or incorrect to the views of the day, or currently. I don't think this means in the slightest we are making a faith based film - but I think it allows a unique opportunity to paint with a unique brush.

What does it mean to be a priest? We know the stigma of what it means, today. But what is at the core of that vocation? Suffering is certainly a part of it - it is also a core theme in the culture of the Catholic Church. I had a beautiful discussion with Julie Enzinberger of the Sheen Foundation, about suffering .. I will be elaborating on the significance of this conversation... I think I'll hold off till we meet in person.

3est, looking forward. What's your number?

Sent from my iPhone

On Jun 2, 2016, at 5:39 AM, Angus Fraser <redacted> wrote:

> hi sean,
> in terms of physical casting, i never saw sheen for
> spellman.  i figured that this was a nod to the family and
> that martin sheen is a remarkable actor.  that said, on
> seeing the two pictures side-by-side, it's slightly chilling.
>  zachary quinto too is hauntingly similar to the real
> thing.  well done.

i have yet to settle on what i, we, think is the crux of the story and what it is we're trying to say about this man, the church, the rise of media/tv and spiritual industry (self-help?), the 50s and 60s and 70s, arguably the three greatest decades in the our (i am half-American) collective experience.  then there's sheen and spellman.  there's the power of the church for both good and bad and then there's our society and move away from the catholic/christian experience.  who are we now?  is catholicism vibrant?  will there be another bishop sheen?  we are writing and developing for the 21st century —now and we're going to have to switch hats and ask hard, but compelling questions.  of course, sheen is the lightening rod that cuts through these fascinating times and allows us to ask these questions.  so, a lot to discuss.

i would like to hold off going back into your pilot and outlines for the time being.  truth be told, i liked the pilot and a lot of the theosophical points raised.  it made for great reading.  that said, i want to lock on to our core themes, outline a rough structure, and figure out what we're trying to do here.  keep in mind, a serialized cable show is going to require us to be daring and come up with drama that sets it apart.  i am curious from your POVs and ramona where he thinks this might land.  if we're going HBO we're going to have to be very, very smart, daring, and original.  but we are.  why would we embark on this journey to develop something that was just so-so?  once we lock down the core themes, tone, and structure, then i would like to go back to the source material that you and deiterich developed.  does that work for you guys?

(this is a great e-mail by the way.  really loaded with great stuff.  one of the first things i read was sheen's verbal response to spellman about "jealously and genius."  I always wished those lines would come to me in the heat of the battle.  to me, it shows great detachment and refusal to engage in the petty.  it's also a remarkable put down.  a classy one too, and look what it got him.)

in your humble opinions, was sheen the last star of the church?  i am sure there are great priests and bishops.  and the pope has been making quite a splash for the last two years.  but in the American experience, is there anyone who comes close to him?  thoughts?

i am do 3 EST.  that's 2 your time, 12 for dieterich?

A

> On Jun 2, 2016, at 12:14 AM, Sean
> Fahey <seanpfahey76@gmail.com>
> wrote:
>
> Lots of great points to dive into as we
> begin to story craft. Let's see what sticks
> to the wall.

Let's talk about a time to chat tomorrow - Im free at your convenience - but what do you think about afternoon EST - like 3p?

I have a couples of questions — What in our current pilot resonates with you?? — give us the strong points that have stuck and feel good to you. Same with the full treatment and 6 episodes description Dietrich and I have crafted. Tell us what you like about what is currently written. I'm not concerned with critique of what isn't working as natural selection will do that trick for us - but what feels good to you.

We know there are a good 8 points of conflict that we want to explore in detail episode for episode, or in pastiche - weaving through atonement, learned story from Sheen recalling for Paul, and perhaps inserting Father Andrew Apostali the postulator the the cause for Sheen's sainthood... We've got sooo much stuff to share with you on these points when we meet...

For now, I want to wax on Sheen vs. Spellman a bit .. One of the main conflict points, which caused a ripple in the Catholic Church was the feud between Sheen and Spellman as we've discussed.

Both Sheen and Spellman were both called to vocation, men of faith, scholars, geniuses in their own right, but their call by God to their vocation feels different... Spellman was charged to be an empire builder for God. Coming from a specialized school in NYC, and growing up hearing the ticker tape of Wall Street affords him a different world view -in his genes. He was power outwardly.

Sheen, in my humble opinion, is power inwardly, divinely inspired, listening to his calling and all the burden it possesses, for the sake of humanity .. he said it best: "Better to be plucked from above than pushed from below." I believe Sheen was charged with the care of the soul of every person he came across. He wanted to heal from within, through the grace of God and the power of the Holy Spirit. In my readings, he speaks so beautifully to that mission. Conversely he is wooed by fame, lavish lifestyle, the finer things .. I don't think he ever felt he did enough .. we thought it would be good to make that evident in a reoccurring nightmare throughout the series (in the treatment and current script).

We've also felt comparison Sheen v. Spellman to Mozart and Salieri - where Shen is naturally gifted with divinity and Spellman has to work for his vocation. Pluck v. Push.

I believe Spellman's vocation and his nature cause him to build with force, to push from below, to be agile, savvy, intelligent, shrewd. There is evidence that he was a type A personality, loved to dominate situations, possibly Broadway twinks.. we know he intimidated the leaders of NYC and the White House - and that power started in his Borgia pedagogy in Rome - he runs with that old school cloistered crew of slithering serpents in cassocks. I think we can make that evident in how we show Sheen's experience in Vatican two vs. Spellmans. What were their goals at V2, respectively? You've seen Ali? Will Smith shows us Hadj in a way that informs a world view - it feels intimate and honest - I think we can do that same with Sheen and V2. He spends much time with Vatical Sec of State Cardinal Pacelli (also Spellman's chum and future Pope Pius). He also develops a fond relationship with Carol W (PJP2). Sheen's recollect of V2 is beautiful - ti's a postcard to the beauty of the movement, when the life of the Catholic Church hung in the balance of the cultural revolution.

What the fuck was Spellman doing at V2?! What sort of power plays did he maneuver. He is in fact the pope of the west .. I'm fascinated by that.

I believe that Sheen answered the call in a different way, and speaks to it beautifully: "Vocation is so very sacred that one does not like to speak of it… Always associated with that sense of the gift of a treasure was the frailty of the earthenware pot which was to house it. I would often drive it out of my mind, only to have it come back again. For the most part, the religious vocation is rather a silent but insistent whisper, yet one that demands a response; no violent shaking of bedposts or loud noises in the night. Just "you are called to be a priest." ~Archbishop Fulton Sheen (Treasure in Clay) Also — "It is suggested that we are not to become too absorbed in serving, that we have become too absorbed in serving that we have no time to sit at the foot of Jesus and learn His lessons." Archbishop Fulton Sheen (Those Mysterious Priests)

Life is Worth Living competed for airtime with popular television stars such as Frank Sinatra and Milton Berle. He partied with the rat pack. Bogie even invited him to his Hollywood Hills home to debate the great debater, half crocked, at one of his fabled pool parties. He is given the key that only television royalty were allowed, he made it, in the club, through the velvet rope. He becomes John the Baptist of the airwaves, then, in 1952, just one year after LIWL's debut, Sheen wins an Emmy for "Most Outstanding Television Personality." And that must have tasted like sweet wine, after a tumultuous process to get green lit (we can up that drama). "I'd like to thank my four writers, Matthew, Mark, Luke, and John" - - - Sheen.. c'est parfait.

LIWL runs until 1957, boasting as many as 30 million weekly viewers.  And then he starts making some waves - Communism becomes his greatest enemy. But he's also critical of McCarthy. Hoover and Sheen were pen pals, but Hoover also had Sheen watched. Here is a man who had the ear of 30 million people, every week, speaking how he chooses, making backs-door diplomacy tenuous for American intelligence and dirty politicking (things that Spellman excelled in).

Swing to Spellman - I think early in Sheen's career, Spellman saw Sheen's charisma and knew he could use it to his end, to build the church with brick and mortar, and might. Spellman is the reason Kennedy is elected president. Spellman is a man who's vocation gives cause to crush his enemies and grow the church at all cost - agile, shifty, cunning, a pusher..

It was Spellman who took Sheen on his whirlwind world tour - Oceana loved Sheen, but Spellman had business to attend to as Military Vicar (He's alike Dick Cheney meets Loyd Blankfein).

There's an image Dieterich and I have mused on many times..  of Sheen holding a lamb, and we've imagined this was spin-doctored by Spellman, while on their Oceania tour - Spellman looks on, and has their travel photographer grab this iconic image: "Look at him, he thinks HE is Jesus Christ himself." —Telling ..

It feels an ineviability that the most powerful man in the Catholic Church and the most powerful, would have a rift...

We know it was over some money Spellman tried to bully out of Sheen's Society for the Propagation of Faith - n '57 Spellman forces Sheen's Society for the Propagation of the Faith asserting they owed the Archdiocese of New York one million dollars for supplies that the Society had distributed to impoverished people around the world.

This was settled when Pope Pius XII learned via a phone call to Eisenhower that the surplus aid had been donated by the U.S. government to the Church.

The Pope reminded the two bishops that forgiveness was Divine and they should go in peace.

He then gave them his blessing. This was a slap in the face to Spellman's power, and essentially meant he knew Spellman stole but didn't want to offend (the Borgia way).

An intriguing legend: Once outside the Pope's office an enraged Spellman turns to Sheen and shouts angrily, "I will get even with you!" Shen replies while looking squarely at the Spellman: "Jealousy is the tribute mediocrity pays to genius!" —also telling..

It's after this milk scandal that Sheen is essentially shunned in NYC ...

Here's an interesting read re: Spellman:

http://www.nypress.com/cardinal-spellmans-dark-legacy/

On Wed, Jun 1, 2016 at 1:13 PM, <seanpfahey76@gmail.com> wrote:
This will be a great conversation to nuance in person for sure. And agreed on all points.

I think extending from his own words in treasure in clay, plus the gravitas of his celebrated on camera performance, gives a strong sense character, but what he must've been like personally and privately, we can infer and add so much more than we see on the surface.

We know that his niece was allowed to spend a great chunk of time with him while she grew up. We have access to her, she is still living (in Yonkers). His assistant is also still alive. Msgr. Franco. And we have access to several others and can source interesting information.

We've learned that the finer things were his greatest temptation in many ways. The lure of fame, and all its trappings. He always had a new Cadillac (was a gift), he were the finest hats trench coats and cassocks. He loved it to lavish his niece and find things. His New York apartment was opulent. Just simply showing who he was without choosing to exploit anything, Will reveal exactly what we want. You feel it in his tone and his language but really we're talking about a person who is incredibly vocation driven and divinely inspired. So many layers to this beautiful onion.

In the movie theater in my mind, when I began writing, the image in my head was always Zachary Quinto as Sheen and Martin Sheen as Spellman, if that puts into perspective, a point of origin.

How many boxes must one man move before they call him a man? The answer my friends, is at least 60. I'm looking forward to getting done with this move.

Sent from my iPhone

> On Jun 1, 2016, at 12:16 PM, Angus Fraser <redacted> wrote:
>
> the liberace comparison is very interesting.  my feeling is that he was probably gay and lived a celibate lifestyle.  btw, dieterich, i agree with your take on letting the audience come

to their own conclusions on this point.
an old lady might find it preposterous,
while a hipster might look at his shows
and think he was.  ultimately, i don't
think it matters as there is no evidence
that this aspect (conjectured) played
any part in his life, or at least
something that he acted on, or acted
for or against.  that's real discipline to
deny your identity, or subvert it to a
higher cause.
>
> it's worth the talk, though.  i mean,
would he have been the personality he
was, have the wit, the sense of campy
style (30 million viewers) — if wasn't
the liberace of the televangelist world?
>
> and does his arc become all the
more fascinating, and strong, if he's
prepared to deny his natural drive in
order to serve a higher calling?  what
did he transcend to be great?  what did
he sacrifice?  subvert?  remember,
we're writing for today's audience.  but
the time he lived would have been
deeply homophobic and he would have
known that.  yet, the liberace side is
there.  very interesting.
>
> but looking at him we want to say:
"But who are you?"  "what made you
tick?"  "why we here today pouring over
your shows, and books, etc?"  NOT
because you're some run of the mill
academic, or parish priest who enjoyed
a glass of wine in the evening (or 10).
you know what i mean?
>
> A
>
>
>
>
>
>
>
>
>> On May 31, 2016, at 5:59 PM,
Dieterich Gray
<dieterichgray@gmail.com> wrote:
>>
>> Angus!
>>
>> You are speaking our language,
compadre.
>>
>> I don't know if I coined this or if I've
stolen it from someone along the way...
Sheen is/was the Liberace of the
Catholic Church. But, we thought rather
than pushing the gay angle, as there is

no evidence of it, we could gently imply that his proclivity for the finer things and draping himself in silken regalia and the charisma he exudes might leave viewers to draw their own conclusions.
>>
>   That said, Spellman regularly sending his driver to pick up a certain Broadway chorus boy from the stage door is super juicy and we should explore that whole heartedly.
>>
>   I'm free for a call tomorrow from 11a-12:30p and from 1:30p - 6:30p PST.
>>
>   Let me know,
>   D
>>
>>
>   D i e t e r i c h   G r a y
>   312.451.7973
>>
>>> On May 31, 2016, at 11:36 AM, Angus Fraser <pafko@me.com> wrote:
>>>
>>> hi sean,
>>>
>>> good luck with the move.  let's aim for tomorrow afternoon and we'll see if we can get dieterich looped in to our time zone.  have a safe drive.
>>>
>>> A
>>>
>>>
>>>> On May 31, 2016, at 2:30 PM, seanpfahey76@gmail.com wrote: >>>>
>>>> If were interested in a phone call even today, i've got a 5 Hour Dr. ahead of me to Minneapolis starting right about now..
>>>>
>>>> 312-342-0372
>>>>
>>>> Sent from my iPhone
>>>>
>>>>> On May 31, 2016, at 12:58 PM, Angus Fraser <redacted> wrote: >>>>>
>>>>> so, i am watching as many "life is worth living" episodes as i can. they're something else, right across the board.  the anti-communism sermons (can you call them that?), really speak to the times and stand out.  i haven't cracked his rise in radio, but i think it's going to be important.  themes that are emerging —
>>>>>
>>>>> the rise of media
>>>>> the relationship between televangelism and the church

>>>>> the 50s, 60s, and 70s
>>>>> iconoclast and outsider (gay?)
motivational speaker?
>>>>> taking on the church in late 60s
over the Vietnam War
>>>>> and, of course, the fight with
Spellman.
>>>>> Sheen, the Kennedys, the
church
>>>>> the power of sheen (30 million
viewers, 3000 people lining the streets
to welcome him Rochester, despite the
calculating and disingenuous
Spellman), vs the empty parishes, the
declining flock …  the righteous vs the
deceitful.
>>>>>
>>>>> remember, we have to hit the
cable audience.
>>>>>
>>>>> you may not have enough time,
but if you can, try and read
BRIDESHEAD REVISITED.  it's written
by Evelyn Waugh — a catholic — and
it captures the mystique of the religion
through it's characters.  and a whole lot
more.  it's unbelievable, frankly.  in
terms of a spiritual stab at something,
nothing comes close in my opinion.  it's
the hints and the subtly that is
remarkable, and the catholic family.  i
would be curious for your take on it.
it's never been filmed properly and
there have been two attempts, much
like THE GREAT GABSBY.
>>>>>
>>>>> so, these are some of the things
of interest that are emerging.
>>>>>
>>>>> angus
>

--



seanpfahey76@gmail.com 312.342.0372
http://www.vimeo.com/seanfahey

# EXHIBIT 174

**Click to return to paragraph 97**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## Time Magazine

---

**Dieterich Gray** <dieterichgray@gmail.com>          Tue, Jan 3, 2017 at 3:28 PM
To: Angus Fraser <redacted>
Cc: Sean Fahey <seanpfahey76@gmail.com>

Angus,
I've just got page 4 of 10 in this attachment. Can you send complete file?

D i e t e r i c h  G r a y
312-451-7973

On Sun, Jan 1, 2017 at 7:19 AM, Angus Fraser <redacted> wrote:

let me know if there's a problem opening it.  there shouldn't me

A

# EXHIBIT 175

**Click to return to paragraph 101**



**Sean Fahey <seanpfahey76@gmail.com>**

---

## (no subject)

---

**Dieterich Gray** <dieterichgray@gmail.com>                                   Wed, Feb 15, 2017 at 5:23 PM
To: Sean Fahey <seanpfahey76@gmail.com>

Major movements we cover in the series:

https://docs.google.com/document/d/1jcvBVs3Gg9ADyLO3x-ODOwb_BsoGtd9yrLxs4kY2n1Y/edit

Dieterich Gray
312-451-7973 // IMDb
[Quoted text hidden]

# EXHIBIT 176

**Click to return to paragraph 102**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## sheen - working book list

---

**Dieterich Gray** <dieterichgray@gmail.com>
To: Sean Fahey <seanpfahey76@gmail.com>, Fraser <redacted>

Wed, Feb 15, 2017 at 10:45 PM

"The Mighty Wurlitzer: How the CIA Played America" by Hugh Wilford
(specifically Chapter 8 on Catholics)
link

On Wed, Feb 15, 2017 at 2:55 PM, Dieterich Gray <dieterichgray@gmail.com> wrote:

"Bishop Sheen: Mentor and Friend" by Msgr. Hilary Franco (asst. to Sheen '59-'67)

link

On Tue, Feb 14, 2017 at 5:47 PM, Dieterich Gray <dieterichgray@gmail.com> wrote:

The Passion of Fulton Sheen link

The FBI and the Catholic Church, 1935-1962 link

La Popessa : The Controversial Biography of Sister Pascalina, the Most Powerful Woman in Vatican History link

His Humble Servant: Sister M. Pascalina Lehnert's Memoirs of Her Years of Service to Eugenio Pacelli, Pope Pius XII link

The Cardinal of Repression *by James M. O'Toole (The Atlantic Monthly, 1992)* link to Atlantic Monthly article (1992)

Al Smith Dinner, 1960 (Nixon, Spellman, Kennedy) link to transcript

# EXHIBIT 177

**Click to return to paragraph 85**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## Sheen timeline and pilot points et mas ...

---

**Dieterich Gray** <dieterichgray@gmail.com>           Mon, Feb 20, 2017 at 12:28 AM
To: Sean Fahey <seanpfahey76@gmail.com>
Cc: Fraser <redacted>

Thanks, Sean!

I love the idea of a Sheen monologue (which we can embellish and make work to our benefit) at the center of each show which is a metaphor for and symbolic of an episode's (or each episode's ) storyline. That's been done before, but could really be effective here as our anchor.

We worked hard on this timeline (and accompanying materials) which aligns Sheen's life and career events alongside world & catholic events. We focused on the 50s/60s (per your request), but added some potentially useful moments on either side of those two decades.

Some discoveries of note:

-"Wild Bill" Donovan is often unemployed (or rather, a job isn't on the record). We believe he is working heavily behind the scenes with US & Brit intelligence. He is also appointed Ambassador to Thailand ('53-54) during end of Korean War and beginning of Vietnam War. Not an accident to have him in SE Asia during this time.

1963 - in June, Duc lights himself on fire.
In November: JFK & Diem are both assassinated.

1967 - Spellman dies and Sheen publishes a book called "Guide to Contentment" (kinda appropriate)

The other materials can be organized further. This is just a first volley. These are the things we know - now. We will learn more in the coming days as we dig further.

Kisses,
D

D i e t e r i c h   G r a y
312.451.7973
sent from my iPhone
[Quoted text hidden]

# EXHIBIT 179

**Click to return to paragraph 97**

Paley Center research assistance

 Gmail

**Sean Fahey <seanpfahey76@gmail.com>**

## Paley Center research assistance

Dieterich Gray <dieterichgray@gmail.com>                                                                                 Fri, Mar 3, 2017 at 5:01 PM
To: Dieterich Gray <dieterichgray@gmail.com>, Sean Fahey <seanpfahey76@gmail.com>, Fraser <redacted>

3 episodes LIWL
- 1952 (discourse on communism) /
- April 1953 (no subject) /
- another with no date

-Bishop Sheen Christmas Program 1963
-Friar's Roast of Milton Berle 1969

The Catholic Hour - Radio Program (avail at Paley Center in NYC)

Most of the Dumont reels/materials were dumped into NY Harbor in 1972-73

Boooooo...


