UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAN P. FAHEY and DIETERICH GRAY,

                          Plaintiffs,

-v-

BREAKTHROUGH FILMS & TELEVISION INC.,
BREAKTHROUGH ENTERTAINMENT, IRA LEVY, and
LAUREN LEINBURD,

                          Defendants.

CIVIL ACTION NO.: 21 Civ. 3208 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In light of Plaintiffs' amended complaint (ECF No. 28 (the "Amended Complaint")), the Court orders as follows:

1. By **November 1, 2021**, Defendants shall file either: i) an answer to the Amended Complaint; or ii) a letter advising the Court that they intend to file a motion to dismiss (the "Motion");

2. If Defendants intend to file the Motion, the briefing shall proceed as follows:

    a. Defendants file the Motion by **December 1, 2021**;

    b. Plaintiffs shall file their opposition to the Motion by **January 3, 2022**; and

    c. Defendants shall file their reply, if any, by **January 17, 2022**.

Plaintiffs are advised of their ability to seek free legal advice from the New York Legal Assistance Group's legal clinic for pro se litigants, by visiting its website at nylag.org/pro-se-clinic/ or by calling (212) 659-6190.  This clinic is not part of or run by the Court and it cannot accept filings on behalf of the Court.

The Clerk of Court is directed to close the motion at ECF No. 11 as moot.

Dated: New York, New York
October 1, 2021

SO ORDERED.

*Sarah Cave*

**SARAH L. CAVE**
**United States Magistrate Judge**