UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAN P. FAHEY and DIETERICH GRAY,<br><br>            Plaintiffs,<br><br>    -v-<br><br>BREAKTHROUGH FILMS & TELEVISION INC., BREAKTHROUGH ENTERTAINMENT, IRA LEVY, and LAUREN LEINBURD,<br><br>            Defendants. | CIVIL ACTION NO.: 21 Civ. 3208 (PAE) (SLC)<br><br>**<u>ORDER</u>** |

**SARAH L. CAVE,** United States Magistrate Judge.

On December 1, 2021, Defendants filed a motion to dismiss Plaintiffs' Amended Complaint. (ECF No. 31 (the "Motion")). Pursuant to the Court's October 1, 2021 Order, Plaintiffs' deadline to file an opposition to the Motion was January 3, 2022. (ECF No. 29). To date, Plaintiffs have not filed an opposition to the Motion, nor have they requested an extension of the now-lapsed deadline to do so. Nonetheless, the Court <u>sua sponte</u> extends this deadline, and directs Plaintiffs to file an opposition to the Motion by **January 10, 2022**. Defendants shall file their reply, if any, by **January 24, 2022**.

Plaintiffs are warned that failure to respond will result in the Court ruling on the Motion based on Defendants' submissions alone and may result in dismissal of this action.

Plaintiffs are advised of their ability to seek free legal advice from the New York Legal Assistance Group's legal clinic for pro se litigants, by visiting its website at nylag.org/pro-se-clinic/ or by calling (212) 659-6190. This clinic is not part of or run by the Court and it cannot accept

filings on behalf of the Court.

Dated: New York, New York
January 4, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2