UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAN P. FAHEY and DIETERICH GRAY,

                Plaintiffs,

-v-

BREAKTHROUGH FILMS & TELEVISION INC., BREAKTHROUGH ENTERTAINMENT, IRA LEVY, and LAUREN LEINBURD,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 3208 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pro se Plaintiffs' request (ECF No. 43) to file a sur-reply in further opposition to Defendants' motion to dismiss is GRANTED. The Court deems briefing to be complete, and will issue a report and recommendation in due course.

Dated:     New York, New York
           April 21, 2022

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**