UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

SEAN P. FAHEY and DIETERICH GRAY,

                Plaintiffs,                21 **CIVIL** 3208 (PAE)(SLC)

    -against-                      **JUDGMENT**

BREAKTHROUGH FILMS & TELEVISION INC.,
BREAKTHROUGH ENTERTAINMENT, IRA LEVY,
and LAUREN LEINBURD,

                Defendants.

------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 29, 2022, the Court adopts adopts Judge Cave's perceptive and convincing Report and Recommendation insofar as it finds a lack of personal jurisdiction over Defendants, and grants Defendants' motion to dismiss under Rule 12(b)(2). This dismissal is without prejudice. The Court denies Plaintiffs' requests for jurisdictional discovery and for transfer to another District; accordingly, the case is closed.

**Dated:**  New York, New York
       September 30, 2022

                                                      **RUBY J. KRAJICK**

                                                            **Clerk of Court**
                                     **BY:**

                                                             **Deputy Clerk**