Dieterich Gray
312-451-7973  //  IMDb
[Quoted text hidden]

# EXHIBIT 182

**Click to return to paragraph 99**

 Gmail

**Sean Fahey <seanpfahey76@gmail.com>**

---

## here it is

---

**Dieterich Gray** <dieterichgray@gmail.com>
To: Angus Fraser <redacted>
Cc: Sean Fahey <seanpfahey76@gmail.com>

Mon, Mar 13, 2017 at 10:02 AM

SHEEN 101 PILOT OUTLINE - NOTES

From Dieterich:

Really great. I think it works in so many ways.  Great parallels, time jumps, good characters. The end really got me. I got chills.

Was the movie theatre in 1970 LA a real event? Was there a heckler? We don't need to be historically accurate here. Just curious. Cuz, we know he speaks at the Crystal Cathedral in Garden Grove California (in the original Neutra sanctuary) in 1972 to an over-sold crowd - standing room only. His sermon that day was "Jesus Christ - Superscar" in response to the recently successful (and anti-semitic) broadway hit from Andrew Lloyd Webber.

What about the idea of being in Rochester in an empty parish? This could serve the same purpose.

The bus ride is pretty good. But, we know he still had nice cars til the end. Unless, you're trying to convey a man who is attempting to live more simply.

The Variety magazine on the Bible. Good. But, the response: "Really?" Is a missed opportunity, I think. Maybe something more clever ... unless you're conveying a once eloquent speaker who is now tired and all he's got is, "Really?" Or, the world has so embraced sin and the church is so far out of the zeitgeist that our eloquent wordsmith and people motivator is overwhelmed by such anti-church oppression and all he's got is, "Really?" It still feels a little modern.

So, there's a catholic board meeting and then a TV exec board meeting? Back to back? Maybe separate somehow. Or combine those meetings. Unless you're intentionally looking to parallel these events.

What happened to: "a priest, a rabbi & a Methodist minister... People like this show, cuz these guys don't get along - they argue. I don't know what it is, but people like to watch other people argue on television (a reference to modern reality TV). What's this guy gonna do - give a sermon??? (sarcastic) Oh, I'll be sure to tune in for that."

Was the show called "Is Life Worth Living?" at one time? The show title - as I've always known it is - "Life Is Worth Living". A statement rather than a question.

Broderick as Spellman's set of eyes riding very close to Sheen is very good. Was Broderick actually a producer on the show? Not necessary for historic accuracy. Just curious.

Is Conklin fictional? I don't have him in our records.

Does Clare Boothe Luce come into play in future episodes to connect Sheen to JFK? She was Ted's bestie.

Closing. Really effective.
However, I think the last line is, Sheen: "Friends."

- - - -

From Sean:

Devils Advocate time:

1970 - California: Did this actually happen? Was Sheen televised out of a movie theatre?

- I get the reason for wanting to reveal Sheen the washed up movie star, but I think we are taking liberty in assuming that Sheen was a washed up movie star, and that to me is out of character. Like Jim Jarmusch says: "Know your character and they will tell the story for you."

Heckler - interesting: wondering if it might be better served in a different guise and a different argument.

We had talked about Rochester NY and a sparse congregation, which feels more in line with where he was at.

Polo Grounds happened in Brooklyn I believe, so keeping with the NYC binary we are in the wheelhouse - do you have the transcript of Sheen's speech? Its a great scene for sure. I'm a little concerned with our Character Sheen and the people around him - Broderick "He's the one." feels canned - and Spellman et al would already know who Sheen is from Catholic Hour - I think we can assume Sheen was a draw that day.

Meeting the young Jack Kennedy in bed with a woman. - I think there's a better way to introduce him, tie him into Catholic power, and plant seeds that will entice and keep people wanting to come back for subsequent episodes. .. .let's talk about that asap. .

Wondering why we don't have Clair Luce Boothe in here?? Or Hilary Franco for that matter.

Broderick is a nice add - as he was a henchman of spellman and I like having him around Sheen, but was he a producer of the Show?

Hoover/Spellman is great (and Cohn) - the Homo reference for Sheen way too on the nose. See don't say with Sheen I feel, n'est pas? Also the logic for Hoover commanding the hire feels off. Hoover doesn't represent Catholic Power, that would be more CIA - Hoover is a big fan of sheen's of course and loves his radio show - which is evident in the FBI files dating as far back as 1943

Introducing Joan is great! Let's talk about that more. Late teens is great - by the time the show is on the air she has a fiance and Sheen is their surrogate.

FATHER CONKLIN - did this happen? I like where you're going with it - will circle back on this end of notes…

Back to Sheen in the 70s - currently its Sheen the washed up movie star - I'm feeling we should look at Sheen the retired priest and he is visited by NYC Monsignor Hilarey Franco: There conversation might even lean towards "Spellman has passed and New York (and the church) is changing, it's time to come home" Also, Sheen on a bus, while good for this character "sheen washed up talent" feels out of character. I get this is intentional, and I get the trick here, but is that the Sheen we want to show?

Sheen, Broderick, Jewish producers who are skeptical - - I like where it's going but again Sheen had a 30million listenership and was already hugely successful - I get creative license but if we can't find a way to write creatively his character as we know it, then I think we are really losing out on the potential of this series and Sheen as a driving force. Also, I think it is important to note that even a Jewish producer would address a Bishop as "Your Grace" This was common knowledge and practice at that time - so it's knowing the age and how people communicated. Let's be authentic.

Broderick as producer - was he?

Stork Club - VERY cool scene! Would be great to have Sheen with Clair and even have Joan come into this club. Again, I assume his name might precede him. YES Jackie Gleason - I like that we are showing his attraction to Sheen the master orator.

I'm liking the gay B Story but want to talk about it in detail.

Sheen's chapel - glad we have it in! We will be authentic to the nature of why it exists and what he does there: Holy Hour. Show the man praying - important. He can work his lines in another room.

You call the sheen show "Is Life Worth Living?" i'm wondering if that was an intentional flub? It's interesting.  The show is called "Life is Worth Living"

I want to talk through the TV show open scene. Joan would be with him. We should talk about this scene - I have some thoughts that can bring up the bravado.

Back in 1970 you have Sheen in a motel in Sherman Oaks - what if Rochester and he calls Joan, "I'm moving back to NYC, today, find me a place."

I love ending on Sheen "Friends…" I agree with Dietrich.

Seeing Conklin's legs dangling DARK - awesome, great for the B Story.


Dieterich Gray
312-451-7973  //  IMDb
[Quoted text hidden]

# EXHIBIT 183

**Click to return to paragraph 107**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## here it is

---

**Dieterich Gray** <dieterichgray@gmail.com>          Tue, Mar 14, 2017 at 7:05 AM
To: Sean Fahey <seanpfahey76@gmail.com>
Cc: Angus Fraser <redacted>

Agreed on the fascination of a man who rises through fame, but is crushed by the thing he remained loyal to and never wavered from - the church.
I also agree that Sheen thought of himself as a Bishop first. But, his success was pushed thru his audiences, who saw him as an entertainer. Sure they had respect for His Grace - as they would any holy man. But, there were no other holy men on TV. We don't get to pick how we are perceived. He thought of himself as a bishop. We saw him as the face and voice of reason who could compete in witt and fame with Milton Berle and Frank Sinatra... an entertainer.

As for the rest...

I'm hearing a desire for Catholic power to be included in this story. Is there a vote against it?

I'm hearing a desire for Kennedy to be included in this story. Is there a vote against it?

I think there is a bubbling undercurrent that should ride under all of our A and B stories - and that is Catholic Power. Both, domestic and abroad. Why wouldn't we lay this in under the story of the rise and fall of the entertainer? This doesn't seem - to me - to negate the agreed upon goal posts with Ira & Joan.

Non?


D i e t e r i c h  G r a y
312-451-7973  //  IMDb

[Quoted text hidden]

# EXHIBIT 187

**Click to return to paragraph 114**

Gmail - minutes from our call 8/9/17

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## minutes from our call 8/9/17

---

**Dieterich Gray** <dieterichgray@gmail.com>
To: Fraser <redacted>
Cc: Sean Fahey <seanpfahey76@gmail.com>

Fri, Aug 11, 2017 at 2:41 PM

Great call, Angus!


We are happy you're receptive to our notes and are glad that the conversation went the way it did.

Here is a boil down of minutes related to our call, followed by the full notes - one more time - with key points highlighted in **<span style="color:red">RED</span>** that reflect our call.

The major take-aways:

-Trump / Comey parallels - see notes

-Driving conflict with Sheen and Spellman is going to be set around the reality of the show, the fact that Dumont slated the show to fail, since it was essentially a money pit for them. This raises the stakes and let's us be surprised when the show succeeds - our notes have this

-Driving the conflict of Sheen "going off script" and changing the convention of how a front man leads a show on "scripted" television. This is conflict between Sheen/Spellman and Sheen/Floor Director (Bunetta) - our notes have this

-Tweaking the C story (per Joan) and how best to shape that conflict to reveal Spellman's power (see Joan's notes).

- Clare Boothe Luce - our notes have great resource to help drive this next pass for her!

- Planting seeds, inspired by the current scenes, that we feel will add value to the pilot, and also add important set-ups for later episodes. - See our notes

- We agree that Berle tuning into Sheen on the first night would be like watching public access television. *However*, if you put Berle at the Stork Club and he witnesses Jackie Gleason send a bottle of Dom Perignon to Sheen's table... then, Berle has some context for who his new competition is and might - just might - tune-in during Berle's make-up touch-ups / half-time break.

- One thing we forgot to note: Sheen's holy hour, he did this every day, it needs to be shown in this episode, and in each episode in some form of another. We have planted a scene later in our notes for this…


- - - - - - - - -

**NOTES (original)**

**EXT. PARKING LOT, SHERMAN OAKS, CALIFORNIA (1970) - DAY (p 1)**

SEAN: Really like this scene. Sheen walking up to the boys: there is a chance here to reveal that one seemingly genetic trait, for Sheen to always find a way to charm his way into gifting the word. This is something he was famous for, his wit, charm, and ability to get into peoples heads, notable bringing more converts, "by hook or by crook," as he would say.

This is the very first moment we seen Sheen, we want to get a glimpse of his power of persuasion. Even if he's going to a failed farm league taping of a doomed show, in his old age, Sheen hasn't lost that gift of wit. If the idea is that his voice is lost on a new generation, then lets give him the chance to try, before hitting him with the reality of the age. The way I see it, we have one of two opportunities:

A) Sheen wins, B) Sheen loses, but both revolve around Sheen doing what he does best, wit, charm, connection, grace. Regardless of outcome I don't see Sheen leaving them without trying.  - - -

Also the Vietnam and Billy Holiday reference, relating it to the kids and the times feels a bit vague. I never see Sheen as being vague, I don't think as a master educator he ever would allow himself, when challenged or otherwise, to not clearly define the "lesson"

The scene ends with with a question.. it's vague, leaves the audience wondering, but I wonder if we can take this one step further … If "what's that supposed to mean" is the question .. can we source a way to find's Sheen's voice to capture that moment better?

DG: I don't mind the question. I like the tactic Angus is employing. Letting the performance of the kid and our Fulton pose the open-ended philosophical hanger. We can use it. I just think Sheen should spike the ball. He serves it up. The kid considers it. Has a moment of openness. Sheen drops in a closing line. I don't know what the line is. But, a stab would be: Fulton: "No one knows what any of it means - really." /// Kid: "Where ya goin', mister?" /// Fulton: "To join some people who don't know what it means. And, to convince them it's all gonna be ok so long as they know the way." (he walks on - the kids follow him toward the theater. kinda like jesus surrounded by children.)

**Second point:**

SEAN: The show Wake up America! was shot in Toledo. Do we want to take creative liberties on the very first scene/cold open? Playing devils advocate here: There are 70 million catholics in the world, one of the largest ancillary market DVD purchasers, who I feel value authenticity. Should creative license of a historical fact be employed in the first scene to this degree?

DG: I'm not so averse to this. Cuz, he tried in a number of cities, yes? I think it will be a super rare Sheen historian who says, "Naawww, he never did a show in LA. That was definitely in Toledo." And, the occassional negative comment, so long as it is contained with in a relevant truth to character, in a chat room or on FB post will only continue the conversation about our show.

**INT. DRESSING ROOM - DAY**

SEAN: You have Fulton speaking about Paul. It is much more appropriate to mention that Paul converted the Gentiles.

- -"The Jews" is a tricky issue. He wasn't actually successful at that, and the Jews (Paul says this in Thessalonians) "Killed Jesus" .. so Gentiles become his proselytizing mission.

- - - - I don't think Sheen would say "You're nobody if you don't have a following."  - - it's also feels somewhat a double negative. I think a better option would be to paraphrase Sheen's Hook or by Crook quote: "What does it mean to be a bishop? When Our Blessed Lord first called Peter and the other Apostles to Himself, He said that from now on they would catch souls instead of fish. Whether or not a promotion in the Church increases the ability to fill nets is another matter. Statistics do not prove that one can catch more fish seated on the bank dressed in purple than when dressed in black. Rather, it would seem that the responsibility increases because a fisherman uses only a hook, but a bishop uses a crosier, or a crook. That means that he is to increase Christ's fold whether they be fish or lambs, 'by hook and by crook.'" Venerable Archbishop Fulton J. Sheen.

DG: I love your outlook here and his classic quote. And agree about Gentiles. However, I think he's not referring to himself in saying "You're nobody if...". He's zooming out and commenting on the "modern age" and, I think, simultaneously commenting on Jesus and His following. But I wonder if there is a way to wed the two to add his voice, with hook or by crook. Could be a wonderful entre into Sheen's wit.

**EXT. POLO GROUNDS, NEW YORK CITY**

SEAN: - - - Sheen talks to O'Dwyer (p 5) .. "- the greatest murder happened at the Calvary." Sheen would not think of Jesus' death as murder. This is not Christian logic. To quote Sheen: "The most sublime act in the history of Christ was His Death. - Because Jesus came to give his life redemption for many. "  - - this was prophecy, destiny, by giving his life (not murdered), Jesus saved humanity  … this is VERY John 3:16: By this we know what love is: Jesus laid down His life for us, and we ought to lay down our lives for our brothers." DG: Agreed

**Here is an excerpt of Sheen on the Calvary**

The most sublime act in the history of Christ was His Death. Death is always important for it seals a destiny. Any dying man is a scene. Any dying scene is a sacred place. That is why the great literature of the past which has touched on the emotions surrounding death has never passed out of date. But of all deaths in the record of man, none was more important than the Death of Christ. Everyone else, who was ever born into the world, came into it to live; our Lord came into it to die. Death was a stumbling block to the life of Socrates, but it was the crown to the life of Christ. He Himself told us that He came "to give his life redemption for many"; that no one could take away His Life; but He would lay it down of Himself.

**SHEEN AND SPELLMAN, VOICE, INTENTION, VOCATION, DYNAMIC**

The Polo Grounds is such a smart set up and a great scene idea. There is an opportunity here to show several nuanced character points for Sheen and Spellman. Currently we have Spellman fumbling through his intros, dry, very high school principle at a lecturn. This is not Spellman. Spellman is an empire builder, specialized, expert, cunning, could have gone Wall Street but chose vocation, but vocation HIS way. Spellman is also an author several times over of feverishly loud opinionated masterworks. He's a scholar so he'll never be short on intentional, divisive, poignant and fiery rhetoric, but his delivery might come off a bitt like he's got an annoying cold, a casualty of NYC upbringing. His staunch anti communism and pro-national Catholicism, should lead the charge. People in the seats should be on edge, we should all feel uncomfortable.

When Sheen takes the lectern, he would do what he naturally does, tell a joke first, draw people in, get them to breath after being choked by Spellman's words. Spellman, knowing Sheen would hit the home run, does this divisively as well, but there should be a profound jealousy, a glance, a moment, as Sheen shines, and echoes the call agains't Communism, but for different reasons and through a humanist lens. Sheen is out to save souls, to help humanity…  Spellman is out to build an empire, for power. Sheen would always say, "Communism is evil, Communists aren't evil."  He can save Communists from Communism is his goal.

DG: Agreed. I think more simply put: Sheen and Spellman are both scholars and lifelong public speakers. Spellman doesn't fumble. He's just short, pudgy and uncharismatic - maybe even boring or by the book. Sheen is handsome and absolutely captivating. And, always starts with a joke - or anecdote - before he drops the love hammer.

INT. SPELLMAN'S OFFICE & INNER SANCTUM  (p 9-11)

There are a lot of seeds planted here. Something to think about: this feels very current, this feels very Trump/Comey.. how can we use that to our advantage?

**pg. 11 - "speak to Edwin alone" - love it, like a Trump/Comey talk**

**INT. CHARLIE SWEENEY'S OFFICE - DAY  (p 12) (And then 13 - 22, 36-44,  revamp and adapt)**

This scene is great .. and rather than dive into the content I want to plant seeds to help it along with what really happened (these are the actual events leading up to show pulled from America's Pope and Selling Catholicism: Bishop Sheen and the Power of Television):

Many Catholics worked in early television and were so receptive to the input of the church that they formed a group called **CARTA** (Catholic Association of Radio, Television, and Advertising.). The FCC, fearing TV should erode public morality, insisted the networks offer public service programming, to the benefit of Christian and Jewish groups, because local networks game them FREE access by producing their programs as a public service. Everyone at Dumont would be well aware of a FCC compliance and relationship incentive to slate for public service, and the fact that they could still seek corporate sponsorship.

As a matter of fact Broderick was approached by James Caddigan, program director for the DuMont network, because they wanted someone to fill a "graveyard" spot, a television spot that no sponsor would EVER pay for, because of the unbeatable competition, i.e. Milton Berle. When Caddigan asked for religious programming of

Broderick, Broderick chimes: "I've got just the man for you."

Cadigan volunteered that Sheen could do whatever he wanted of the half hour.

**Sheen made his way to television the VERY same way as Smokey the Bear and public service health announcements - could be a powerful statement or visualization.**

Sheen wanted to film the show in different churches and speak to conversion instructions, followed by a Q&A. DuMont suggested Q&A is BAD for live TV, Sheen understood why. DuMont also rejected the idea of using different Catholic Churches because no Church in New York was wired for Television, and remote wasn't a thing yet.

- - - DuMont wanted to spend as little as possible on Spellman's boy, Bishop Sheen and his program, because they thought it a loss on the books, wouldn't take. So DuMont found an affordable theatre and agreed to build a set per Sheen's instructions, that fit within a tight budget. And that is why they have Adelphi. DuMont also strategically case to slate Sheen's program during what they called the graveyard hour, up against Milton Berle. This proves they were being strategic with the loss, and appeasing the FCC, while ensuring that all parties were happy. They were not rocking the boat, just playing it safe with a show they didn't think would ever have legs.

Sheen chose against convert instructions and chose to speak about topics of moral living that related to all religious groups.

Sheen was immediately criticized by fellow clergy, including Spellman, for not being more explicit in his propagation of the Catholic faith, Sheen would argue back, "If the seed falls they have 52,000 branch offices of the Catholic Church where they can get instructions."Because the Catholic Church was given the air time, and because it was a cost to DuMont, they had a struggle seeking sponsorship pitching "the idea" of a religious show going up against Berle.

Conversely, Sheen's radio show, because it was sponsored by a religious group, had a message grounded in Catholic doctrine.

- - there's potential to pit Spellman against Sheen with this - - Spellman can't control Sheen through rank and file, as he can with the propagation of faith (failed attempts as well). What if, by introducing this in the first episode, Sheen's standing up to Spellman about the message of the first broadcast? .. what if that helps us further down the road when Spellman asks Sheen for probation money (which goes all the way to Rome).

It was difficult for Broderick to get show Titles from Sheen more than a week in advance because Sheen planned the program week by week, meditation on his ideas during his daily holy hour in his private chapel.

The day before a program should start Sheen would practice his delivery, pacing in his office. Some times he would practice by giving his talk in Italian for the Convent of Franciscan Sisters on 45th St. Or he would present it to a friend in French.

Sheen required little instruction from his stage director. He was keenly interested in the program's production and spent time each week watching other shows, partly for relaxation and partly to learn (you do that well later in the script). Sheen loved the comedic timing of Rochester Van Jones, on The Jack Benny Show. Some ideas, he recognized, required rapid speech and some long pauses. Jackie Gleason, who became Sheen's dear friend, would often sit in the production booth with Broderick and talk about Sheen's impressively natural timing. Gleason, who also started on DuMont, compared his show to Sheen's and remarked, "But I don't have your writers!!"

Floor Director Frank Bunetta wanted to give Sheen signals, warning him that he had 5 minutes to speak. "No, just give me a 30 second signal" - everyone was amazing that he could hit that mark, but i'm sure nobody believed he could in the first taping.

Broderick asserted that Sheen should wear the modest "black and collar" of the priest on the street, and not wear such distracting regalia (he was worried people would focus on Sheen's buttons.) - Sheen was firm: he would wear the cassock and cape.

Sheen found his theme music from his fiend (who he converted) Fritz Kreisler.

Sheen immediately picked up a staunch critic in the liberal Christian publication Christian Century. They said Sheen's program was "close to blasphemy," for Sheen to equate television with the incarnation of Jesus. The editors claimed that television as a medium was out solely to prove commercial profit for it's sponsors.

Sure enough, by the third episode of LIWL, DuMont picked up the Admiral Corporation. The numbers were steady climbing. Sheen went from 250 letters in the first week, to 3000 in the second, to 9000 in the third, and so it goes…

Eventual even Christian Century noted somewhat cynically that Sheen was "Catholicism's most gifted performer."

**NOTE: There are two musings about the set up of the show that I want to highlight.**

1) Three times, and Sheen is a hit reminds me of Robin Williams on Good Morning Vietnam. In GMVN, Williams comes in as a new ratio host with new and fresh ideas, but is told to conform to the standards of the system in place. He doesn't, there's conflict (3 times), but his show is a huge success because of his approach, regardless of how hard the conflict gets. We could say the same about the Howard Stern Biopic - These aren't far removed from Sheen's trailblazing approach leading up tot he first episode - can we sue that to raise the stakes?

2) <span style="color:red">The cock crowed three times, and three times Peter had forsaken Christ … If Sheen could go against Spellman's marching orders, THREE times, episode-for-episode, over what to say and how to say it, and in the end Sheen wins his audience 100 times over.</span> FACT: After episode 1, there were 200 letters, after episode 2, 3000 letters, by the end of episode 3, 20,000 letters flooding the office, with money and gifts and prayer requests. The later two are for a second episode perhaps but can we plant seeds for this conflict here? By the third episode DuMont picks up Admiral as a sponsor for the show.

pg. 13 - We  like secretary's cross around neck. Sweeny should spy it - then say he just got off the phone with Archdiocese. A calculated play?

pg. 16 - "They look like ants." (so great!)

**INT. RADIO STUDIO - DAY**

pg. 22 - Sheen monologue riffing on Broderick - - - -  I wonder if there is an opportunity to have Joan involved in this scene - in reality she barely recalls Edwin Broderick, and it almost feels like paying tribute to the failed relationship between he and Sheen, by foreshadowing with Edwin  laying on baloney instead of blarney to Sheen's niece, perhaps playing nice to get in good with her, to curry favor with Sheen, it backfires …

- - - Sheen would say on the radio (or polo grounds) AND THIS IS VERY IMPORTANT "Communism is evil, but communists aren't evil, they are human, they have souls,"

**SHEEN ON COMMUNISM**

No one can understand Communism who does not believe in the devil. The Communists believe in the devil. The Communists organized a so-called "patriotic" church. A few brain washed were to be in charge of the churches because they were loyal to the anti-God regime. One of the first orders given by the Communists to them was that the prayer to Prayer to Saint Michael be no longer said because it invoked the protection of St. Michael against "the wickedness and snares of the devil." As one Communist judge said: "We are those devils." It is hard for many in the free world to believe that there are not only bad men, but evil men. Bad men steal, rape, ravage and plunder. Evil men may not always do these things, but they seek to destroy goodness, virtue, morality, decency, truth and honor. Bad men who steal admit honesty; evil men who do not steal, call dishonesty "honesty," totalitarianism "democracy," slavery "freedom." Evil men can be nice at table, polite with women, courteous in Washington, refined in London and calm in Geneva. But the principle which guides their every move is the maxim of Lenin: every lie, trickery, knavery and deceit must be used to.

pg. 24 - DG: Spellman's frown at his nickname is a great moment. And I love the two sexual deviants (Spellman & Hoover) talking gleefully about Judy Garland.

**INT. SPELLMAN'S OFFICE & INNER SANCTUM - NIGHT  (p 23 - 25)**

This is a great Trump/Comey opportunity.

What if Spellman asks if Hoover has a file on Sheen .. Hoover is the director of the FBI, and in no way does he have to divulge any information of anyone under internal investigation and I think he would vocalize that.

Spellman (Trump) would ask for loyalty for the mission of the greater good of God and America's sake .. Hoover (Comey) would remind Spellman that the FBI keeps files on everyone, no-one is immune to justice or the rule of law, and the director of the FBI will not divulge classified information under any circumstance - Fulton Sheen may have a few communists and fascists he keeps on with, but nothing nefarious. - - If Spellman want's to control his puppy he's going to have to try much harder and think of a more creative leash than homosexuality as blackmail.

Again, rather than pick through the scene bone for bone I will share the story of the relationship between J. Edgar and Sheen to help clarity.

Fulton Sheen and J. Edgar Hoover have been in correspondence with one another since January 12, 1943, the same day that Soviet Forces Penetrate the Siege of Leningrad.

*"Totalitarians are fond of saying that Christianity is the enemy of the State - a euphemistic way of saying an enemy of themselves." -Archbishop Fulton Sheen*

J. Edgar was in charge of the FBI for 48 years, and he did so by keeping files on everyone and keeping his mouth shut unless otherwise provoked. But no-one could take the information away from the master.  To J. Edgar Hoover Sheen is neither straight nor gay, he is a vocation driven man of the cloth.

DIETERICH: I don't think this is Hoover's outlook on Sheen. I believe Hoover's friendship with Sheen has 3/4 layers: 1.) Sure, he kept intel on Sheen [as he did everyone], and 2.) if he speculated Sheen's sexuality [or preference] he had NO evidence - and certainly wouldn't speak about it, 3.) he liked Sheen, and (maybe a 4th dynamic) - this friendship/pen-pal relationship was insurance policy into the grace of God.

J Edger Hoover and Bishop Sheen's fond correspondence to one another went on for years. Hoover had Sheen watched, I think to protect him.  (DG: this seems rather noble of a witch hunter, privacy invader, power monger, self-serving egotist.)

SEAN: This Bishop Sheen gay allegation rhetoric is sensational at best, base line low, certainly, slanderous to assert that a celibate Priest, called to vocation, would be anything but a celibate, good, priest, unless otherwise discovered through investigation of allegations, of sexual misconduct, which there are none. I think Hoover could even do one better on Spellman, by outting Spellman's One Touch of Venus broadway twink allegation .. to which Spellman can hit Hoover back with his own gay gossip quip about Hoover in a dress with a young handsome priest in Spellmans camp (perhaps this was a blackmail set up by Spellman?), since they both seem to play in mud puddles together. (DG: Agreed.)

**pg. 25 - DG: Hoover "He's a fairy". Hmmm... no.**

  -DG: Roy Cohn likes to have his balls sucked by choir boys -  This vocabulary seems out of place with the rest of the show.

**INT. HALLWAY, BRONX HOSPITAL, CATHOLIC HOSPITAL - NIGHT (p26-30)**

- SEAN: this scene accomplishes so much in a clear and succinct way. 1) it's gives us an opportunity to see Sheen and Clare together in an intimate detail. 2) it's a way to get a conversion in the first episode. 3) Shows Sheen's devotion to care for the soul - great stuff.

NOTES: If Sheen is going to take Austin's hand a trick would be to sneak a rosary into his palm, a gentle reminder as he asks Austin to pray (Sheen did this all the time, to the point that Martin Sheen, I've been told, like to place rosaries in peoples hands when he is out and about).

I want to learn Clare is a Catholic here - Sheen could look at her and she could pull her rosary out of her pocket. We can notice that the rosaries, all three, are the same - and the three would pray together.

Sheen would offer traditional last rights, Austin might refuse, but Sheen has to grace his way into offering the last Sacrament in the Holy Orders - this doesn't have to happen here, can come later when we see Austin die - But there would be the mystery of faith represented through ritual of last right by Sheen - very cool.

**EXT. THOMAS'S HOUSE, YONKERS - DAY (p 30)**

Great re: Cadillac

SEAN: Missed opportunity: Sheen has this eccentric and funny Italian immigrant driver, that he keeps as a friend and driver for years, and re-hires when he returns late in live to NYC - that is a fun scene, to very old men, sort of an homage to Driving Miss Daisy. Doesn't have to be much, but an exchange, that could be recurring throughout. Also reminds me a bit of House of Cards, Kevin Spacey and the Rib Guy.

INT. LIVING ROOM - DAY  (p 31)

*GREAT SCENE STUDY OF SHEEN!!!!*

**INT. FULTON'S BLACK CADILLAC - DAY  (p 32)**

SEAN: Again, Sheen would not say his friend Jesus was Murdered on the Cross, ever. This is not Catholic logic - he might suggest that a friend who he loved dearly gave his life to save the lives of others, who were in grave danger … We've got to keep our Catholic understanding and focus strong throughout.

**EXT. BASEBALL PITCH, BROOKLYN - DAY (p 33)**

SEAN: Love the contrast of scenes between Fulton/Joan and Dugan/Tommy!!!!!!!

pg. 34 - DG: Monica: "Didn't they just make you Bishop?" - I know Angus has decided not to show this. Is it expo to say it? Is there something to be gained to have Spelly call Fulton up in Ranks in order to get this TV show in motion?

Edwin: DG: Are you leaving the priesthood?? (i don't get that. because Joan looks so beautiful and Sheen should marry her - SEAN: it would be in incredibly poor taste for a priest to publicly say that - I don't mind Edwin flubbing, but I think this is a fantastic opportunity for Clare to show her zeal, and correct his dumb ass.

pg. 36 - DG: Why does Broderick come see Fulton at radio station and at Nordstrom? Wouldn't it only take one summons to get a loyal subject into Spellman's office? SEAN: Let's pic one over the other.

- DG: Exiled. There be no meeting is good foreshadowing. But, where does it come from in Sheen to ask this? Is he making a joke? Could there be a bible reference? "I suppose I'm not going to be exiled, like the Babylonians? SEAN: Or the Israelites.

**EXT. 44TH & THE ADELPHI THEATRE - DAY (p 38)**

SEAN: I think it's important to rethink, creatively and strategically, how this series of scenes play out, in reference to historically accurate accounts (as stated above in the show history notes we added)

- DuMont would have strategically placed Sheen in the graveyard slot, going up against juggernaut Milton Berle (smart producing for a show they have to put up, that they think won't make them any money)

- DuMont had no faith in Sheen's show idea, but this is an FCC compliance mandate

- DuMont would have wanted to spend as little money as possible production this show, since there would think there was no chance for a sponsor

- Spellman would think he could control Sheen's programming ideas, sending Edwin to Sheen with Marching orders

- Would be great to have Sheen carve his own path and find his own voice, against the wishes of Spellman (Three times) and challenging the experience of the Floor Director (leading up to the first show) - this was stated above as well.

NOTE: It would be a beautiful addition to have Fulton, Clare, and Joan visit Fritz Kreisler, famous composer, who wrote the show opener .. a cute fun and creative scene with music in mind, and another Sheen convert offering to lend a hand. - and it can take us out of the conflict from Spellman and DuMont, from Control and Failure, to seeing collaboration and potential, through someone in the Catholic Tribe helping out the friend that saved his soul ….

pg. 41 - great framing of the time slot. Building it's value and risk and raising the stakes for the audience.

Gmail - An Inquiry from a well-known...

**EXT. STORK CLUB - NIGHT (p49 - 53)**

Great exposition and lots of threads set up.

Some important notes:

SEAN: Clare and JFK would be friends in an alliance of power, that will include Joe Kennedy, and Fulton Sheen, in many ways - I don't think this approach of Clare in dialog effectively represents that.

It would be nice to have two Irishmen have banter - I'd love to see Kennedy offer an Irish quip to Clare, and then Sheen could offer his most excellent "Blarney/Baloney" quote .. FOR THE WIN

"There is a difference between blarney and boloney. Blarney is the varnished truth; boloney is the unvarnished lie. Blarney is flattery laid on so thin you love it; boloney is flattery laid on so thick you hate it.

To tell a woman who is forty, "You look like sixteen", is boloney. The blarney way of saying it is "Tell me how old you are; I should like to know at what age women are most beautiful."

I once saw an Irishman get up in the subway and give his seat to a lady. She said, "You are a jewel."

He said, "Lady, I am a jeweler; I set jewels." That is blarney. Mr. Kennedy, you sir, have the gift of Blarney" —Venerable Fulton J. Sheen

There could be an intriguing conflict moment between a very nervous Winchell and a very careful Hoover. Winches even coming up to his table COULD cause a stir from the eyes in the peanut gallery, what if we show that? Hoover could have a gentle "I'll chat with you later Winchell," moment.  Clare might be able to whisper into Sheen's ear that all in the room suspect Hoover leaks intel to Winchell but no-one would dare say anything. Perhaps she is our door into Catholic power through subtle and thoughtful whispers of the cadence in the room, between all the major power players.

NOTE: A great opportunity here to have Jackie Gleason come up to their table. At that time Gleason was larger than life, to have him come up to Clare's table, to praise Sheen, in front of the whole peanut gallery .. well, with the humble set up Angus' has already created this would be a fantastic pay off. SIDE NOTE: Can Lucille Ball be with Jackie Gleason?! Sheen bests her for the Emmy win in the coming episodes, might be fun to introduce her. And he's hilarious.

Dieterich Gray
312-451-7973  //  IMDb

# EXHIBIT 189

**Click to return to paragraph 42**

 Gmail

Sean Fahey <seanpfahey76@gmail.com>

---

## discussion points

---

**Angus Fraser** <redacted>                                    Tue, May 31, 2016 at 12:58 PM
To: Sean Fahey <seanpfahey76@gmail.com>, Dieterich Gray <dieterichgray@gmail.com>

so, i am watching as many "life is worth living" episodes as i can.  they're something else, right across the board.  the anti-communism sermons (can you call them that?), really speak to the times and stand out.   i haven't cracked his rise in radio, but i think it's going to be important.  themes that are emerging —

the rise of media
the relationship between televangelism and the church
the 50s, 60s, and 70s
iconoclast and outsider (gay?) motivational speaker?
taking on the church in late 60s over the Vietnam War
and, of course, the fight with Spellman.
Sheen, the Kennedys, the church
the power of sheen (30 million viewers, 3000 people lining the streets to welcome him Rochester, despite the calculating and disingenuous Spellman), vs the empty parishes, the declining flock …  the righteous vs the deceitful.

remember, we have to hit the cable audience.

you may not have enough time, but if you can, try and read BRIDESHEAD REVISITED.  it's written by Evelyn Waugh — a catholic — and it captures the mystique of the religion through it's characters.  and a whole lot more.  it's unbelievable, frankly.  in terms of a spiritual stab at something, nothing comes close in my opinion.  it's the hints and the subtly that is remarkable, and the catholic family.  i would be curious for your take on it.  it's never been filmed properly and there have been two attempts, much like THE GREAT GABSBY.

so, these are some of the things of interest that are emerging.

angus

# EXHIBIT 190

**Click to return to paragraph: p.45          p.138**

Gmail - discussion points

 Gmail

**Sean Fahey <seanpfahey76@gmail.com>**

---

## discussion points

---

**Angus Fraser** <redacted>                                                                      Wed, Jun 1, 2016 at 12:16 PM
To: Dieterich Gray <dieterichgray@gmail.com>
Cc: seanpfahey76@gmail.com

the liberace comparison is very interesting.  my feeling is that he was probably gay and lived a celibate lifestyle.  btw, dieterich, i agree with your take on letting the audience come to their own conclusions on this point.  an old lady might find it preposterous, while a hipster might look at his shows and think he was.  ultimately, i don't think it matters as there is no evidence that this aspect (conjectured) played any part in his life, or at least something that he acted on, or acted for or against.  that's real discipline to deny your identity, or subvert it to a higher cause.

it's worth the talk, though.  i mean, would he have been the personality he was, have the wit, the sense of campy style (30 million viewers) — if wasn't the liberace of the televangelist world?

and does his arc become all the more fascinating, and strong, if he's prepared to deny his natural drive in order to serve arc higher calling?  what did he transcend to be great?  what did he sacrifice?  subvert?  remember, we're writing for today's audience.  but the time he lived would have been deeply homophobic and he would have known that.  yet, the liberace side is there.  very interesting.

but looking at him we want to say: "But who are you?"  "what made you tick?"  "why we here today pouring over your shows, and books, etc?"  NOT because you're some run of the mill academic, or parish priest who enjoyed a glass of wine in the evening (or 10).  you know what i mean?

A

> On May 31, 2016, at 5:59 PM, Dieterich Gray <dieterichgray@gmail.com> wrote:
>
[Quoted text hidden]

# EXHIBIT 191

**Click to return to paragraph: p.52          p.138**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## discussion points

**Angus Fraser** <redacted>                                                            Thu, Jun 2, 2016 at 5:39 AM
To: Sean Fahey <seanpfahey76@gmail.com>
Cc: Dieterich Gray <dieterichgray@gmail.com>

hi sean,
in terms of physical casting, i never saw sheen for spellman.  i figured that this was a nod to the family and that martin sheen is a remarkable actor.  that said, on seeing the two pictures side-by-side, it's slightly chilling.  zachary quinto too is hauntingly similar to the real thing.  well done.

i have yet to settle on what i, we, think is the crux of the story and what it is we're trying to say about this man, the church, the rise of media/tv and spiritual industry (self-help?), the 50s and 60s and 70s, arguably the three greatest decades in the our (i am half-American) collective experience.  then there's sheen and spellman.  there's the power of the church for both good and bad and then there's our society and move away from the catholic/christian experience.  who are we now?  is catholicism vibrant?  will there be another bishop sheen?  we are writing and developing for the 21st century —now and we're going to have to switch hats and ask hard, but compelling questions.  of course, sheen is the lightening rod that cuts through these fascinating times and allows us to ask these questions.  so, a lot to discuss.

i would like to hold off going back into your pilot and outlines for the time being.   truth be told, i liked the pilot and a lot of the theosophical points raised.  it made for great reading.  that said, i want to lock on to our core themes, outline a rough structure, and figure out what we're trying to do here.  keep in mind, a serialized cable show is going to require us to be daring and come up with drama that sets it apart.  i am curious from your POVs and ramona where he thinks this might land.  if we're going HBO we're going to have to be very, very smart, daring, and original.  but we are.  why would we embark on this journey to develop something that was just so-so?  once we lock down the core themes, tone, and structure, then i would like to go back to the source material that you and deiterich developed.  does that work for you guys?

(this is a great e-mail by the way.  really loaded with great stuff.  one of the first things i read was sheen's verbal response to spellman about "jealously and genius."  I always wished those lines would come to me in the heat of the battle.  to me, it shows great detachment and refusal to engage in the petty.  it's also a remarkable put down.  a classy one too, and look what it got him.)

in your humble opinions, was sheen the last star of the church?  i am sure there are great priests and bishops.  and the pope has been making quite a splash for the last two years.  but in the American experience, is there anyone who comes close to him?  thoughts?

i am do 3 EST.  that's 2 your time, 12 for dieterich?

A

[Quoted text hidden]

# EXHIBIT 192

**Click to return to paragraph 54**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## discussion points

---

**Angus Fraser** <redacted>                               Fri, Jun 3, 2016 at 6:05 AM
To: Sean Fahey <seanpfahey76@gmail.com>
Cc: Dieterich Gray <dieterichgray@gmail.com>

sean,
i don't think i responded to this yesterday.

i get your take on casting when writing — or "movie theatre" of your mind.  it may be the very best part of the process …   woody allen certainly thinks so.  but the physical resemblance of both characters to the actual personages is there.

i am looking at that HUGE moment where we know what the piece is about and what we're writing toward.  "what's it about."  as mentioned before, this is the hardest question to answer.  i am not interested in being critical of the church as jumping off point, just to be clear.  same with spellman.  however, once we get our ducks lined up in a row, we can look closely at the institution and where it was heading in those turbulent years.  when have the years not being turbulent?  nothing can be two dimensional here.  and if we're going to land a great actor like martin sheen, we're going to have to write a complex and compelling character and capture all the cardinal's contractions, complexities, etc.

interestingly (or it may bore you), i never think of an actor for a role when i write.  i just don't.  i think it's because once i do and it doesn't come to fruition, then i am disappointed.  or maybe not.  i just don't.  i am sure i am in the minority.

but i am looking at everything right now as a blank slate: the church, sheen, spellman, priesthood.  think about today: what does it mean to be a priest?  here we have to find the beauty and the complexity of the calling — and maybe the darkness, too.  i am not referring, or exclusively referring to pedophilia.  one has to be pretty intense to make that call, i am sure some demons help you get there.  they help me get there when i write.  keats called it negative capability.

is any of this making sense?

going to run.  D-Day is looming, meaning the kids are rising.  talk to later today and i will keep chipping away at this.

A

> On Jun 2, 2016, at 8:36 AM, seanpfahey76@gmail.com wrote:
>
> [Quoted text hidden]

# EXHIBIT 193

**Click to return to paragraph 50**

                                                                Sean Fahey <seanpfahey76@gmail.com>

---

## discussion points

---

**Angus Fraser** <redacted>                                                        Sun, Jun 5, 2016 at 12:49 PM
To: Sean Fahey <seanpfahey76@gmail.com>
Cc: Dieterich Gray <dieterichgray@gmail.com>

hi Dietrich,
sorry for taking so long to get back.  yesterday and today have been running around so that my wife can manage while i am gone.  i am sure we're all in the same boat.

that said, we'll have lots of time to hone in core ideas and themes.  we won't get it all done, but we'll make headway.  once  back, we can get up on Skype and so on.  i thought Sean and I got a lot done in an hour on the phone.

i am going to try and meet Ramon as soon as possible and get back to the hotel and we start the ball rolling.  i have no idea what the rooms are like, but if they're big enough, we work out of mine, or sean's.   if not, i'll write breakthrough and ask them to book something.  perhaps Ramon has some ideas.  but let's wait and see.

just going back and forth with Sean on the hotel coordinates.

let's do dinner on Monday night.  Does that work for you Dietrich?

A
[Quoted text hidden]

# EXHIBIT 194

**Click to return to paragraph 58**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## (no subject)

**Angus Fraser** <redacted>                                                              Sun, Jun 26, 2016 at 6:44 AM
To: Dieterich Gray <dieterichgray@gmail.com>
Cc: Sean Fahey <seanpfahey76@gmail.com>

hey dieterich,
just wanted to fill you in on where things are at.

i have been absolutely slammed on other projects and have been trying to get things under control; Ira has been travelling at lot for work and has been equally busy.  last wednesday, i had drinks with ira and got into the project.  they, breakthrough, want a two page as to where the creative's going but i think this is more of a formality.  the hook and substance will have to be there, but that's a given.  i am going to try and get it done sooner rather than later.  but know the upcoming week is a rough one with my workload.  (i think i had mentioned to you guys that i was at least six weeks out before i could really get into it.  but it's coming along and SHEEN is never to far from my mind.)

i haven't done my deal yet either.  i am not concerned as i don't think they would have sent us to LA to figure out the core story elements.  yet, i get sean's urgency to get some direction here.  i also get that it's a risk for them; meaning, breakthrough.  everything's a risk in this business, but a US cable play is out of their comfort zone — so it's a risk.  hence why we want to close.  i don't want them to wake up and worry that the path might be harder than they thought

1) I would talk to ramone and get some guidance on what he thinks is reasonable. (generous?)
2) then i would get the lawyer in to work on the points.

i think everyone should keep a cool head and remember the forest for the trees.  the real renumeration (and breaks) come when the show is ordered.  but we have to get to that stage, we have to have a great script and an amazing pitch to get into the room. i am reducing my fees by more than half to do this project, but it's an amazing project and we should focus on getting pitch perfect so that we can make it to the next step.

i can make time to talk any day next week.  just give me a heads up.  i too can talk to Breakthrough on your behalf, but i really think ramone will have more pull.  ask him what he thinks is the best way forward.  i am going to work on the one page and getting out to you and then out to breakthrough.

i am here to talk.

A

# EXHIBIT 196

**Click to return to paragraph 138**

10/11/2020
Case 1:21-cv-03208-PAE-SLC    Document 28   Filed 09/30/21    Page 377 of 508
Gmail - Sheen reading list



Sean Fahey <seanpfahey76@gmail.com>

---

## Sheen reading list

**Angus Fraser** <redacted>                                                      Thu, Oct 6, 2016 at 10:52 AM
To: Sean Fahey <seanpfahey76@gmail.com>
Cc: Dieterich Gray <dieterichgray@gmail.com>

this is great, as always, Sean.  Let's get on the phone sooner rather than later and revisit out marching orders.  had a good talk with Ira and Joan, one which began with Ramon — and we're going to have to readjust our focus back to show — the first televangelist — the church and the rise and fall of sheen.  the catholic power and what it represented is still there, but it's more to do with texture.

will explain.  left a long-winded message on your machine yesterday, Sean.  apologies.  nothing sucks more than having to listen to someone unload their palaver.

let's talk.  let's rock and roll.

A
[Quoted text hidden]

# EXHIBIT 198

**Click to return to paragraph: p.80          p.67**



Gmail - Sheen reading list

**Sean Fahey <seanpfahey76@gmail.com>**

---

## Sheen reading list

---

**Angus Fraser** <redacted>                                                    Thu, Oct 6, 2016 at 2:13 PM
To: Sean Fahey <seanpfahey76@gmail.com>
Cc: Dieterich Gray <dieterichgray@gmail.com>

right now, it's all about opening with the show.  it's the intense look at the making of the show and the ending of the show.  believe it or not, the closest approximation is A STAR IS BORN.  out of that comes our conflict, our battles with Spellman and what he represented and how an academic priest rose to such fame — the likes we have never seen since.

is this clear?

A


[Quoted text hidden]
[Quoted text hidden]
<A Life Worth Living Final 10.15.15.pdf>

# EXHIBIT 199

**Click to return to paragraph 69**

 Gmail

Sean Fahey <seanpfahey76@gmail.com>

---

## question

---

**Angus Fraser** <redacted>                                Fri, Oct 7, 2016 at 9:38 AM
To: Sean Fahey <seanpfahey76@gmail.com>, Dieterich Gray <dieterichgray@gmail.com>

when Sheen went to the vatican to fight for this funds (really his show), was there a trial?  I know he went in front of the pope, but would there have been advisors?  would their have been arguments ?  would the pope have walked away and meditated, like a judge, on how he's going to rule?  I think the latter for sure.

i am wondering if we don't use a trial, or an internal fight, to move back and forth into Sheen's life.  the focus has to be the show, but this allows us to move back and forth in time and we don't have to focus on a linear telling of our story.  it's what triggers the memory.

the ecclesiastic side of the story is easily accessed here and the compare and contrast.  entertainment and spirituality, and a look into piousness, as well as power.

thoughts?

I think we could use creative license here.  the church is famous for using trials to better and for worse.

A

# EXHIBIT 200

**Click to return to paragraph: p.75        p.138**



**Sean Fahey <seanpfahey76@gmail.com>**

---

# Sheen Updates

---

**Angus Fraser** <redacted>                                                    Thu, Nov 3, 2016 at 2:29 PM
To: Ramon Estevez <redacted>
Cc: Sean Fahey <seanpfahey76@gmail.com>, Dieterich Gray <dieterichgray@gmail.com>

hey guys,
all very interesting.  I have been researching the making of the show and what his life was like from 1949 to 1952 and his Emmy win.  one of the major emerging themes was, for a lack of better term, was a matter or faith vs. show business.  the show was massively popular.  i have also come across great stuff on how he trained to be "natural" in front of the camera.  so much of what he did was worked out in radio.

i believe there is going to be some movement on my deal soon.  I know my agent is talking to their business affairs person and something come across their desks shortly.

what we now need to is get a clear understanding of Spellman and what he thought about the show and Sheen.  on the surface he praised it, but …

talk soon.  Hope you're all well.

A
[Quoted text hidden]

# EXHIBIT 201

**Click to return to paragraph: p.77          p.138**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## Ummmm, what just happened?

---

**Angus Fraser** <redacted>                                                                   Fri, Nov 18, 2016 at 4:56 PM
To: Dieterich Gray <dieterichgray@gmail.com>
Cc: Sean Fahey <seanpfahey76@gmail.com>

they're still hashing out some minor points.  i can't see it not going …  i am swamped on something right now, but will review all the recent — this week's — correspondence.

will reach out, too, sean, and get on the phone.


A


> On Nov 18, 2016, at 4:29 PM, Dieterich Gray <dieterichgray@gmail.com> wrote:
>
> En route to Chi.
>
> I hope all good things.
>
> D
>
> D i e t e r i c h   G r a y
> 312.451.7973
>
> On Nov 18, 2016, at 12:14 PM, Sean Fahey <seanpfahey76@gmail.com> wrote:
>
>> Hi Angus,
>>
>> What news?
>>
>> On Thu, Nov 17, 2016 at 8:38 PM, Angus Fraser <redacted> wrote:
>>> hey guys,
>>> will get back to you in the morning.  all very interesting.
>>> A

On Nov 17, 2016, at 4:45 PM, seanpfahey76@gmail.com wrote:

That's going to make Peoria very influential. Also it's going to raise the status of the sheen foundation who've been so supportive of our efforts to date. I sense the need to bang this fucker out get her sold and really make it happen because he's minutes away from sainthood at this point. This was the only thing holding back sainthood a squabble between a bishop in the cardinal with resentments that echo through Sheen's life.

Sent from my iPhone

On Nov 17, 2016, at 2:37 PM, Dieterich Gray <dieterichgray@gmail.com> wrote:

Sheen remains being moved to Peoria, IL

http://www.cinewsnow.com/news/local/BREAKING-Archbishop-Fulton-Sheens-body-returning-to-Peoria-401735196.html

On Nov 10, 2016, at 1:51 AM, Angus Fraser <pafko@me.com> wrote:

it's shocking.  now i guess we wait and see what he plans to do, or if he's going to follow through with all his campaign promises.  that's a hug wall — 1500 miles.  a lot of concrete.  and that's just the beginning.

no movement on the deal.  not sure why.  I will get brent my Canadian agent to see what's up.  let me see if I can find out what's going on.  will get back to you before the week is out.


A

On Nov 9, 2016, at 6:28 PM, Dieterich Gray <dieterichgray@gmail.com> wrote:

Gents,

I feel like I got punched in the face while I wasn't looking. Ouch.

Good findings on this stuff, Sean. I love the unpublished Joan book. And, yes, I mentioned Pius' housekeeper recently. You know what they called her? La Popessa. How about that for a handle.

How's your deal going, Angus? I guess I thought you were all settled. Let us know if we can help in any way.

Lots of love amid this brewing storm,
Dieterich

Gmail - continue with jeds chapter 9

Dieterich Gray
312-451-7973

On Fri, Nov 4, 2016 at 2:03 AM, Sean Fahey <seanpfahey76@gmail.com>
wrote:

> Guys,
>
> you have to read this...... and Joan needs to be in the pilot. And we will
> certainly talk to her. She went to so many tapings while living with her uncle
> as a young teenager!
>
> https://iapps.courts.state.ny.us/fbem/DocumentDisplayServlet?
> documentId=a6BxsW1e5KwgG1kEllpEuA==&system=prod
>
> On Thu, Nov 3, 2016 at 8:31 PM, Angus Fraser <redacted> wrote:
>> sean,
>> thanks for the call. i know the clock is ticking … let's talk tomorrow. will
>> call you.
>
>
>
>
> --
>
>
> 
>
> seanpfahey76@gmail.com 312.342.0372
> http://www.vimeo.com/seanfahey

# EXHIBIT 202

**Click to return to paragraph: p.79          p.138**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## SHEEN - Moving Forward

**Angus Fraser** <redacted>                                        Sun, Jan 1, 2017 at 9:17 AM
To: Dieterich Gray <dieterichgray@gmail.com>
Cc: Sean Fahey <seanpfahey76@gmail.com>

Hi Dieterich,
this is spot on.  We have the kids home next week as school doesn't start until the 9th.  I will be working, however.  I am going to get the year organized today — isn't that how it all works? — and then will reach out no later than tuesday.

i am going to revisit what we did back in June and see if we can't get a log line to hang the series on.

talk soon.

A
[Quoted text hidden]

# EXHIBIT 203

**Click to return to paragraph 80**

 Gmail

Sean Fahey <seanpfahey76@gmail.com>

---

## Time Magazine

---

**Angus Fraser** <redacted>                                                    Sun, Jan 1, 2017 at 9:19 AM
To: Sean Fahey <seanpfahey76@gmail.com>, Dieterich Gray <dieterichgray@gmail.com>

let me know if there's a problem opening it.  there shouldn't me


A

---

 **Bishop Fulton Sheen: The First "Televangelist" - TIME.pdf**
243K

# EXHIBIT 204

**Click to return to paragraph 82**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## wow!

---

**Angus Fraser** <redacted>             Tue, Feb 14, 2017 at 10:13 AM
To: Sean Fahey <seanpfahey76@gmail.com>, Dieterich Gray <dieterichgray@gmail.com>

Does this look like a hatchet job or what? Look at the cover page. I am going to try and get it rushed over here. It's like "After watching "Silence of the Lambs", I got it in my head to write a biography of Fulton Sheen. Here he is with a chainsaw …"

A



# EXHIBIT 205

**Click to return to paragraph: p.88          p.138**



Sean Fahey <seanpfahey76@gmail.com>

---

## Sheen timeline and pilot points et mas ...

---

**Angus Fraser** <redacted>                                    Mon, Feb 27, 2017 at 3:25 PM
To: Sean Fahey <seanpfahey76@gmail.com>
Cc: Dieterich Gray <dieterichgray@gmail.com>

And where did you get this?  Tom Dooley.  It's really interesting.  do we know if he was close to Spellman?  Did their paths cross?  Spellman is mentioned in that really fair and unbiased article (that's a joke), but it's interesting.  it does a lot of double-lifting, Dooley and Spellman.  It's interesting way to broach Spellman's hatred of gay men, yet closeted — most of the time — himself.

can we get more on this?

A

[Quoted text hidden]

# EXHIBIT 206

**Click to return to paragraph: p.90          p.138**

 **Gmail**

**Sean Fahey <seanpfahey76@gmail.com>**

---

## Sheen timeline and pilot points et mas ...

---

**Angus Fraser** <redacted>                                     Mon, Feb 27, 2017 at 3:50 PM
To: seanpfahey76@gmail.com
Cc: Dieterich Gray <dieterichgray@gmail.com>

this is a good line.  we can use it as a cutaway story and it falls under spellman and Catholic power.

What do we have about Spellman that is good.  we know he's shrewd, but we need to get more of the man.  destroying the guy's career and then being there at his death, is really interesting.  a conflicted man, or pure evil.

thoughts?
[Quoted text hidden]

# EXHIBIT 207

**Click to return to paragraph 92**

 **Gmail**

**Sean Fahey <seanpfahey76@gmail.com>**

## Sheen timeline and pilot points et mas ...

**Angus Fraser** <redacted>                                        Tue, Feb 28, 2017 at 2:48 AM
To: Sean Fahey <seanpfahey76@gmail.com>
Cc: Dieterich Gray <dieterichgray@gmail.com>

we're heading in this way for sure.  it's the catholic decade for sure.

how tight are Joseph Kennedy and Spellman.  A closer reading suggests that Spellman wasn't in with the sons.  that said, is there anyone to map out the bothers, jack and bobby, and the 50s.  what they were doing, how often they met Sheen and Spellman?  and their dad?

A
[Quoted text hidden]

# EXHIBIT 211

**Click to return to paragraph 96**

Gmail - Confirmed 1952 airing LIWL - "Economics and Property"

 **Gmail**

## Confirmed 1952 airing LIWL - "Economics and Property"

**Angus Fraser** <redacted>                                                                 Sat, Mar 4, 2017 at 4:02 AM
To: Sean Fahey <seanpfahey76@gmail.com>
Cc: Dieterich Gray <dieterichgray@gmail.com>

I am of the mind that we open with something that is more generic.  It could be his first show, or it could be #12.  We will take moments from his great episodes —
the great oratory — but i think we're smart to set up the first hour with the show going live and the moment it does — were out.


A
[Quoted text hidden]

# EXHIBIT 212

**Click to return to paragraph 97**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## Paley Center research assistance

---

**Angus Fraser** <redacted>
To: Sean Fahey <seanpfahey76@gmail.com>
Cc: Dieterich Gray <dieterichgray@gmail.com>

Sun, Mar 5, 2017 at 5:09 PM

hey there,
long weekend.  Will update first thing tomorrow.

we can take creative license if we know that characters met, etc.  we can't, say, make up like characters like oliver stone does.  remember in NIXON there was Nixon meeting all these shadowy Texans when he was president.  problem was he never met them, they never existed.

[Quoted text hidden]

# EXHIBIT 213

**Click to return to paragraph: p.99          p.138          p.139**

**p.196**

 Gmail

**Sean Fahey <seanpfahey76@gmail.com>**

---

# here it is

---

**Angus Fraser** <redacted>                                                      Sun, Mar 12, 2017 at 8:06 AM
To: Sean Fahey <seanpfahey76@gmail.com>, Dieterich Gray <dieterichgray@gmail.com>

gentleman,
here's the pilot outline.  some of the math regarding joan's age is off, so will have to adjust.  i have NOT done a typo pass as i have a full day today — afternoon funeral, then CSAs (canadian version of emmys).

please note the typos and send back.  of course, looking forward to all your thoughts ...

next, thank you for all your hard work in digging up material on the life and times of these great characters.  really, thank you so much.

angus

---

 **SHEEN 101 — outline .docx**
151K

# EXHIBIT 214

**Click to return to paragraph 100**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## Jo Mielziner

---

**Angus Fraser** <redacted>          Mon, Mar 13, 2017 at 5:39 AM
To: Sean Fahey <seanpfahey76@gmail.com>, Dieterich Gray <dieterichgray@gmail.com>

I will work him into the pilot. Easy to do and we can build a couple of scenes around this character. went on Wikipedia and it's all pretty interesting. he won, by the way, seven Tony wards.

check this out. It falls into the new york binary … Catholic/Jewish. Spiritual/Showbiz. Straight/Gay. Patriot/Communist

Mielziner was of both Jewish and Christian ancestries, though he converted to Roman Catholicism under the influence of Bishop Fulton J. Sheen. He was married three times, all of which were tumultuous, though only two ended in divorce. His first wife, Marya Mannes, a literary critic, was unfaithful to him. Annie Laurie Jacques, an actress and Mielziner's his second wife had problems with substance abuse. Though, as a Roman Catholic, he could not divorce his third wife, their relationship ended due to Mielziner's relationship with Sheen's private secretary.[11]

Here's where it gets interesting:

During World War II, Mielziner worked as a camouflage specialist with the United States Air Force, until he was transferred to the Office of Strategic Services, a precursor to the CIA, where he served under **General William J. "Wild Bill" Donovan.[10][11]**

When did Sheen convert Jo?

A

# EXHIBIT 215

**Click to return to paragraph 99**

 **Gmail**

<div align="right">Sean Fahey &lt;seanpfahey76@gmail.com&gt;</div>

---

## here it is

---

**Angus Fraser** &lt;redacted&gt;              Mon, Mar 13, 2017 at 3:32 PM
To: Dieterich Gray &lt;dieterichgray@gmail.com&gt;
Cc: Sean Fahey &lt;seanpfahey76@gmail.com&gt;

Hey guys,
thanks for the notes.  digesting them as we speak.

i think for the show to work we have to see Sheen trying to get back into TV.  having him address a small audience in Rochester, doesn't illuminate pull of show business — or, the first televangelist.  I thought Reeves's work on Sheen trying to get back into the saddle — and the jokes dying, the magic gone — gave us a very human story about a man and his relationship to the medium.

just an FY — none of the dialogue moments in the outline are set in stone for the script.  dialogue here is just to convey the tone of the moment, or scene.  when he's on stage his jokes and insight will be in full bloom,

at the end of his life, he gave away most of his possessions.  i don't think he could drive in late 70s.

a lot of the research is on.  Broderick was the producer; the show changed from "Is Life worth Living" to the declarative one we know now.  but it started out that way.  Conklin is completely fictional.  he's a mirror to Spellman's homosexuality — but a sympathetic one.  that said, it allows us to see Spellman's darkness without showing him, say, hoping into bed with a boy.  also, in the 50s, not sure if Spellman was active.

Jewish characters were real, but this all happened before the show launched — so there was no 30 million people watching then.  All that insecurity about the show happened before the show launched.

Hear you on the back to back scenes of the catholics and the execs.  let me go back and stagger it.

Agree, too, on the variety moment.  i want to hit the showbiz/faith issues hard.  he's got his Book, but he's also go variety.  Let me circle back on it.  Yes, we like clever.

And yes, JFK is a little tired.  True, though.  Wonder how we can make it work.  thoughts?

Claire Booth is interesting, and we can get her in now or later, but her conversion happens in the 40s, correct?  This is what Sheen is well known for … But we need to get a sense of both characters in the 50s, or not at all.  thoughts?

A
[Quoted text hidden]

# EXHIBIT 216

**Click to return to paragraph 102**

 Gmail

Sean Fahey <seanpfahey76@gmail.com>

---

## here it is

---

**Angus Fraser** <redacted>                                Tue, Mar 14, 2017 at 3:57 AM
To: Sean Fahey <seanpfahey76@gmail.com>
Cc: Dieterich Gray <dieterichgray@gmail.com>

my only concern is that people are so famous that anyone watching who knows anything about history will say these guys are really, really sloppy.  for example, that breakfast took place when Eisenhower was elected — yet they have it in with Truman.  My feeling is that we can use creative license to make up dialogue and action provided we have some factual basis.  so, when Oliver Stone makes up the conversation that Nixon had with Kissinger on the eve of his resignation, i buy it.  Why?  Because he went to the white house on the eve of Nixon's resignation.  But when Stone, in the same movie, has Nixon meeting "Shadowy right wing" businessmen, it all goes sideways.  Why?  Because those who new the history and the times and the president — knew he never flew to Texas to meet "shadowy right wing" businessmen.  We might be opening ourselves up to some hard-hitting criticism.

Kennedy is not a huge character in the show.  yet, he does represent the faith and sin matrix well.  his father is more interesting, as is bobby first starting out with McCarthy.  A fact that most want to forget.

why not get the breakfast in the "Emmy Episode."  It will be just as powerful there, perhaps more and we'll look like we've done our homework.

what was Clair Luce Booth doing in 1950  to 1960?  the movie and script, incidentally hit our themes perfect.  Sheen was showbiz and bishop.

[Quoted text hidden]

# EXHIBIT 217

**Click to return to paragraph 104**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## here it is

---

**Angus Fraser** <redacted>                                                   Tue, Mar 14, 2017 at 6:11 AM
To: Sean Fahey <seanpfahey76@gmail.com>
Cc: Dieterich Gray <dieterichgray@gmail.com>

By almost all accounts the man is gay.  We agree on this, too.  Are you saying he's not now?  Because we have Hoover saying it …  I think that adds the right amount of doubt about the man.  But that's the only place that it is referenced — and it's only the opinion of the most paranoid man in America, J. Edgar.  I think smart audiences will believe Hoover throught that, but won't be put off if it's true or not.

This is going to be a carefully rendered drawing of a deeply interesting man.  I believe Catholics will judge it for those dramatic principles.

The timeline has been pitched and signed off on.  And by all parties.  I personally like it as we see a man looking back on his life — at the same time, he's trying to get back to when he was "something."  To me — there's your built in audience, all audiences, not just Catholics.  We all get knocked off our horses and try and get back into our saddles.  It's a universal principle.

The goal posts will not change.  You will have to get into that with Joan.  I don't have the time to present to Joan and Ramone and Ira and then have tell them eight weeks later that we're not doing what they signed off on.  Personally, I like the goalposts.  And you've known about them since we started working toward the outline and the series overview document.  They're not going to change.

A
[Quoted text hidden]

# EXHIBIT 218

**Click to return to paragraph 105**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## here it is

---

**Angus Fraser** <redacted>　　　　　　　　　　　　　　　　　　Tue, Mar 14, 2017 at 6:40 AM
To: Sean Fahey <seanpfahey76@gmail.com>
Cc: Dieterich Gray <dieterichgray@gmail.com>

one last thing — they're great goalposts.  And they come from Reeve's book.  He rose as an entertainer — not as a bishop.  that's interesting — and that says a lot about who we are NOW.  it's fascinating, in fact.  He was the first televangelist — ever.  And he was incorruptible and done in not by his audience, but by his church.  To me, that's dramatic.  It's amazing in its pathos and richness.  And he was graceful through the whole power play.  To me, he'a s very sympathetic hero.

[Quoted text hidden]

# EXHIBIT 222

**Click to return to paragraph: p.110          p.138**

 Gmail

**Sean Fahey <seanpfahey76@gmail.com>**

## here it is

**Angus Fraser** <redacted>
To: Sean Fahey <seanpfahey76@gmail.com>
Cc: Dieterich Gray <dieterichgray@gmail.com>

Thu, Apr 27, 2017 at 4:29 AM

This stuff is great.  it's important to capture them for who they are/were and not give into making something that they weren't.  Am reading it all now.  thanks again.

A
[Quoted text hidden]

# EXHIBIT 223

**Click to return to paragraph: p.112          p.139        p.196**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## Scriptures

**Angus Fraser** <redacted>                                                    Thu, Jun 22, 2017 at 10:31 AM
To: Sean Fahey <seanpfahey76@gmail.com>, Dieterich Gray <dieterichgray@gmail.com>

My usual disclaimer about typos. I have not done a thorough read through. Every time I tried, i came up with scenes that needed to be tightened up just a little bit more. Great experience — but looking forward to your notes and the next pass. Remember, it's all process. We can get into what's working and what's not.

I will let the rest speak for itself.

The research was really greatl, especially when I was under the gun. Your love of the faith — and your knowledge, was most helpful. We don't have a title. So …

The history is pretty spot on, but i didn't locate the radio show in DC. YOu'll see why. It's the same radio show, just 100 miles to the north. A lot of Clare Boothe Luce — more than i intended, but very interesting character.

Angus

---

**2 attachments**

📄 **Sheen Pilot.fdx**
242K

📄 **Sheen Pilot.pdf**
157K

# EXHIBIT 224

**Click to return to paragraph: p.113        p.224**



**Sean Fahey <seanpfahey76@gmail.com>**

## Scriptures

**Angus Fraser** <redacted>                                                    Wed, Jun 28, 2017 at 8:42 AM
To: seanpfahey76@gmail.com
Cc: Dieterich Gray <dieterichgray@gmail.com>

You saw my version?  VOD and made only available to those living outside of Chicago without cable?


> On Jun 28, 2017, at 9:26 AM, seanpfahey76@gmail.com wrote:
>
> Wait... what iceberg??
>
>
> Sent from my iPhone
>
> On Jun 28, 2017, at 4:36 AM, Angus Fraser <redacted> wrote:
>
>
> > Hi Dieterich,
> > thanks for this.  It's been intense — and there's work to be done, of course.   Always.  I think it went well over at Breakthrough, so that's a good thing too.   As you know, you drive the car off the cliff from time to time, like writing the "Titanic" and forgetting to include the ice berg.
> >
> > A
> >
> >
> > > On Jun 28, 2017, at 3:28 AM, Dieterich Gray <dieterichgray@gmail.com> wrote:
> > >
> > > Angus,
> > >
> > > I know I've been quiet on this end. I just wanted you to know that I'm super excited about the script you've presented. Sean and I have been talking a lot and have been organizing our notes. I think there's some polish to be applied and some voicing tweeks. But, on the whole I'm impressed at what is on the page.
> > >
> > > Thanks for all your hard work,
> > > D

Dieterich Gray
312-451-7973 // IMDb

On Thu, Jun 22, 2017 at 11:38 AM, Angus Fraser <redacted> wrote:
> Well, I we need to get Hoover's voice perfectly. will readdress, of course. I did look at a lot of his speeches and TV moments. He is pretty stuffy, but will continue to get right down to it. We don't want him to be an idiot. He's complex and dangerous.
>
> Clare is very interesting, of course.

> On Jun 22, 2017, at 2:35 PM, Sean Fahey <seanpfahey76@gmail.com> wrote:

> ---------- Forwarded message ----------
> From: **Sean Fahey** <seanpfahey76@gmail.com>
> Date: Thu, Jun 22, 2017 at 1:27 PM
> Subject: Re: Scriptures
> To: Angus Fraser <redacted>
> Cc: Dieterich Gray <dieterichgray@gmail.com>

> Yes I thought that was very well done, and Clare was a compliment to Sheen, which I love. I was looking forward to an interaction between Clare and Joan, perhaps that could be discussed.

> There are a few tweaks I would assert in notes related to planting seeds for Catholic Power. Clare would already know Kennedy very well, for example. Sheen and Clare would want to see his success (think Al Smith) . By the way. Al Smith could very well be at that same dinner. In face, he often had dinner with Sheen, they were dear friends.

> That symbol of Catholic power .. it's close. A few nuanced laters woven into a few scenes and we will have sufficient tread to go down those road in later episodes.

> i think the stakes raise nicely in the last scene.

> I feel the show still feels a bit too loose as well. The reality is, it was mandate at that time that an hour of religious programming happen.

> Because Admiral Corp picked up the show, Sheen would know right away that he is speaking not to Christianity but take the word ecumminically to everyone. - - I think there are so many unknowns in that effort, that the drama of "what if" is far greater than just "will a Catholic show succeed" - - also have to take into consideration that because Admiral is sponsor, not the Catholic Church, there could be tension brewing with Spellman's camp that we can plant seeds for.

> Obviously I dislike your Hoover scene as we've talked about over and over and over again, and that will be reflected in my notes as well. Hoover also comes off a bit too loud and stuffy, like an idiot, where I think he'd be loud, but quite at the same time, more calculated.

Gmail - Scripted

It's all be in my notes.

Again, good first pass.

Actual notes to come.

On Thu, Jun 22, 2017 at 1:17 PM, Angus Fraser <redacted> wrote:
Well, I wanted to get the spiritual side of the man.  I took some risks — but thought the conversion stuff was really interesting.  What do you say, how do you convert someone.  however, i rewrote and rewrote that hospital scene (Austen) and couldn't make it sing.  But I wanted to see Sheen washing the feet. you know what I mean?  I wanted a moment where we see the pure human in him …  or other …  or christ, as he would see it.

I think Joan will want to trim it, we shall see.

On Jun 22, 2017, at 2:13 PM, Sean Fahey <seanpfahey76@gmail.com> wrote:

Just so you're aware .. there'a a TON of potential in what you've put forth. A lot I really enjoyed and could see the world. Some other places, not so much, but as far as a first draft goes, I foresee a swift revision toward something great, not beating a dead horse :)

I think all the notes from everyone will have some consensus.

On Thu, Jun 22, 2017 at 1:01 PM, Angus Fraser <redacted> wrote:
Yeah, I agree.   Obviously finding the guy is supremely important — and not the saint. As I get older (feel free to say old man), I am trying less to have the characters have those expository moments.  I think the thrust of the piece and a great actor can convey the incredibly deep things.

This is not an argument "not" to find Sheen.  We absolutely have to get closer and closer to the man.

Out of respect, I sent you guys first and Breakthrough second.  or split them up.  It's symbolic, of course, as they went out roughly the same time.  But the little things …

I am going to wait for your notes, breakthroughs, and see what the consensus is. I have a couple doubts about a couple of things, but will wait to hear from you guys first.

I cut a lot of the opening out. the 1970s stuff. I think it works, the back and forth, but it works better as a bookend.

Send the notes when you're ready.

A

On Jun 22, 2017, at 1:52 PM, Sean Fahey <seanpfahey76@gmail.com> wrote:

There's a lot of great elements in this draft. And some obvious points of contention that will be articulated.

Has this been sent to everyone?

Dieterich and I will pull our notes together and share with Joan if that's the case.

All and all I like it. There's a good pace. I think we need to find Sheen a little more in a few of the scenes he's in.

I will give it another read later on this afternoon and will be circling back with Joan.

Thanks for getting this first draft out - off to a good start, and hoping for swift revisions.

Sean

2017-06-22 10:31 GMT-05:00 Angus Fraser <redacted>:

My usual disclaimer about typos. I have not done a thorough read through. Every time I tried, i came up with scenes that needed to be tightened up just a little bit more. Great experience — but looking forward to your notes and the next pass. Remember, it's all process.

We can get into what's working and what's not.

I will let the rest speak for itself.

The research was really greatl, especially when I was under the gun. Your love of the faith — and your knowledge, was most helpful. We don't have a title. So …

The history is pretty spot on, but i didn't locate the radio show in DC. YOu'll see why. It's the same radio show, just 100 miles to the north. A lot of Clare Boothe Luce — more than i intended, but very interesting character.

Angus

--

SEAN PATRICK FAHEY DIRECTOR

seanpfahey76@gmail.com 312.342.0372
http://www.vimeo.com/seanfahey

--

# EXHIBIT 226

**Click to return to paragraph 121**



**Sean Fahey <seanpfahey76@gmail.com>**

---

## what's up?

---

**Angus Fraser** <redacted>
To: Sean Fahey <seanpfahey76@gmail.com>
Cc: Dieterich Gray <dieterichgray@gmail.com>, Ramon Estevez <redacted>

Tue, Aug 29, 2017 at 12:30 PM

Hi Sean,
Not to me.  I will defer to Joan and Ira and Ramon.

A
[Quoted text hidden]

# EXHIBIT 232

**Click to return to paragraph 108**

 Gmail

Sean Fahey <seanpfahey76@gmail.com>

## Sheen et al

**Joan Lambur** <redacted> Mon, Mar 20, 2017 at 8:33 PM
Reply-To: jredacted
To: Sean Fahey <seanpfahey76@gmail.com>, Ira Levy <redacted>, Ramon Estevez <redacted>
Cc: Dieterich Gray <dieterichgray@gmail.com>, Fraser <redacted>, redacted, redactedentertainment.com

Hi Sean and Dieterich:

I hope you're both doing well.

I'm so sorry to hear you're a bit disappointed with how things are moving forward on the Sheen project. I've spoken to Ira and we both agree that we should all get on a call to talk this through. It would be extremely helpful if you could kindly send along a summary of the suggestions that were left out as well as things that you have liked to have seen excluded. I think it will help our conversation enormously.

Yenae will be in touch to set up a time for us to speak.

I look forward to getting this sorted out in a way that will make everyone happy.

All the best,

Joan

[Quoted text hidden]

# EXHIBIT 237

**Click to return to paragraph 122**

 Gmail

Sean Fahey <seanpfahey76@gmail.com>

---

## Follow up- Bishop Sheen project - option extension letter

**Lauren Leinburd** <redacted>
Reply-To: redacted
To: redacted, seanpfahey76@gmail.com, dieterichgray@gmail.com
Cc: redacted, Ira Levy <redacted>, tredacted, redacted

Tue, Aug 29, 2017 at 9:28 AM

Hi Josh,

Nghia passed this email chain to me and I wanted to follow up on his last note.

Please let us know when we can expect the execution of the letter.

Thanks



**Lauren Leinburd,** Director, Legal Affairs
35 Britain Street, Toronto, ON, M5A 1R7

**t.** 416.766.6588 x 402
www.breakthroughentertainment.com

Begin forwarded message:

**From:** "Nghia Nguyen" <redacted>
**Date:** August 25, 2017 at 1:52:55 PM EDT
**To:** <redacted>, "'Dieterich Gray'" <dieterichgray@gmail.com>
**Cc:** "'Sean Fahey'" <seanpfahey76@gmail.com>, "'Joshua Sandler'" <redacted>
**Subject: RE: Bishop Sheen project - option extension letter**

Hey, Josh. Just following up. Please let me know if there are any concerns, and if not, if you could arrange for your client's execution of the letter, that would be great.

Nghia

**Nghia D. Nguyen,** Vice-President and General Counsel

35 Britain Street, Toronto, ON, M5A 1R7

**t.** 416.766.6588 x 331 **f.** 416.363.9726

www.breakthroughentertainment.com

---

**From:** Nghia Nguyen [redacted]
**Sent:** Wednesday, August 23, 2017 11:25 AM
**To:** 'redacted'; 'Dieterich Gray'
**Cc:** 'Sean Fahey'; 'Joshua Sandler'
**Subject:** RE: Bishop Sheen project - option extension letter

Hey, Josh. Just following up. I understand that Ira spoke with Sean last night and that he will be touching base with you, so anything I can do to clear up your questions, let me know.

Nghia



**Nghia D. Nguyen,** Vice-President and General Counsel

35 Britain Street, Toronto, ON, M5A 1R7

**t.** 416.766.6588 x 331  **f.** 416.363.9726

www.breakthroughentertainment.com

---

**From:** Nghia Nguyen [redacted]
**Sent:** Friday, August 18, 2017 11:09 AM
**To:** 'redacted'; 'Dieterich Gray'
**Cc:** 'Sean Fahey'; 'Joshua Sandler'; 'joan lambur'
**Subject:** RE: Bishop Sheen project - option extension letter

Josh, let me know what your questions are, and I'm sure we can work through them.

Nghia



**Nghia D. Nguyen,** Vice-President and General Counsel

35 Britain Street, Toronto, ON, M5A 1R7

**t.** 416.766.6588 x 331　**f.** 416.363.9726

www.breakthroughentertainment.com

---

**From:** Yenae Tesfai [redacted]
**Sent:** Thursday, August 17, 2017 4:45 PM
**To:** 'Dieterich Gray'
**Cc:** 'Sean Fahey'; 'Joshua Sandler'; redacted　**Subject:** RE: Bishop Sheen
project - option extension letter


Hi Dieterich,


Yes that would be great. I've cc'd Nghia here.


Best,

Yenae




**From:** Dieterich Gray [mailto:dieterichgray@gmail.com]
**Sent:** Thursday, August 17, 2017 2:09 PM
**To:** redacted
**Cc:** Sean Fahey; Joshua Sandler
**Subject:** Re: Bishop Sheen project - option extension letter


Hi Yenae,

Case 1:21-cv-03208-PAE-SLC   Document 28   Filed 09/30/21   Page 435 of 508

We received the extension letter. Our lawyer has a couple of questions about it. To whom should he reach out? Is Nghia Nguyen still Breakthrough's legal representative?

Let us know and thanks,

Dieterich

Dieterich Gray
312-451-7973  //  IMDb

On Tue, Aug 8, 2017 at 8:20 AM, Yenae Tesfai <redacted> wrote:

Good morning Sean and Dieterich,

I hope all is well. As you're aware, the current option on this project is set to expire on September 1st. We would therefore like to extend it by another 6 months.

If this is acceptable to you, please review and sign the attached extension letter.

If you have any questions or concerns, please let me know.

All the best,

Yenae



**Yenae Tesfai,** Manager, Development & Production

35 Britain Street, Toronto, ON, M5A 1R7

**t.** 416.766.6588 x 405  **f.** 416.363.9726
www.breakthroughentertainment.com

# EXHIBIT 238

**Click to return to paragraph 123**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## Follow up- Bishop Sheen project - option extension letter

**Lauren Leinburd** <redacted> Reply-To: lredacted      Tue, Aug 29, 2017 at 3:38 PM
To: Josh Sandler <redacted>

Cc: Sean Fahey <seanpfahey76@gmail.com>, Dieterich Gray <dieterichgray@gmail.com>, nredacted, Ira Levy <iredacted>, Titania Plant <redacted>, yredacted

Hi Josh,

After careful consideration, Ira, Joan and Ramon have decided to let the option lapse.

Please keep in mind that the script that we commission will remain our property.

We wish you all the best with this project.

Regards,

Lauren



**Lauren Leinburd,** Director, Legal Affairs
35 Britain Street, Toronto, ON, M5A 1R7

# EXHIBIT 241

**Click to return to paragraph 34**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## TV Mini Series about Bishop Fulton J Sheen per Director, Sean Fahey

---

**Ramon Estevez** <credacted> To: Sean Fahey
<seanpfahey76@gmail.com>
                                    Thu, Jan 22, 2015 at 10:07 PM

Thank you Sean,
I am interested and would like to hear more about your production/game plan..
Call or text me when you get to LA and we can sort out a time to meet..
Ramon E
310-384-2702

On Thursday, January 22, 2015, Sean Fahey <seanpfahey76@gmail.com> wrote:

> Hey Ramon,
>
> I will be in Los Angeles for the first week of February for a few meetings and will bounce back to Chicago as the work here currently is bountiful here.
>
> Do you have any availability that first week in February to meet? I would love to talk to you in person about the Sheen project in detail.
>
> Please let me know if you have any availability.
>
>
> Best,
>
>
> Sean
>
>
>
> Sent from my iPhone
>
> On Jan 13, 2015, at 1:42 PM, Sean Fahey <seanpfahey76@gmail.com> wrote:
>
>
>> Hi Ramon!
>>
>>
>> Was great to meet as well. Hope you, David, and your family had a wonderful holiday. I've been in Chicago working on a few commercials (and working on the Sheen project). I will be back the week of the 26th and would like to meet for coffee when you have time.
>>
>> As we discussed at the party, attached is an information package summarizing the two part mini-series. Also attached is a solid first draft of episode 1 titled, ***The Gift***.

I am still working on episode 2 *The Test* and will have it done by the end of month. There is so much historical and political intrigue that Sheen traversed in his later years and it's been an amazing journey getting to this point. The story writes itself practically but I want to make sure my creative direction in story parallels historical fact and Sheen's journey.

As I had mentioned your dad has been a big inspiration for me as I mold Cardinal Spellman's story into Sheen's journey. He was known as the Pope of the West, the Military Vicar, and was a force to recon with. I see Spellman and Sheen's conflict as one between the most powerful man in the Catholic Church and the most popular. There rift was inevitable and something that Sheen seldom discussed. There story parallels that of Beethoven and Salieri. Sheen being one of the greatest public speakers of our time and Spellman being the behind the scenes political force of the Catholic church. Spellman lacked the gravitas to move people the way Sheen did. Also I believe that Sheen was driven by his vocation and Spellman was driven by the need to grow the church - a highly politically motivated power player. While both there efforts did amazing things for the Catholic church, Sheen's passion come from within and Spellmans from without. Sheen was called and was plucked from above while Spellman aggressively pushed from below to get to his position of power.

I've attached a picture of Cardinal Spellman/Martin Sheen as well as Sheen/Zach Quinto for young Sheen and Martin Landau/Sheen as old Sheen. This has helped me greatly as I write! I literally see them in my head as if I am alone in a dark movie theater watching them on screen play these rolls with such nuance and craft! Like I said, it's writing itself.

Please enjoy your read and let's meet soon!

Take care,

Sean

On Tue, Jan 13, 2015 at 9:44 AM, Ramon Estevez <redacted> wrote:
> Hi Sean,
> Just checking in to say hello.
> Good to see you last month..
> Ramon E

On Thursday, August 8, 2013, Sean Fahey <seanpfahey76@gmail.com> wrote:

Greetings Ramon,

I am developing a Faith-based Mini-series about Bishop Fulton J Sheen.

Bishop Sheen is a prolific character and I believe that his story deserves to be told. He became ordained a priest in Peoria Illinois, my home town, where I was an alter boy until I was 16 years old. I've known about him my whole life, through stories from my mother and grandmother, about how quick witted and inspiring he was.

I've been diving into his show "Life is Worth Living" online and it has inspired me to helm this project into reality.

I am passionate about telling his story and would love to talk with you in detail about it. I've attached a proposal for your consideration. I've also attached a talent card, Sheen looks strikingly similar to Zachary Quinto.

Please share with Martin, Charlie, and Emilio, if you would be so kind.

Most humbly,

Sean Patrick Fahey
312-342-0372

--

**DIRECTOR**



--



seanpfahey76@gmail.com 312.342.0372
http://www.vimeo.com/seanfahey

# EXHIBIT 245

**Click to return to paragraph 89**

 Gmail

**Sean Fahey <seanpfahey76@gmail.com>**

---

## Sheen Updates

---

**Ramon Estevez** <credacted>                                      Thu, Nov 3, 2016 at 11:59 AM
To: Sean Fahey <seanpfahey76@gmail.com>
Cc: Fraser <redacted>, Dieterich Gray <dieterichgray@gmail.com>

Yes, very compelling details indeed.
Thank you for that update.
RE
[Quoted text hidden]

# EXHIBIT 246

**Click to return to paragraph 70**

 **Gmail**

**Sean Fahey <seanpfahey76@gmail.com>**

---

## Option / Dieterich Gray and Sean Patrick Fahey

---

**Joshua Sandler** <redactedm>                       Tue, Jul 12, 2016 at 5:10 PM
To: Sean Fahey <seanpfahey76@gmail.com>
Cc: Trent Bielen <redacted>, Dieterich Gray <dieterichgray@gmail.com>

     I have the comment that upon the end of the term you retain all rights with no further obligation to them.
     I think that covers it but let me know what you think.

     [Quoted text hidden]

# EXHIBIT 247

**Click to return to paragraph 60**

 **Gmail**                                                                                    Sean Fahey <seanpfahey76@gmail.com>

---

# Option / "A Life Worth Living" / Dieterich Gray and Sean Patrick Fahey

**Josh Sandler** <redacted>                                                                 Fri, Jul 29, 2016 at 3:59 PM
To: Sean Fahey <seanpfahey76@gmail.com>, Dieterich Gray <dieterichgray@gmail.com>
Cc: Trent Bielen <redacted>

Hey guys.  They sent over a whole new agreement -- see below and attached.  I have not had a chance to review it yet.  Let's find a time to discuss next week.

Thanks,
Josh


-------- Forwarded Message --------
        **Subject:**RE: Option / "A Life Worth Living" / Dieterich Gray and Sean Patrick Fahey
        **Date:**Tue, 26 Jul 2016 16:09:07 -0400
        **From:**Nghia Nguyen <redacted>
**Reply-To:**redacted **Organization:**Breakthrough
Entertainment
        **To:**redacted>, 'Ira Levy' 'Yenae Tesfai' <redacted>, 'Joan Lambur' <redacted

      v, 'Titania Plant' <redacted


Josh, I wanted to take this opportunity to introduce myself, as counsel at Breakthrough.


After looking at the initial agreement we sent to you, and speaking with the producers here, we realized we sent you an agreement that is less suited for the project.  The pitch option we sent you would only be relevant if we were actually pitching the script that Sean and Dieterich put together.  Instead, since Angus Fraser, the writer/producer that the guys met with in LA, is looking to revamp and rework the idea, we realized that a different form of rights agreement would be more appropriate for the project.


To that end, please find attached a rights agreement with Sean and Dieterich for the property.  Quite a few concepts are still nebulous (amount of compensation, percentage of net profits, etc.), but the basic concepts are still there:  the fact that we want the guys to be involved throughout production and that we want to make sure they are properly compensated for their contributions to the project.

If you'd like to have a call to go through the change, let us know.  Since I am concurrently circulating this internally, Breakthrough reserves its rights of further comment and change.

Nghia

**Mr. Nghia D. Nguyen**

Vice-President and General Counsel

**Breakthrough Entertainment**
35 Britain Street, 3rd Floor
Toronto Ontario M5A 1R7

**t/** 416.766.6588 x 331

**f/** 416.363.9726

www.breakthroughentertainment.com

---

**From:** Yenae Tesfai [redacted]
**Sent:** Tuesday, July 12, 2016 7:47 PM
**To:** Joan Lambur; Nghia Nguyen; Titania Plant
**Cc:** Ira Levy
**Subject:** Fwd: Option / "A Life Worth Living" / Dieterich Gray and Sean Patrick Fahey

Yenae Tesfai

Begin forwarded message:

> **From:** Trent Bielen <redacted>
> **Date:** July 12, 2016 at 7:04:39 PM EDT
> **To:** Ira Levy redacted
> **Cc:** Josh Sandler redacted>, seanpfahey76@gmail.com, dieterichgray@gmail.com **Subject:**
> **Option / "A Life Worth Living" / Dieterich Gray and Sean Patrick Fahey**

Hello Ira and Yenae,

On behalf of Joshua Sandler, please find attached his comments to the above-referenced agreement. Please review and let us know if you have any questions or concerns. As we are also sending the attached to our client for concurrent review, we must reserve all rights to comment and request changes.

Best,
Trent

--
_____
Trent Bielen
Assistant to Joshua Sandler
Gray Krauss Stratford Sandler Des Rochers LLP
Attorneys At Law
207 West 25th Street, Suite 600
New York, NY 10001
Tel: 212-966-6700
Fax: 212-966-6051
www.gksd-law.com

---

**Rights agreement - Bishop Sheen Project (draft #1).docx**
41K

# EXHIBIT 251

**Click to return to paragraph 57**



Sean Fahey <seanpfahey76@gmail.com>

---

# Option / Dieterich Gray and Sean Patrick Fahey

**Trent Bielen** <redacted>                                                      Tue, Jul 12, 2016 at 2:36 PM
To: Sean Fahey <seanpfahey76@gmail.com>, Dieterich Gray <dieterichgray@gmail.com>
Cc: Josh Sandler <redacted>

Hi Dieterich and Sean,

As discussed with Josh, please see attached his comments to the above-referenced agreement. When you have a moment, please review and let us know if you have any questions or concerns.

Thanks,
Trent

--
_____
```
Trent Bielen
Assistant to Joshua Sandler
Gray Krauss Stratford Sandler Des Rochers LLP
Attorneys At Law
207 West 25th Street, Suite 600
New York, NY 10001
Tel: 212-966-6700
Fax: 212-966-6051
```
www.gksd-law.com

On 6/25/2016 2:56 PM, Sean Fahey wrote:

Sorry email cut off..

I will pick up where I left off...

Angus was frank that Dieterich and I want to get some things in motion with Breakthrough so that we understand our position with respect to:

Front end fees

Exec producer/Writing credits and fee

Any pro rated monies coming in for support and consultation to Angus and all of our previous work, the original pilot, and show bible, and time put in over the past two years .. etc..

Essentially we want to learn from you how best to proceed with the document they sent over, and what needs to be amended or added to address our position better.

I think the end game is still a long form agreement down the road.

We don't want to feel cart - before - horse. We desire at arms length. We feel in good faith across the board and are excited to collaborate with Angus!

Yenae Tesfai is our point of contact at Breakthrough and works directly with Ira Levy:

https://www.linkedin.com/in/yenae-tesfai-28b27b3b

email: redacted

So you have..

Sorry to send on a weekend, but the call with Angus prompted me to get the ball rolling.

The agreement from Breakthrough (attached) is dated May 20 but I don't think we received till June 1. My feeling is they are ready to move once we get this out of the way.


Hope you are all having a fun weekend! I'm about to hit a lake and dive in so chat Monday.


Warmly,



Sean




On Sat, Jun 25, 2016 at 1:44 PM, Sean Fahey <seanpfahey76@gmail.com> wrote:

> Hi Josh and Trent!
>
> Had a great call with Angus Fraser this afternoon. He met with Ira at Breakthrough Entertainment and they are ready to move forward. A few weeks back through Ramon Estivez and Ira's assistant, we received a "Pitch Option Agreement" ..
>
> At this point everything feels fairly amorphous and not as at-arms-length with respect to Dieterich and I and our place at the table.
>
> It sounds like Angus will cut a deal with Breakthrough as soon as possible, through his agent, where he get's a standard writers fee from Breakthrough to come in, write, and rep the project to the networks (like HBO), pitching to producer the pilot, first and grow the show from there.

Angus was frank that Dieterich and I want to get some things in motion with Breakthrough so that we understand our position with respect to:

front end fees

Exec producer/Writing credits and fee

On Fri, Jun 24, 2016 at 11:37 AM, Dieterich Gray <dieterichgray@gmail.com> wrote:
Hi Trent & Josh,

Attached is the signed page 2 of the engagement letter.

Looking forward to working together.

Best,
Dieterich

D i e t e r i c h   G r a y
312-451-7973 // IMDb // Reel

On Fri, Jun 24, 2016 at 8:03 AM, Dieterich Gray <dieterichgray@gmail.com> wrote:
No problem, Trent.

We can do that this morning.

Thanks,
Dieterich

D i e t e r i c h   G r a y
312.451.7973
www.glassmedialab.com

On Jun 24, 2016, at 7:57 AM, Trent Bielen <redacted> wrote:

Hi Sean,

We do not need wet ink signatures, but would you mind printing, signing and scanning a PDF copy back to us?

Thanks,
Trent

--
_____
Trent Bielen
Assistant to Joshua Sandler
Gray Krauss Stratford Sandler Des Rochers LLP

```
Attorneys At Law
207 West 25th Street, Suite 600
New York, NY 10001
Tel: 212-966-6700
Fax: 212-966-6051
www.gksd-law.com
```

On 6/23/2016 6:49 PM, Sean Fahey wrote:

Hi Trent,

We signed digitally. Let me know if you need a wet ink signature as well.


On Thu, Jun 23, 2016 at 5:15 PM, Trent Bielen <redacted> wrote:
Hi Dieterich and Sean,

Please find attached a copy of the firm's engagement letter. Please let us know if you have any questions or concerns at all. Otherwise, please sign the attached and return a partially executed copy to me. In turn, we will send you a fully executed copy for your files.

Thanks,
Trent

--
_____
Trent Bielen
Assistant to Joshua Sandler
Gray Krauss Stratford Sandler Des Rochers LLP
Attorneys At Law
207 West 25th Street, Suite 600
New York, NY 10001
Tel: 212-966-6700
Fax: 212-966-6051
www.gksd-law.com


--



seanpfahey76@gmail.com 312.342.0372
http://www.vimeo.com/seanfahey

**Option_Life Worth Living_Gray and Fahey_GKSSD Cmnts_071216.pdf**
133K

# EXHIBIT 260

**Click to return to paragraph 55**

 Gmail

Gmail - Re: SHEEN, SPELLMAN, PIUS and CAST - Invitation to edit

**Sean Fahey <seanpfahey76@gmail.com>**

---

## Re: SHEEN, SPELLMAN, PIUS and CAST - Invitation to edit

---

**Angus Fraser** <redacted>                                          Wed, Jun 15, 2016 at 8:49 AM
To: Dieterich Gray <dieterichgray@gmail.com>
Cc: Sean Fahey <seanpfahey76@gmail.com>, Ramon Estevez <redacted>

hey guys,
thanks for the e-mails and texts.  i am in the soup and putting out fires on other projects, but will come up for air at the end of the next week.  ira is at Banff, but i told him how well the creative is coming together and that this is a project worth backing.  i am going to speak to joan next as she's a big part of the machine and keeping her onside is going to be important.

some cool news, for sure on sheen.  but the heartbreaking news coming out of florida reminds me a little of the feelings aroused after 911.  "it is surely more than we can bear".  we can and we will, but really dark event, frankly evil.  how did you ever get so much hate in your heart.  and then there's trump — how low can you stoop?  someone needs to take away the twitter account.

A
[Quoted text hidden]

# EXHIBIT 264

**Click to return to paragraph 87**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## call

---

**Angus Fraser** <redacted>                                      Wed, Oct 12, 2016 at 11:59 AM
To: Sean Fahey <seanpfahey76@gmail.com>, Dieterich Gray <dieterichgray@gmail.com>

hey guys,
wrapping up something, but the hours have been insane.  sean, have been going through some of the material that you've sent me.  the thomas reeves's c-span interview was really interesting.

how are you guys to talk at 3 EST for 15 or 20 minutes?  if not then, what time works for you tomorrow?

A

# EXHIBIT 265

**Click to return to paragraph 86**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## question

**Angus Fraser** <redacted>                                        Sat, Oct 8, 2016 at 8:40 PM
To: Sean Fahey <seanpfahey76@gmail.com>
Cc: Dieterich Gray <dieterichgray@gmail.com>

all great points, guys. and research. and hustle. i am just back from a long day, watching the wheels, somewhat soberly, if not gleefully, watching the wheels come off the trump bid for president.

will get back shortly. thanks, as always, for the passion and the hard work.

A
[Quoted text hidden]

# EXHIBIT 267

**Click to return to paragraph 87**

 **Gmail**

**Sean Fahey <seanpfahey76@gmail.com>**

## what's up?

**Angus Fraser** <redacted>                                    Tue, Aug 29, 2017 at 4:29 PM
To: seanpfahey76@gmail.com
Cc: Dieterich Gray <dieterichgray@gmail.com>, Ramon Estevez <redacted>

Sean,

when you put a gun to someone's head like that — I don't think anyone is going to stick around.  I thought this was a collaboration, but telling them that you have creative control and that nothing will go forward until your demands are contractually met — is bad faith.  Not having your lawyer call or write back after repeated attempts is … well …  I don't know — I think we're all old enough to know that that's not cool.

A greater problem is that now everything is in limbo as all the rights are cloudy; they fall between two drafts and any good entertainment lawyer is going to say that given the year spent and scripts that are in existence — they will cancel themselves out.  Nothing will move forward.  Nothing will get made for many years to come.

I suggest you take pause and rethink what you and Dieterich want.  If you really want to depart and in this fashion — that's one thing.  I haven't even been given the opportunity to show you the script and the changes.  It's close.  This is very, very rash.

A

[Quoted text hidden]

# EXHIBIT 269

**Click to return to paragraph 91**

 **Gmail**

Sean Fahey <seanpfahey76@gmail.com>

---

## Sheen timeline and pilot points et mas ...

---

**Sean Fahey** <seanpfahey76@gmail.com> To:                        Mon, Feb 27, 2017 at 4:05 PM
Angus Fraser <redacted>
Cc: Dieterich Gray <dieterichgray@gmail.com>

The implication is that Sheen is a popular Pawn for Spellman's machiavellian schemes - and that Pawn becomes so popular it threatens the tight grip of control and influence Spellman has in the Church and in the US political sphere. Jealousy turns to revenge as Spellman extorts Sheen for money, twice. Sheen beats him back.

It comes a greater crux of ideology when Sheen and Spellman exist on opposite sides of Vatican 2, and Spellman is a part of the group of ultra conservative (the secret Gay enclave of the Vatican) Bishops and Cardinals.

It's the conflict of morals between Spellman a self hating gay who tops men for power (like Cohn) and a vocation driven man of God in Sheen

[Quoted text hidden]

# EXHIBIT 270

**Click to return to paragraph 94**



Sean Fahey <seanpfahey76@gmail.com>

---

## Sheen timeline and pilot points et mas ...

**seanpfahey76@gmail.com** <seanpfahey76@gmail.com>                                          Tue, Feb 28, 2017 at 1:09 PM
To: Angus Fraser <redacted>
Cc: Dieterich Gray <dieterichgray@gmail.com>

You have the Rockefeller breakfast and the al smith dinner...

The Rockefeller breakfast is going to be the way to introduce Diem, his bishop brother and Spellman's power to push political influence for provident Catholics,  as he has a young Jackie Kennedy then congressman speak in front of an audience. Spellman is literally grooming Jack to be in his pocket. I think for Spellman the rationale as he can control the congressman who is a Catholic he can control the senator who is a Catholic he could even control a Supreme Court justice he's a Catholic. But not in ambassador with an ear in the Vatican and not the president of the United States. He always seems to make these rash decisions is late in the game

A lot of this information is in the original document we sent over a week ago -especially the information about that first doublecross against Ted Kennedy. Happened over to presidents -

Bobby Kennedy hated Roy Cohn and certainly vice versa. I think Ted always knew Spellman couldn't be trusted - but kept his enemy close thinking that the most powerful catholic would be good to make deals with. To the point that he had his kids Christened by Spellman - which I feel like is a smart political move in the Catholic Circle.

Rockefeller breakfast is a pilot scene to introduce Spellman's power - via Diem and Kennedy - and it happened the same year that sheen starts his TV series - so she and can be at the breakfast sitting with Claire and Ted.

I think setting up the delicate relationship between Ted and Spellman can happen in conversation between Claire and Ted, it's sort of going to have to be one of those "fool me once..." type of conversations where he might be second-guessing Spellman's intentions with congressman Jack - but Ted knows he needs Spellman's power and influence to groom jack into what he becomes and believes that Diem is essential for Catholic power posturing globally, and securing an influence in the White House because of the cold war and every reason planting a president in south Vietnam means to The back door diplomacy of the White House (think Eisenhower and Wild Bill)

That relationship will come back when we see the push to get Kennedy into the presidency (Al Smith and war and communism)

Sheen is at Al Smith - he and Spellman are NOT friends at this point - and I don't think Sheen is completely out of Spelly's pocket by then - this would be early 60s after two sting arm moves to fleece money from Sheen that blew up in Spelly's face because it's clearly Spellman stealing money for the poor for his own political end. By the way, Spellman building edifices for Christ (church and schools) is a vain attempt and showing power in the form of symbols, many of which today have closed. Spellman literally erects his Catholic power In a way that rivals the industrialists of his day - he's building America as much as they are, if not more. That's why when he holds court (Rockefeller breakfast and Al smith) all the demons are there, every NYC and D.C. power player is there.

This is what makes the duality of Spellman so intriguing: he can ebb and flow from likable and holy (seemingly vocation driven) to cunning and ruthless. The icing on the cake here is the very strange inner circle of self hating gays (spelly and Cohn and Hoover -- even Dooley) and all their anti communist efforts, then the anti gay quest of Cohn (Sheen had to be a part of that as was Hoover) - Hoover had secrets on everyone - had everyone watched, that is how he kept his power for so long, by files filled with the dirtiest secrets.

-- side note: Spellman loved wearing camouflage as the military vicar for the Vatican through the US Military. There is something there.

We need to solidify Clair Luce Booths love and admiration for Sheen. The only reason (I think) Sheen isn't in the Kennedy family inner circle, is because of Spellman keeping him separate at first (power and control) - but Clair loves Sheen as a spiritual guide in her life. It's beautiful. And she is a Nyc socialite par excellence  - Sheen gets on Time magazines cover because Clair is married to the owner of Time - I'll bet she was there when they took his photo for the cover.

The Kennedy's choose the Cardinal form Boston to be their spiritual man (and influenced) over Spellman. And by virtue are removed from Sheen in many ways. But I'm sure they have met him and loved him as the man of God he was. And that speaks volumes to what it means to be a Catholic, the trust in faith, and the belief in the leaders of the faith (like Sheen).

In many ways Spellman is the symbol of the decline of the Catholic Church by virtue of his authoritarian lusts for power. Prayer in public schools, Latin masses, are symbols of control. Symbols of his influence and they die at Vatican 2, as a response to the cultural revolution. The world was screaming for change and the Vatican chose to listen in their way. But Spellman never listens to anyone but himself. His will. His way. He is the Catholic Church (in his own mind).

My day is looking a bit jammed until later but I'll have to to dive in and pull more one line noted for you to use.

In the mean time review the time line we sent over as all of this exists there and the more detailed document.

Sent from my iPhone
[Quoted text hidden]

# EXHIBIT 271

**Click to return to paragraph 119**

 **Gmail**                                                                    **Sean Fahey <seanpfahey76@gmail.com>**

---

## what's up?

---

**Angus Fraser** <redacted>                                          Tue, Aug 29, 2017 at 12:19 PM
To: Sean Fahey <seanpfahey76@gmail.com>
Cc: Dieterich Gray <dieterichgray@gmail.com>, Ramon Estevez <redacted>

Hi Sean,
that's news to me.  Are you saying (and excuse me if I am misinterpreting this & please let me know) that going forward, the project, is based on this draft and one would assume your notes?


A
[Quoted text hidden]

# EXHIBIT 273, 274, 275, & 276

**Files are too large to attache and have been uploaded via PACER**

# EXHIBIT 280

**Click to return to paragraph: p.126          p.189**

 Gmail - Sheen Center artist in residency

Gmail

Sean Fahey <seanpfahey76@gmail.com>

## Sheen Center artist in residency

**David DiCerto** <redacted> To: seanpfahey76@gmail.com
Cc: Louis Giovino <redacted>

Tue, Mar 3, 2020 at 4:00 PM

Dear Sean,

On February 26, 2020, I received a letter from Lauren Leinburd, Vice President and General Counsel of Breakthrough Entertainment in Toronto, Canada, claiming a pre-existing option agreement with you in regards to a Fulton Sheen project. We were not aware of this, as you never made any mention of it. As implied by the letter, this exposes The Sheen Center to potential liability.

We are therefore exercising our rights under our contract to terminate your Artist-in-Residence agreement with The Sheen Center, effective immediately.

I am sorry that we cannot proceed and wish you the best of luck in all your future endeavors.

Sincerely,

David DiCerto

SHEEN CENTER

**DAVID DI CERTO**, Interim Executive Director
The Sheen Center for Thought & Culture
18 Bleecker Street, New York, NY 10012
212-219-3132 x1351 | SheenCenter.org | @SheenCenter

# EXHIBIT 283

**Click to return to paragraph 116**

 **Gmail**

<span style="color:gray">Dieterich Gray &lt;dieterichgray@gmail.com&gt;</span>

---

## Sheen et al..

**Sean Fahey** &lt;seanpfahey76@gmail.com&gt;                                    Thu, Aug 24, 2017 at 9:51 AM
To: Dieterich Gray &lt;dieterichgray@gmail.com&gt;

Again, this does nothing in the way of addressing any of the issues. We've got an email to Joan and Ira next. I'm wondering if Josh has had any correspondence?

---------- Forwarded message ----------
From: **Ramon Estevez** &lt;redacted&gt;
Date: Thu, Aug 24, 2017 at 10:42 AM
Subject: Re: Sheen et al..
To: Sean Fahey &lt;seanpfahey76@gmail.com&gt;

Thanks Sean,
How have you responded to Breakthrough so far? I'm not the one you have the agreement with. Just so it's clear, I have no agreement I've made zero money, all I've done to help the project and get you guys this deal I've done favorably not paid for any of my work period. I believe in the script, love you guys and believe in Angus' ability to deliver. He's taking a big pay cut to develop this piece, Breakthrough believes in the project, you have a great team in your corner. I'm grateful for all the hours you've put into research and I thank you so very much.. It's a unique project that will take some time developing but, that's not as issue.. everything takes time..your notes may or may not be incorporated.. the director we hire may be the deciding factor on that anyway...
Every script is going to change many many times before cameras roll..script changes and scene changes are an every day occurrence in production. Also if/when a network or distribution entity gets involved, they may invest in additional writing staff and make changes.. Underwriting a project this big and costly is going to be a strong concern for most buyers. Beyond that any director that's actually worth hiring is going to make further choices or changes. And then there are the A list actors you hire... omg 😬

Be assured that your specific thoughts and ideas are going to prove valuable and calming in any or all of these stages.
I think it's a very exciting moment for the piece. If I recall correctly we are due a revised pilot as well as overall scope of the piece. If the time frame of development is of concern, in my experience the time table for this length of development is pretty much on par with everything I've developed. The last 3 features Emilio directed.. Bobby 7 years developing.. The Way 5 years developing.. The Public his current project 10 years.
I know these are features but, they got made and they got made well but it did take a real investment of time to develop.
You are of course free to do as you wish and I can only say that my opinion is just mine based on my own experience and doesn't mean your feelings, reservations or interests aren't valid. My advice would be to move forward.
Best, RE

On Thursday, August 24, 2017, Sean Fahey &lt;seanpfahey76@gmail.com&gt; wrote:
  Greetings Ramon,

Dieterich mentioned you reached out and that you've been across the pond for a bit. Welcome back if you're back. If you're still abroad we could use some guidance moving forward.

I've got Dieterich and Josh Sandler on this email as well.

We've been given a request for extension of our agreement with Breakthrough. It's disappointing we are only this far and that we are put into a position to sign an extension with a 1st draft we are uncomfortable with, now with only a week left in the month.

We aired a concern with respect to process and notes for script on March 22. Had our notes been taken into consideration we would have a finished and polished script in hand and already in discussion. I am confident in that. Instead there are glaring points of contention in this current draft.

We had a great collaborative discussion with you Joan and Ira, followed by over an hour on the phone with Angus, where we felt a synergy for a fast turn around with respect to the ideas in our notes, to transform the script into something that feels more screen ready and accurate to language, tone, and story. That was 12 days ago. The only correspondence we've received since has been Yanea's request for us to agree to an extension.

We still have an entire show idea to agree upon together, and while we already have much developed for that on our end, based on this past year, I have concerns for how that will look as well, with respect to time and flow.

I did have a conversation with Ira and asserted all of these points - he said he wanted to help in any way. And mentioned that we should commit three main points we want addressed.

Here are the points in my mind:


**1 - A)** Driving conflict with Sheen and Spellman is going to be set around the reality of the show, the fact that Dumont slated the show to fail, since it was essentially a money pit for them. This raises the stakes and let's us be surprised when the show succeeds - our notes have this.   **B)** Driving the conflict of Sheen "going off script" and changing the convention of how a front man leads a show on "scripted" television. This is conflict between Sheen/Spellman and Sheen/Floor Director (Bunetta) - our notes have this. **C)** Bishop Sheen gay allegation rhetoric must go and Hoover and Spellman should have a Trump/Comey moment - see our notes.

**2 - A)** Tweaking the C story (per Joan) and how best to shape that conflict to reveal Spellman's power (see Joan's notes). **B)** Clare Boothe Luce - our notes have great resource to help drive this next pass for her - her language and how she relates to Sheen, Kennedy, Etc... for future episodes. **C)** -Trump / Comey parallels - see our notes

**3 - A)** Planting seeds, inspired by the current scenes, that we feel will add value to the pilot, and also add important set-ups for later episodes. - See our notes **- but for example:** We agree that Berle tuning into Sheen on the first night would be like watching public access television. *However*, if you put Berle at the Stork Club and he witnesses Jackie Gleason send a bottle of Dom Perignon to Sheen's table... then, Berle has some context for who his new competition is and might - just might - tune-in during Berle's make-up touch-ups / half-time break. **C)** One thing we forgot to note: Sheen's holy hour, he did this every day, it needs to be shown in this episode, and in each episode in some form of another. We have planted a scene later in our notes for this.


I have a call with Joan Cunningham, Bishop Sheen's niece, who is in our story, this weekend. I am looking forward to learning more from her. This was her request, not mine, to continue a discussion about her uncle with me. So I will do my best to learn as much intimate story from her as I can.


Would like to learn from you how best to proceed and we want to see a 2nd draft.

# EXHIBIT 300

**Click to return to paragraph 125**

# Gmail

## Sheen project

**Dieterich Gray** <dieterichgray@gmail.com>                                    Fri, Jul 20, 2018 at 1:34 AM
To: Josh Sandler <redacted>, Joshua Sandler <redacted> Cc: Sean Fahey
<seanpfahey76@gmail.com>, Becca Theodore <redacted>

Hi Josh,

How are you?

Sean and I have been making moves on our Sheen project. We have a new streamlined pitch and sharper pilot script.

Two things:
1) We have some good news about potential attachments.
- and -
2) We want to check-in with you about any progress from Breakthrough regarding our previous proposal.

First, the good news: We were accepted into - and just finished - the Act One Program, a Catholic-based screenwriting intensive here in LA. Our project pitch was a huge hit with faculty and the major guest producers. Our story was dubbed, "The strongest in the room." We cultivated some fans who are interested in either attaching or moving our project forward, including:

T.J. Berden, writer/producer ("Full of Grace", "Paul, the Apostle")
Monica Macer, writer/producer ("Queen Sugar", "Nashville", "Lost")
Tracy Hovey, publicist (Ovation PR) - who is bringing our pitch to her clients:
    -Gary Sinese, actor - to potentially play Cardinal Spellman.
    -Joe Carnahan, director ("Smokin' Aces", "The A-Team") to direct or showrun.

Secondly, is there any word from Breakthrough re: our last proposal (see below). Let us know.

Hope all is well in New York.

Best,
Dieterich & Sean

Dieterich Gray
312-451-7973  //  IMDb

[Quoted text hidden]

# EXHIBIT 301

**Click to return to paragraph 127**

 **Gmail**

Dieterich Gray <dieterichgray@gmail.com>

## News re: Sheen Pilot!

**seanpfahey76@gmail.com** <seanpfahey76@gmail.com>                    Wed, Sep 18, 2019 at 9:12 PM
To: Josh Sandler <redacted>, Dieterich Gray <dieterichgray@gmail.com>

Hey Josh!

Great news to share - we have been accepted as Artist in Residence at the Sheen Center in New York from February 3rd to May 22nd 2020!

During our time as artist in residence we will be pragmatic on our Sheen story, research deeper, write better, and hone our pitch, to then get "in the room" at ALL the major networks, with full support from the Sheen Center, to pitch our 12-part historical drama about Fulton Sheen!

So we will be in your hood for a few moths making this happen!

The culmination will be a table read of the script at the Sheen Center Theatre on Bleecker in May - and we intend on grabbing a celebrity cast to do the read.

Would love to catch up soon and we will keep you posted once we start sharing this news and press release - we have to coordinate that with the Sheen Center.

Sean + Dieterich


Sent from my iPhone

# EXHIBIT 302

**Click to return to paragraph 128**

 Gmail

Dieterich Gray <dieterichgray@gmail.com>

## Sheen Legal

**Sean Fahey** <seanpfahey76@gmail.com> Wed, Mar 4, 2020 at 12:28 PM
To: John Titus <redacted>, Dieterich Gray <dieterichgray@gmail.com>

John, we are sincerely grateful you're talking a look at this - it's been a major stress and completely crushed our efforts for the next few months.

We are waiting for an answer back from our entertainment lawyer, Josh Sandler, who might have more documentation you will require.

To give you a little background as to how we've come to this pass, here are some recent updates of our efforts regarding our series:

We were invited as artist in residence at the Sheen Center for Thought and Culture which was intended to commence March 15, 2020 and culminate May 24, 2020. During that time in New York City we had intended to do further writing and research for our series, and begin engaging A-list talent for our lead characters, because we have a completed and refined pilot episode. We also intended to reach out to agencies and networks to seek a development deal. We would have been traveling to LA from New York for meetings.

Momentum was building and we began receiving press for our efforts regarding "soon-to-be-sainted" Bishop Fulton Sheen:

WMBD Greg & Dan Show Radio
https://post.futurimedia.com/wmbdam/playlist/listen-2256.html

REEL CHICAGO
https://reelchicago.com/article/fahey-gray-take-archbishop-fulton-sheen-series-to-market/
https://reelchicago.com/article/howard-daufenbach-join-sheen-series-production-team/

CATHOLIC POST
https://thecatholicpost.com/2020/02/12/illinois-natives-and-brothers-in-faith-envision-12-part-tv-series-on-fulton-sheen/

And to support our efforts while in New York we had a crowdfunding campaign: https://www.indiegogo.com/projects/bishop-sheen-tv-series-campaign#/

HOWEVER, we hit a bump in the road. We learned that the legal counsel for Breakthrough Films sent a letter to the Sheen Center stating that they had an option agreement in place with us. This struck fear of risk and liability in the Sheen Center. And so, they rescinded our residency. Below is the letter we received from Sheen Center.

This is clearly an attempt to bully us on the part of Breakthrough. But, we believe they don't have a legal leg to stand on. We do not have an agreement with them. That expired.

- - - - - - - - - - - - - From David DiCerto March 3rd 2pm- - - - - - - - - - - - - -

On February 26, 2020, I received a letter from Lauren Leinburd, Vice President and General Counsel of Breakthrough Entertainment in Toronto, Canada, claiming a pre-existing option agreement with you in regards to a Fulton Sheen project. We were not aware of this, as you never made any mention of it. As implied by the letter this exposes The Sheen Center to potential liability.

We are therefore exercising our rights under our contract to terminate your Artist-in-Residence agreement with The Sheen Center, effective immediately.

I am sorry that we cannot proceed and wish you the best of luck in all your future endeavors.

Sincerely,

David DiCerto

- - - - - - - - - - - - - From David DiCerto March 4th 1pm- - - - - - - - - - - - - -

On the advice of counsel, we ask that you direct any questions or communications to Susan Marotta (cc'd) at the archdiocese's legal department.

**DAVID DI CERTO**, Interim Executive Director
The Sheen Center for Thought & Culture
18 Bleecker Street, New York, NY  10012
212-219-3132 x1351 | SheenCenter.org | @SheenCenter

"Susan Marotta, Esq." <susan.marotta@archny.org>


--------------

So we are at a total loss here - without the ability to take the needed meetings in New York, through the support from Sheen Center, we are forced to rethink our strategy and lose all the momentum we've worked up to over the past years!

Please let us know what you think of this whole mess and the documents and info sent over, and how best to proceed with respect to both Sheen Center and Breakthrough.


Thanks so much,

Sean


--




 seanpfahey76@gmail.com 312.342.0372
http://www.vimeo.com/seanfahey


 Sender notified by
Mailtrack


SHEEN-LEGAL.zip
18138K

# EXHIBIT 303

**Click to return to paragraph 129**

 Gmail Dieterich Gray <dieterichgray@gmail.com>

# Updates: Sheen TV Series

**Taylor Arroyo** <redacted> Fri, Mar 6, 2020 at 7:16 AM
To: Dieterich Gray <dieterichgray@gmail.com>, Sean Fahey <seanpfahey76@gmail.com>

Great - I'll send out a dial-in along with the calendar invite.
Thank you!

GRANDERSON DES ROCHERS
BEVERLY HILLS NEW YORK CITY

TAYLOR ARROYO
*Executive Assistant*

Granderson Des Rochers, LLP
207 West 25th Street, 6th Floor
New York, NY 10001
P — (917) 985-6896
redacted

*This message is confidential. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you have received it by mistake, please let us know by e-mail reply and delete it from your system; you may not copy this message or disclose its contents to anyone. Please send us by fax any message containing deadlines as incoming e-mails are not screened for response deadlines. The integrity and security of this message cannot be guaranteed on the Internet.*

---

**From:** Dieterich Gray <dieterichgray@gmail.com>
**Sent:** Friday, March 6, 2020 1:07 AM
**To:** Sean Fahey <seanpfahey76@gmail.com>
**Cc:** Taylor Arroyo <redacted>
**Subject:** Re: Updates: Sheen TV Series

Call time for Friday is confirmed. 1p ET, 3/6

Many thanks,
Dieterich

Dieterich Gray
312-451-7973 // IMDb

On Thu, Mar 5, 2020 at 7:44 AM Sean Fahey <seanpfahey76@gmail.com> wrote:

> Yes, that works for me! Dieterich are you avail then?

Sender notified by
Mailtrack

On Thu, Mar 5, 2020 at 9:02 AM Taylor Arroyo <redacted> wrote:

Hi Sean -

I hope all is well.
For a call, might 1p ET tomorrow, 3/6 work for you?

Please confirm so we can either set or secure a better time. Thanks so much!

---

**From:** seanpfahey76@gmail.com <seanpfahey76@gmail.com>
**Sent:** Tuesday, March 3, 2020 9:37:24 PM
**To:** Josh Sandler <redacted>
**Cc:** Dieterich Gray <dieterichgray@gmail.com>; Taylor Arroyo <redacted> **Subject:** Re: Updates: Sheen TV Series

Thanks for the support Josh and Taylor. An unbelievable day. We had hoped we'd be meeting with you in New York while at the Sheen Center - and we think there certainly is good reason to re-connect with all the new momentum, regardless of Sheen Center. We will see how that shapes up this week and we look forward to discussing the new opportunities, and sort out this Breakthrough mess too.

Is there a good time to discuss tomorrow?

Sean

Sent from my iPhone

On Mar 3, 2020, at 7:33 PM, Josh Sandler <redacted> wrote:

Hello and sorry I missed your call today.
This is really unfortunate. And I agree with your position.
Happy to discuss. I'm copying Taylor, who can help us find a time to talk.

---

**From:** Dieterich Gray <dieterichgray@gmail.com>
**Date:** Tuesday, March 3, 2020 at 8:23 PM
**To:** Joshua Sandler <redacted>, Joshua Sandler <redacted>
**Cc:** Sean Fahey <seanpfahey76@gmail.com>
**Subject:** Updates: Sheen TV Series

Hi Josh,

Hope you're well. Sean & I were named Artist-in-Residence at the *Sheen Center for Thought and Culture* in New York City.

A lot of buzz is circling around our "Bishop Sheen TV series":

Reel Chicago: Read    //    Catholic Post: Read    //    WMBD Radio: Listen

We have begun talks with major players in the industry: Matthew Modine, John Voight, Maggie Siff - as well as producer, Ramses Ishak (UTA).

HOWEVER, we hit a bump in the road. We learned that the legal counsel for Breakthrough Films sent a letter to the Sheen Center stating that they had an option agreement in place with us. This struck fear of risk and liability in the Sheen Center. And so, they rescinded our residency. Below is the letter we received from Sheen Center.


This is clearly an attempt to bully us on the part of Breakthrough. But, we believe they don't have a legal leg to stand on. We do not have an agreement with them. That expired.


Let us know when you can get on the phone to discuss.

Many Thanks,
Dieterich & Sean

D i e t e r i c h   G r a y
312-451-7973  //  IMDb



- - - - - - - - - - - - - - From David DiCerto- - - - - - - - - - - - - -

Dear Dieterich:

On February 26, 2020,  I received a letter from Lauren Leinburd, Vice President and General Counsel of Breakthrough Entertainment in Toronto, Canada, claiming a pre-existing option agreement with you in regards to a Fulton Sheen project. We were not aware of this, as you never made any mention of it. As implied by the letter this exposes The Sheen Center to potential liability.

We are therefore exercising our rights under our contract to terminate your Artist-in-Residence agreement with The Sheen Center, effective immediately.

I am sorry that we cannot proceed and wish you the best of luck in all your future endeavors.

Sincerely,

David DiCerto
**Error! Filename not specified.**
**<image001.png>**

**DAVID DI CERTO**

, Interim Executive Director
The Sheen Center for Thought & Culture
18 Bleecker Street, New York, NY

10012
212-219-3132 x1351 | SheenCenter.org
| @SheenCenter

--



seanpfahey76@gmail.com 312.342.0372
http://www.vimeo.com/seanfahey

# EXHIBIT 304

**Click to return to paragraph 168**



## REEL INDIE

# Fahey, Gray take Archbishop Sheen TV series to market

**By Reel Chicago**      Feb 4, 2020

Share this:

  



Writer/filmmakers Sean Fahey and Dieterich Gray began developing a series about Archbishop Fulton Sheen in 2014. Now they are taking the pilot episode to agencies and networks. Pitching a 12-part historical drama about the Emmy Award-winning Catholic leader's life and unprecedented success in television — not to mention his impact on the global stage — the pair is confident that they have a story worth telling.

"Our writing is historically accurate, as witty as *The Marvelous Mrs. Maisel*, with world-building as vivid as *Mad Men*, all while being as

8/8/2021    Fahey, Gray take archbishop Fulton J. Sheen series to market | Reel Chicago - Ad, Film, TV, Video Production news, Advertising, Entertainment, Media and Production

Case 1:21-cv-03208-PAE-SLC  Document 28   Filed 09/30/21   Page 491 of 508

faith-driven as the greatest Christian cinema on the market, which makes visualizing Sheen's journey so compelling," says Fahey.

ALSO READ *SEAN FAHEY DRAWS INSPIRATION FROM ALZHEIMER'S PSA*

## Archbishop J. Fulton Sheen

Venerable Archbishop J. Fulton Sheen is considered one of the most influential Catholics of the 20th century. An intellectual, theologian, and philosopher, Archbishop Sheen was a prolific writer, having authored more than 60 books.

As a media personality, Sheen was a major influencer, first in the days of radio hosting his program, *The Catholic Hour*, and later was an Emmy award winning pioneer of television with his series, *Life is Worth Living*.

As director of the Society for the Propagation of Faith in New York City, from 1950 to 1966, Sheen raised more money for the poor than any other American Catholic; also donating over $10 million of his personal earnings from his hugely successful television series.

"He gave so much to the church, and we want to show that, and we want to reveal one of the greatest entertainers of the 20th century," says Gray. "It's a story that hasn't yet been made for screen.

Fahey and Gray will be writing the rest of their series episodes over the next four months and taking meetings in Los Angeles and New York with major networks, venture capital firms, and A-list talent, with intentions to get a green light for their pilot episode this year.

## Catholic Artist Residency Program

The Archbishop Fulton J. Sheen Center for Thought and Culture, the Archdiocese of New York's premier arts center in

downtown Manhattan, has invited Sean Fahey and Dieterich Gray as fellows in their Catholic Artist Residency Program, to commence in March 2020.

The purpose of the residency is to support the development of Catholic artists, as well as to further the Sheen Center's mission of exploring the true, the good, and the beautiful. The residency culminates in a final public project suitable to the artist's medium and goals, and the artist should expect to contribute to the life of the Sheen Center during their residency.

As Sheen Center artist in residence, Fahey and Gray will be busy researching, writing, and refining their series.

To learn more about Fahey and Grey's project, visit the series' crowd-funding campaign here.

Top photo: Dieterich Gray and Sean Fahey

**Share this:**

  

---

**Related**



Howard, Daufenbach join Sheen series production team



Director Fahey draws inspiration from Alzheimer's PSA



21st annual Chicago Irish Film Festival opens February 27

# EXHIBIT 305

**Click to return to paragraph: p.169        p.204**

🔒 reelchicago.com

**Anonymous in Peoria**
2 hours ago

Great ... "I helped a priest get away with sexual abuse and called the victim a "slut." Make a TV series about me and my great ministry. Who is going to watch that? And if you don't believe me, just go to the Catholic Herald..

∧ | ∨  Reply

**Reg Wilder**
a day ago

I don't think Sheen is an abuser. He was supposed to be beatified on the 19th of December, but it's been delayed due to accusations that he refused to report a priest who was abusing a minor. But I don't think he's been directly implicated. However, the Catholic Church is taking it very seriously and his canonization has been postponed again.

∧ | ∨  Reply

**RC**
2 days ago

I am more interested in seeing Sheen through the lens of secret history of gay celebrity. I am sure he was never accuse of being a "pedo".

∧ | ∨  Reply

**Marisa Hemsworth**
2 days ago

These guys are on the wrong side of "Me Too". No network is going to make a series about a Bishop who covered up for pedophiles. Won't happen, guys. I am surprised that this is at Netflix, too.

∧ | ∨  Reply

**Reg Wilder**
3 days ago

There's a much bigger problem here. Fulton Sheen won't be canonized as it's been determined that he witnessed the sexual abuse of a minor and didn't report it. In fact, he called the victim "a slut." It was never reported, another way to say it was covered up. Obviously Bishop Jenky of Peoria is very upset, but it's just another honest to God Catholic Church coverup. Gray and Fahay might do well to go to iTunes and download "Spotlight" to get a sense of the scope of the abuse that has been visited on young victims. I don't see this ever going forward, unless it's a home movie, showing only the good parts.

∧ | ∨  Reply

**Mark Craddock**
4 days ago

I read the pitch too. I can't see any of the networks listed touching this with a 10 foot pole. We're way past putting full on religious-themed broadcasting on the box, Hulu and Apple and CBS will not screen this kind of pro-church rhetoric in fact, is there even a Christian network out there? I would drop the power and the glory to HIM stuff.

∧ | ∨  Reply

**Tim C**
4 days ago

I watched crowd-funding pitch. These guys are Bible thumpers. Nothing wrong with loving the Lord and trying to get your favourite priest canonized, I suppose, but I will be investing in other things.

∧ | ∨  Reply

**RC**
4 days ago

He was a famous 50's "poof" but that what's makes him interesting in such a staid decade, and it's where he got his power as an entertainer. It's about time someone did an bio piece on him and the times that he helped shaped. I really hope these creators delve into his past, it could be a great series.

∧ | ∨  Reply

**Marie Tessio**
5 days ago

I hope they get into how gay Fulton Sheen was. My uncle used to go to his drag parties on the Upper West Side. Given that these writers are sponsored by Catholic Artist Residency Program, I doubt they will. What network is going to do a show about Fire and Brimstone?

∧ | ∨  Reply

**Herb Daliwal**
5 days ago

These guys are nine months too late. There's a Canadian company developing this exact story at Netflix.

∧ | ∨  Reply

☑ Subscribe   ⊕ Add Disqus to your site   🔒 Disqus' Privacy Policy   **DISQUS**

# EXHIBIT 306

**Click to return to paragraph 168**

Case 1:21-cv-03208-PAE-SLC Document 28 Filed 09/30/21 Page 496 of 508

   





## The Newspaper of the Diocese of Peoria, Illinois

The Front Page   Categories ⌄   E-Edition   Advertising   Receive the POST   Staff   History   Archives   Donate to the POST

# Illinois natives and 'brothers in faith' envision 12-part TV series on Fulton Sheen

By: Jennifer Willems   -   February 12, 2020   -   Featured Article



visit CDOP.org

Search

## Subscribe Today



Both natives of central Illinois and sons of permanent deacons of the Diocese of Peoria, Dieterich Gray (left) and Sean Patrick Fahey (right) didn't really get to know each other until they moved to Los Angeles for work in television and film. Now they're a creative team hoping to bring Venerable Fulton Sheen to a new generation. (Provided photo)

Venerable Archbishop Fulton Sheen will be introduced to a whole new generation if Sean Patrick Fahey and Dieterich Gray have anything to say about it.



**Venerable Fulton Sheen**
(Photo courtesy of the Society for the

The central Illinois natives have spent the last six years getting to know Fulton Sheen and developing "Wolves & Sheep," which they envision as a 12-part series that will explore his life. The pilot is written, as is much of the second episode, and they have a detailed breakdown for the rest that could be translated into scripts easily, said Fahey, who grew up in Peoria and is now a filmmaker based in Minneapolis.

"What I'm passionate about Fulton Sheen is his ability to appeal to a wide audience — cast a wide net that appeals to everyone," he said of the sainthood candidate's work on "Life is Worth Living."



## DIOCESAN DIRECTORY





Propagation of the Faith / Missio.org)

"He wasn't relying on dogma to drive his story. He was appealing to the common man, the common woman, using the eloquence and wit that he had naturally with his well-honed ability to be a great orator," Fahey said.

Gray, who is from Galesburg and now works as an actor in Los Angeles, called Sheen "an empire builder," noting that as the director of the Society for the Propagation of the Faith he literally built churches and schools, as well as fostering the faith of the people he served.

"There hasn't been a week since 2014 when we haven't had a conversation about Fulton Sheen," Fahey said.

While their research and writing has produced thousands of page of work, he said it doesn't feel like an effort. "It feels like fun."

**IN THE FOOTSTEPS OF SHEEN**

The "fun" will continue from March 15 through the end of May, when Fahey and Gray travel to New York City for an artists' residency that will allow them to walk the same streets Sheen walked, visit the places that would have been important to him, and get more details about the media culture there.

At the same time they'll be talking to people in New York and Los Angeles to begin casting the roles of Archbishop Sheen, Cardinal Francis Spellman, and Clare Boothe Luce, the playwright and political figure who would be received into the Catholic Church due to Sheen's spiritual guidance. Gray said interest is also building in Los Angeles, even outside the circles one might expect.

"The fact that we are where we are now is a blessing," Fahey said.

Part of that is how their creative relationship and connection as "brothers in faith" developed.

The son of Mary Ann Fahey-Darling and the late Deacon Dennis Fahey, Sean attended St. Vincent de Paul School in Peoria and was an altar server there and at St. Martin de Porres Church (now St. Joseph). He attended the University of Illinois to study

> What I'm passionate about Fulton Sheen is his ability to appeal to a wide audience — cast a wide net that appeals to everyone. . . . He was appealing to the common man, the common woman, using the eloquence and wit that he had naturally with his well-honed ability to be a great orator," – **Sean Patrick Fahey**

## RECENT ARTICLES

"The Suicide Squad" (Warner Bros.)

Catholic schools in Diocese of Peoria will comply with Pritzker mask mandate

Sacré-Coeur Retreat Center's main Chapel of the Sacred Heart, altar are dedicated

Sacré-Coeur Retreat Center declared 'beautiful' by hundreds at open house

"Stillwater" (Focus)

## ARCHIVES

Select Month

## CATEGORIES

Book Review

Columnists

Editorial

Featured Article

Living the Word

Local News Brief

Movie Review

finance, but soon got involved in the independent film scene in Toronto and has worked as a writer, producer and director in Chicago and Los Angeles.

Gray is the son of Deacon Rod and Idalee Gray of Immaculate Heart of Mary Parish in Galesburg. He went to Illinois State University and earned a degree in fine arts with a focus in theater, film and television.

They both moved to Los Angeles at the same time for work, but didn't really get to know each other until they attended a housewarming party for a mutual friend.

### FAITHFUL INTERCESSOR

When the work dried up for Fahey, he went through a "dark night of the soul." In need of guidance and a listening ear, he called his mother. "If there was ever someone in your field, if there was a saint you could pray to for their faithful intercession, it would be Fulton Sheen," she told him.

Two days later he picked up Sheen's book, "Treasure in Clay," and read it in a day. Soon he was learning everything he could and writing "aggressively" on a project he thought might be a feature film originally. At that point Gray reached out and they started working together.

Eventually they connected with Julie Enzenberger at the Archbishop Fulton John Sheen Foundation in Peoria, who directed them to even more resources.

A bigger story emerged as they did their research and the project soon grew into a series about the man Fahey said was "doomed to fail" when he started "Life is Worth Living."

"There had never been televangelism before Sheen," Fahey said. "He was put into a time slot intentionally against the biggest show in America, the Milton Berle Texaco Star Theater, because of an FCC mandate."

He explained that at that time, broadcasters had to present programming for the public good, so Sheen's show was an effort to meet that requirement.

"Religious programs had never worked before Sheen," Fahey said. "What does it do? At the end of the first season it's the number one show in America."

News Article

The Sheen Corner

Uncategorized

World/National News

Archbishop Sheen would go on to be "a voice of reason" in a turbulent time, he said, adding that people today need that same wisdom.

In an effort to support themselves while they are doing their residency in New York, Gray and Fahey have started a crowdfunding campaign through Indiegogo that will run through the end of February. For more information on the project and how to help, visit https://igg.me/at/sheenproject.

———

### Related



Sheen scholar, camera expert join team planning 12-part television miniseries
February 26, 2020
In "News Article"

Pope declares Archbishop Sheen "venerable;" Mass set Sept. 9
Photo Caption: With a portrait of Archbishop Fulton J. Sheen in the foreground, Bonnie Engstrom of Goodfield gives a reading at a Mass at St. Mary's Cathedral in
June 28, 2012
In "Featured Article"



Volunteers offer welcome, information to all visiting cathedral, Sheen's tomb
September 3, 2019
In "Featured Article"

Dieterich Gray, Sean Patrick Fahey, Venerable Archbishop Fulton J. Sheen

SPALDING PASTORAL CENTER | 419 NE MADISON AVENUE | PEORIA, IL 61603 | PHONE (309) 671-1550 | FAX (309) 671-1595

## The Catholic POST

Spalding Pastoral Center
419 NE Madison Avenue
Peoria, IL 61603

(800) 340-5630

## Mailing Address

P.O. Box 1722
Peoria, IL 61656



# EXHIBIT 307

**Click to return to paragraph 15**



DOCUMENTARY    FORMATS    UNSCRIPTED    **PEOPLE/BIZ**

REALSCREEN LIVE '21    CAREERS

**PEOPLE/BIZ**

# Breakthrough Entertainment opens New York City office

By Etan Vlessing    April 8, 2015

## Top Stories



**DOCUMENTARY**
Versus launches
originals division
with Mark Grande at
helm, sets doc deals



**PEOPLE/BIZ**
Discovery+ to launch
in Canada later this
year

Breakthrough Entertainment is the latest Canadian indie producer to cross the border.

The Toronto-based producer has opened an office in New York City, and named **Beth Fraikorn** (pictured) as head of alternative content, U.S.

The move expands Breakthrough's programming and coproduction operations as Fraikorn oversees a push into the U.S. factual and reality TV market. In her new role, Fraikorn will handle business development and joint partnerships with U.S. independent producers, broadcasters and digital providers.

Fraikorn was most recently with Remarkable Content Group, a boutique TV packaging and sales agency she founded, and previous to that, founded and served as CEO of Compulsion Entertainment.

"Under Beth's guidance, our New York office will serve to further expand Breakthrough Entertainment's long and successful association with the broadcast and production



**PEOPLE/BIZ**

Fox earnings up in Q4 as ad revenue rises, full year profits hit $12.9 billion



**UNSCRIPTED**

OWN, Discovery slate five unscripted series for Discovery+

Breakthrough is following the lead of rival Canadian producers such as Paperny Entertainment, Temple Street Productions, Zone3 and marblemedia that have launched U.S. offices to develop and invest in factual and drama TV series for the American market.

(*From Playback Daily*)

# EXHIBIT 308

**Click to return to paragraph 15**



MOST POPULAR

### CB Insights: US Insurtechs Compete In A Now Global Market

OLIVER FREEMAN

### Tyson Foods US Pushes for Employee Vaccinations

TOM SWALLOW

### PepsiCo Sells Popular Brands in PAI Partner's Joint Venture

TOM SWALLOW

MAY 19, 2020

# Feature: Exclusive interview with Breakthrough Entertainment's Nat Abraham

#Canada   #Business Review Canada   #television   #Breakthrough Entertainment

NELL WALKER      6 MIN



_Business Review Canada_ speaks to Nat Abraham, head of distribution at Breakthrough Entertainment, on how he has prospered from the ever-evolving landscape of television production and distribution...

**Nat Abraham is head of distribution at Breakthrough Entertainment with more than 19 years of experience in the acquisition and distribution of television programming.**



Business Chief.

Abraham is a frequent speaker on television distribution at various television industry associations and institutional media learning programs and his clients include Columbia TriStar, HBO, Showtime, Dick Clark Productions and ZDF.

Beyond Canada, Abraham has also initiated licence commitments with major US networks and cable channels including Discovery, CBS, Lifetime and A&E. Although the industry is in a state of constant change, Abraham and Breakthrough Entertainment are buoyant. So, how has Abraham successfully navigated some often-choppy waters?

"One of the key factors that differentiates Breakthrough is that our content covers a wide range of genres," he explains.

**See also:**

- **Now available - Business Review Canada magazine, August issue**
- **150 years of Canadian technology**
- **Topgolf is heading to Canada after striking Cineplex deal**

"Everything from award-winning kids' series to narrative TV drama, comedy and lifestyle. More recently we have been involved in the production of feature films in a variety of themes including horror, family and drama.

"With a broader range of content, we can serve virtually every segment of the industry, differentiating us from other producers who perhaps choose to specialize in a specific area. Over our 30-year history we've developed into more of a studio than just a production house and our size and the breadth of our content helps give us a competitive advantage."

TV production and distribution has experienced the most dramatic technological changes with the televisual landscape almost unrecognizable from five or six years ago. Abraham has stayed ahead of the curve primarily through recruitment and an open-door policy with regards to content.

"Breakthrough has tremendous resources in terms of experienced staff and their specific skillsets, yet we can be nimble enough to adapt quickly to emerging industry trends," he says.

"As the linear broadcasters, especially in Canada, are becoming increasingly more conservative in their commissioning of original programming, we are experiencing more opportunities and rapid growth in the digital market and are creating brand new concepts for some of the OTT services.

"It's an exciting time for us to be pushing the envelope far harder than we could previously due to the conventional broadcasters' mandated content restrictions, which often confined the types of programming they can create. We still continue to do a great deal of work with our linear broadcasters, however, but we are really enjoying some of the creative freedom in program creation for some of the new platforms."

**Logisitical conundrum**

Business Chief.

television content, what initially begins as an idea is then transformed into a written treatment to give it a feel for what the show is eventually going to look like.

"It's basically a short-form overview, similar to the foreword if you wanted to compare it to a book; intended to give you an idea of the tone of what that particular show is going to look and feel like and who the characters are, and what the premise of the show is. The look and feel is important and from there, we will approach writers well known in that particular genre.

"We will talk to directors who we feel may be the right fit for the project, and that's where a story starts to take shape because the experience of the people that you bring on board is what transforms it into a completed film or series.

"The magic of turning something from just an idea on a piece of paper to a film or television show is all due to the talent and team that's attached to it.

"Before a single episode can be produced, generally, the entire season is written and planned out. You plan a production by keeping all of the episodes in mind so you can keep the cast and crew on a tight schedule.

"There is an enormous amount of planning that goes into a production from all of the departments and they will prep for months before they actually go to camera. Once an episode is shot you then have the editing, colour correction, sound mixing etc. – all of the post production to make sure the episodes are presented in the best possible form and are delivered to the broadcasters according to their technical standards."

A man used to working on several projects at once, Abraham has to tackle problems from short, middle and long-term productions. "As Breakthrough is involved in producing so many different genres, we have teams who specialize in each of those types of content... We keep those experts involved in their field of expertise and as a result, there are different teams working on each project that can simultaneously handle different projects.

"Most of the talent and the crew are contract workers and will work on this show before moving onto another. Our in-house teams manage the development of the projects, production, post production and sales and distribution, but all of the rest is typically contracted out.

"This company is unique in the diversity of our content offerings, everything from kids to family to lifestyle, drama, thriller and horror movies. We have also been working with our international buyers for decades and have a good handle on content that meets their needs both in the established broadcast environments as well as the now emerging digital markets.

"We are able to weather the economic storms that pop up from time to time in different territories because of the diversity of our offerings and having our collective finger on the international pulse.

"The first installment of our L.M. Montgomery's Anne of Green Gables trilogy property, for example, has been sold to broadcasters in nearly 20 countries this year including HBO Europe and PBS in the United States.

"It's a tremendous property for us and we expect the second and third installments to sell just as well. Combine that with our award-winning kids content, our genre films through our partnership with Black Fawn (now 8 films in), who have a achieved cult following in the horror community and you start to see the strength of our catalogue. We have over 40 feature films and over 4000 episodes of programming that we can continue to sell and resell in territories worldwide.



Ivy.ai, a creator of AI chatbots for higher education, is offering a chatbot that helps institutions streamline name, image, and likeness policies for athletic programmes.

This solution will allow athletic departments to dramatically reduce inbound inquiries while answering inquiries related to compliance, financial aid impact, how-to documents, and best practice training videos.

It will allow institutions to condense information in a way that is easily accessible and eliminates the need for student-athletes to read complicated manuals. Institutions can also engage with student-athletes via a real-time feedback loop to see which topics truly matter and what needs further clarification. This allows administrators to be proactive and provide a competitive edge in recruiting.

# Helping institutions connect their students with information

"Athletic departments at colleges and universities are overwhelmed by the challenges posed by the name, image and likeness legislation," said Mary Frances Coryell, Vice President of Strategic Alliances and Partnership.

"Ivy.ai is uniquely positioned in the market to help institutions connect their student-athletes with policies and information related to NIL such as state laws, restrictions and relevant contacts. Our chatbot can digest all relevant policy information and provide answers to student-athletes at any time on any device. We expect the NIL market to move quickly, so student-athletes deserve the answers on their terms, rather than exclusively during work hours."

Primary use cases for the chatbot include:

- Answering commonly asked questions related to name, image and likeness
- Communicate policies such as state laws, restrictions and compliance regulations
- Provide contact information for various advisors and agencies
- Connect training materials for athletes to improve their branding
- Engage in two-way reactive and proactive communication to keep policies student-centric

Back in March 2020, the company offered schools a free COVID-19 Response System, including a customisable COVID-19 Response Bot, a human-to-human live chat system and an SMS Text platform. These services are offered completely free of charge.

"The customisable COVID-19 Response Bot will help schools connect their students with important information, such as the school's operational status, where to go for treatment, and what to do to help